UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WOLFE AUTOMOTIVE GROUP, L.L.C. and JAY WOLFE USED CARS OF BLUE SPRINGS, LLC, | ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) Case No. 4:13-cv-00863-HFS ) |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) |
| Defendant/Counterclaim Plaintiff | ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND SUGGESTIONS IN SUPPORT THEREOF

Plaintiffs Wolfe Automotive Group, L.L.C. and Jay Wolfe Used Cars of Blue Springs, LLC, ("Jay Wolfe"), by and through counsel, respectfully move for leave to file their First Amended Complaint. Defendants do not oppose Jay Wolfe's filing of a First Amended Complaint. A signed original of the proposed amended pleading is attached hereto as **Exhibit A.**

In support of this motion, Jay Wolfe states as follows:

1. The Court has yet to enter a Scheduling Order in this case and therefore no deadline for filing a motion to amend pleadings exists at this time. This motion for leave to amend is therefore timely made in accordance with Local Rule 16.1 and will result in no unnecessary delay.

2. Fed. R. Civ. P. 15(a) provides that "leave [to file an amended pleading] shall be freely given when justice so requires." The policy underlying Rule 15(a) is that cases should be resolved on their merits whenever possible. *Foman v. Davis*, 371 U.S. 178, 182 (1962). "If the

underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." *Id.* Only under limited circumstances should leave be denied, such as undue delay, bad faith, prejudice to the opponent or futility of the proposed amendment. *Id.*

3. None of the circumstances justifying refusal to grant Plaintiff's motion are present here. Since the filing of Plaintiff's original petition, it has become apparent that an exhibit and several references to particular policies and policy numbers in the petition are inaccurate. Plaintiff desires to amend the original petition to include and correct this information and otherwise clarify the allegations.

4. Granting Plaintiff's Motion for Leave to file their First Amended Complaint will not result in prejudice to Defendants, and Defendants do not oppose Plaintiff's filing of the First Amended Complaint.

WHEREFORE, Plaintiff Jay Wolfe respectfully requests the Court grant its motion for leave to file its First Amended Complaint.

Dated: October 9, 2013  Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

  /s/ Norman E. Siegel
Norman E. Siegel  MO Bar No. 44378
siegel@stuevesiegel.com
Christopher D. Dandurand  MO Bar No. 63775
dandurand@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**ATTORNEYS FOR PLAINTIFF**

2

Case 4:13-cv-00868-HFS Document 30 Filed 10/14/13 Page 2 of 3
Case 4:13-cv-00868-HFS Document 30 Filed 10/09/13 Page 2 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that on date reflected on the Court's ECF date-stamp, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

             /s/ Norman E. Siegel
             Attorney for Plaintiff

3

Case 4:13-cv-00868-HFS Document 30 Filed 10/04/13 Page 3 of 3
Case 4:13-cv-00868-HFS Document 30 Filed 10/09/13 Page 3 of 3