# EXHIBIT 1

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 00

INSURANCE IS PROVIDED BY UNIVERSAL UNDERWRITERS INSURANCE COMPANY

THIS POLICY INSURES ONLY THOSE COVERAGES SHOWN IN THE DECLARATIONS.  IN ITEM 2
BELOW, EACH NAMED INSURED, OTHER INSURED, SECURITY INTEREST AND LOCATION IS
GIVEN A CORRESPONDING LETTER OR NUMBER DESIGNATION.  INSURANCE PROVIDED IN
ITEM 3 WILL NOT APPLY TO ANY NAMED INSURED, OTHER INSURED, SECURITY INTEREST
OR LOCATION UNLESS ITS CORRESPONDING LETTER OR NUMBER APPEARS NEXT TO A
SPECIFIC COVERAGE IN ITEM 3.  (CHANGES, IF ANY, ARE INDICATED BY +)

ITEM 1
POLICY PERIOD      APRIL 30, 2012 TO     APRIL 30, 2013     POLICY NO. 279210N

ITEM 2

NAMED INSURED 01:

JAY WOLFE AUTOMOTIVE GROUP
ATTN: DAVE GATCHELL
1011 W. 103RD ST.
KANSAS CITY, MO 64114

NAMED INSURED AND TYPE OF LEGAL ENTITY:

  01  JAY WOLFE AUTOMOTIVE GROUP          CORPORATION
      AND PER NAMED INSURED SCHEDULE
      ATTACHED

  02  JAY WOLFE 401K SAVINGS PLAN         OTHER

OTHER INSUREDS:

  AA  SEE OTHER INSURED SCHEDULE
      ATTACHED

SECURITY INTERESTS:

  A  SEE SECURITY INTEREST
     SCHEDULE ATTACHED

LOCATIONS AND OCCUPANCY:

  01  1011 W. 103RD STREET          AUTO SALES/SERVICE
      AND PER LOCATION SCHEDULE
      ATTACHED
      KANSAS CITY, MO 64114

ENDORSEMENTS APPLICABLE TO THIS POLICY:

  0817 COVERAGE DEDUCTIBLE

279210N  VI (2-2010)                                        PAGE 1-A

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 00

```
ITEM 2
  817 KS COVERAGE
  DEDUCTIBLE-
      ENDORSEMENT 817-
      DEDUCTIBLE
      LIMIT: $100,000
      ENDORSEMENT 817-
      AGGREGATE
      DEDUCTIBLE LOSS:
      $300,000


TERRORISM:


ACTS OF TERRORISM EXCLUDED

ENDORSEMENTS APPLICABLE:
  0497 EXCLUSION FOR CERTIFIED ACTS OF
        TERRORISM AND BIOLOGICAL AND
        CHEMICAL TERRORISM

279210N  VI (2-2010)                              PAGE 1-B
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND      INSUREDS   LOCA-    PERILS       OUR
SPECIAL PROVISIONS APPLICABLE TO                 TIONS    INSURED      LIMITS
EACH COVERAGE PART:


AUTO INVENTORY PHYSICAL DAMAGE
    (PART 300)                           01       ALL     SEE          7,500,000
                                                          BELOW

REPAIRS:   75% LABOR - YOUR AUTOS                         EXTENDED       100,000
           75% PARTS - YOUR AUTOS                         THEFT
           75% LABOR - CUSTOMER AUTOS
           75% PARTS - CUSTOMER AUTOS

ENDORSEMENTS APPLICABLE:
  0482 FLOOD DEDUCTIBLE PER LOCATION
  0811 HOW WE WILL PAY CONDITION REVISED
  -------------------------------
        * THE $1,000 PER CAR NO
        AGGREGATE DEDUCTIBLE APPLIES
        FIRST, THEN ANY LOSS DOLLARS
        IN EXCESS OF THE DEDUCTIBLE
        GET APPLIED TO THE $100,000
        PER OCCURRENCE DEDUCTIBLE
        (SUBJECT TO THE $300,000
        LARGE DEDUCTIBLE ANNUAL
        AGGREGATE).
  -------------------------------
        THE DEDUCTIBLES SHOWN
        BELOW AS 99,999 ARE
        TO READ $100,000
  -------------------------------
```

```
PERILS AND DEDUCTIBLES        SECURITY       COMPREHENSIVE   COLLISION      EXTENDED
SCHEDULE:                     INTERESTS                                     THEFT
   NEW AUTOS                               NO COVER      NO COVER       NO COVER
   USED AUTOS                              99,999/99,999 99,999/99,999   99,999
   CONSIGNED AUTOS                         NO COVER      NO COVER       NO COVER
   WATERCRAFT/CARRIERS                     NO COVER      NO COVER       NO COVER
   DEMONSTRATOR-COMPANY AUTO               NO COVER      NO COVER       NO COVER
   SERVICE AUTOS                           NO COVER      NO COVER       NO COVER
   CUSTOMER'S AUTOS                        99,999/99,999 99,999/99,999   99,999
   0008 CUSTOMER'S AUTOS OR CUSTOMER'S
        WATERCRAFT - LEGAL LIABILITY
   0811 HOW WE WILL PAY CONDITION REVISED


   SPECIAL DEDUCTIBLES:
     FLOOD                   1,000#
     WINDSTORM-HAIL          1,000#
   # THIS DEDUCTIBLE APPLIES TO EACH COVERED AUTO OR COVERED WATERCRAFT
     WITH NO MAXIMUM DEDUCTIBLE PER LOSS.
```

279210N  VI (2-2010)                                              PAGE 1-C

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED     LIMITS
EACH COVERAGE PART:


AUTO INVENTORY PHYSICAL DAMAGE
  (PART 300)



                         OTHER INSUREDS


   DRIVE OTHER AUTOS      AA          500          500      NO COVER
     0011 DRIVE OTHER AUTOS
          THE DEDUCTIBLES
          SHOWN ABOVE AS
          $500 ARE AMENDED
          TO READ $100,000


279210N  VI (2-2010)                                       PAGE 1-D
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-   PERILS    OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS   INSURED   LIMITS
EACH COVERAGE PART:


CRIME  (PART 380)


EMPLOYEE DISHONESTY                     01,02    ALL     CRIME    500,000
    DEDUCTIBLE      1,000
    0511 WELFARE & PENSION BENEFIT PLAN

LOSS FROM WITHIN A BUILDING             01       01      CRIME     50,000

    DEDUCTIBLE      $1,000
---------------------------------
THE LIMIT SHOWN ABOVE IS THE
LIMIT PER LOCATION.
---------------------------------

LOSS OUTSIDE THE BUILDING               01       ALL     CRIME     50,000

    DEDUCTIBLE      $1,000

MONEY ORDERS AND                        01       ALL     CRIME    100,000
    COUNTERFEIT PAPER CURRENCY
    DEDUCTIBLE      $1,000

DEPOSITOR'S FORGERY                     01       ALL     CRIME    500,000
    DEDUCTIBLE      1,000

279210N  VI (2-2010)                                              PAGE 1-E
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | 01 | ALL | SEE BELOW | 500,000 EA.OCCUR |

```
                              DEDUCTIBLE
WORK/PRODUCTS                    2,500
INJURY GROUP 1-4                 2,500
INJURY GROUP 5                   1,000
INJURY GROUP 6                     10%
STATUTE & TITLE E&O              5,000
TRUTH IN LENDING/LEASING E&O     2,500
AGENTS ERRORS AND OMISSIONS      2,500
CUSTOMER COMPLAINT DEFENSE       2,500
LABOR RELATED DEFENSE            2,500
DESIGNATED STATUTE DEFENSE       2,500
```

ENDORSEMENTS APPLICABLE:
    0337 STATUTE AND TITLE E & O -
         DEFENSE ONLY
    0778 DISCRIMINATION DEDUCTIBLE -
         $25,000 OR PERCENTAGE

| | | | | |
|---|---|---|---|---|
| INJURY GROUP 1 (BODILY INJ/PROP DMG) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 2 (MENTAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 3 (PERSONAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 4 (ADVERTISING INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 5 (EMPLOYEE BENEFITS) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 6 (DISCRIMINATION) | 01 | ALL | COVERED | INCLUDED |

--------------------------------
NO-FAULT COVERAGE IS PROVIDED
AND IS APPLICABLE TO ANY STATE
THAT REQUIRES NO-FAULT COVERAGE
SEE STATE AMENDATORY PART.
--------------------------------

279210N  VI (2-2010)                                    PAGE 1-F

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-   PERILS     OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS   INSURED    LIMITS
EACH COVERAGE PART:


GARAGE OPERATIONS AND AUTO
HAZARD (PART 500)


DRIVE OTHER AUTOS                         AA        ALL     COVERED    INCLUDED
  0034 DRIVE OTHER AUTOS

ADDITIONAL INSUREDS
  0033 ADDITIONAL INSURED-PROPERTY        AA        01      COVERED    INCLUDED

MEDICAL PAYMENTS                          01        ALL     COVERED     5,000
  0035 MEDICAL PAYMENTS

ERRORS AND OMISSIONS:

  STATUTE AND TITLE E&O                   01        ALL     COVERED     25,000@
                                                                      500,000@

  TRUTH IN LENDING/LEASING E&O            01        ALL     COVERED    100,000@
                                                                      500,000@

  AGENT'S ERRORS AND OMISSIONS            01        ALL     SEE        300,000
                                                            BELOW
  AUTO PHYSICAL DAMAGE                                      COVERED    INCLUDED
  CREDIT LIFE/CREDIT A&H                                    COVERED    INCLUDED

DEFENSE REIMBURSEMENT:

  CUSTOMER COMPLAINT DEFENSE              01        ALL     COVERED     25,000@
                                                                      500,000@

  LABOR RELATED DEFENSE                   01        ALL     COVERED     10,000@
                                                                      500,000@

  DESIGNATED STATUTE DEFENSE              01        ALL     COVERED     10,000@

279210N  VI (2-2010)                                                  PAGE 1-G
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND       INSUREDS   LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED     LIMITS
EACH COVERAGE PART:


GARAGE OPERATIONS AND AUTO
HAZARD (PART 500)

                                                                      500,000@
@ THE FIRST LIMIT IS PER CLAIM OR SUIT, THE SECOND IS AN ANNUAL AGGREGATE.

UNINSURED/UNDERINSURED MOTORISTS
   COVERED AUTOS INSURED BY
   COVERAGE PART NO. 500

UNINSURED MOTORISTS                       01        ALL     UM BI       25,000#
                                                                        50,000#
                                                            UM PD      NO/COVER

UNDERINSURED MOTORISTS                    01        ALL     UIM BI     NO/COVER

                                                            UIM PD     NO/COVER


ENDORSEMENTS APPLICABLE:
   0203 UNINSURED MOTORISTS

# THE FIRST LIMIT IS PER PERSON, THE SECOND IS PER ACCIDENT.
--------------------------------
   THE UNINSURED MOTORISTS LIMIT
   SHOWN ABOVE IS APPLICABLE TO
   THE STATES OF MISSOURI & KANSAS
--------------------------------
   UNDERINSURED MOTORISTS COVERAGE
   IS REJECTED FOR MISSOURI.
   UNDERINSURED MOTORISTS COVERAGE
   IS INCLUDED IN THE DEFINITION
   OF UNINSURED MOTORISTS FOR
   KANSAS.
--------------------------------

UNINSURED/UNDERINSURED MOTORISTS COVERAGE
   INDIVIDUALS DESIGNATED BELOW:

UNINSURED MOTORISTS                       AA        ALL     UM BI      100,000#
                                                                      300,000#
                                                            UM PD     NO/COVER


279210N  VI (2-2010)                                        PAGE 1-H
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-    PERILS     OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED    LIMITS
EACH COVERAGE PART:
UNDERINSURED MOTORISTS                  AA        ALL      UIM BI     NO/COVER

                                                           UIM PD     NO/COVER


ENDORSEMENTS APPLICABLE:
  0092 DESIGNATED INDIVIDUALS
  0203 UNINSURED MOTORISTS

# THE FIRST LIMIT IS PER PERSON, THE SECOND IS PER ACCIDENT.
  ------------------------------
  THE UNINSURED MOTORIST LIMIT
  SHOWN ABOVE IS APPLICABLE TO
  THE STATES OF MISSOURI & KANSAS
  ------------------------------
  UNDERINSURED MOTORISTS COVERAGE
  IS REJECTED IN MISSOURI.
  UNDERINSURED MOTORIST COVERAGE
  IS INCLUDED IN THE DEFINITION
  OF UNINSURED MOTORIST FOR
  KANSAS
  ------------------------------

279210N  VI (2-2010)                                       PAGE 1-I
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS   LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                     TIONS    INSURED     LIMITS
EACH COVERAGE PART:


GENERAL LIABILITY (PART 660)


                              DEDUCTIBLE
INJURY GROUPS 1-4                 2,500

ENDORSEMENTS APPLICABLE:
     NONE

INJURY                                 01        ALL              500,000

                        - - SEE SCHEDULE OF HAZARDS BELOW - -

     INJURY GROUP 1  (BODILY INJ/PROP DMG)                       INCLUDED

     INJURY GROUP 2  (MENTAL INJURY)                             INCLUDED

     INJURY GROUP 3  (PERSONAL INJURY)                           INCLUDED

     INJURY GROUP 4  (ADVERTISING INJURY)                        INCLUDED

     INJURY GROUP 5  (EMPLOYEE BENEFITS)                         NO COVER

     INJURY GROUP 6  (DISCRIMINATION)                            NO COVER

SCHEDULE OF HAZARDS:

     PREMISES/OPERATIONS HAZARD         01        IF ANY
       CLASSIFICATION CODE:
       61217A - BASIS 089
       BUILDINGS OR PREMISES, BANK OR
       OFFICE, MERCANTILE OR
       MANUFACTURING MAINTAINED BY
       THE INSURED - LESSORS RISK ONLY
       OTHER THAN NOT-FOR-PROFIT

THE PREMIUM BASIS FOR THIS POLICY IS:  ADJUSTABLE
COUNTERSIGNED: 07-19-2012 BY _____ REPRESENTATIVE

MAIL TO: JAY WOLFE AUTO GROUP
         ATTN: DAVE GATCHELL
         1011 W. 103RD ST.
         KANSAS CITY, MO 64114

279210N  VI (2-2010)                                    PAGE 1-J
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 01

INSURANCE IS PROVIDED BY UNIVERSAL UNDERWRITERS INSURANCE COMPANY

THIS POLICY INSURES ONLY THOSE COVERAGES SHOWN IN THE DECLARATIONS.  IN ITEM 2
BELOW, EACH NAMED INSURED, OTHER INSURED, SECURITY INTEREST AND LOCATION IS
GIVEN A CORRESPONDING LETTER OR NUMBER DESIGNATION.  INSURANCE PROVIDED IN
ITEM 3 WILL NOT APPLY TO ANY NAMED INSURED, OTHER INSURED, SECURITY INTEREST
OR LOCATION UNLESS ITS CORRESPONDING LETTER OR NUMBER APPEARS NEXT TO A
SPECIFIC COVERAGE IN ITEM 3.  (CHANGES, IF ANY, ARE INDICATED BY +)

ITEM 1
POLICY PERIOD      APRIL 30, 2012 TO      APRIL 30, 2013      POLICY NO. 279211N

ITEM 2

NAMED INSURED 01:

JAY WOLFE AUTOMOTIVE GROUP
ATTN: DAVE GATCHELL
1011 W. 103RD ST.
KANSAS CITY, MO 64114

NAMED INSURED AND TYPE OF LEGAL ENTITY:

   01   JAY WOLFE AUTOMOTIVE GROUP                         CORPORATION
       AND PER NAMED INSURED SCHEDULE
       ATTACHED

OTHER INSUREDS:

   AA   SEE OTHER INSURED SCHEDULE
       ATTACHED

SECURITY INTERESTS:

   A    SEE SECURITY INTEREST SCHEDULE
       ATTACHED

LOCATIONS AND OCCUPANCY:

   01   1101 W. 103RD STREET                    AUTO SALES & SERVICE
       ATTACHED
       KANSAS CITY, MO 64114

TERRORISM:

ACTS OF TERRORISM EXCLUDED

ENDORSEMENTS APPLICABLE:

279211N  VI (2-2010)                                          PAGE 1-A

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 01

ITEM 2
  0497 EXCLUSION FOR CERTIFIED ACTS OF
       TERRORISM AND BIOLOGICAL AND
       CHEMICAL TERRORISM

279211N  VI (2-2010)                                    PAGE 1-B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 01

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND       INSUREDS   LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED     LIMITS
EACH COVERAGE PART:

279211N  VI (2-2010)                                                 PAGE 1-C
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ITEM 3
COVERAGES, PROPERTY INSURED, AND
SPECIAL PROVISIONS APPLICABLE TO
EACH COVERAGE PART:

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)
PERILS AND DEDUCTIBLES          COINS%

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| BUILDING | | NONE | 01,A | 01 | SEE SCHEDULE | 34,130,152 |
| FIRE | 75000 | | | | |
| WINDSTORM-HAIL | 75000 | | | | |
| V&MM | 75000 | | | | |
| OTHER SPEC PERILS | 75000 | | | | |
| THEFT-BURGLARY | 75000 | | | | |
| UNNAMED PERILS | 75000 | | | | |
| BREAKDOWN | 75000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | 75000 | | | | |

0077 VALUE PROTECTION
     OTHER THAN EARTHQUAKE
0016 REPLACEMENT COST-BUILDING
90% COINSURANCE APPLIES TO
BUILDINGS WITH REPLACEMENT
COST.  SEE PROPERTY SCHEDULE
FOR SPECIFIC LOCATIONS
------------------------------------
THE DEDUCTIBLES SHOWN ABOVE
AS $75,000 ARE AMENDED TO
READ: $100,000.
------------------------------------

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| CONTENTS | | 100% | 01,A | 01 | SEE SCHEDULE | 5,785,000 |
| FIRE | 75000 | | | | |
| WINDSTORM-HAIL | 75000 | | | | |
| V&MM | 75000 | | | | |
| OTHER SPEC PERILS | 75000 | | | | |
| THEFT-BURGLARY | 75000 | | | | |
| UNNAMED PERILS | 75000 | | | | |
| BREAKDOWN | 75000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | 75000 | | | | |

0776 REPLACEMENT COST EQUIPMENT -
     COINSURANCE
------------------------------------
THE DEDUCTIBLES SHOWN ABOVE
AS $75,000 ARE AMENDED TO
READ:  $100,000
------------------------------------

OTHER INSURED PROPERTY                                      50,000

279211N  VI (2-2010)                                      PAGE 1-D

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 01

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND            INSUREDS   LOCA-   PERILS        OUR
SPECIAL PROVISIONS APPLICABLE TO                       TIONS   INSURED       LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)
PERILS AND DEDUCTIBLES              COINS%


EMPLOYEE TOOLS                         NONE    01       01    SEE       1,260,000
   FIRE                     75000                             SCHEDULE
   WINDSTORM-HAIL           75000
   V&MM                     75000
   OTHER SPEC PERILS        75000
   THEFT-BURGLARY           75000
   UNNAMED PERILS           75000
   BREAKDOWN                75000
   EARTHQUAKE               NO COVER
   SPRK LEAKAGE             75000

   0441 EMPLOYEE TOOLS OFF PREMISES
   0707 EMPLOYEE TOOLS - COINSURANCE
        CONDITION DELETED
   --------------------------------
   THE DEDUCTIBLES SHOWN ABOVE
   AS $75,000 ARE AMENDED TO
   READ:  $100,000
   --------------------------------

ACCOUNTS RECEIVABLE                    90%    01       01    MULTIPERIL 1,300,000

   0023 ACCOUNTS RECEIVABLE
   --------------------------------
   A $100,000 DEDUCTIBLE APPLIES
   PER OCCURRENCE
   --------------------------------

BUSINESS INCOME CONTINUATION           NONE   01       01    SEE       1,897,666
     AND EXTRA EXPENSE                                       SCHEDULE  PER MONTH
   FIRE                     NO DEDUCT                                  FOR  3 MO
   WINDSTORM-HAIL           NO DEDUCT                                  TOTAL OF
   V&MM                     NO DEDUCT                                  5,692,998
   OTHER SPEC PERILS        NO DEDUCT
   THEFT-BURGLARY           NO DEDUCT
   UNNAMED PERILS           NO DEDUCT
   BREAKDOWN                NO DEDUCT
   EARTHQUAKE               NO COVER
   SPRK LEAKAGE             NO DEDUCT

   0705 BUSINESS INCOME CONTINUATION
        72-HOUR DEDUCTIBLE FOR ELECTRONIC
        VANDALISM AND ELECTRONIC DATA

279211N  VI (2-2010)                                        PAGE 1-E
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0009967 01

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS   LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                     TIONS    INSURED     LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)
PERILS AND DEDUCTIBLES           COINS%

        OVERLOAD DELETED
   0790 72 HOUR DEDUCTIBLE - BUSINESS
        INCOME CONTINUATION

279211N  VI (2-2010)                                        PAGE 1-F
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 01

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA- TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| COMMERCIAL UMBRELLA (PART 980) | | | | |
| COMMERCIAL UMBRELLA | 01 | ALL | INJURY | 25,000,000 |
| RETENTION: NONE | | | | EA.OCCUR |

```
ENDORSEMENTS APPLICABLE:
0089 UMBRELLA LIMITS INCLUSIVE
0809 PERSONAL PROPERTY IN CUSTOMER'S
     AUTO EXCLUDED

DESIGNATED PERSONS:
-----------------------------------
 JOE & LORIE CARDELLO
 GEORGE & SHIRLEY DEVLIN
 JEFF WOLFE
 BOB PRIEST
 DAVID & JULIE GATCHELL
 ERIC HANSON
 LEE & SUSAN HUBBARD
 BOB & CINDY TUCCI
-----------------------------------

UNDERLYING INSURANCE:
 PART 2 (EMPLOYER'S LIABILITY INSURANCE) OF ANY WORKERS' COMPENSATION
 ISSUED BY US TO THE INSURED SHOWN FOR THIS COVERAGE PART;
 ALL OTHER COVERAGE PARTS OF THIS POLICY PROVIDING LIABILITY INSURANCE
 FOR THE INSUREDS NAMED ON THIS COVERAGE PART EXCEPT COVERAGE PART 970.

OTHER POLICIES:
TRAVELERS INSURANCE COMPANY
(CARRIER)
POLICY #EC2J-UB0-894-J5373-10
EFFECTIVE 4-30-12 TO 4-30-13
LIMITS:
  $500,000/$500,000/$500,000
-----------------------------------
UNIVERSAL UNDERWRITERS INS. CO.
UNICOVER POLICY #279210M
ACCOUNT #0009967-00
EFFECTIVE 4-30-12 TO 4-30-13
LIMIT OF LIABILITY: $500,000 CSL
-----------------------------------
```

279211N  VI (2-2010)                                      PAGE 1-G

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0009967 01

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED     LIMITS
EACH COVERAGE PART:

THE PREMIUM BASIS FOR THIS POLICY IS:  FIXED
COUNTERSIGNED: 07-19-2012 BY _____ REPRESENTATIVE

MAIL TO: JAY WOLFE AUTO GROUP
         ATTN: DAVE GATCHELL
         1011 W. 103RD ST.
         KANSAS CITY, MO 64114

279211N  VI (2-2010)                                   PAGE 1-H
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

DISCLOSURE STATEMENT

NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION

IF YOU WANT TO LEARN MORE ABOUT THE COMPENSATION ZURICH PAYS
AGENTS AND BROKERS VISIT:

HTTP://WWW.ZURICHNAPRODUCERCOMPENSATION.COM

OR CALL THE FOLLOWING TOLL-FREE NUMBER: (866) 903-1192.

THIS NOTICE IS PROVIDED ON BEHALF OF ZURICH AMERICAN INSURANCE COMPANY

AND ITS UNDERWRITING SUBSIDIARIES.

U-GU-874-A CW (06/11)

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ADVISORY NOTICE TO POLICYHOLDERS REGARDING THE
U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL
("OFAC") REGULATIONS

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO
REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW
YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE
PROVIDED.

THIS NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE
COVERAGE DUE TO DIRECTIVES ISSUED BY THE U.S. TREASURY DEPARTMENT'S OFFICE OF
FOREIGN ASSETS CONTROL ("OFAC").

PLEASE READ THIS NOTICE CAREFULLY.

OFAC ADMINISTERS AND ENFORCES SANCTIONS POLICY BASED ON PRESIDENTIAL
DECLARATIONS OF "NATIONAL EMERGENCY". OFAC HAS IDENTIFIED AND LISTED NUMEROUS:

* FOREIGN AGENTS;
* FRONT ORGANIZATIONS;
* TERRORISTS;
* TERRORIST ORGANIZATIONS; AND
* NARCOTICS TRAFFICKERS;

AS "SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS." THIS LIST CAN BE
LOCATED ON THE UNITED STATES TREASURY'S WEB SITE -
HTTP://WWW.TREASURY.GOV/ABOUT/ORGANIZATIONAL-STRUCTURE/OFFICES/PAGES/
    OFFICE-OF-FOREIGN-ASSETS-CONTROL.ASPX.

IN ACCORDANCE WITH OFAC REGULATIONS, IF IT IS DETERMINED THAT YOU OR ANY OTHER
INSURED, OR ANY PERSON OR ENTITY CLAIMING THE BENEFITS OF THIS INSURANCE HAS
VIOLATED U.S. SANCTIONS LAW OR IS A SPECIALLY DESIGNATED NATIONAL AND BLOCKED
PERSON, AS IDENTIFIED BY OFAC, THIS INSURANCE WILL BE CONSIDERED A BLOCKED OR
FROZEN CONTRACT AND ALL PROVISIONS OF THIS INSURANCE ARE IMMEDIATELY SUBJECT TO
OFAC RESTRICTIONS. WHEN AN INSURANCE POLICY IS CONSIDERED TO BE SUCH A BLOCKED
OR FROZEN CONTRACT, NO PAYMENTS OR PREMIUM REFUNDS MAY BE MADE WITHOUT
AUTHORIZATION FROM OFAC. OTHER LIMITATIONS ON PREMIUMS AND PAYMENTS ALSO APPLY.

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, INC., WITH ITS PERMISSION.

U-GU-1041-A (3/11)
PAGE 1 OF 1

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

DISCLOSURE STATEMENT

NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION

IF YOU WANT TO LEARN MORE ABOUT THE COMPENSATION ZURICH PAYS
AGENTS AND BROKERS VISIT:

HTTP://WWW.ZURICHNAPRODUCERCOMPENSATION.COM

OR CALL THE FOLLOWING TOLL-FREE NUMBER: (866) 903-1192.

THIS NOTICE IS PROVIDED ON BEHALF OF ZURICH AMERICAN INSURANCE COMPANY

AND ITS UNDERWRITING SUBSIDIARIES.

U-GU-874-A CW (06/11)

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ADVISORY NOTICE TO POLICYHOLDERS REGARDING THE
U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL
("OFAC") REGULATIONS

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO
REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW
YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE
PROVIDED.

THIS NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE
COVERAGE DUE TO DIRECTIVES ISSUED BY THE U.S. TREASURY DEPARTMENT'S OFFICE OF
FOREIGN ASSETS CONTROL ("OFAC").

PLEASE READ THIS NOTICE CAREFULLY.

OFAC ADMINISTERS AND ENFORCES SANCTIONS POLICY BASED ON PRESIDENTIAL
DECLARATIONS OF "NATIONAL EMERGENCY". OFAC HAS IDENTIFIED AND LISTED NUMEROUS:

* FOREIGN AGENTS;
* FRONT ORGANIZATIONS;
* TERRORISTS;
* TERRORIST ORGANIZATIONS; AND
* NARCOTICS TRAFFICKERS;

AS "SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS." THIS LIST CAN BE
LOCATED ON THE UNITED STATES TREASURY'S WEB SITE -
HTTP://WWW.TREASURY.GOV/ABOUT/ORGANIZATIONAL-STRUCTURE/OFFICES/PAGES/
       OFFICE-OF-FOREIGN-ASSETS-CONTROL.ASPX.

IN ACCORDANCE WITH OFAC REGULATIONS, IF IT IS DETERMINED THAT YOU OR ANY OTHER
INSURED, OR ANY PERSON OR ENTITY CLAIMING THE BENEFITS OF THIS INSURANCE HAS
VIOLATED U.S. SANCTIONS LAW OR IS A SPECIALLY DESIGNATED NATIONAL AND BLOCKED
PERSON, AS IDENTIFIED BY OFAC, THIS INSURANCE WILL BE CONSIDERED A BLOCKED OR
FROZEN CONTRACT AND ALL PROVISIONS OF THIS INSURANCE ARE IMMEDIATELY SUBJECT TO
OFAC RESTRICTIONS. WHEN AN INSURANCE POLICY IS CONSIDERED TO BE SUCH A BLOCKED
OR FROZEN CONTRACT, NO PAYMENTS OR PREMIUM REFUNDS MAY BE MADE WITHOUT
AUTHORIZATION FROM OFAC. OTHER LIMITATIONS ON PREMIUMS AND PAYMENTS ALSO APPLY.

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, INC., WITH ITS PERMISSION.

U-GU-1041-A (3/11)
PAGE 1 OF 1

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337
STATUTE AND TITLE E&O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

GARAGE COVERAGE PART 500

INSURING AGREEMENT

*STATUTE *AND *TITLE *E&O IS DELETED FROM PART B.1. OF THE INSUR-
ING AGREEMENT.

PART B.3.B. OF THE INSURING AGREEMENT IS DELETED.

PART C.5. IS ADDED TO THE INSURING AGREEMENT AS FOLLOWS:

5.  *WE WILL REIMBURSE REASONABLE DEFENSE COSTS INCURRED BY *YOU
    BECAUSE OF *STATUTE *AND *TITLE *E&O WHEN SUCH INSURANCE IS
    SHOWN IN THE DECLARATIONS.

    THIS INSURANCE APPLIES ONLY IF A *SUIT IS FILED AGAINST AN
    INSURED WITHIN THE POLICY TERRITORY DURING THE COVERAGE PART
    PERIOD, ARISING OUT OF *STATUTE *AND *TITLE *E&O.

    *WE HAVE THE RIGHT BUT NOT THE DUTY TO SETTLE ANY *SUIT. IF
    *WE SETTLE A *SUIT THE SETTLEMENT WILL BE AT *OUR EXPENSE
    EXCEPT FOR THE APPLICABLE DEDUCTIBLE. OTHERWISE, ALL COURT
    COSTS, SETTLEMENTS AND *DAMAGES ASSESSED AGAINST *YOU WILL BE
    AT *YOUR EXPENSE. *WE WILL NOT REIMBURSE DEFENSE COSTS FOR
    ANY *SUIT THAT IS NOT COVERED OR DECLARED FOR THIS COVERAGE
    PART.

    IF *WE REIMBURSE DEFENSE COSTS UNDER A RESERVATION OF RIGHTS,
    AND A COURT FINDS THAT NO INSURANCE APPLIES UNDER THIS COVER-
    AGE PART, *YOU MUST REIMBURSE *US FOR ALL LEGAL EXPENSES PAID
    ON *YOUR BEHALF, INCLUDING *OUR LEGAL EXPENSES INCURRED TO
    DETERMINE COVERAGE.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  9-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337
STATUTE AND TITLE E&O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER VI

THE MOST WE WILL PAY

PART B.1. OF THE MOST WE WILL PAY IS DELETED.

PART C.4. IS ADDED TO THE MOST WE WILL PAY AS FOLLOWS:

4.  WITH RESPECT TO *STATUTE *AND *TITLE *E&O, THE LIMIT PER *SUIT
    SHOWN IN THE DECLARATIONS. THE ANNUAL AGGREGATE LIMIT SHOWN IN
    THE DECLARATIONS FOR *STATUTE *AND *TITLE *E&O IS THE MOST *WE
    WILL PAY FOR ALL SUCH DEFENSE COSTS DURING THE COVERAGE PART
    PERIOD.

    ANY SETTLEMENT MADE BY *US UNDER *STATUTE *AND *TITLE *E&O
    WILL BE INCLUDED IN THE LIMIT PER *SUIT AND THE ANNUAL AGGRE-
    GATE LIMIT SHOWN IN THE DECLARATIONS.

DEDUCTIBLES

*STATUTE *AND *TITLE *E&O IS DELETED FROM PART C. OF THE DEDUC-
TIBLES CONDITION.

PART F. IS ADDED AS FOLLOWS:

F.  FROM THE AMOUNTS PAYABLE FOR SETTLEMENTS AND DEFENSE COSTS
    INCURRED FOR *STATUTE *AND *TITLE *E&O, *WE WILL DEDUCT THE
    AMOUNT SHOWN IN THE DECLARATIONS FOR EACH *SUIT FILED AGAINST
    *YOU.

    IF, AFTER THE APPLICATION OF THE DEDUCTIBLE, THE AMOUNTS
    PAYABLE EXCEED THE LIMIT OF INSURANCE, *WE WILL PAY *YOU THE
    LIMIT SHOWN IN THE DECLARATIONS.

WE WILL ALSO PAY

*STATUTE *AND *TITLE *E&O IS DELETED FROM PART B. OF THE WE WILL
ALSO PAY CONDITION.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  9-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 482
FLOOD DEDUCTIBLE PER LOCATION
COVERAGE PART 300
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEDUCTIBLES

THE FOLLOWING IS ADDED TO PART A.1. OF THE DEDUCTIBLES CONDITION:

THE FLOOD DEDUCTIBLE APPLIES ONLY TO THE LOCATION(S) SHOWN IN THE
DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  8-2007

COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

### A Stock Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO COVERAGE PARTS 320, 330, 660 AND 980, THE FOLLOWING
CHANGES ARE MADE:

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS AN ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE
SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED
STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL
TERRORISM RISK INSURANCE ACT. THE TERRORISM RISK INSURANCE ACT
PROVIDES THAT  THE SECRETARY OF TREASURY SHALL CERTIFY AN ACT
OF TERRORISM:

1.  TO BE AN ACT OF TERRORISM;
2.  TO BE A VIOLENT ACT OR AN ACT THAT IS DANGEROUS TO HUMAN
    LIFE, PROPERTY, OR INFRASTRUCTURE;
3.  TO HAVE RESULTED IN DAMAGE WITHIN THE UNITED STATES, OR
    OUTSIDE OF THE UNITED STATES IN THE CASE OF AN AIR CARRIER
    (AS DEFINED IN SECTION 40102 OF TITLE 49, UNITED STATES
    CODE) OR A UNITED STATES FLAG VESSEL (OR A VESSEL BASED
    PRINCIPALLY IN THE UNITED STATES, ON WHICH UNITED STATES
    INCOME TAX IS PAID AND WHOSE INSURANCE COVERAGE IS SUBJECT
    TO REGULATION IN THE UNITED STATES), OR THE PREMISES OF A
    UNITED STATES MISSION; AND
4.  TO HAVE BEEN COMMITTED BY AN INDIVIDUAL OR INDIVIDUALS AS
    PART OF AN EFFORT TO COERCE THE CIVILIAN POPULATION OF THE
    UNITED STATES OR TO INFLUENCE THE POLICY OR AFFECT THE
    CONDUCT OF THE UNITED STATES GOVERNMENT BY COERCION.

NO ACT MAY BE CERTIFIED AS AN ACT OF TETRRORISM IF THE ACT IS
COMMITTED AS PART OF THE COURSE OF A WAR DECLARED BY CONGRESS
(EXCEPT FOR WORKERS' COMPENSATION) OR IF LOSSES RESULTING FROM
THE ACT, IN THE AGGREGATE FOR INSURANCE SUBJECT TO TRIA, DO NOT
EXCEED $5,000,000.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

*WE WILL NOT PAY FOR *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING AGAINST AN ACTUAL OR EXPECTED *CERTIFIED *ACT *OF *TERRORISM. SUCH *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTION FOR CERTAIN FIRE LOSSES

WITH RESPECT TO COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THIS EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF *TERRORISM. IN SUCH STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL *LOSS TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUESD BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS OR EXPENSE INCLUDING, BUT NOT LIMITED TO, *BUSINESS *INCOME *CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE, OR LEASEHOLD INTEREST.

APPLICATION OF OTHER EXCLUSIONS

THE TERMS AND LIMITATIONS OF A TERRORISM EXCLUSION OR ANY OTHER EXCLUSION, OR THE INAPPLICABILITY OR OMISSION OF A TERRORISM EXCLUSION OR ANY OTHER EXCLUSION, DO NOT SERVE TO CREATE COVERAGE WHICH WOULD OTHERWISE BE EXCLUDED, LIMITED OR RESTRICTED UNDER THIS POLICY.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK * INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

                                        EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

IF AGGREGATE INSURED *DAMAGES, *COVERED *POLLUTION *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT THAT ARE ATTRIBU- TABLE TO ONE OR MORE *CERTIFIED *ACT *OF *TERRORISM EXCEED $100 BILLION IN A PROGRAM YEAR (JANUARY 1 THROUGH DECEMBER 31) AND *WE HAVE MET *OUR INSURER DEDUCTIBLE UNDER THE TERRORISM RISK INSURANCE ACT, *WE SHALL NOT BE LIABLE FOR THE PAYMENT OF ANY PORTION OF THE AMOUNT OF SUCH *DAMAGES, *COVERED *POLLUTION *DAMAGES, *INJURY, *LOSS, CLAIM OR *SUIT THAT EXCEEDS $100 BILLION, AND IN SUCH CASE INSURED CLAIMS UP TO THAT AMOUNT ARE SUBJECT TO PRO RATA ALLOCATION IN ACCORDANCE WITH PROCEDURES ESTABLISHED BY THE SECRETARY OF TREASURY.

WITH RESPECT TO COVERAGE PARTS 300, 380, 500 AND 830, THE FOLLOWING CHANGES ARE MADE:

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*TERRORISM" MEANS ACTIVITIES AGAINST PERSONS, ORGANIZATIONS OR PROPERTY OF ANY NATURE:

1.   THAT INVOLVE THE FOLLOWING OR PREPARATION FOR THE FOLLOWING:

   A.   USE OR THREAT OF FORCE OR VIOLENCE;

   B.   COMMISSION OR THREAT OF A DANGEROUS ACT; OR

   C.   COMMISSION OR THREAT OF AN ACT THAT INTERFERES WITH OR DISRUPTS AN ELECTRONIC, COMMUNICATION, INFORMATION, OR MECHANICAL SYSTEM; AND

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK * INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

2.   WHEN ONE OR BOTH OF THE FOLLOWING APPLIES:

A.   THE EFFECT IS TO INTIMIDATE OR COERCE A GOVERNMENT OR
THE CIVILIAN POPULATION OR ANY SEGMENT THEREOF, OR TO
DISRUPT ANY SEGMENT OF THE ECONOMY; OR

B.   IT APPEARS THAT THE INTENT IS TO INTIMIDATE OR COERCE A
GOVERNMENT, OR TO FURTHER POLITICAL, IDEOLOGICAL, RELI-
GIOUS, SOCIAL OR ECONOMIC OBJECTIVES OR TO EXPRESS (OR
EXPRESS OPPOSITION TO) A PHILOSOPHY OR IDEOLOGY.

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

*WE WILL NOT PAY FOR *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED DIRECTLY OR
INDIRECTLY BY AN ACT OF *TERRORISM, INCLUDING ACTION IN HINDER-
ING OR DEFENDING AGAINST AN ACTUAL OR EXPECTED ACT OF *TERROR-
ISM. ANY *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY,
*LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF
ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN
ANY SEQUENCE TO SUCH *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

APPLICATION OF OTHER EXCLUSIONS

THE TERMS AND LIMITATIONS OF A TERRORISM EXCLUSION OR ANY OTHER
EXCLUSION, OR THE INAPPLICABILITY OR OMISSION OF A TERRORISM
EXCLUSION OR ANY OTHER EXCLUSION, DO NOT SERVE TO CREATE
COVERAGE WHICH WOULD OTHERWISE BE EXCLUDED, LIMITED, OR
RESTRICTED UNDER THIS POLICY.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

### A Stock Insurance Company

ENDORSEMENT NO. 778
DISCRIMINATION DEDUCTIBLE - $25,000 OR PERCENTAGE
COVERAGE PARTS 500 AND 660
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEDUCTIBLE

PART B. OF THE DEDUCTIBLES CONDITION IS REPLACED BY THE FOLLOWING:

B.  INJURY GROUP 6

FROM THE AMOUNTS PAYABLE FOR *DAMAGES, SETTLEMENTS AND DEFENSE
COSTS FOR *INJURY GROUP 6, *WE WILL DEDUCT THE GREATER OF
$25,000 OR THE PERCENTAGE SHOWN IN THE DECLARATIONS FOR EACH
*SUIT OR CLAIM FILED AGAINST *YOU. THE MOST *WE WILL DEDUCT
FOR ALL *DAMAGES, SETTLEMENTS AND DEFENSE COSTS FOR EACH CLAIM
OR *SUIT IS THAT PERCENTAGE TIMES THE LIMIT SHOWN IN THE
DECLARATIONS.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  8-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 811
HOW WE WILL PAY CONDITION REVISED
COVERAGE PART 300
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

HOW WE WILL PAY

PART C. OF THE HOW WE WILL PAY CONDITION IS DELETED IN ITS ENTIRETY AND REPLACED BY THE FOLLOWING:

C.  WHEN SETTLEMENT IS BASED ON REPAIRS TO THE *COVERED *AUTO OR *COVERED *WATERCRAFT:

    1.  IF *LOSS IS CAUSED BY A PERIL OTHER THAN WINDSTORM OR HAIL, THE MOST *WE WILL PAY IS 65% OF THE *RETAIL *CHARGES (UNLESS STATED OTHERWISE IN THE DECLARATIONS) ON PARTS, MATERIALS, AND LABOR.

    2.  IF *LOSS IS CAUSED BY WINDSTORM OR HAIL, THE MOST *WE WILL PAY IS THE LESSER OF:

        A.  75% OF THE *RETAIL *CHARGES; OR
        B.  THE PERCENTAGE STATED IN THE DECLARATIONS,

    ON PARTS, MATERIALS, AND LABOR.

    3.  HOWEVER, *WE WILL PAY THE ACTUAL EXPENSES *YOU INCUR FOR:

        A.  THAT PORTION OF REPAIRS THAT ARE MADE USING THE PAINTLESS DENT REPAIR METHOD.

        B.  *LOSS CAUSED BY *COLLISION, IMPACT WITH A BIRD OR ANIMAL, FIRE, LIGHTNING, THEFT OR LARCENY, *EXTENDED *THEFT, MALICIOUS MISCHIEF OR VANDALISM, IF

            (1)  *YOU DO NOT POSSESS THE FACILITIES, PARTS, MATERIALS, OR TECHNICAL EXPERTISE TO PERFORM THE REPAIRS, AND
            (2)  WITH *OUR APPROVAL, THE LABOR IS PERFORMED OR PARTS AND MATERIALS ARE FURNISHED BY A FACILITY NOT OWNED OR OTHERWISE AFFILIATED WITH *YOU.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK * INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  1-2009
COPYRIGHT 2009 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 811
HOW WE WILL PAY CONDITION REVISED
COVERAGE PART 300
UNICOVER VI

      C.    *LOSS THAT OCCURS 100 MILES OR MORE FROM *YOUR PLACE
           OF BUSINESS, IF THE *COVERED *AUTO OR *COVERED
           *WATERCRAFT IS REPAIRED 100 MILES OR MORE FROM *YOUR
           PLACE OF BUSINESS.

ALL OTHER TERMS, CONDITIONS, PROVISIONS AND EXCLUSIONS OF THIS POLICY
REMAIN UNCHANGED.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

                                             EDITION  1-2009

COPYRIGHT 2009 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 817
COVERAGE DEDUCTIBLE
COVERAGE PARTS 300, 380, 500, 660, 830 AND 980
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*LOSS *ADJUSTMENT *EXPENSES" MEANS EXPENSES FOR INDEPENDENT
ADJUSTERS, LEGAL EXPENSES, COURT COSTS, INTEREST ON JUDGEMENTS
AND ALL OTHER EXPENSES IN CONNECTION WITH THE INVESTIGATION,
DEFENSE OR SETTLEMENT OF ANY *INJURY, *OCCURRENCE, CLAIM OR
SUIT. *LOSS *ADJUSTMENT *EXPENSES DOES NOT MEAN PAYROLL OR
REMUNERATION FOR EMPLOYEES OR LEGAL COUNSEL RETAINED BY *YOU ON
A CONTINUING BASIS.

"*DEDUCTIBLE *LOSS" MEANS THAT PORTION OF ANY *LOSS, *INJURY,
*OCCURRENCE, CLAIM OR SUIT, INCLUDING *LOSS *ADJUSTMENT
*EXPENSES, WHICH DOES NOT EXCEED THE "DEDUCTIBLE LIMIT" SHOWN
IN THE DECLARATIONS.

THE FOLLOWING CONDITIONS ARE ADDED:

*OUR OBLIGATION TO PAY SUMS FOR *LOSS OR *DAMAGES IS LIMITED TO
THOSE AMOUNTS IN EXCESS OF *YOUR DEDUCTIBLE LIMIT. THE LIMITS
APPLICABLE FOR EACH *INJURY, *OCCURRENCE, CLAIM OR SUIT WILL BE
REDUCED BY THE AMOUNT OF *YOUR DEDUCTIBLE LIMIT.

*WE MAY USE ANY PART OF *YOUR DEDUCTIBLE LIMIT TO EFFECT SETTLE-
MENT OF ANY CLAIM OR SUIT.

THE MAXIMUM AMOUNT *YOU WILL BE OBLIGATED TO PAY FOR THE POLICY
PERIOD FOR ALL *DEDUCTIBLE *LOSSES IS SHOWN IN THE DECLARATIONS
AS "AGGREGATE DEDUCTIBLE LOSS".

*YOU MUST PROMPTLY PAY *YOUR DEDUCTIBLE LIMIT AS EACH *INJURY,
*OCCURRENCE, CLAIM OR SUIT IS CONCLUDED.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  3-2009

COPYRIGHT 2009 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 817
COVERAGE DEDUCTIBLE
COVERAGE PARTS 300, 380, 500, 660, 830 AND 980
UNICOVER VI

RECOVERY AMOUNTS, INCLUDING SALVAGE, SUBROGATION AND OTHER
INSURANCE WILL ACCRUE TO *OUR BENEFIT WHERE PERMITTED BY LAW.
*WE WILL PAY *YOU ANY RECOVERY AMOUNTS IN EXCESS OF THE AMOUNT
*WE HAVE PAID, LESS RECOVERY EXPENSES.

ALL OTHER TERMS, CONDITIONS, PROVISIONS AND EXCLUSIONS OF THIS POLICY
REMAIN UNCHANGED.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  3-2009
COPYRIGHT 2009 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND SUPPLIES
OWNED BY *YOUR EMPLOYEES, WHILE:

1. LOCATED INSIDE *YOUR BUILDING, IN TRANSIT OR TEMPORARILY AT A
   PREMISES NOT OWNED, RENTED, LEASED, OPERATED OR CONTROLLED BY
   *YOU, PROVIDED SUCH PROPERTY IS BEING USED IN THE CONDUCT OF
   *YOUR BUSINESS; OR
2. NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH
   PROPERTY IS LOCATED INSIDE AN *AUTO OWNED OR LEASED BY *YOU.

EXCLUSIONS-PROPERTY

THE FOLLOWING IS ADDED TO EXCLUSIONS-PROPERTY:

WITH RESPECT TO PART 2. OF THE DEFINITION OF *EMPLOYEE *TOOLS, *WE
WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTENDED *AUTO, UNLESS
AT THE TIME OF THEFT ITS WINDOWS, DOORS AND COMPARTMENTS WERE
CLOSED AND LOCKED, AND THERE IS VISIBLE EVIDENCE THAT THE THEFT
WAS A RESULT OF FORCED ENTRY. THIS EXCLUSION DOES NOT APPLY TO
PROPERTY IN THE CUSTODY OF A CARRIER FOR HIRE.

WITH RESPECT TO PART 2. OF THE DEFINITION OF *EMPLOYEE *TOOLS, *WE
WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTENDED *AUTO, UNLESS:

1. AT THE TIME OF THEFT, THE UNATTENDED *AUTO'S WINDOWS, DOORS
   AND COMPARTMENTS WERE CLOSED AND LOCKED; AND
2. THERE IS VISIBLE EVIDENCE THAT THE THEFT WAS A RESULT OF
   FORCED ENTRY INTO THE UNATTENDED *AUTO.

THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF A
CARRIER FOR HIRE.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  1-2007

COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER VI

THE MOST WE WILL PAY

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

   WITH RESPECT TO PART 2. OF THE DEFINITION OF *EMPLOYEE *TOOLS, THE
   MOST *WE WILL PAY FOR ANY ONE *LOSS IS $25,000.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

                                        EDITION  1-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO COVERAGE PARTS 320, 330, 660 AND 980, THE FOLLOWING
CHANGES ARE MADE:

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS AN ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE
SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED
STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL
TERRORISM RISK INSURANCE ACT. THE TERRORISM RISK INSURANCE ACT
PROVIDES THAT  THE SECRETARY OF TREASURY SHALL CERTIFY AN ACT
OF TERRORISM:

1.  TO BE AN ACT OF TERRORISM;
2.  TO BE A VIOLENT ACT OR AN ACT THAT IS DANGEROUS TO HUMAN
    LIFE, PROPERTY, OR INFRASTRUCTURE;
3.  TO HAVE RESULTED IN DAMAGE WITHIN THE UNITED STATES, OR
    OUTSIDE OF THE UNITED STATES IN THE CASE OF AN AIR CARRIER
    (AS DEFINED IN SECTION 40102 OF TITLE 49, UNITED STATES
    CODE) OR A UNITED STATES FLAG VESSEL (OR A VESSEL BASED
    PRINCIPALLY IN THE UNITED STATES, ON WHICH UNITED STATES
    INCOME TAX IS PAID AND WHOSE INSURANCE COVERAGE IS SUBJECT
    TO REGULATION IN THE UNITED STATES), OR THE PREMISES OF A
    UNITED STATES MISSION; AND
4.  TO HAVE BEEN COMMITTED BY AN INDIVIDUAL OR INDIVIDUALS AS
    PART OF AN EFFORT TO COERCE THE CIVILIAN POPULATION OF THE
    UNITED STATES OR TO INFLUENCE THE POLICY OR AFFECT THE
    CONDUCT OF THE UNITED STATES GOVERNMENT BY COERCION.

NO ACT MAY BE CERTIFIED AS AN ACT OF TETRRORISM IF THE ACT IS
COMMITTED AS PART OF THE COURSE OF A WAR DECLARED BY CONGRESS
(EXCEPT FOR WORKERS' COMPENSATION) OR IF LOSSES RESULTING FROM
THE ACT, IN THE AGGREGATE FOR INSURANCE SUBJECT TO TRIA, DO NOT
EXCEED $5,000,000.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

*WE WILL NOT PAY FOR *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED DIRECTLY OR
INDIRECTLY BY A *CERTIFIED *ACT *OF *TERRORISM, INCLUDING
ACTION IN HINDERING OR DEFENDING AGAINST AN ACTUAL OR EXPECTED
*CERTIFIED *ACT *OF *TERRORISM. SUCH *COVERED *POLLUTION
*DAMAGES, *DAMAGES, *INJURY *LOSS, *OCCURRENCE, CLAIM OR *SUIT
IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CON-
TRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *COVERED
*POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE,
CLAIM OR *SUIT.

EXCEPTION FOR CERTAIN FIRE LOSSES

WITH RESPECT TO COVERAGE PART 330, THE FOLLOWING EXCEPTION TO
THIS EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES
WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF
FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY
WITH RESPECT TO A *CERTIFIED *ACT *OF *TERRORISM. IN SUCH
STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS IN FIRE,
*WE WILL PAY FOR THE DIRECT PHYSICAL *LOSS TO *YOUR *BUILDINGS,
*CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUESD BY
THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS OR
EXPENSE INCLUDING, BUT NOT LIMITED TO, *BUSINESS *INCOME
*CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL
*EXTRA *EXPENSE, OR LEASEHOLD INTEREST.

APPLICATION OF OTHER EXCLUSIONS

THE TERMS AND LIMITATIONS OF A TERRORISM EXCLUSION OR ANY OTHER
EXCLUSION, OR THE INAPPLICABILITY OR OMISSION OF A TERRORISM
EXCLUSION OR ANY OTHER EXCLUSION, DO NOT SERVE TO CREATE
COVERAGE WHICH WOULD OTHERWISE BE EXCLUDED, LIMITED OR RESTRIC-
TED UNDER THIS POLICY.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

                                        EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

IF AGGREGATE INSURED *DAMAGES, *COVERED *POLLUTION *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT THAT ARE ATTRIBU- TABLE TO ONE OR MORE *CERTIFIED *ACT *OF *TERRORISM EXCEED $100 BILLION IN A PROGRAM YEAR (JANUARY 1 THROUGH DECEMBER 31) AND *WE HAVE MET *OUR INSURER DEDUCTIBLE UNDER THE TERRORISM RISK INSURANCE ACT, *WE SHALL NOT BE LIABLE FOR THE PAYMENT OF ANY PORTION OF THE AMOUNT OF SUCH *DAMAGES, *COVERED *POLLUTION *DAMAGES, *INJURY, *LOSS, CLAIM OR *SUIT THAT EXCEEDS $100 BILLION, AND IN SUCH CASE INSURED CLAIMS UP TO THAT AMOUNT ARE SUBJECT TO PRO RATA ALLOCATION IN ACCORDANCE WITH PROCEDURES ESTABLISHED BY THE SECRETARY OF TREASURY.

WITH RESPECT TO COVERAGE PARTS 300, 380, 500 AND 830, THE FOLLOWING CHANGES ARE MADE:

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*TERRORISM" MEANS ACTIVITIES AGAINST PERSONS, ORGANIZATIONS OR PROPERTY OF ANY NATURE:

1.  THAT INVOLVE THE FOLLOWING OR PREPARATION FOR THE FOLLOWING:

    A.  USE OR THREAT OF FORCE OR VIOLENCE;

    B.  COMMISSION OR THREAT OF A DANGEROUS ACT; OR

    C.  COMMISSION OR THREAT OF AN ACT THAT INTERFERES WITH OR DISRUPTS AN ELECTRONIC, COMMUNICATION, INFORMATION, OR MECHANICAL SYSTEM; AND

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK * INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008

COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 497                    PAGE 4 OF 4
TERRORISM EXCLUSION
COVERAGE PARTS 300, 320, 330, 380, 500, 660, 830, AND 980
UNICOVER VI

2.  WHEN ONE OR BOTH OF THE FOLLOWING APPLIES:

    A.  THE EFFECT IS TO INTIMIDATE OR COERCE A GOVERNMENT OR
        THE CIVILIAN POPULATION OR ANY SEGMENT THEREOF, OR TO
        DISRUPT ANY SEGMENT OF THE ECONOMY; OR

    B.  IT APPEARS THAT THE INTENT IS TO INTIMIDATE OR COERCE A
        GOVERNMENT, OR TO FURTHER POLITICAL, IDEOLOGICAL, RELI-
        GIOUS, SOCIAL OR ECONOMIC OBJECTIVES OR TO EXPRESS (OR
        EXPRESS OPPOSITION TO) A PHILOSOPHY OR IDEOLOGY.

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

*WE WILL NOT PAY FOR *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED DIRECTLY OR
INDIRECTLY BY AN ACT OF *TERRORISM, INCLUDING ACTION IN HINDER-
ING OR DEFENDING AGAINST AN ACTUAL OR EXPECTED ACT OF *TERROR-
ISM. ANY *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY,
*LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF
ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN
ANY SEQUENCE TO SUCH *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

APPLICATION OF OTHER EXCLUSIONS

THE TERMS AND LIMITATIONS OF A TERRORISM EXCLUSION OR ANY OTHER
EXCLUSION, OR THE INAPPLICABILITY OR OMISSION OF A TERRORISM
EXCLUSION OR ANY OTHER EXCLUSION, DO NOT SERVE TO CREATE
COVERAGE WHICH WOULD OTHERWISE BE EXCLUDED, LIMITED, OR
RESTRICTED UNDER THIS POLICY.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  2-2008
COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, INC.
WITH ITS PERMISSION.

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 705
BUSINESS INCOME CONTINUATION - 72-HOUR DEDUCTIBLE FOR
ELECTRONIC VANDALISM AND ELECTRONIC DATA OVERLOAD DELETED
COVERAGE PART 330
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURING AGREEMENT

  INSURING AGREEMENT B. IS CHANGED AS FOLLOWS:

THE 72-HOUR DEDUCTIBLE DOES NOT APPLY WHEN *LOSS IS CAUSED BY
*ELECTRONIC *VANDALISM OR *ELECTRONIC *DATA *OVERLOAD.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  1-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 707
EMPLOYEE TOOLS - COINSURANCE CONDITION DELETED
COVERAGE PART 330
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO THE *LOCATION(S) SHOWN IN THE DECLARATIONS AS SUBJECT
TO THIS ENDORSEMENT, THE FOLLOWING CHANGES ARE MADE:

COINSURANCE

    THE COINSURANCE CONDITION DOES NOT APPLY TO *EMPLOYEE *TOOLS.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

                                        EDITION  1-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 776
REPLACEMENT COST EQUIPMENT - COINSURANCE
COVERAGE PART 330
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE *EQUIPMENT SHOWN IN THE DECLARATIONS AS
SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING CHANGES ARE MADE IN THIS
COVERAGE PART:

PART 1. OF THE DEFINITION OF *ACTUAL *CASH *VALUE IS CHANGED TO READ:

    1.  *EQUIPMENT (EXCEPT *ELECTRONIC *DATA *PROCESSING *EQUIPMENT,
        *MOBILE *EQUIPMENT, *DATA, *IMPROVEMENTS *AND *BETTERMENTS,
        *MEDIA AND PROPERTY OF OTHERS), ITS REPLACEMENT COST;

PART 9. IS ADDED TO THE DEFINITION OF *ACTUAL *CASH *VALUE:

    9.  *ELECTRONIC *DATA *PROCESSING *EQUIPMENT:

        (1)  IF REPLACEMENT IS NECESSARY, THE COST OF CURRENTLY AVAIL-
             ABLE *ELECTRONIC *DATA *PROCESSING *EQUIPMENT CAPABLE OF
             PERFORMING AT LEAST THE SAME FUNCTIONS. IF NOT REPLACED,
             ITS REPLACEMENT COST LESS ACTUAL (NOT TAX) DEPRECIATION;
        (2)  IF REPAIR IS NECESSARY, THE COST TO RESTORE DAMAGED
             *ELECTRONIC *DATA *PROCESSING *EQUIPMENT TO ITS CONDITION
             IMMEDIATELY PRIOR TO THE LOSS.

PART 10. IS ADDED TO THE DEFINITION OF *ACTUAL *CASH *VALUE:

    10.  MOBILE EQUIPMENT, ITS REPLACEMENT COST LESS ACTUAL (NOT TAX)
         DEPRECIATION.

THE FOLLOWING DEFINITION IS ADDED:

"*ELECTRONIC *DATA *PROCESSING *EQUIPMENT" MEANS MAINFRAME COMPU-
TERS, NETWORK SERVERS, NETWORK ROUTERS, PERSONAL COMPUTERS AND
WORKSTATIONS, LAPTOPS OR NOTEBOOK PERSONAL COMPUTERS, OTHER
PORTABLE COMPUTER DEVICES AND THEIR ACCESSORIES, TELECOMMUNICA-
TIONS EQUIPMENT AND FACSIMILE MACHINES. *ELECTRONIC *DATA *PRO-
CESSING *EQUIPMENT INCLUDES PERIPHERAL EQUIPMENT SUCH AS PRINTERS,
KEYBOARDS AND OTHER INPUT DEVICES, DATA TRANSMISSION LINES
WITHIN *YOUR *BUILDING, MONITORS, MODEMS AND SCANNERS. *ELECTRONIC
*DATA *PROCESSING *EQUIPMENT DOES NOT INCLUDE *DATA OR *MEDIA.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  1-2007
COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 790
72 HOUR DEDUCTIBLE
BUSINESS INCOME CONTINUATION
COVERAGE PART 330
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURING AGREEMENT

PART 1. AND 2. OF INSURING AGREEMENT B. ARE CHANGED AS FOLLOWS:

WITH RESPECT TO *BUSINESS *INCOME *CONTINUATION (BUT NOT *EXTRA *EXPENSE), THE PERIOD OF SUSPENSION INSURED BEGINS 72 HOURS AFTER THE TIME OF *LOSS AND SHALL END UPON RESTORATION OF SERVICES.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK * INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  1-2007

COPYRIGHT 2007 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 809
PERSONAL PROPERTY IN CUSTOMER'S AUTO EXCLUDED
COVERAGE PART 980
UNICOVER VI

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EXCLUSIONS

EXCLUSION K. IS REPLACED BY THE FOLLOWING:

K.  CARE, CUSTODY OR CONTROL

THIS INSURANCE DOES NOT APPLY TO *INJURY OR *COVERED *POLLU-
TION *DAMAGE TO PROPERTY OWNED BY, RENTED OR LEASED TO, USED
BY, TRANSPORTED BY, OR OTHERWISE IN THE CARE, CUSTODY OR
CONTROL OF THE *INSURED.

THIS EXCLUSION DOES NOT APPLY, WHEN *YOU HAVE COVERAGE IN THE
*UNDERLYING *INSURANCE, TO *INJURY:

1.  TO REAL OR PERSONAL PROPERTY NOT OWNED BY *YOU, OTHER
    THAN:

    A.  AN *AUTO; OR
    B.  PERSONAL PROPERTY WITHIN A *CUSTOMER'S *AUTO;

2.  TO *CUSTOMER'S *AUTOS;
3.  FOR LIABILITY ASSUMED BY *YOU UNDER A WRITTEN SIDETRACK
    AGREEMENT WITH RESPECT TO PROPERTY USED BY *YOU OR IN
    *YOUR CARE, CUSTODY, OR CONTROL.

ALL OTHER TERMS, CONDITIONS, PROVISIONS AND EXCLUSIONS OF THIS POLICY
REMAIN UNCHANGED.

THE FIRST SENTENCE OF THE DEFINITIONS CONDITION IN THE GENERAL
CONDITIONS IS REPLACED BY:  A WORD IDENTIFIED WITH AN ASTERISK *
INDICATES IT HAS A SPECIFIC MEANING AS DEFINED IN EACH COVERAGE PART.

EDITION  9-2008
COPYRIGHT 2008 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 'AY WOLFE AUTOMOTIVE GROUP
## NAMED INSURED SCHEDULE
## ACCOUNT #0009967-00
## POLICY #279210
## EFFECTIVE  04/30/2012 - 04/30/2013

| Named Insured | Coverage(s) | Location(s) | Date Added | Date Removed |
|---|---|---|---|---|
| Wolfe Automotive Group | | | 04/30/12 | |
| Jay Wolfe Body Shop | | | 04/30/12 | |
| Jay Wolfe Imports, Inc | | | 04/30/12 | |
| Jay Wolfe Imports of Missouri, LLC<br>DBA Jay Wolfe Acura | | | 04/30/12 | |
| Jay Wolfe Imports, LLC<br>DBA Jay Wolfe Honda | | | 04/30/12 | |
| Future Finance Company, LLC | | | 04/30/12 | |
| Jay Wolfe Imports of Springfield, Inc<br>DBA Acura of Springfield | | | 04/30/12 | |
| Jay Wolfe Used Cars of Blue Springs, LLC<br>DBA Jay Wolfe Used Outlet | | | 04/30/12 | |
| JWT Company, LLC<br>DBA Jay Wolfe Toyota | | | 04/30/12 | |
| JWTSL Company, LLC<br>DBA Jay Wolfe Toyota of West County | | | 04/30/12 | |
| Saturn of Kansas City, Inc | | | 04/30/12 | |
| Future Financial Corporation | | | 04/30/12 | |
| Big O Holding Company, LLC | | | 04/30/12 | |
| Northland Auto Finance LLC<br>DBA Jay Wolfe Auto Outlet | | | 04/30/12 | |
| **Inactive Operations** | | | | |
| Acura of Cleveland, LLC | | | 04/30/12 | |
| H.P. Smith Ford, LLC | | | 04/30/12 | |
| Jay Wolfe Chevrolet, Inc | | | 04/30/12 | |
| Jay Wolfe Chrysler-Plymouth, Inc | | | 04/30/12 | |
| Jay Wolfe Daewoo | | | 04/30/12 | |
| Jay Wolfe Dodge, Inc | | | 04/30/12 | |
| Jay Wolfe Kia | | | 04/30/12 | |
| Jay Wolfe Mercedes | | | 04/30/12 | |
| Jay Wolfe Used Cars of Olathe | | | 04/30/12 | |
| Jay Wolfe-Overland Park, LLC<br>DBA Jay Wolfe Pre-Owned Superstore | | | 04/30/12 | |
| JWN, LLC<br>DBA Jay Wolfe Nissan | | | 04/30/12 | |
| JWVW, LLC<br>DBA Jay Wolfe Volkswagen / Audi | | | 04/30/12 | |
| Saturn of Blue Springs | | | 04/30/12 | |
| Saturn of Chicago, Inc | | | 04/30/12 | |
| Saturn of Glenview | | | 04/30/12 | |
| Saturn of Olathe | | | 04/30/12 | |
| Saturn of Platte City | | | 04/30/12 | |
| Saturn of Springfield | | | 04/30/12 | |
| Saturn of Tiffany Springs | | | 04/30/12 | |

**JAY WOLFE AUTOMOTIVE GROUP**
**OTHER INSURED SCHEDULE**
**ACCOUNT #0009967-00**
**POLICY #279210**
**EFFECTIVE 04/30/2012 - 04/30/2013**

| Other Insureds | Coverage(s) | Locations | Date Added | Date Removed |
|---|---|---|---|---|
| Beverly Wolfe, Cindy Tucci & Jeff Wolfe 7707 State Avenue Kansas City, KS 66112 | | 220 W. 103rd St. Kansas City, MO 64112  1029 W. 103rd St. Kansas City, MO 64112  3140 & 3130 S. Campbell Springfield, MO 65807  1500 S. Outer Rd. Blue Springs, MO 64015  1011 West 103rd Street Kansas City, MO 64114  7707 State Avenue Kansas City, KS 66112 | 04/30/12 | |
| Joe & Lorie Cardello | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| George & Shirley Devlin | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| David & Julie Gatchell | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Eric Hanson | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Lee & Susan Hubbard | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Bob & Cindy Tucci | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Bob Priest | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Jeff Wolfe | Drive Other Auto Uninsured/Underinsured Motorists | ALL | 04/30/12 | |
| Larry Davis 5314 Hallet Shawnee, KS 66216 | End. 033 - Additional Insured - Property (Building Owner) | | 04/30/12 | |
| 103rd Investment Co. 1029 W. 103rd Street Kansas City, MO 64114 | | 1029 W. 103rd St. Kansas City, MO 64112 | 04/30/12 | |
| 3130 Campbell Partnership 3120 S. Campbell Springfield, MO 65807 | End. 033 - Additional Insured - Property (Building Owner) | 3130 S. Campbell Springfield, MO 65807 | 04/30/12 | |
| B.S. Partners 7707 State Avenue Kansas City, KS 66112 | End. 033 - Additional Insured - Property (Building Owner) | 925 Rawhide Olathe, KS 66061 | 04/30/12 | |
| Big O Partners 7707 State Avenue Kansas City, KS 66112 | End. 033 - Additional Insured - Property (Building Owner) | 925 Rawhide Olathe, KS 66061 | 04/30/12 | |

| | | | | |
|---|---|---|---|---|
| **JAY WOLFE AUTOMOTIVE GROUP**<br>**SECURITY INTERESTS SCHEDULE**<br>**ACCOUNT #0009967-00**<br>**POLICY #279210**<br>**EFFECTIVE 04/30/2012 - 04/30/2013** | | | | |
| **Security Interest** | **Coverage(s)** | **Locations** | **Date Added** | **Date Removed** |
| GE Capital<br>c/o Rue Insurance<br>P.O. Box 3006<br>Trenton, NJ 08619 | Loss Payee<br>as respects physical damage<br>on Consignment Vehicles | 1011 W. 103rd St.<br>Kansas City, MO 64114 | 04/30/12 | |

Case 4:13-cv-00868-SRB   Document 30-2   Filed 10/09/18   Page 49 of 267

| Loc # | Location Name | Address | City | ST | Zip Code | Occupancy | Used Inventory | New Inventory | Customers Autos | Date Added | Date Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Jay Wolfe Honda | 220 West 103rd St | Kansas City | MO | 64114 | Auto Sales & Service | NO COVERAGE | 1,084,000 | 3,500,000 | 04/30/12 | |
| 02 | Jay Wolfe Honda | 380 West 103rd St | Kansas City | MO | 64114 | Used Car Sales | | | | 04/30/12 | |
| 03 | Jay Wolfe Acura | 1029 West 103rd St | Kansas City | MO | 64114 | Auto Sales & Service | NO COVERAGE | 1,977,000 | Incl | 04/30/12 | |
| 04 | Jay Wolfe Acura | 1004 W. 104th St | Kansas City | MO | 64114 | Auto Sales & Service | | | | 04/30/12 | |
| 05 | Acura of Springfield | 3140 South Campbell | Springfield | MO | 65807 | Auto Sales & Service | NO COVERAGE | 875,000 | Incl | 04/30/12 | |
| 06 | Acura of Springfield | 3130 South Campbell | Springfield | MO | 65807 | Auto Sales & Service | | | | 04/30/12 | |
| 07 | | 925 Rawhide | Olathe | KS | 66061 | Leased to Bud Brown | | | | 04/30/12 | |
| 08 | | 925 Adj. Rawhide | Olathe | KS | 66061 | Leased to Bud Brown | | | | 04/30/12 | |
| 09 | Jay Wolfe Used Cars of Blue Springs | 1500 South Outer Rd | Blue Springs | MO | 64015 | Auto Sales & Service | | | | 04/30/12 | |
| 10 | Jay Wolfe Used Cars of Blue Springs | 1500 Adj. South Outer Rd | Blue Springs | MO | 64015 | Auto Sales & Service | | | | 04/30/12 | |
| 11 | Jay Wolfe Corporate Office | 1011 West 103rd St | Kansas City | MO | 64114 | 2nd floor Corporate Office, 1st Leased to new Mercedes owner. | | | | 04/30/12 | |
| 12 | | 7707 State Ave | Kansas City | KS | 66112 | Leased to Randy Curnow | | | | 04/30/12 | |
| 13 | | 7707 Adj. State Ave | Kansas City | KS | 66112 | Leased to Randy Curnow | | | | 04/30/12 | |
| 14 | Jay Wolfe Body Shop | 7611 State Ave | Kansas City | KS | 66112 | Auto Body Shop | | | | 04/30/12 | |
| 15 | Jay Wolfe Toyota | 9650 NW Prairie View Rd. | Kansas City | MO | 64153 | Auto Sales & Service | NO COVERAGE | 1,108,000 | Incl | 04/30/12 | |
| 16 | | 9600 NW Prairie View Rd. | Kansas City | MO | 64153 | Leased to Randy Reed | | | | 04/30/12 | |
| 17 | JWTSL Company, LLC DBA Jay Wolfe Toyota of West County | 14700 Manchester Road | Ballwin | MO | 63011 | Auto Sales & Service | NO COVERAGE | 1,364,000 | Incl | 04/30/12 | |
| 18 | Northland Auto Finance LLC DBA Jay Wolfe Auto Outlet | 10 NW Barry Road | Kansas City | MO | 64155 | Purchased from Randy Reed | NO COVERAGE | 300,000 | Incl | 04/30/12 | |

# MISSOURI

# STATE AMENDATORY PART

# UNICOVER VI

The telephone number of Universal Underwriters Insurance Co. is (913) 339-1000.

**GENERAL CONDTIONS**

Premium Collection

This condition is deleted.

Concealment or Fraud

The following is added:

With respect to liability coverage provided in Coverage Parts 500 – Garage and 830 – Basic Auto, this condition only applies in excess of the minimum limits of liability required by Missouri Financial Responsibility Laws.

Actions Against Us

With respect to Coverage Part 330 – Property, Coverage Part 380 - Crime, the phrase "12 months" is replaced by "ten years."

Subrogation

With respect to Coverage Part 330 – Property, the following is added:

If WE pay an innocent INSURED for LOSS arising out of an act of domestic violence by another INSURED, the rights of the innocent INSURED to recover damages from the abuser are transferred to US to the extent of OUR payment. Following the LOSS, the innocent INSURED may not waive such rights to recover against the abuser.

Assignment

With respect to coverage provided in Coverage Part 330 – Property, this condition is replaced by the following:

No assignment of interest will affect this policy unless WE change the policy. However:

1. Transfer By Beneficiary Deed

If YOU convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to YOUR death, that person will have YOUR rights and duties with respect to the insured real property, but only for the period from the date of YOUR death until the first of the following occurs:

a. period of 30 days from the date of YOUR death;
b. he date that alternative coverage is obtained on YOUR property; or
c. he end of the policy period as shown in the declarations.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

2. Transfer By Other Means Following Death

If YOU die, YOUR rights and duties will be transferred to YOUR legal representative but only while acting within the scope of duties as YOUR legal representative. Until YOUR legal representative is appointed, anyone having proper temporary custody of YOUR property will have YOUR rights and duties, but only with respect to that property. YOUR rights and duties under this policy may not be transferred without OUR written consent except in the case of YOUR death.

Cancellation

A. Common Cancellation Conditions

1. Cancellation

The fourth paragraph of the Cancellation condition is replaced by the following:

a. WE may cancel this policy by mailing or delivering to YOU written notice of cancellation, stating the actual reason for cancellation at least:

(1) ten days before the effective date of cancellation if WE cancel for nonpayment of premium;

(2) 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

(i) fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

(ii) changes in conditions after the effective date of this policy which have materially increased the risk assumed;

(iii) WE become insolvent; or,

(iv) WE involuntarily lose reinsurance for this policy.

(3) 60 days before the effective date of cancellation if WE cancel for any other reason.

b. If WE cancel, a written notice of cancellation will be mailed to YOU at the address shown in the declarations.

c. The mailing of notice will be sufficient proof of notice.

d. The effective date and hour of cancellation stated in the notice will become the end of the policy period.

e. Delivery of such written notice, either by YOU or US, will be equivalent to mailing.

B. With respect to Coverage Part 330 – Property, Part A.1.a. above is replaced by:

1. Cancellation

a. WE may cancel, nonrenew, reduce in amount or adversely modify this policy by mailing or delivering to YOU written notice of this action at least:

(1) ten days before the effective date of this action if due to nonpayment of premium or evidence of incendiarism;

(2) 30 days before the effective date of this action if for any other reason.

Notice of cancellation will state the effective date of cancellation. The policy period will end on that date. Notice of any other action will state the effective date of that action.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright © 2007 Universal Underwriters Insurance Company
MO-SAP-U6 (04-07)

Case 4:19-cv-00068-HFS Document 30-2 Filed 01/14/13 Page 52 of 267

If this policy is canceled, reduced in amount or adversely modified, WE will send YOU any premium refund due. If WE take this action, the refund will be pro rata. If YOU cancel, the refund may be less than pro rata. This action will be effective even if WE have not made or offered a refund.

C.  Nonrenewal

The following condition is added:

a.  WE may elect not to renew this policy by mailing or delivering to YOU, at the last mailing address known to US, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.
b.  If notice is mailed, proof of mailing will be sufficient proof of notice.

D.  If coverage is shown in the declarations for Coverage Parts 830 – Basic Auto, 970 – Personal Umbrella, or 980 – Commercial Umbrella, and if:

(a)  YOU are an individual, partnership, or limited liability company;
(b)  a covered AUTO YOU own is of the private passenger type;
(c)  this policy covers fewer than five AUTOS; and
(d)  this policy does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations, or public parking places, then Parts A., B. and C. above are replaced by the following:

1.  Cancellation

a.  YOU may cancel the policy by returning it to US or by giving US advance notice of the date cancellation is to take effect.

b.  If this policy has been if effect for 60 days or less and is not a renewal or continuation policy, WE may cancel for any reason. If WE cancel, WE will mail YOU at least ten days' notice.

c.  When this policy has been in effect for more than 60 days or is a renewal or continuation policy, WE may cancel only for one or more of the following reasons:

(1)  nonpayment of premium. If WE cancel for this reason, WE will mail YOU at least ten days' notice.
(2)  If YOU are an individual, partnership or limited liability company and your driver's license has been suspended or revoked during the policy period. If WE cancel for this reason, WE will mail YOU at least 60 days' notice. However, WE may not cancel if YOU are more than one person, but only one person's license has been suspended or revoked. Instead WE may exclude coverage for that person while operating a covered AUTO during a period of suspension or revocation.
(3)  If YOU are an individual, WE replace this policy with another one providing similar coverages and the same limits for the covered AUTO. The replacement policy will take effect when this policy is canceled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

d.  If this policy is canceled, YOU may be entitled to a premium refund. If so, WE will send YOU the refund. However, making or offering to make the refund is not a condition of cancellation. If YOU cancel, the refund may be less than pro rata. If WE cancel, the re-fund will be pro rata.

e.  The effective date of cancellation stated in the notice shall become the end of the policy period.

f.  Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 Copyright © 2007 Universal Underwriters Insurance Company

2.  Nonrenewal

    The following is added:

    a.  If WE decide not to renew or continue this policy, WE will mail YOU notice at least 60 days before the end of the policy period. If the policy period is other than one year, WE will have the right not to renew or continue it only at the anniversary of its original effective date. If WE offer to renew or continue and YOU do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that YOU have not accepted OUR offer.
    b.  If WE fail to mail proper notice of nonrenewal and YOU obtain other insurance, the coverages provided by this policy will end on the effective date of any similar coverages provided by the other insurance.
    c.  Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

3.  Mailing of Notice

    The following is added:

    Any notice of cancellation or nonrenewal will be mailed by United States post office certificate of mailing to YOUR last known mailing address.  Proof of mailing of any notice will be sufficient proof of notice.

Appraisal

A.  With respect to Coverage Part 330 – Property, the Appraisal condition is replaced by the following:

    1.  Except as provided in Part 2. below:

        If WE and YOU disagree on the value of the property or the amount of LOSS, either may make written demand for an appraisal of the LOSS. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, WE or YOU may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of LOSS. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.
        Each party will:

        a.  pay its chosen appraiser; and
        b.  bear the other expenses of the appraisal and umpire equally.

        If there is an appraisal, WE will still retain OUR right to deny the claim.

    2.  With respect to BUSINESS INCOME CONTINUATION or EXTRA EXPENSE under Coverage Part 330 – Property:

        If WE and YOU disagree on the amount of LOSS, either may make written demand for an appraisal of the LOSS. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, WE or YOU may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of LOSS. If they fail to agree, they will submit their

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company
MO-SAP-U6 (04-07)

differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

    a.   Pay its chosen appraiser; and
    b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, WE will still retain OUR right to deny the claim.

B.   With respect to Coverage Part 300 – Auto Inventory and Insuring Agreement C. Physical Damage in Coverage Part 830 – Basic Auto, the Appraisal condition is replaced by the following:

If YOU and WE disagree on the amount of LOSS, both parties may agree to an appraisal of the LOSS and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of LOSS. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    1.   pay its chosen appraiser; and
    2.   bear the other expenses of the appraisal and umpire equally.

If WE submit to an appraisal, WE will still retain OUR right to deny the claim.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations

The following condition is added:

A.   Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as "the Act"), if WE are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as "the Association"), the Association will pay claims covered under the Act if WE become insolvent.

B.   The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

    1.   Claims covered by the Association do not include a claim by or against an INSURED of an insolvent insurer, if the INSURED has a net worth of more than $25 million on the later of the end of the INSURED'S most recent fiscal year or December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an INSURED'S net worth on such date shall be deemed to include the aggregate net worth of the INSURED and all of its affiliates as calculated on a consolidated basis.
    2.   Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000. However, the Association will not:

        a.   pay an amount in excess of the applicable limit of liability of the policy from which a claim arises; or
        b.   return to an INSURED any unearned premium in excess of $25,000.

    These limitations have no affect on the coverage WE will provide under this policy.

## DIFFERENCE IN CONDITIONS – Coverage Part 320

Debris Removal and Demolition Costs

    Part A.1. is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright © 2007 Universal Underwriters Insurance Company

Such expenses must be reported to US in writing within 180 days of the date of LOSS. However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part A.2., the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

Conditions

Part B.5. is replaced by the following:

5.   submit to us a sworn proof of LOSS within 60 days. However, if YOU fail to submit the sworn proof of LOSS to US within the 60-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights. WE may examine any INSURED under oath, while not in the presence of any other INSURED and at such times as may be reasonably required, about any matter relating to this insurance or the LOSS, including an INSURED'S books and records. In the event of an examination, an INSURED'S answers must be signed.

## PROPERTY - Coverage Part 330

Exclusions – Perils

The following is added to Exclusion B. Dishonest, Fraudulent, Criminal or Intentional Acts:

In the event of an intentional act committed by YOU, no other named insured is entitled to coverage, even those that did not commit or conspire to commit the act causing the LOSS.

However, this exclusion for an intentional act will not apply to deny coverage to an innocent INSURED who did not cooperate in or contribute to the creation of the LOSS, provided the LOSS is otherwise covered under this coverage part and the LOSS arose out of domestic violence. Such coverage will be provided only if the innocent INSURED files a police report and completes a sworn affidavit indicating both:

a.   the cause of the LOSS; and
b.   a pledge to cooperate in any criminal prosecution of the person committing the act causing the LOSS.

If WE pay a claim pursuant to the above paragraph, OUR payment to the innocent INSURED will be limited to that INSURED'S ownership interest in the property as reduced by any payment to a mortgagee or other secured interest. However, WE shall not be required to make any subsequent payment for any LOSS for which the innocent INSURED has received payment. In no event will WE pay more than the limit of insurance.

How We Will Pay

Part A. is replaced by the following:

A.   Loss Payment

1.   In the event of a partial LOSS caused by or resulting from fire and covered by this coverage part, at YOUR option, WE will either:

a.   pay YOU an amount of money equal to the damage done; or
b.   repair the damage, so that the property is in as good a condition as before the fire;

but WE will not pay more than the limit of insurance.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

2.   In the event of LOSS covered under this coverage part, WE will give YOU notice within 15 working days after WE receive a properly executed proof of LOSS that WE:

    a.   accept YOUR claim;
    b.   deny YOUR claim; or
    c.   need more time to determine whether YOUR claim should be accepted or denied.

If WE deny YOUR claim, such notice will be in writing and will state any policy provision, condition, or exclusion used as a basis for the denial.  If WE need more time to determine whether YOUR claim should be accepted or denied, the written notice will state the reasons why more time is needed. If WE have not completed OUR investigation, WE will notify YOU again in writing within 45 days after the date the initial notice is sent informing YOU that WE need more time to determine whether YOUR claim should be accepted or denied, and thereafter every 45 days. The written notice shall state why more time is needed to investigate YOUR claim.

Part B.4. is replaced by the following:

4.   If WE cancel or non-renew this coverage part, WE will give the holder written notice of at least:

    a.   ten days before the effective date of cancellation if WE cancel for nonpayment of premium;
    b.   30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

        (1)   fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;
        (2)   changes in conditions after the effective date of this policy which have materially increased the risk assumed;
        (3)   WE become insolvent; or
        (4)   WE involuntarily lose reinsurance for this policy.

    c.   60 days before the effective date of cancellation if WE cancel for any other reason.

Debris Removal and Demolition Costs

Part A.1. is replaced by the following:

Such expenses must be reported to US in writing within 180 days of the date of LOSS.  However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part A.2., the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

Supplemental Limits

In Part A.3., first paragraph, the last sentence is replaced by:

Such expenses must be reported to US in writing within 180 days of the date of LOSS.  However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part A.3., second paragraph, the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

 Copyright © 2007 Universal Underwriters Insurance Company

Additional Conditions

Part D.5. is replaced by the following:

5.  submit to us a sworn proof of LOSS within 60 days.  However, if YOU fail to submit the sworn proof of LOSS to US within the 60-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.  WE may examine any INSURED under oath, while not in the presence of any other INSURED and at such times as may be reasonably required, about any matter relating to this insurance or the LOSS, including an INSURED'S books and records. In the event of an examination, an INSURED'S answers must be signed.

## CRIME – Coverage Part 380

Additional Conditions

Part I.2. is replaced by the following:

2.  submit a detailed sworn proof of LOSS to US, fully documenting YOUR claim, within four months of the discovery of the LOSS. However, if YOU fail to submit the sworn proof of LOSS to US within the four month time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights. Because a claim under this Coverage Part necessarily involved YOUR accusation of wrongdoing by another, WE cannot assist YOU in proving the LOSS. Under Depositor's Forgery, YOUR sworn proof of LOSS must include all instruments on which YOU base the claim. If YOU cannot produce them, WE will expect an affidavit from YOU, or the BANK where deposited, stating the amount and cause of LOSS;

## GARAGE – Coverage Part 500

Definitions

In the definition of "DAMAGES," the following wording is deleted:

"including punitive damages where insurable by law."

Who Is Not An Insured

The following is added:

C.  If YOU are an individual, any member of YOUR household, other than YOUR spouse, who is related to YOU by blood or adoption, including a ward or foster child, who owns a COVERED AUTO.

Exclusions

The following is added to Exclusion H. Pollution:

This exclusion applies even if such irritant or contaminant has a function in YOUR business, operations, premises, site or location.

Exclusion K. Care, Custody or Control is changed as follows:

If YOUR business is other than selling, repairing or servicing AUTOS:

a.  This exclusion does not apply to INJURY as defined in Group 1, Part b., to, or COVERED POLLUTION DAMAGES involving, an AUTO loaned to YOU, with or without consideration, by a person engaged in the business of selling, repairing or servicing AUTOS, as a temporary substitute for an AUTO YOU own.

We Will Also Pay

Part B.1. is replaced by:

1.  prejudgment interest awarded against the INSURED on the part of the judgment WE pay. If WE make an offer to pay the applicable limit of liability, WE will not pay any prejudgment interest based on that period of time after the offer.

Other Insurance

Part A.7. is added as follows:

7.  If YOUR business is selling, repairing or servicing AUTOS the following is added to the Other Insurance Condition:

    Liability Coverage is excess for any AUTO YOU own if operated by a customer to whom YOU have loaned the AUTO, with or without consideration, as a temporary substitute for an AUTO owned by the customer.

Part D. is added as follows:

D.  Liability Coverage is primary for any temporary substitute for an AUTO YOU own if the substitute AUTO is operated by an INSURED and is loaned to YOU, with or without consideration, by a person engaged in the business of selling, repairing or servicing AUTOS.

## GENERAL LIABILITY – Coverage Part 660

Definitions

In the definition of "DAMAGES," the following wording is deleted:

"including punitive damages where insurable by law."

Exclusions

The following is added to Exclusion H. Pollution:

This exclusion applies even if such irritant or contaminant has a function in YOUR business, operations, premises, site or location.

Arbitration

The following condition is added:

If WE and the INSURED do not agree whether coverage is provided under this coverage part for a claim made against the INSURED, both parties may, by mutual consent, agree in writing to arbitration of the disagreement.

If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county or parish in which the address shown in the declarations is located. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Case 4:19-cv-00068-HFS   Document 30-2   Filed 01/14/13   Page 59 of 267

**BASIC AUTO – Coverage Part 830**

Definitions

In the definition of "DAMAGES," the following wording is deleted:

"including punitive damages where insurable by law."

Who Is Not An Insured

The following is added:

C.  If YOU are an individual, any member of YOUR household, other than YOUR spouse, who is related to YOU by blood or adoption, including a ward or foster child, who own a COVERED AUTO.

Exclusions

The following is added to Exclusion F. Pollution:

This exclusion applies even if such irritant or contaminant has a function in YOUR business, operations, premises, site or location.

We Will Also Pay

Part A.2. is replaced by:

2.  prejudgment interest awarded against the INSURED on the part of the judgment WE pay. If WE make an offer to pay the applicable limit of liability, WE will not pay any prejudgment interest based on that period of time after the offer.

Other Insurance

Part E.1.b. is deleted.

Part E.1.d. is added as follows:

d.  If YOUR business is selling, repairing or servicing AUTOS the following is added to the Other Insurance Condition:

Liability Coverage is excess for any AUTO YOU own if operated by a customer to whom YOU have loaned the AUTO, with or without consideration, as a temporary substitute for an AUTO owned by the customer.

Part E.4. is added as follows:

4.  Liability Coverage is primary for any temporary substitute for an AUTO YOU own if the substitute AUTO is operated by an INSURED and is loaned to YOU, with or without consideration, by a person engaged in the business of selling, repairing or servicing AUTOS.

**COMMERCIAL UMBRELLA – Coverage Part 980**

Definitions

In the definition of "DAMAGES," the following wording is deleted:

"including punitive damages where insurable by law, but only if covered by the UNDERLYING INSURANCE."

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PAGE 2-J                    Copyright © 2007 Universal Underwriters Insurance Company                    MO-SAP-U6 (04-07)

Case 4:18-cv-00068-HFS   Document 30-2   Filed 04/04/18   Page 60 of 267

Exclusions

The following is added to Exclusion H. Pollution:

This exclusion applies even if such irritant or contaminant has a function in YOUR business, operations, premises, site or location.

The following is added to Exclusion K. Care, Custody or Control:

This exclusion does not apply to property damage to an AUTO loaned to YOU, with or without consideration, by a person engaged in the business of selling, repairing or servicing AUTOS, as a temporary substitute for an AUTO YOU own. This provision only applies if YOUR business is other than selling, repairing or servicing AUTOS.

## ENDORSEMENTS

With respect to Endorsement Nos. 35 – Medical Payments, 36 – Limited Medical Payments, and 95 – Premises Medical Payments:

Insuring Agreement

The following paragraph is added:

Expenses reported to US after one year of the date of the OCCURRENCE will not be denied solely because of the late submission unless such late submission operates to prejudice OUR rights.

With respect to Endorsement No. 019:

Part A.1. is replaced by the following:

Such expenses must be reported to US in writing within 180 days of the date of LOSS. However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part A.2., the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

With respect to Endorsement No. 021:

Supplemental Limits

In Part 2., first paragraph, the last sentence is replaced by:

Such expenses must be reported to US in writing within 180 days of the date of LOSS. However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part 2., second paragraph, the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

With respect to Endorsement No. 077:

Debris Removal, Demolition Costs & Increased Cost of Construction

In Part A.2., the following is added:

Such expenses must be reported to US in writing within 180 days of the date of LOSS. However, if YOU fail to report the expenses to US within the 180-day time frame, such failure will not invalidate a claim under this condition unless the failure operates to prejudice OUR rights.

In Part A.3., the following is added:

These limitations apply even if the irritant or contaminant has a function in or on YOUR business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright © 2007 Universal Underwriters Insurance Company
MO-SAP-U6 (04-07)

Endorsement No. 203
Missouri Uninsured Motorist Coverage
Coverage Parts 500 and 830
Unicover VI

Uninsured motorist coverage applies only when Endorsement 203 is shown in the declarations. In Item 2 of the declarations, each named insured and other insured is given a corresponding letter or number designation. Insurance provided by Endorsement 203 will not apply to any named insured or other insured unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for Coverage Part 500 or Coverage Part 830.

When Endorsement 203 is shown in the declarations as applicable to more than one coverage part, the terms and conditions of this endorsement apply only to the coverage part that provides coverage for the covered AUTO involved in an ACCIDENT.

The General Conditions apply except as amended or replaced in this endorsement. The terms and conditions of this endorsement are separate and distinct from those of Coverage Parts 500 – Garage and 830 – Basic Auto.

A.  Insuring Agreement

1.  WE will pay all sums the INSURED is legally entitled to recover as compensatory damages from the owner or driver of an UNINSURED MOTOR VEHICLE. The damages must result from BODILY INJURY sustained by the INSURED caused by an ACCIDENT. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the UNINSURED MOTOR VEHICLE.
2.  Any judgment for damages arising out of a SUIT brought without OUR written consent is not binding on US.

B.  Who Is An Insured

If YOU are designated in the declarations as:

1.  an individual, then the following are INSUREDS:

a.  YOU and any FAMILY MEMBERS. However, this does not include any FAMILY MEMBER, other than YOUR spouse, who owns an AUTO.
b.  anyone else OCCUPYING a covered AUTO or a temporary substitute for a covered AUTO. The covered AUTO must be out of service because of its breakdown, repair, servicing, loss or destruction.
c.  anyone for damages he or she is entitled to recover because of BODILY INJURY sustained by another INSURED.

2.  a partnership, limited liability company, corporation or any other form of organization, then the following are INSUREDS:

a.  anyone "OCCUPYING" a covered "AUTO" or a temporary substitute for a covered "AUTO". The covered "AUTO" must be out of service because of its breakdown, repair, servicing, loss or destruction.
b.  anyone for damages he or she is entitled to recover because of BODILY INJURY sustained by another INSURED.

C.  Exclusions

This insurance does not apply to any of the following:

1.  any claim settled without OUR consent, if the settlement or judgment prejudices OUR right to recover payment.
2.  the direct or indirect benefit of any insurer or self-insurer under any workers compensation, disability benefits or similar law.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

3. BODILY INJURY sustained by any person while OCCUPYING or struck by any vehicle owned by YOU, or if YOU are an individual, any FAMILY MEMBER, that is not a covered AUTO. However, this exclusion does not apply to YOU, if YOU are an individual.
4. anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. punitive or exemplary damages.
6. BODILY INJURY arising directly or indirectly out of:

    a. war, including undeclared or civil war;
    b. warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
    c. insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. The Most We Will Pay

1. When a single limit is shown in the declarations, as indicated by "EA.ACCID" for uninsured motorist coverage:

    a. If YOU are a partnership, limited liability company, corporation or any other form of organization:

    Regardless of the number of INSUREDS, premiums paid, claims made, or vehicles involved in the ACCIDENT, the most WE will pay for all damages resulting from any one ACCIDENT is the "Each Accident" limit shown in the declarations for uninsured motorist coverage.

    However, if BODILY INJURY to which this endorsement applies is sustained by any person other than YOU or any FAMILY MEMBER, the limit of insurance shown in the declarations for this coverage is also the most WE will pay regardless of the number of covered AUTOS.

    b. If YOU are an individual:

    If there are two or more covered AUTOS that are not TRAILERS, and BODILY INJURY is sustained by an YOU or a FAMILY MEMBER, OUR limit of insurance for any one ACCIDENT is the sum of the limits applicable to each covered AUTO which is not a TRAILER. Subject to this maximum limit of liability for all damages:

        (1) the most WE will pay for all damages sustained in such ACCIDENT by an INSURED other than YOU or any FAMILY MEMBER is that INSURED'S pro rata share of the limit shown in the declarations for this endorsement at the time of the ACCIDENT.
        (2) YOU or any FAMILY MEMBER who sustains BODILY INJURY in such ACCIDENT will also be entitled to a pro rata share of the limit described in Paragraph (1) above.

    A person's pro rata share is the proportion that that person's damages bear to the total damages sustained by all INSUREDS.

    c. No one will be entitled to receive duplicate payments for the same elements of loss under this uninsured motorist coverage and any liability coverage in this policy.

    WE will not make a duplicate payment under this coverage for any element of loss for which payment has been made by, or for, anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers compensation, disability benefits or similar law.

2. When split limits for BODILY INJURY are shown in the declarations for uninsured motorist coverage:

    a. Regardless of the number of INSUREDS, premiums paid, claims made, or vehicles involved in an ACCIDENT, the most WE will pay for BODILY INJURY to one person resulting from any one

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright © 2007 Universal Underwriters Insurance Company

ACCIDENT, including all damages claimed by any person or organization for care, loss of services or death resulting from the BODILY INJURY, is the "Limit Per Person" for BODILY INJURY shown in the declarations applicable to each covered AUTO.

b. Subject to the "Limit Per Person" described above , regardless of the number of INSUREDS, premiums paid, claims made or vehicles involved in the ACCIDENT, the most WE will pay for BODILY INJURY resulting from any one ACCIDENT, including all damages claimed by any person or organization for care, loss of services or death resulting from the BODILY INJURY, is the limit of BODILY INJURY "per ACCIDENT" shown in the declarations as applicable to each covered AUTO.

    (1) If there is more than one covered AUTO, and BODILY INJURY is sustained by an individual named insured or any FAMILY MEMBER, OUR limit of insurance for any one ACCIDENT is the sum of the limits of BODILY INJURY for each ACCIDENT shown in the declarations applicable to each covered AUTO. Subject to the maximum limit of BODILY INJURY for each ACCIDENT:

        (a) The most WE will pay for BODILY INJURY sustained in such ACCIDENT by an INSURED other than an individual named insured or any FAMILY MEMBER is that INSURED'S pro rata share of the BODILY INJURY for each ACCIDENT limit shown in the declarations for this coverage, at the time of the ACCIDENT.

        (b) An individual named insured or any FAMILY MEMBER who sustains BODILY INJURY in such ACCIDENT will also be entitled to a pro rata share of the limit described in Paragraph b.(1)(a) above.

        (c) A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all INSUREDS.

    (2) If the BODILY INJURY is sustained by any INSURED other than an individual named insured or any FAMILY MEMBER, in an ACCIDENT in which neither such named insured nor any FAMILY MEMBER sustained BODILY INJURY, the limit of BODILY INJURY for each ACCIDENT shown in the declarations for this coverage, at the time of the ACCIDENT, is also our maximum limit for BODILY INJURY resulting from any such ACCIDENT regardless of the number of covered AUTOS.

E. Conditions

With respect to uninsured motorist coverage, the General Conditions are changed as follows:

1. Other Insurance

This condition is added:

a. For any covered AUTO YOU own, this uninsured motorist coverage provides primary insurance. For any covered AUTO YOU do not own, this uninsured motorist coverage is excess over any other collectible uninsured motorist insurance. However, while a covered AUTO which is a TRAILER is connected to another vehicle, the uninsured motorist coverage this endorsement provides for the TRAILER is:

    (1) excess while it is connected to a motor vehicle YOU do not own.
    (2) primary while it is connected to a covered AUTO YOU own.

b. When OUR uninsured motorist insurance and any other policy providing uninsured motorist insurance covers on the same basis, either excess or primary, WE will pay only OUR share. OUR share is the proportion that OUR limit of insurance bears to the total of the limits of all coverage forms and policies providing uninsured motorist coverage on the same basis.

2. Insured's Duties After Accident, Claim or Suit

The following is added:

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. In the event of an ACCIDENT, claim, or SUIT:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Edition 1-2007          Copyright © 2007 Universal Underwriters Insurance Company          PAGE 3 of 5

Case 4:13-cv-00068-HFS Document 30-2 Filed 01/14/13 Page 65 of 267

a. YOU must give US, or OUR authorized representative, prompt notice of the ACCIDENT. YOU must include:

    (1) how, when and where the ACCIDENT occurred;
    (2) the INSURED'S name and address;
    (3) to the extent possible, the names and addresses of any injured persons and witnesses.

b. YOU and any other involved INSURED must:

    (1) promptly notify the police if a hit-and-run driver is involved;
    (2) assume no obligation, make no payment and incur no expense (including pre-notice or pre-tender expense) without OUR consent, except at the INSURED'S own cost;
    (3) immediately send US copies of legal papers if a SUIT is brought, including copies of any request, demand, order, notice, summons or other legal paper received regarding the claim or SUIT.
    (4) cooperate with US in the investigation or settlement of the claim or defense against the SUIT.
    (5) authorize US to obtain medical records or other pertinent information.
    (6) submit to examination, at OUR expense, by physicians of OUR choice, as often as WE reasonably require.
    (7) agree to examinations under oath at OUR request and give US a signed statement of YOUR answers.

3. Subrogation

The Subrogation condition in the General Conditions is replaced by the following:

If any person or organization to or for whom WE make payment under this coverage has rights to recover damages from another, those rights are transferred to US. That person or organization must do everything necessary to secure OUR rights and must do nothing after an ACCIDENT to impair them.

If WE make any payment and the insured recovers from another party, the INSURED shall hold the proceeds in trust for US and pay US back the amount WE have paid.

4. Arbitration

The following condition is added:

a. If WE and an INSURED disagree whether the INSURED is legally entitled to recover damages from the owner or driver of an UNINSURED MOTOR VEHICLE or do not agree as to the amount of damages that are recoverable by that INSURED, both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
b. Unless both parties agree otherwise, arbitration will take place in the county in which the INSURED lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. Definitions

As used in this endorsement:

1. "FAMILY MEMBER" means a person related to YOU by blood, marriage or adoption who is a resident of such YOUR household, including a ward or foster child.

2. "OCCUPYING" means in, upon, getting in, on, out of off.

3. "UNINSURED MOTOR VEHICLE" means a land motor vehicle or TRAILER:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

a. for which no liability bond or policy at the time of an ACCIDENT provides at least the amounts required by the applicable law where a covered AUTO is principally garaged;

b. for which an insuring or bonding company denies coverage or is or becomes insolvent; or

c. that is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

    (1) hit an INSURED, a covered AUTO or a vehicle an INSURED is OCCUPYING; or

    (2) cause BODILY INJURY to an INSURED without hitting an INSURED, a covered AUTO or a vehicle an INSURED is OCCUPYING. The facts of the ACCIDENT must be proved. WE may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, UNINSURED MOTOR VEHICLE does not include any vehicle:

a. owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

b. designed for use mainly off public roads while not on public roads.

4. "ACCIDENT" includes continuous or repeated exposure to the same conditions resulting in BODILY INJURY or PROPERTY DAMAGE.

5. "BODILY INJURY" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

6. "PROPERTY DAMAGE" means damage to or loss of use of tangible property.

7. "AUTO" means:

a. a land motor vehicle or TRAILER designed for travel on public roads; or

b. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, AUTO does not include "mobile equipment." "Mobile equipment" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. "Mobile equipment" includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

8. "TRAILER" "includes semi-trailer

9. "SUIT" means a civil proceeding in which damages because of BODILY INJURY or PROPERTY DAMAGE, to which this insurance applies, are alleged.

"SUIT" includes:

a. an arbitration proceeding in which such DAMAGES are claimed and to which the INSURED must submit or does submit with OUR consent; or

b. any other alternative dispute resolution proceeding in which such damages are claimed and to which the INSURED submits with OUR consent.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

 Copyright © 2007 Universal Underwriters Insurance Company

Underinsured motorist coverage applies only when Endorsement 091 is shown in the declarations. In Item 2 of the declarations, each named insured and other insured is given a corresponding letter or number designation. Insurance provided by Endorsement 091 will not apply to any named insured or other insured unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for Coverage Part 500 or Coverage Part 830.

When Endorsement 091 is shown in the declarations as applicable to more than one coverage part, the terms and conditions of this endorsement apply only to the coverage part that provides coverage for the covered AUTO involved in an ACCIDENT.

The General Conditions apply except as amended or replaced in this endorsement. The terms and conditions of this endorsement are separate and distinct from those of Coverage Parts 500 – Garage and 830 – Basic Auto.

A.  Insuring Agreement

1.  WE will pay all sums the INSURED is legally entitled to recover as compensatory damages from the owner or driver of an UNDERINSURED MOTOR VEHICLE. The damages must result from BODILY INJURY sustained by the INSURED caused by an ACCIDENT. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the UNDERINSURED MOTOR VEHICLE.

2.  We will pay under this coverage only if Paragraph a. or b. below applies:

    a.  The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
    b.  A tentative settlement has been made between an INSURED and the insurer of the UNDERINSURED MOTOR VEHICLE and WE:

        (1) have been given propmpt written notice of such tentative settlement; and
        (2) advance payment to the INSURED in an amount equal to the tentative settlement within 30 days after receipt of ntofication.

3.  Any judgment for damages arising out of a SUIT brought without OUR written consent is not binding on US.

B.  Who Is An Insured

If YOU are designated in the declarations as:

1.  an individual, then the following are INSUREDS:

    a.  YOU and any FAMILY MEMBERS. However, this does not include any FAMILY MEMBER, other than YOUR spouse, who owns an AUTO.
    b.  anyone else OCCUPYING a covered AUTO or a temporary substitute for a covered AUTO. The covered AUTO must be out of service because of its breakdown, repair, servicing, loss or destruction.
    c.  anyone for damages he or she is entitled to recover because of BODILY INJURY sustained by another INSURED.

2.  a partnership, limited liability company, corporation or any other form of organization, then the following are INSUREDS:

    a.  anyone "OCCUPYING" a covered "AUTO" or a temporary substitute for a covered "AUTO." The covered "AUTO" must be out of service because of its breakdown, repair, servicing, loss or destruction.

Case 4:19-cv-00868-HFS   Document 30-2   Filed 01/14/13   Page 69 of 267

    b.  anyone for damages he or she is entitled to recover because of BODILY INJURY sustained by another INSURED.

C.  Exclusions

This insurance does not apply to any of the following:

1.  the direct or indirect benefit of any insurer or self-insurer under any workers compensation, disability benefits or similar law.
2.  BODILY INJURY sustained by any person while OCCUPYING or struck by any vehicle owned by YOU, or if YOU are an individual, any FAMILY MEMBER, that is not a covered AUTO. However, this exclusion does not apply to YOU, if YOU are an individual.
3.  anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4.  punitive or exemplary damages.
5.  BODILY INJURY arising directly or indirectly out of:

    a.  war, including undeclared or civil war;
    b.  warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
    c.  insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D.  The Most We Will Pay

1.  When a single limit is shown in the declarations, as indicated by "EA.ACCID," for underinsured motorist coverage:

    a.  Regardless of the number of covered AUTOS, INSUREDS, premiums paid, claims made, or vehicles involved in an ACCIDENT, the most WE will pay for all damages resulting from any one ACCIDENT is the "Each Accident" limit shown in the declarations for underinsured motorist coverage.
    b.  WE will not pay for any element of loss if a person is entitled to receive duplicate payment under any of the following or similar law:
       a. workers compensation law; or
       b. disability benefits law.
    c.  No one will be entitled to receive duplicate payments for the same elements of loss under this underinsured motorist coverage and any liability coverage in this policy.
    d.  WE will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or for anyone who is legally responsible.

2.  When split limits for BODILY INJURY are shown in the declarations for underinsured motorist coverage:

    a.  Regardless of the number of covered AUTOS, INSUREDS, premiums paid, claims made, or vehicles involved in an ACCIDENT, the most WE will pay for BODILY INJURY to one person resulting from one ACCIDENT, including all damages claimed by any person or organization for care, loss of services or death resulting from the BODILY INJURY, is the "Limit Per Person" for BODILY INJURY shown in the declarations applicable to each covered AUTO.
    b.  Subject to the "Limit Per Person," regardless of the number of covered AUTOS, INSUREDS, premiums paid, claims made or vehicles involved in the ACCIDENT, the most WE will pay for BODILY INJURY resulting from any one ACCIDENT, including all damages claimed by any person or organization for care, loss of services or death resulting from the BODILY INJURY, is the limit of BODILY INJURY per ACCIDENT shown in the declarations as applicable to each covered AUTO.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

Edition 1-2007

Case 4:19-cv-00668-HFS Document 30-2 Filed 01/04/13 Page 70 of 267

E.  Conditions

With respect to underinsured motorist coverage, the General Conditions are changed as follows:

1.  Other Insurance

This condition is added:

If there is other applicable insurance available under one or more policies or provisions of coverage:

a.  The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.
b.  Any insurance WE provide with respect to a vehicle YOU do not own shall be excess over any other collectible underinsured motorist insurance providing coverage on a primary basis.
c.  If the coverage under this coverage form is provided:

(1) on a primary basis, WE will pay only OUR share of the loss that must be paid under insurance providing coverage on a primary basis.  OUR share is the proportion that OUR limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
(2) on an excess basis WE will pay only OUR share of the loss that must be paid under insurance providing coverage on an excess basis.  OUR share is the proportion that OUR limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2.  Insured's Duties After Accident, Claim Or Suit

The following is added:

WE have no duty to provide coverage under this endorsement unless there has been full compliance with the following duties.  In the event of an ACCIDENT, claim, or SUIT:

a.  YOU must give US, or OUR authorized representative, prompt notice of the ACCIDENT.   YOU must include:

(1) how, when and where the ACCIDENT occurred;
(2) the INSURED'S name and address;
(3) to the extent possible, the names and addresses of any injured persons and witnesses.

b.  YOU and any other involved INSURED must:

(1) promptly notify the police if a hit-and-run driver is involved;
(2) assume no obligation, make no payment and incur no expense (including pre-notice or pre-tender expense) without OUR consent, except at the INSURED'S own cost;
(3) immediately send US copies of legal papers if a SUIT is brought, including copies of any request, demand, order, notice, summons or other legal paper received regarding the claim or SUIT.
(4) cooperate with US in the investigation or settlement of the claim or defense against the SUIT.
(5) authorize US to obtain medical records or other pertinent information.
(6) submit to examination, at OUR expense, by physicians of OUR choice, as often as WE reasonably require.
(7) agree to examinations under oath at OUR request and give US a signed statement of YOUR answers.

c.  A person seeking underinsured motorist coverage must also promptly notify US in writing of a tentative settlement between the INSURED and the insurer of the UNDERINSURED MOTOR VEHICLE  and allow US to advance payment to that INSURED in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve OUR rights against the insurer, owner or operator of such UNDERINSURED MOTOR VEHICLE.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

3. Subrogation

The Subrogation condition in the General Conditions is replaced by the following:

If any person or organization to or for whom WE make payment under this coverage has rights to recover damages from another, those rights are transferred to US. That person or organization must do everything necessary to secure OUR rights and must do nothing after an ACCIDENT to impair them.

If WE make any payment and the insured recovers from another party, the INSURED shall hold the proceeds in trust for US and pay US back the amount WE have paid.

OUR rights do not apply under this provision with respect to damages caused by an ACCIDENT with an UNDERINSURED MOTOR VEHICLE if WE:

    a.  have been given propmpt written notice of a tentative settlement between an INSURED and the insurer of an UNDERINSURED MOTOR VEHICLE; and

    b. fail to advance payment to the INSURED in an amount equal to the tentative settlement within 30 days after receipt of notification.

If WE advance payment to the INSURED in an amount equal to the tentative settlement within 30 days after receipt of notification:

    a.  that payment will be separate from any amount the INSURED is entitled to recover under the provisions of this endorsement; and

    b.  WE also have a right to recover the advanced payment.

4. Arbitration

The following condition is added:

    a.  If WE and an INSURED disagree whether the INSURED is legally entitled to recover damages from the owner or driver of an UNDERINSURED MOTOR VEHICLE or do not agree as to the amount of damages that are recoverable by that INSURED, both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

    b.  Unless both parties agree otherwise, arbitration will take place in the county in which the INSURED lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. Definitions

As used in this endorsement:

1. "FAMILY MEMBER" means a person related to YOU by blood, marriage or adoption who is a resident of YOUR household, including a ward or foster child.

2. "OCCUPYING" means in, upon, getting in, on, out or off.

3. "UNDERINSURED MOTOR VEHICLE" means a land motor vehicle or TRAILER for which a liability bond or policy applies at the time of an ACCIDENT but the amount paid for BODILY INJURY under the bond or policy to an INSURED is not enough to pay the full amount the INSURED is legally entitled to recover as damages.

However, UNDERINSURED MOTOR VEHICLE does not include any vehicle:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

Edition 1-2007

     a.   owned or operated by a self-insurer under any applicable motor vehicle law; or
     b.   designed for use mainly off public roads while not on public roads.

4.   "ACCIDENT" includes continuous or repeated exposure to the same conditions resulting in BODILY INJURY or PROPERTY DAMAGE.

5.   "BODILY INJURY" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

6.   "PROPERTY DAMAGE" means damage to or loss of use of tangible property.

7.   "AUTO" means:

     a.   a land motor vehicle or TRAILER designed for travel on public roads; or
     b.   any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

    However, AUTO does not include "mobile equipment." "Mobile equipment" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. "Mobile equipment" includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

8.   "TRAILER" "includes semi-trailer

9.   "SUIT" means a civil proceeding in which damages because of BODILY INJURY or PROPERTY DAMAGE, to which this insurance applies, are alleged.

    "SUIT" includes:

     a.   an arbitration proceeding in which such DAMAGES are claimed and to which the INSURED must submit or does submit with OUR consent; or
     b.   any other alternative dispute resolution proceeding in which such damages are claimed and to which the INSURED submits with OUR consent.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright © 2007 Universal Underwriters Insurance Company

# TABLE OF CONTENTS

This Table of Contents lists the major sections of this policy, including the optional endorsements available for each Coverage Part.

Declarations ........................................................................................................................................ 1

State Amendatory Part ......................................................................................................................... 2

Table of Contents ................................................................................................................................ 3

Preamble .............................................................................................................................................. 4

General Conditions ......................................................................................................................... GC-1

Auto Inventory (Coverage Part 300) ............................................................................................. 300-1

Limited Collision Coverage – No. 005 ........................................................................................ END-1
Driveaway Collision Coverage – No. 006 .................................................................................... END-1
Customer's Autos or Customer's Watercraft – Legal Liability – No. 008 .................................... END-2
Customer's Autos or Customer's Watercraft – Excess Insurance – No. 009 .............................. END-2
Broadened Coverage Other Property – No. 010 ......................................................................... END-2
Drive Other Autos – No. 011 ...................................................................................................... END-3
Customer Rental Coverage Excluded – No. 054 ...................................................................... END-23
Comprehensive Excluded on Floor Plan Insured Autos – No. 071 ........................................... END-30
Collision Excluded on Floor Plan Insured Autos – No. 073 ...................................................... END-30
Extended Theft Excluded on Floor Plan Insured Autos – No. 074 ........................................... END-30
Demonstrator-Company Auto Redefined – No. 075 .................................................................. END-30
Floor Plan Excess Insurance – No. 076 ................................................................................... END-31
Wraparound Comprehensive – No. 081 ................................................................................... END-35
Wraparound Collision – No. 083 .............................................................................................. END-35
Wraparound Extended Theft – No. 084 .................................................................................... END-35

Difference in Conditions (Coverage Part 320) .............................................................................. 320-1

Property (Coverage Part 330) ...................................................................................................... 330-1

Automatic Increase – No. 013 .................................................................................................... END-4
Fluctuating Value – No. 015 ....................................................................................................... END-4
Replacement Cost-Building – No. 016 ........................................................................................ END-5
Glass Limited Coverage  - No. 017 ............................................................................................ END-5
Additional Debris Removal and Demolition Cost - No. 019 ........................................................ END-5
Fire Liability – No. 020 ............................................................................................................... END-6
Completed Value Builder's Risk – No. 021 ................................................................................ END-7
Limit Per Employee – No. 022 ................................................................................................... END-9
Accounts Receivable – No. 023 ................................................................................................. END-9
Rents or Rental Value Monthly Limitation – No. 025 ............................................................... END-11
Watercraft Covered – No. 026 ................................................................................................. END-12
Contingent Liability Excluded – No. 050 .................................................................................. END-22
Building Foundations Excluded – No. 053 ............................................................................... END-23
Extra Expense – No. 068 ......................................................................................................... END-28
Value Protection Other Than Earthquake – No. 077 ............................................................... END-31
Replacement Cost Equipment – No. 078 ................................................................................. END-33
Earthquake – No. 079 .............................................................................................................. END-34
Breakdown Excluded – No. 085 ............................................................................................... END-35

Case 4:19-cv-00668-SDJ   Document 20-2   Filed 01/14/13   Page 74 of 267

Crime (Coverage Part 380) ................................................................................................380-1

Blanket Position – No. 027 ......................................................................................... END-14
Personal Accounts – No. 028 ..................................................................................... END-14
Increased Limits for Welfare and Pension Plans – No. 086 ........................................ END-36

Garage (Coverage Part 500) ...........................................................................................500-1

Broad Form Products Excluded – No. 029 .................................................................. END-15
Additional Insured-Furnished Auto – No. 031 ............................................................. END-15
Additional Insured-Municipalities – No. 032 ............................................................... END-15
Additional Insured-Property – No. 033 ........................................................................ END-15
Drive Other Autos – No. 034 ...................................................................................... END-16
Medical Payments – No. 035 ...................................................................................... END-16
Limited Medical Payments – No. 036 ......................................................................... END-17
Individual Medical Payments – No. 037 ...................................................................... END-17
Customer Rental Coverage Excluded – No. 054 ......................................................... END-23
Additional Insured-Furnished Auto Household Members – No. 088 ............................ END-36
Standard Form MCS-90 – No. 090 ............................................................................. END-37
Underinsured Motorists – No. 091 .............................................................................. END-37
Designated Individuals – No. 092 ............................................................................... END-37
Auto Service Facility – No. 097 .................................................................................. END-39

General Liability (Coverage Part 660) .............................................................................660-1

Additional Insured-Premises – No. 041 ...................................................................... END-21
Premises Medical Payments – No. 095 ...................................................................... END-38

Basic Auto (Coverage Part 830) .....................................................................................830-1

Auto Lessors Liability – No. 038 ................................................................................. END-17
Daily Rental Autos – No. 039 ...................................................................................... END-19
Lower Limits For Rentees – No. 040 ........................................................................... END-20
Broad Form Drive Other Autos – No. 056 ................................................................... END-23
Business Use Excluded – No. 057 .............................................................................. END-25
Rentor Only Coverage – No. 059 ................................................................................ END-25
Physical Damage in Mexico – No. 062 ....................................................................... END-26
Stated Amount – No. 063 ........................................................................................... END-26
Antique Autos – No. 064 ............................................................................................ END-26
Standard Form MCS-90 – No. 090 ............................................................................. END-37
Underinsured Motorists – No. 091 .............................................................................. END-37
Designated Individuals – No. 092 ............................................................................... END-37
All Owned Autos Insured – No. 094 ............................................................................ END-38

Personal Umbrella (Coverage Part 970) .........................................................................970-1

Commercial Umbrella (Coverage Part 980) ....................................................................980-1

Additional Insureds – No. 043 .................................................................................... END-21
Additional Insureds Use of Other Autos – No. 049 ..................................................... END-22
Employer's Liability Coverage – No. 066 .................................................................... END-27
Umbrella Limits Inclusive – No. 089 ........................................................................... END-36
Owned Autos Excluded – No. 093 .............................................................................. END-38

Case 4:19-cv-00068-HFS   Document 30-2   Filed 01/14/13   Page 75 of 267

# UNICOVER

UNIVERSAL UNDERWRITERS INSURANCE COMPANY
A Stock Insurance Company
7045 College Boulevard, Overland Park, Kansas 66211-1523

# PREAMBLE

This entire document constitutes a multiple coverage insurance policy. Unless stated otherwise in a Coverage Part, each Coverage Part is made up of its provisions, plus those of the State Amendatory Part (if any), the General Conditions, and that portion of the Declarations referring to the Coverage Part, including all endorsements made applicable to that Coverage Part. Each Coverage Part so constituted becomes a separate contract of insurance.

This policy is signed by OUR President and Secretary, and where required by law, by one of OUR authorized representatives.

DENNIS F. KERRIGAN
SECRETARY

NANCY D. MUELLER
PRESIDENT

© Copyright 2007
Universal Underwriters Insurance Company

All rights reserved. This policy and its endorsements include copyrighted material of Insurance Services Office, Inc., with its permission. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means without the written permission of Universal Underwriters Insurance Company.

Case 4:19-cv-00068-HFS   Document 30-2   Filed 01/14/13   Page 76 of 267

# GENERAL CONDITIONS

WE have issued this policy based on OUR understanding of YOUR agreements, statements, and representations, and in consideration of YOUR agreement to pay the required premiums when due. By accepting this policy YOU agree that YOU have been truthful with US, and that all agreements between YOU and US are included in the policy and declarations. WE, therefore, agree with YOU as stated in this policy, its endorsements, and the declarations.

## *Definitions*

A word written in upper case letters indicates it has a specific meaning as defined in each coverage part. The following definitions apply to any coverage part where they appear:

A.  "INSURED" means any person or organization qualifying as an INSURED in the Who Is An Insured provision of the coverage part.

B.  "WAR" means war (whether declared or not), civil war, rebellion, insurrection, revolution, usurped power, military or warlike action (including action in hindering or defending against an actual or expected attack), or any act or condition incident to any of these.

C.  "WE", "US", or "OUR" means Universal Underwriters Insurance Company.

D.  "YOU" and "YOUR" means the person or organization shown in the declarations as the Named Insured.

## *Premium*

Named Insured 01 must pay all required premiums when due, on the basis specified in the declarations:

A.  "Variable" - each month YOU must calculate the earned premiums by multiplying the rates (shown on the required reports of values) times the values YOU report as applicable to those rates. Together with the specific premiums shown on the report, WE must receive payment within 15 days after the end of the calendar month for which the report is to be submitted. There will be no final adjustment in the earned premium if the values reported are accurate and premiums are paid promptly when due.

B.  "Non-variable" - each month YOU must report any required values and pay the provisional premium due each month. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, after WE have received all the required reports, WE will calculate the earned premiums. If it is more than YOU paid, YOU will pay US the difference. If it is less, WE will refund the difference.

C.  "Adjustable" - each month WE will bill YOU for a portion of the annual premium. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, WE will audit YOUR records. Based on OUR findings WE will calculate the earned premiums. If it is more than YOU have paid, YOU will pay US the difference. If it is less, WE will refund the difference.

D.  "Fixed" - each month WE will bill YOU for a portion of the annual premium for which there is no annual adjustment. WE must receive this premium by the date shown in OUR billing.

E.  "Annual" - the entire annual premium is due upon issuance of the policy.

Named Insured 01 will be the payee for any return premiums WE pay.

## *Premium Collection*

YOU must pay OUR expenses, including attorney fees, spent to collect premium from YOU.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Inspection and Audit

WE have the right, but not the duty, to inspect the insured property or operations at any time. OUR inspections are not safety inspections. They relate only to insurability and the premiums to be charged.

WE may give YOU reports on the conditions WE find and recommend changes. While they may help reduce losses, WE do not undertake to perform the duty of any person to provide for the health or safety of YOUR employees or the public. WE do not warrant the property or operation is healthful or safe, or that they conform to any rule, regulations, standard, code or law.

Any rate organization and any organization WE hire to make insurance inspections, surveys, reports or recommendations are subject to this provision.

YOU must keep accurate records and send them to US promptly upon request. WE have the right to examine and audit YOUR books and records at any time, up to three years after this policy ends.

YOU must allow US to perform any inspection or audit.

## Financial Responsibility Laws

A state motor vehicle law may require an INSURED to prove future financial responsibility. If WE certify this policy as providing such proof, that INSURED must repay US for any payments WE would not have had to pay without the certification.

## Concealment or Fraud

This insurance will be void if YOU or any other INSURED, at any time, willfully lie to US, conceal, or misrepresent any material facts relating to this insurance.

## Compliance with Conditions

WE have no duty to provide coverage under any coverage part unless YOU or any other INSURED has fully complied with all Conditions applicable to that coverage part.

## Actions Against Us

No one may bring legal action against US for any reason, to recover under this policy, unless they have complied with all of its terms.

A legal action for LOSS to YOUR property must be brought within 12 months from the date YOU discover the LOSS, but no sooner than 90 days after YOU file a sworn proof of LOSS.

A legal action for liability claims cannot be brought until the amount of the INSURED'S liability has been finally determined, either by trial or a written agreement between the claimant, the INSURED and US. Once that liability has been so determined, WE will pay up to the limit as shown in the declarations. No one can join US in taking legal action against YOU, or an INSURED, or take such actions directly against US.

OUR obligations to an INSURED remain, even if the INSURED becomes bankrupt or insolvent.

## Ownership - Interests Covered

The insured property may be owned by YOU, held by YOU (whether or not YOU are legally liable for physical loss of or damage to the property), or may be property for which YOU are legally liable for physical loss or damage. However, except with respect to a Security Interest subject to the Mortgage Clause or Loss Payable Provisions, this insurance is for YOUR benefit only and provides no rights or benefit to any other person or organization.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HFS Document 30-2 Filed 01/14/13 Page 79 of 267

## Other Insurance

Unless stated otherwise in a coverage part, WE will pay only the amount of the covered LOSS or INJURY in excess of the amount due from any other insurance, whether it is collectible or not.

## Non-Stacking of Limits

If more than one coverage part or policy issued by US to YOU should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that coverage part or policy will be inclusive of the lower limit in the other coverage part or policy, not in addition to them.

If more than one item of insurance in the same coverage part should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that item will be inclusive of the lower limit, not in addition to it.

## Subrogation

YOU and each INSURED must do all in their power to preserve their rights to recover from others. Once WE have made a payment under this policy, whether or not YOU or an INSURED are fully compensated, YOUR or an INSURED'S rights to recover from others become OUR rights.

However, with respect to LOSS to YOUR AUTOS, WE will not exercise OUR right of subrogation at YOUR request.

## Recovered Property or Autos

YOU must promptly report and return to US any property or covered AUTO YOU recover after loss settlement.

## Changes

The only way this policy can be changed is OUR issuing an endorsement or substituting the declarations. They must be signed by one of OUR representatives when required by law. Nothing else will change this policy, waive any of its terms, or stop US from asserting any of OUR rights, not even notice to or knowledge learned by one of OUR representatives.

If WE change any of the terms of this policy, which broadens or extends the coverage, this policy will automatically be broadened or extended as if it were actually endorsed, if the change:

A.  was approved by YOUR state insurance regulatory authority, during the policy period or within 45 days before the policy became effective; and

B.  is available to YOU without additional premiums.

## Assignment

No assignment of interest will affect this policy unless WE change the policy. If YOU die, however, YOUR legal representative can act on YOUR behalf. Until YOUR legal representative is appointed, anyone having proper temporary custody of YOUR property will have YOUR rights and duties but only with respect to that property.

## Cancellation

Either YOU or WE can cancel this policy by notifying the other.

Named Insured 01 may cancel by returning the policy or writing to US stating the future date YOU want the cancellation to be effective. Cancellation will take effect upon the return of the policy or the future date stated in YOUR written notice to US. The earned premiums will be calculated to include a short rate penalty of 10% of the estimated premium for the remainder of the policy period.

WE will not impose the penalty if YOU no longer have a financial or insurable interest in the covered property or business.

If WE cancel, a written notice of cancellation will be mailed to YOU at the address shown in the declarations. The notice will state when, not less than 10 days thereafter, the cancellation will be effective. The mailing of the notice will be sufficient proof of notice. The effective date and hour of cancellation stated in the notice will become the end of the policy period. Delivery of such written notice, either by YOU or US, will be equivalent to mailing.

Notice sent to Named Insured 01 will be deemed to be notice to all INSUREDS. WE will send any pro-rata premium refund due when WE cancel to Named Insured 01.

## *Policy Period*

All insurance under this policy will begin and end at 12:01 a.m. (Standard Time) unless it replaces, or is replaced by, a policy beginning or ending at 12:00 noon (Standard Time). In that event, OUR policy is amended to coincide with that time.

This policy starts on the first date shown in Item 1 of the declarations, and ends on the second date shown there. Any coverage or property added or removed during that time, will be covered for the period shown separately in the declarations.

## *Policy Territory*

Unless stated otherwise in a coverage part, this policy covers:

A. anywhere in the United States of America, its territories or possessions, or Canada.

B. in international waters or air space if the LOSS or INJURY occurs in the course of travel or transportation between countries, states or nations included in A. above.

C. anywhere in the world, if the INJURY arises out of a PRODUCT YOU sold for use or consumption in A. above, if the SUIT is brought in the United States of America, its territories or possessions, or Canada.

## *Appraisal*

If YOU and WE cannot agree on the value of the property or the amount of YOUR property LOSS, either of us can demand an appraisal. Then, each will select a competent and disinterested appraiser who will, in turn, select a competent and disinterested umpire. If the appraisers cannot agree on an umpire, YOU or WE may request the selection be made by a judge of a court having jurisdiction.

Each appraiser will state their appraisal of the value or LOSS. If they cannot agree, they will submit their differences to the umpire. The value of the property or amount of the LOSS will be determined by a written agreement of any two of them. Such an agreement is binding.

YOU and WE will each pay their own appraiser, and equally share the other expenses of the appraisal and the umpire. WE will not be held to have waived any of OUR rights by any act relating to appraisal.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00063-HFS Document 30-2 Filed 01/14/18 Page 81 of 267

## Conforming to Law

If any part of this policy is in conflict with local, state or federal law, those provisions in conflict will automatically change to conform to the law. If any statute requires more time to notify US of a LOSS, or to start any legal action, the coverage part is changed to agree with the shortest time period permitted by statute.

## Participation

YOU will be entitled to participate in the distribution of policy dividends as authorized by OUR Board of Directors from time to time.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# AUTO INVENTORY
## COVERAGE PART 300

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured and security interest is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured or security interest unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

The General Conditions apply except as amended or replaced in this coverage part.

## Insuring Agreement

WE will pay for LOSS of or to a COVERED AUTO or COVERED WATERCRAFT located within the policy territory at the time of LOSS, from any cause, except as stated otherwise in the declarations or excluded, including sums an INSURED legally must pay as damages as a result of LOSS to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT.

WE have the right and duty to defend any suit for damages for LOSS to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT. However, WE have no such duty for LOSS not covered by this coverage part. WE may investigate and settle any claim or suit WE consider appropriate. Payment of OUR limit ends OUR duty to defend or settle that LOSS.

## Definitions

When used in this coverage part:

A. "AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor or implement, each including its equipment and other equipment permanently attached to it.

B. "COLLISION" means:

   1. impact of a COVERED AUTO or COVERED WATERCRAFT with another object or with a vehicle to which it is attached; or
   2. upset of the COVERED AUTO or COVERED WATERCRAFT.

   COLLISION does not mean impact of a COVERED AUTO or COVERED WATERCRAFT with a bird or animal.

C. "COMPREHENSIVE" means the perils defined in SPECIFIED PERILS and UNNAMED PERILS.

D. "COVERED AUTO" means an AUTO:

   1. owned by or acquired by YOU; or
   2. not owned by YOU, but in YOUR care, custody, or control.

E. "CUSTOMER'S AUTO" means a COVERED AUTO not owned or acquired by YOU, nor consigned to YOU, but in YOUR care, custody or control for safekeeping, storage, service or repair. It also means the property of others within the CUSTOMER'S AUTO when LOSS is caused by COLLISION.

F. "COVERED WATERCRAFT" means a WATERCRAFT:

   1. owned by or acquired by YOU; or
   2. not owned by YOU, but in YOUR care, custody, or control.

G. "CUSTOMER'S WATERCRAFT" means a COVERED WATERCRAFT not owned or acquired by YOU, nor consigned to YOU, but in YOUR care, custody or control for safekeeping, storage, service or repair. It also means the property of others within the CUSTOMER'S WATERCRAFT.

H. "DEMONSTRATOR-COMPANY AUTO" means a COVERED AUTO shown on YOUR records as a demonstrator or company AUTO, and

1. used in YOUR sales operation; or
2. furnished for the regular use of anyone.

DEMONSTRATOR-COMPANY AUTO also means a COVERED AUTO YOU rent or lease from others for use in YOUR business.

I. "EXTENDED THEFT" means:

1. YOUR voluntarily parting with evidence of title to or possession of a COVERED AUTO or COVERED WATERCRAFT when induced by:

   a. a forged or counterfeit instrument received in payment.
   b. a check or other instrument written on a closed account.
   c. any document related to a purchase, rental or lease transaction on which the name, social security number or signature of the purchaser, rentee or lessee is false or forged.
   d. any other criminal scheme, criminal trick or criminal device which induces YOU, at that time, to part with evidence of title to or possession of the COVERED AUTO or COVERED WATERCRAFT.

2. YOUR having acquired possession of an AUTO or WATERCRAFT that is stolen or which has a forged, altered, or counterfeit title or invalid duplicate title.

3. the unauthorized possession (without intent to return) of a COVERED AUTO by:

   a. YOUR customer:

      (1) while the COVERED AUTO temporarily replaces the CUSTOMER'S AUTO;
      (2) awaiting delivery of an AUTO purchased from YOU;
      (3) for the purpose of a test drive or other demonstration.

   b. any person to whom YOU furnish a COVERED AUTO for their regular use.

   Part 3.a. does not apply to rentals otherwise excluded.

4. the unauthorized possession (without intent to return) of COVERED WATERCRAFT by YOUR customer while:

   a. the WATERCRAFT temporarily replaces CUSTOMER'S WATERCRAFT in for repair;
   b. awaiting delivery of WATERCRAFT purchased from YOU;
   c. on demonstration.

J. "GOVERNMENT CONFISCATION" means seizure of an AUTO or WATERCRAFT owned or acquired by YOU, by a duly constituted governmental or civil authority, for an alleged violation of laws governing the use, sale or distribution of controlled substances, including those laws governing the reporting of monies from such activities.

K. "LOSS" means direct and accidental physical loss or damage, occurring during the coverage part period. LOSS, with respect to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT, includes resulting loss of use.

With respect to EXTENDED THEFT, all transactions with any one person, organization, group of individuals or ring will be deemed to be one LOSS. With respect to GOVERNMENT CONFISCATION, all actions by any one person, organization, group of individuals or ring which result in seizure(s) will be deemed one LOSS.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00663-HFS Document 30-2 Filed 01/04/13 Page 85 of 267

With respect to COVERED AUTOS or COVERED WATERCRAFT physically stolen by YOUR employee, all LOSS caused by or involving one or more employees, or act or series of acts involving one or more persons will be deemed to be one LOSS.

L. "NEW AUTO" means a COVERED AUTO owned or acquired by or consigned to YOU and held for sale, not previously owned, titled or registered, and not used for any purpose other than road testing. NEW AUTO also means a COVERED AUTO that is subject to a SPOT DELIVERY.

M. "RETAIL CHARGES" means the usual and customary price YOU charge customers for parts, material, or labor.

N. "SERVICE AUTO" means a COVERED AUTO shown on YOUR records as a service vehicle, and used in YOUR service operations.

O. "SPECIFIED PERILS" means:

1. fire, lightning, smoke or smudge due to fire.
2. stranding, sinking, burning, or derailment of any conveyance transporting the COVERED AUTO or COVERED WATERCRAFT.
3. theft or larceny.
4. windstorm, hail, earthquake, explosion, riot or civil commotion, the forced landing of any aircraft or its parts.
5. flood or rising waters, including surface water, waves, tidal wave or water, storm surge, tsunami, overflow of any body of water, or their spray, all whether or not driven by wind; external discharge or leakage of waters except LOSS resulting from snow, rain, or sleet (whether or not wind-driven).
6. malicious mischief or vandalism.
7. LOSS caused by a servicing hoist or other device designed to raise an entire AUTO or WATERCRAFT.

P. "SPOT DELIVERY" means a conditional sale in which ownership of the COVERED AUTO has not yet been transferred to YOUR customer.

Q. "UNNAMED PERILS" means all causes of LOSS not defined in COLLISION, SPECIFIED PERILS, EXTENDED THEFT, or excluded.

R. "USED AUTO" means all COVERED AUTOS owned or acquired by or consigned to YOU that are held for sale by YOU and not otherwise defined in this coverage part. USED AUTOS also means COVERED AUTOS that are subject to a SPOT DELIVERY.

S. "WATERCRAFT" means a vessel designed for travel on water, and includes its carrier. WATERCRAFT does not include any vessel designed to be airborne or submerged.

## Who Is An Insured

With respect to LOSS under this coverage part:

A. YOU.

B. YOUR partners, paid employees, directors, executive officers, and stockholders while acting within the scope of their duties as such with respect to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT.

## Exclusions

WE will not pay for LOSS:

A. while the AUTO or WATERCRAFT is being used as a public livery conveyance, or in any illicit trade or transportation. This exclusion does not apply to GOVERNMENT CONFISCATION.

Case 4:19-cv-00668-HFS   Document 30-2   Filed 01/14/13   Page 86 of 267

B. due to WAR.

C. caused by mechanical or electrical breakdown or failure.

D. due and confined to wear, tear or freezing.

E. from EXTENDED THEFT:

1. due solely to an undisclosed lien.
2. due solely to an insufficient funds check.
3. due to incorrect information on any document related to a purchase, rental or lease transaction, except as covered under Part 1.c.of the definition of EXTENDED THEFT.
4. as the result of YOUR obligation under a contract or agreement in which YOU agree to be liable in the event of default by the purchaser.
5. under Part 1.d. of the definition of EXTENDED THEFT, due solely to non-payment, for any reason, of any credit YOU extend. This includes bankruptcy, other insolvency proceedings or failure to honor post-dated checks.

F. due to confiscation by duly constituted governmental or civil authority. This exclusion does not apply to GOVERNMENT CONFISCATION.

G. due to radioactive contamination, nuclear radiation, nuclear reaction, or the explosion or malfunction of a nuclear weapon, device, or facility or their consequences.

H. caused by any dishonest, fraudulent, criminal, or intentional act committed by YOU or YOUR stockholders, partners, officers, employees, agents, or other party in interest. This exclusion does not apply to:

1. a COVERED AUTO or COVERED WATERCRAFT physically stolen, destroyed or damaged by YOUR employee acting without the knowledge of YOUR partners or executive officers.
2. part 3.b. of the definition of EXTENDED THEFT.
3. GOVERNMENT CONFISCATION caused by an employee acting without the knowledge or consent of YOUR partners or executive officers.

I. while the COVERED AUTO or COVERED WATERCRAFT is operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition, or competitive contest, or in any stunting activity.

J. when YOU voluntarily part with evidence of title to or possession of a COVERED AUTO or COVERED WATERCRAFT, except by EXTENDED THEFT.

K. to a COVERED AUTO or COVERED WATERCRAFT leased or rented to others. This exclusion does not apply to a COVERED AUTO leased or rented to:

1. YOUR partners, employees, owners, directors, stockholders and executive officers for use principally in YOUR AUTO business.

2. YOUR customers for a period of 90 days or less when:

   a. it temporarily replaces the CUSTOMER'S AUTO; or
   b. the customer is awaiting delivery of an AUTO purchased from YOU.

L. to an AUTO or WATERCRAFT owned by, leased or rented to YOUR employee or members of their household. This exclusion does not apply:

1. if their AUTO or WATERCRAFT is being serviced or repaired by YOU under a written agreement.
2. to a COVERED AUTO leased or rented to YOUR partners, employees, owners, directors, stockholders and executive officers for use principally in YOUR AUTO business.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00068-HFS Document 30-2 Filed 01/14/13 Page 87 of 267

M. due to loss of use caused by delay of service or repair, defective parts or materials or faulty work performed. This exclusion does not apply to loss of use of a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT caused by faulty work performed, defective parts or materials.

N. due solely to:

1. any unexplained or mysterious disappearance, or
2. shortage disclosed by the taking of inventory or from the calculation of profit or loss.

O. to any two-way mobile radio or telephone, citizens band radio, radar detector, scanning monitor or device for recording or reproducing sound or pictures, all including its accessories and antennas. This does not apply to:

1. tape decks, compact disc players, video cassette recorders, digital video disc players, video cameras, other sound reproducing equipment, or a device for viewing visual images, when any of the above are permanently installed in, and antennas permanently attached to, the COVERED AUTO or COVERED WATERCRAFT.
2. two-way mobile radio or telephone, citizens band radio or scanning monitor which are permanently installed in the opening or place normally used by the manufacturer for the installation of such equipment.

P. resulting from depreciation or diminished value. This exclusion does not apply to:

1. diminished value resulting from LOSS to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT; or
2. diminished value loss as described under part H. of We Will Also Pay.

Q. to a CUSTOMER'S AUTO, or to audio or video tapes, records, compact discs, digital video discs, or other devices designed for use with sound or video reproducing equipment within a CUSTOMER'S AUTO:

1. resulting from windstorm, hail, flood as described in part 5. of the definition of SPECIFIED PERILS, earthquake or any other natural disaster. This exclusion does not apply if YOU are legally liable for such LOSS.

2. resulting from YOUR accepting responsibility for LOSS under any agreement, if such LOSS results from:

   a. windstorm, hail, flood as described in part 5. of the definition of SPECIFIED PERILS, earthquake or any other natural disaster; or
   b. any other peril not covered by or declared for this coverage part.

R. to CUSTOMER'S WATERCRAFT:

1. resulting from windstorm, hail, flood as described in part 5. of the definition of SPECIFIED PERILS, earthquake or any other natural disaster. This exclusion does not apply if YOU are legally liable for such LOSS.

2. resulting from YOUR accepting responsibility for LOSS under any agreement, if such LOSS results from:

   a. windstorm, hail, flood as described in part 5. of the definition of SPECIFIED PERILS, earthquake or any other natural disaster; or
   b. any other peril not covered by or declared for this coverage part.

S. to property within a CUSTOMER'S WATERCRAFT resulting from YOUR accepting responsibility for LOSS for such property under any agreement.

Case 4:19-cv-00008-HFS   Document 30-2   Filed 01/14/13   Page 88 of 267

T. to WATERCRAFT:

    1. over 35 feet in length.
    2. when used for nonbusiness purposes, regardless of length.

## *You Must Report*

If the Premium condition requires YOU to report, YOU must report the cost of all AUTOS and WATERCRAFT owned or consigned to YOU as of the last business day of that month. WE must receive the report within 15 days after the end of each calendar month. YOU may not correct inaccurate reports after LOSS.

## *The Most We Will Pay*

Regardless of the number of INSUREDS, premiums charged, claims made, suits brought, AUTOS or WATERCRAFT insured, or amounts awarded against an INSURED, the most WE will pay for any one LOSS to COVERED AUTOS and COVERED WATERCRAFT is the least of the following:

A. the total cost of all COVERED AUTOS and COVERED WATERCRAFT.

B. if the Premium condition requires YOU to report, with respect to COVERED AUTOS and COVERED WATERCRAFT owned by or consigned to YOU, the percentage the last report of AUTO and WATERCRAFT values (received by US prior to the LOSS) bears to the cost of all such AUTOS and WATERCRAFT that YOU should have reported.

C. if the Premium condition does not require YOU to report, with respect to COVERED AUTOS and COVERED WATERCRAFT owned by or consigned to YOU, the percentage the limit stated in the declarations bears to the total value of all such COVERED AUTOS and COVERED WATERCRAFT at the time of the LOSS.

D. from EXTENDED THEFT, the limit stated in the declarations for that peril.

E. for all COVERED AUTOS or COVERED WATERCRAFT that are physically stolen by YOUR employee(s) in a policy period, the greater of $50,000 or an amount equal to the EXTENDED THEFT limit stated in the declarations.

    This is the most WE will pay for any one LOSS, regardless of the number of years this coverage part continues in force, and is not cumulative from one coverage part period to another, or from one year to another.

F. for property of others, as defined in CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT, up to $10,000.

G. from GOVERNMENT CONFISCATION, $100,000.

H. the limit stated in the declarations.

If, at the time of LOSS, YOU have failed to file all required reports of values, WE will pay no more than the amounts shown on the last report received by US prior to the LOSS. If the delinquent report is the first one due, WE will pay no more than 75% of the limit stated in the declarations.

However, if at the time of the LOSS:

    1. YOU have reported as required under You Must Report;
    2. YOU reported the full required values of all owned or consigned AUTOS and WATERCRAFT on each report; and
    3. the last report due before the LOSS is not delinquent;

    part H. of The Most We Will Pay is amended to read: "H. 125% of the limit stated in the declarations."

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:12-cv-00068-HFS Document 30-2 Filed 01/14/13 Page 89 of 267

## *We Will Also Pay*

In addition to payments in The Most We Will Pay provision, WE will also pay, after LOSS:

A. up to $20 a day, but not for more than $600, for expenses incurred by YOU arising out of loss of use of a DEMONSTRATOR-COMPANY AUTO or SERVICE AUTO.

B. all ordinary and necessary expenses to return a COVERED AUTO or COVERED WATERCRAFT to YOU and a reasonable amount for depreciation for LOSS caused by theft or EXTENDED THEFT.

C. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a suit WE defend, but only for bonds up to OUR limit. But, WE do not have to furnish or secure these bonds.

D. all costs and expenses in defending an INSURED, and interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any suit WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.

E. up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.

F. up to $10,000 for expenses incurred with OUR prior permission to remove COVERED AUTOS or COVERED WATERCRAFT endangered from an insured peril. Such expenses will be paid even if YOU sustain no LOSS.

G. other reasonable expenses, including the removal of debris, incurred at OUR request.

H. Diminished Value Extension

   1. In addition to the amount due YOU for LOSS caused by fire, lightning, smoke or smudge due to fire, stranding, sinking, burning, or derailment of any conveyance transporting the COVERED AUTO, theft or larceny, GOVERNMENT CONFISCATION, explosion, malicious mischief or vandalism, LOSS caused by a servicing hoist designed to raise an entire AUTO, COLLISION or EXTENDED THEFT, WE will pay YOU for "diminished value loss" to a NEW AUTO or "demonstrator" AUTO owned by YOU, provided the cost to repair equals or exceeds 10% of YOUR "cost" for that AUTO.

   2. The insurance afforded by this extension does not apply to:

      a. AUTOS insured by YOUR floor plan or finance source.
      b. "demonstrator" AUTOS which have been driven more than 6,000 miles at the time of the LOSS.
      c. AUTOS sold to YOU, YOUR employees, YOUR relatives, YOUR employees' relatives, or an entity in which YOU have a financial interest.
      d. LOSS caused by COLLISION when someone other than US pays for the LOSS.

   3. The most WE will pay under this extension is 10% of YOUR "cost" for the NEW AUTO or "demonstrator" AUTO.

   4. As used in this extension:

      a. "Diminished value loss" occurs when YOUR "selling price" is less than YOUR "cost".
      b. "Demonstrator" AUTO means a COVERED AUTO shown on YOUR records as a demonstrator AUTO and used in YOUR sales operation.
      c. "Selling price" means the final retail or wholesale price of a NEW AUTO or "demonstrator" AUTO including commission and excluding charges for taxes, title, registration and license. If YOU accept a trade-in when selling a NEW AUTO or "demonstrator" AUTO, the "selling price" of such AUTO will be the payment received plus the greater of:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00638-HFS Document 30-2 Filed 01/14/13 Page 90 of 267

(1) the NADA wholesale value of the trade-in; or
(2) the actual trade-in allowance.

If the AUTO subject to this extension is not repaired prior to sale, the "selling price" includes the appraised value of that repair.

    d.   YOUR "cost" means the amount of the dealer invoice for a COVERED AUTO plus dealer installed accessories and equipment less profit, holdback, advertising and overhead.

I.   Fire Department Service Charges, Recharge of Automatic Fire Extinguishing System and Arson Rewards

WE will also extend this insurance to pay, after covered LOSS, up to $25,000 to apply in any combination to:

1. fire department service charges assumed under a contract or agreement or required by local ordinance. This extension applies only to the service charge, not to any liability for injury to any person or property from any cause.
2. expenses actually incurred to recharge any pressurized automatic fire extinguishing system due to discharge.
3. arson rewards.

## *How We Will Pay*

A.   At OUR option, WE will pay for, repair, or replace the damaged or stolen COVERED AUTO or COVERED WATERCRAFT, or will require YOU to replace, repair, or sublet repairs to such COVERED AUTO or COVERED WATERCRAFT. WE will also decide which repair method to use.

B.   When settlement is based on replacement of a COVERED AUTO or COVERED WATERCRAFT, the most WE will pay is YOUR actual cost, exclusive of YOUR profit, holdback, or overhead expenses.

C.   When settlement is based on repairs to the COVERED AUTO or COVERED WATERCRAFT:

1. if LOSS is caused by a peril other than windstorm or hail, the most WE will pay is 65% of the RETAIL CHARGES (unless stated otherwise in the declarations) on parts, materials, and labor, when labor is performed or when parts or materials are furnished by YOU.

2. if LOSS is caused by windstorm or hail, the most WE will pay is the lesser of 75% of the RETAIL CHARGES or the percentage stated in the declarations, on parts, materials, and labor, when labor is performed or when parts or materials are furnished by YOU.

3. However, WE will pay the actual expenses YOU incur for:

    a.   that portion of repairs that are made using the paintless dent repair method.

    b.   LOSS caused by COLLISION, impact with a bird or animal, fire, lightning, theft or larceny, EXTENDED THEFT, malicious mischief or vandalism, if

        (1) YOU do not possess the facilities, parts, materials, or technical expertise to perform the repairs, and
        (2) with OUR approval, the labor is performed or parts and materials are furnished by a facility not owned or otherwise affiliated with YOU.

    c.   LOSS that occurs 100 miles or more from YOUR place of business, if the COVERED AUTO or COVERED WATERCRAFT is repaired 100 miles or more from YOUR place of business.

D.   Before payment of the LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00063-HFS Document 30-2 Filed 01/14/13 Page 91 of 267

E. Loss Payable Provisions

    1.   WE will pay any covered LOSS both to YOU and the Security Interest shown in the declarations, as interests may appear. Their interest is protected, to the extent that this insurance applies, unless LOSS results from YOUR wrongful conversion, embezzlement or secretion.

    2.   WE may cancel the policy as allowed in the CANCELLATION provisions. Cancellation ends this agreement as to the interest of the Security Interest.

    3.   If WE make any such payment to the Security Interest, WE obtain their rights against any other party.

## *Deductibles*

A.   From the amount of LOSS, as determined above, WE will subtract a reasonable amount for depreciation as well as the applicable deductible shown in the declarations. The deductible applies to each COVERED AUTO or COVERED WATERCRAFT unless stated otherwise in this coverage part or in the declarations.

    When more than one deductible is shown in the declarations for a peril, AUTO or WATERCRAFT, the deductible per AUTO or WATERCRAFT is shown first, then the deductible per LOSS.

    1.   If shown in the declarations, the deductibles for flood, theft or windstorm-hail apply instead of the COMPREHENSIVE deductible when LOSS is caused by one of these perils.

         The flood deductible applies to LOSS as covered under part 5. of the definition of SPECIFIED PERILS.

    2.   If shown in the declarations, the deductible for each COVERED AUTO or COVERED WATERCRAFT when the paintless dent repair method is used will be the amount shown in the declarations as the "PDR Deductible. "

B.   WE may use all or any part of YOUR deductible to effect settlement of any claim or suit covered by this coverage part. When this happens, YOU must promptly pay US for YOUR deductible or the part of YOUR deductible that WE paid.

## *Additional Conditions*

A.   Duties After Loss

    YOU must:

    1.   protect the COVERED AUTO or COVERED WATERCRAFT whether or not this insurance applies. Any further LOSS due to YOUR failure to do so will not be covered by this policy. WE will pay all reasonable expenses YOU incur for such protection.

    2.   permit US to inspect the damaged COVERED AUTO or COVERED WATERCRAFT prior to its repair or replacement, and submit to US a sworn proof of LOSS within 60 days.

    3.   notify US as soon as possible, how, when, and where the LOSS occurred. If an AUTO or WATERCRAFT is stolen, notify the police. If an EXTENDED THEFT:

        a.   make a reasonable effort to recover the AUTO or WATERCRAFT, and

        b.   notify the police and file a complaint with the proper authorities (empowered to issue warrants) against the person(s) causing the LOSS.

    Additionally, YOU and any other involved INSURED must:

    4.   promptly notify US when claim is made against YOU or any other INSURED involving a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT, and promptly send US all documents if sued.

Case 4:19-cv-00668-HSG   Document 30-2   Filed 01/14/18   Page 92 of 267

5. cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS.

6. assume no obligation, make no offer or payment, or incur no expenses without OUR consent, except at the INSURED'S own cost.

7. agree to examination under oath at OUR request, while not in the presence of any other INSURED and at such times as may be reasonable required about any matter relating to this insurance or the LOSS, including YOUR books and records. In the event of an examination, an INSURED'S answers must be signed.

WE will not defend or pay any LOSS for YOU or any other INSURED who fails to comply with their duties after LOSS.

B. Damaged Auto or Watercraft

When the COVERED AUTO or COVERED WATERCRAFT is damaged, whether or not such damage is covered by this coverage part, OUR liability is reduced by the amount of such damage until repairs have been completed.

C. No Benefit To Bailee

This insurance will not benefit, directly or indirectly, any carrier or bailee.

D. Other Insurance

This insurance is primary over any other insurance except it is excess:

1. when the COVERED AUTO or COVERED WATERCRAFT is in the care, custody, or control of any person or organization, other than YOU, a member of YOUR household, YOUR partner, director, stockholder, executive officer, or paid employee or a member of the household of any of them.

2. for any AUTO that is more specifically insured and :

   a. owned by a manufacturer; or
   b. owned by YOU and used in connection with any leasing or rental operation for an AUTO manufacturer, its subsidiaries or affiliated companies.

E. Policy Territory

This insurance covers anywhere in the United States of America, its territories or possessions, Canada or the Republic of Mexico. With respect to WATERCRAFT, this insurance also covers while the WATERCRAFT is afloat within 50 nautical miles from the coastal shoreline of the United States' 48 contiguous states, the District of Columbia, or Canada.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007
Case 4:19-cv-00008-HFS Document 30-2 Filed 01/14/13 Page 93 of 267

# DIFFERENCE IN CONDITIONS
## COVERAGE PART 320

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, security interest, and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

The General Conditions apply except as amended or replaced in this Coverage Part.

## *Insuring Agreements*

A.  Scheduled Property

1.  WE will pay for LOSS to the property scheduled at the LOCATION(S), and for such property in transit, from any cause except as excluded or as stated otherwise in the declarations.
2.  WE will pay for LOSS to BUILDING, CONTENTS, or STOCK at a LOCATION shown in the declarations, caused by the COLLAPSE of:

    a.  the BUILDING or any portion of the BUILDING, or
    b.  CONTENTS or STOCK within a BUILDING,

    if the COLLAPSE is caused by:

    (1) a peril covered by this coverage part;
    (2) use of defective material or methods in construction, remodeling or renovation if the COLLAPSE occurs during the course of the construction, remodeling or renovation. However, if the COLLAPSE occurs after construction, remodeling or renovation is complete and is caused in part by a peril described by (1) above, WE will pay for the LOSS even if use of defective material or methods, in construction, remodeling or renovation, contributes to the COLLAPSE.

3.  WE have the right and duty to defend any suit against YOU with respect to LOSS to CONTENTS of others for which YOU are legally liable. WE may investigate and settle any claim or suit WE consider appropriate. OUR payment of the limit, shown in the declarations as applicable to such property, ends OUR duty to defend.

    WE have no right or duty to defend suits for LOSS not covered by this coverage part.

B.  Business Income Continuation

    WE will pay for BUSINESS INCOME CONTINUATION when YOU must suspend YOUR business because of LOSS from any cause (except as excluded or stated otherwise in the declarations) to:

1.  the BUILDING or CONTENTS at the LOCATIONS shown in the declarations as applicable to BUSINESS INCOME CONTINUATION.

    The period of suspension insured under part 1. is from the date of LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING or CONTENTS and to resume operations with the same quality of service which existed immediately before the LOSS, regardless of the expiration of this coverage part.

2.  property, other than at the LOCATION, that directly results in civil authority preventing YOU from entering YOUR BUILDING.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00063-HFS   Document 30-2   Filed 01/14/13   Page 94 of 267

The period of suspension insured under part 2. begins 72 hours after the time of LOSS and ends the earlier of:

    a.  three consecutive weeks after coverage begins; or
    b.  the time YOU are allowed to enter YOUR BUILDING.

## Definitions

When used in this coverage part:

A.  "ACTUAL CASH VALUE" means the cost to replace with similar property of like kind and quality, less actual (not tax) depreciation.

B.  "AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor, or implement, and any equipment permanently attached to it. AUTO does not mean MOBILE EQUIPMENT.

C.  "AUTOMATIC SPRINKLER SYSTEM" means:

    1.  any automatic fire protective or extinguishing system, including connected:

        a.  sprinklers and discharge nozzles;
        b.  ducts, pipes, valves and fittings;
        c.  tanks, their component parts and supports; and,
        d.  pumps and private fire protection mains.

    2.  non-automatic fire protective systems, hydrants, standpipes and outlets when supplied from an automatic fire protective system.

D.  "BUILDING" means the structure at the LOCATION shown in the declarations. It includes:

    1.  machinery, fixtures and equipment permanently made part of the structure.
    2.  machinery, equipment, materials and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or its premises on which it is located.
    3.  fences, signs and light posts, owned by YOU and within 1,000 feet of the structure.
    4.  foundations, whether above or below ground, including the costs of excavation grading, backfilling or filling.
    5.  architect's fees.
    6.  completed additions; and if not covered by other insurance:

        a.  additions under construction, alterations and other repairs to the structure;
        b.  materials, machinery, tools, equipment, supplies and temporary structures, owned by YOU or for which YOU are legally liable, used for making addition, alterations or repairs to the structure.

        Part b. does not apply to LOSS of machinery, tools and equipment when away from the LOCATION.

E.  "BUSINESS INCOME CONTINUATION" means the amount of GROSS PROFIT and EXTRA EXPENSE YOU have selected to be paid to YOU in the event of the total suspension of YOUR business.

F.  "COLLAPSE" means:

    1.  with respect to a BUILDING, an abrupt falling down or caving in of the BUILDING or any portion of that BUILDING with the result that the BUILDING or a portion of the BUILDING cannot be occupied for its intended purpose.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

However, a BUILDING or any portion of a BUILDING is not considered to be in a state of COLLAPSE if the BUILDING remains standing, regardless of whether:

    a. the BUILDING or any portion of that BUILDING is in danger of falling down or caving in;
    b. a portion of the BUILDING has separated from another part of the BUILDING; or
    c. a BUILDING shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. with respect to CONTENTS, an abrupt falling down or caving in of CONTENTS inside a BUILDING that does not result from the COLLAPSE of the BUILDING.

Collapse of CONTENTS does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

G. "COMPUTER PROGRAMS" means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send ELECTRONIC DATA.

H. "CONTENTS" means furniture, fixtures, machinery, equipment, DATA, MEDIA, STOCK, tools, materials and supplies used in the conduct of YOUR business, either owned by YOU (or YOUR employees) or for which YOU are legally liable.

It also means such property while being used in YOUR repair or service business away from YOUR BUILDING. CONTENTS includes MOBILE EQUIPMENT, if not otherwise insured by this or any other insurance.

If YOU do not own the BUILDING in which the CONTENTS is contained, CONTENTS also includes:

1. IMPROVEMENTS and BETTERMENTS.
2. machinery, equipment, materials and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or the premises on which it is located.
3. glass portions of the BUILDING.

Except as described under parts 1., 2., and 3. above, CONTENTS does not mean property defined under BUILDING.

I. "DATA" means a representation of facts, concepts or instructions in a formalized manner or MEDIA. DATA includes ELECTRONIC DATA.

J. "ELECTRONIC DATA" means information, facts or COMPUTER PROGRAMS stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

K. "ELECTRONIC DATA OVERLOAD" means a malicious attack upon electronic equipment that utilizes shared resources to such extent that YOU are unable to access DATA stored at YOUR LOCATION that is necessary for the conduct of YOUR business.

L. "ELECTRONIC VANDALISM" means the unauthorized introduction of any computer code, program or virus into YOUR equipment which causes damage, destruction, deletion, corruption or malfunction of equipment, MEDIA or DATA.

M. "EXTENDED THEFT" means:

1. YOUR voluntarily parting with evidence of ownership to or possession of CONTENTS when induced by:

    a. a forged or counterfeit instrument used in payment.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    b.  a check or other instrument written on a closed account.

    c.  any document related to a purchase, rental or lease transaction on which the name, social security number or signature of the purchaser, rentee or lessee is false or forged.

    d.  any other criminal scheme, criminal trick or criminal device which induces YOU, at that time, to part with evidence of ownership to or possession of CONTENTS.

2.  YOUR having acquired CONTENTS from a seller who did not have legal ownership.

3.  the unauthorized possession (without intent to return) of CONTENTS by YOUR customer while:

    a.  the CONTENTS temporarily replaces customer's CONTENTS in for repair;

    b.  awaiting delivery of STOCK purchased from YOU;

    c.  on demonstration or loan to YOUR customer.

N.  "EXTRA EXPENSE" means the necessary expenses YOU incur during the period of suspension to return YOUR operations to as near to normal as possible after a LOSS, such expense being over and above the total cost that would have been incurred to conduct YOUR operations had no LOSS occurred. EXTRA EXPENSE does not mean loss of income or normal cost of repairing or replacing property, books of accounts, abstracts, drawings, card index systems or other records of any kind. Any salvage value of property obtained for temporary use during the period of suspension will be deducted from the LOSS.

O.  "FUNGUS" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

P.  "GOVERNMENT CONFISCATION" means seizure of covered property owned or acquired by YOU, by a duly constituted governmental or civil authority, for an alleged violation of laws governing the use, sale or distribution of controlled substances, including those laws governing the reporting of monies from such activities.

Q.  "GROSS PROFIT" means the total income from the service and repair of AUTOS and the sale of STOCK less the cost of STOCK (not including labor) sold.

R.  "IMPROVEMENTS AND BETTERMENTS" means, when not legally removable by YOU:

1.  YOUR use interest in changes (other than maintenance) YOU made in the structure at the LOCATION not owned by YOU which enhances its value.

2.  YOUR use interest in changes YOU acquired in a structure at a LOCATION not owned by YOU which enhances its value.

S.  "LOCATION" means the location scheduled in the declarations, including any CONTENTS in the open within 1,000 feet.

T.  "LOSS" means direct physical loss or damage occurring during the coverage part period.

U.  "MEDIA" means the material on which YOU record DATA. It includes COMPUTER PROGRAMS, records, books, films, tapes, drawings, deeds, maps, mortgages, manuscripts, and other documents.

V.  "MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction or repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, riggers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

W.  "OCCURRENCE" means all LOSS attributable directly or indirectly to one cause or a series of similar causes. All such covered LOSS will be treated as one occurrence.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

X. "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes (but is not limited to) materials to be recycled, reconditioned or reclaimed.

Y. "REPLACEMENT COST" means the cost to replace with similar property of like kind and quality without deduction for depreciation.

Z. "SINKHOLE COLLAPSE" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not mean the cost of filling sinkholes or the sinking or collapse of land into man-made underground cavities.

AA. "STOCK" means goods or products YOU sell or service which are owned by YOU or similar property of others for which YOU are legally liable. It also means parts and materials, including the cost of labor, YOU install or others install for YOU, in YOUR customer's personal property, but only when LOSS occurs before YOU relinquish possession of the personal property to the customer. STOCK does not include property as defined in AUTOS.

BB. "UNNAMED PERILS" means all causes of LOSS except earthquake, flood, windstorm and hail, or as excluded.

CC. "VOLCANIC ACTION" means lava flow, airborne volcanic blast or airborne shock waves, ash, dust and particulate matter following eruption of a volcano.

## Who Is An Insured

With respect to LOSS under this coverage part, only YOU.

## Exclusions – Perils

WE will not pay for LOSS caused directly or indirectly by any of the following; such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

A. Voluntary Parting with Insured Property

theft or larceny caused by YOUR voluntary parting with evidence of ownership or possession of the insured property.

B. Dishonest, Fraudulent, Criminal or Intentional Acts

any dishonest, fraudulent, criminal or dishonest act committed by:

1. any person or organization to whom YOU entrust the property; or
2. YOU or any of YOUR partners, executive officers, employees, stockholders, agents other party in interest, acting alone or in collusion with others.

C. Confiscation

confiscation (including GOVERNMENT CONFISCATION) by any duly constituted governmental or civil authority, or due to any legal or equitable proceedings.

D. Radioactivity, Nuclear and War Hazards

radioactive contamination, nuclear radiation, nuclear reaction or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

Case 4:19-cv-00008-HFS Document 30-2 Filed 01/14/13 Page 98 of 267

E.  Maintenance

wear or tear, shrinkage, evaporation, gradual deterioration, rust, corrosion, change of weight, leakage of contents, inherent vice, latent or hidden defect.

F.  Mechanical Breakdown

mechanical breakdown or derangement. This exclusion does not apply to ensuing LOSS not otherwise excluded.

G.  Business Interruption

interruption of business, except when coverage for BUSINESS INCOME CONTINUATION is shown in the declarations.

H.  Market Delay or Reduction

delay or reduction of market or use.

I.  Changes in Atmosphere or Temperature

dampness or dryness of atmosphere; extremes or changes in temperature.

J.  Utility Services

interruption or failure of power supply or other utility services.

K.  Heating, Refrigeration or Cooling

interruption of heating, refrigeration or cooling.

L.  Surface Damage

marring or scratching of property, exposure to light, contamination, change in color, flavor, texture or finish.

M.  Structural Decay

decay, settling, cracking, shrinkage, bulging or expansion of foundations, walls, floors, roofs, or ceilings.

N.  Animals

nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

O.  Smog, Smoke, Vapor or Gas

smog, smoke, vapor or gas from agricultural or industrial operations.

P.  Faulty Planning, Design, Materials, Workmanship

faulty, inadequate or defective:

1.  planning, zoning, development, surveying, siting.
2.  design, specifications, construction, grading, compaction.
3.  materials used in construction.
4.  workmanship or materials involved in repairs, alterations, remodeling, renovation or installation.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:13-cv-00068-HLM   Document 30-2   Filed 01/14/13   Page 99 of 267

Q. Government Action or Inaction

acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

R. Earth Movement

earth movement, including but not limited to earthquake, volcanic eruption, explosion or effusion, landslide, mudflow or mudslide, tsunami, earth sinking, rising, or shifting. This exclusion does not apply when the earthquake peril is shown in the declarations as covered, subject to the following:

1. coverage will be provided only for earthquake, landslide, or the eruption, explosion or effusion of a volcano other than VOLCANIC ACTION.
2. any series of earthquake shocks within 168 hours will be considered one OCCURRENCE of earthquake.
3. any LOSS due to earthquake is excluded if the earthquake occurs before the date earthquake is shown in the declarations or after coverage is cancelled.

S. Consequential Loss

consequential loss of any nature, any unexplained or mysterious disappearance, shortage disclosed by the taking of inventory or from the calculation of profit or loss.

T. Electrical Disturbance

electrical injury, disturbance, or arcing to electrical appliances, devices, fixtures, or wiring caused by artificially generated electrical currents.

U. Water

flood, surface water, waves, tidal wave or water, storm surge, tsunami, backup of sewers or drains, overflow of streams or other bodies of water, or their spray, all whether or not driven by wind; underground water that exerts pressure on, flows, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows or any opening in any of them. This exclusion does not apply when the flood peril is shown in the declarations as covered, subject to the following:

1. coverage will be provided for the spreading of water over land not usually covered by water, including flood caused by surface water, waves, tidal wave or water, storm surge, tsunami, overflow of streams or other bodies of water, or their spray, wind driven water, mudslide, mudflow.
2. coverage does not apply to backup of sewers and drains nor to underground water that exerts pressure on, flows, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows or any opening in any of them.

V. Ordinance or Law

enforcement of any ordinance or law regulating:

1. any cost of demolition or clearing the site of undamaged portion of the BUILDING.
2. any greater cost of repair, construction or reconstruction.

W. Collapse

COLLAPSE. This exclusion does not apply to:

1. ensuing LOSS not otherwise excluded.
2. Insuring Agreement A.2.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:11-cv-00685-BLW Document 20-2 Filed 04/09/13 Page 100 of 267

X.  Weather Conditions

weather conditions, if they contribute in any way to a LOSS as excluded in Exclusions – Perils D., R., T., or V.

Y.  Explosion of Pipes, Drains or Flues

explosion, rupture or bursting of any pipes (below ground level), drains or flues. This does not apply to such pipes, drains or flues within the BUILDING if caused by a peril shown in the declarations as covered.

Z.  Specified Perils

fire; lightning; smoke; explosion; windstorm; hail; weight of snow, ice or sleet; sinkhole collapse; vandalism, malicious mischief; riot; civil commotion; SINKHOLE COLLAPSE; VOLCANIC ACTION; ELECTRONIC DATA OVERLOAD; ELECTRONIC VANDALISM. This exclusion does not apply to windstorm or hail when "windstorm-hail" is shown in the declarations as covered.

AA. Leakage or Accidental Discharge of Fire Extinguishing Equipment

leakage from or accidental discharge of an AUTOMATIC SPRINKLER SYSTEM or fire extinguishing equipment; accidental discharge or leakage of water or steam as a direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

BB. Aircraft; Physical Contact with an Auto

aircraft or its falling parts; actual physical contact of an AUTO with the insured property.

CC. Seepage or Leakage

continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, wet rot, dry rot or bacteria.

DD. Fungus, Wet Rot, Dry Rot, Bacteria

FUNGUS, wet rot, dry rot and bacteria. Presence, growth, proliferation, spread or any activity of FUNGUS, wet rot, dry rot or bacteria.

EE. Failure to Preserve Property after Loss

neglect of any INSURED to use all reasonable means to save and preserve property from further damage at and after the time of LOSS.

FF. Extended Theft

EXTENDED THEFT.

The following additional exclusions apply only to BUSINESS INCOME CONTINUATION:

WE will not pay for BUSINESS INCOME CONTINUATION because of LOSS caused directly or indirectly by any of the following; such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

GG. Contract

suspension, lapse, or cancellation of a lease, license, contract or order.

HH. Strike

interference by strikers, or others, at the LOCATION.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

II. Freezing

freezing.

## *Exclusions – Property*

WE will not pay for LOSS to:

A.  Land and Water, Pavement, Autos, Aircraft, Animals, Crops

land, water, bridges, roadways, walks, patios, paved surfaces, AUTOS, aircraft, animals, crops.

B.  Plants, Lawns, Trees, Shrubs

plants, lawns, trees and shrubs, other than those used to decorate the interior of a BUILDING.

C.  Property with Monetary Value, Stamps, Passports, Tickets

coins, currency, notes, bonds, securities, stamps, accounts, bills, evidences of debt, letters of credit, passports, tickets.

D.  Watercraft

watercraft.

E.  Precious Metals, Furs, Jewelry, Artwork

gold, silver, platinum, bullion, and other precious metals and alloys (or any objects made of or containing any of them); furs, jewels, jewelry, watches, pearls, precious or semi-precious stones; painting, etchings, watercolors or similar artistic renderings.

F.  Breakage of Fragile Property

glassware, statuary, bric-a-brac, marble, porcelain, ceramics and other fragile or brittle property from LOSS due to breakage. This exclusion does not apply to:

1.  glass that is a part of the BUILDING.
2.  containers of CONTENTS.

G.  Antennas and Towers

radio or television antenna or tower over 25 feet in height from the ground or surface where it is anchored.

H.  Outdoor Property

swimming pools and related equipment, retaining walls which are not part of the BUILDING, bulkheads, piers, pilings, wharves, or docks, if LOSS is caused by pressure or weight of ice or water, even if driven by wind.

I.  Property Rented or Leased to Others

property other than BUILDINGS, YOU rent or lease to others, once they have custody of the property.

J.  Building Interiors

CONTENTS or the interior of a BUILDING if LOSS is caused by rain, snow, ice, sleet, sand, or dust, even if wind driven. This exclusion does not apply if it comes through an opening caused by a peril covered by this coverage part.

Case 4:11-cv-00068-FHS Document 20-2   Filed 03/09/13   Page 102 of 267

K.  Vacancy

BUILDING, CONTENTS, or IMPROVEMENTS AND BETTERMENTS if the BUILDING has been vacant over 60 consecutive days and YOU failed to notify US in writing within that time.

This exclusion does not apply if the BUILDING is described in Item 2 of the declarations as "vacant".

When this policy is issued to a tenant, and with respect to that tenant's interest in covered property, BUILDING means the unit or suite rented or leased to the tenant. For such tenants, "vacant" means a BUILDING that does not contain enough CONTENTS to conduct customary operations.

When this policy is issued to the owner or general lessee of a BUILDING, BUILDING means the entire building. For such BUILDING owner, "vacant" means a BUILDING that does not have at least 31% of its total square footage either (1) rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations, or (2) used by the BUILDING owner to conduct customary operations.

A BUILDING under construction or renovation is not a "vacant" BUILDING.

L.  Data or Media

DATA or MEDIA that cannot be replaced with others of the same kind or quality.

## *The Most We Will Pay*

LOSS payment will not reduce the amount of insurance under this coverage part, except when an annual aggregate limit is shown in the declarations for the covered peril. The most WE will pay for any one LOSS to BUILDING and CONTENTS or for BUSINESS INCOME CONTINUATION at the LOCATION(S) is the least of the following:

A.  the cost to repair the BUILDING or CONTENTS with like kind and quality.

B.  the REPLACEMENT COST of the BUILDING or CONTENTS, unless ACTUAL CASH VALUE is shown in the declarations, and then for the ACTUAL CASH VALUE of that property. WE will not pay REPLACEMENT COST of the BUILDING until YOU have actually repaired or replaced the BUILDING for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS.

C.  the limit shown in the declarations for the covered peril at the LOCATION under BUILDING, CONTENTS, or BUSINESS INCOME.

D.  the limit per OCCURRENCE shown in the declarations for the covered peril.

If shown in the declarations for the covered peril, the annual aggregate limit is the most WE will pay for all LOSS during the coverage part period regardless of the number of OCCURRENCES of that covered peril within the same coverage part period.

## *We Will Also Pay*

A.  In addition to payments in The Most We Will Pay provision, WE will also pay, after LOSS, up to $25,000 for expenses to extract POLLUTANTS from land or water at the premises shown in the declarations if the pollution results from LOSS to property insured by this Coverage Part. These expenses will be paid only if they are reported to US within 180 days of the date of the LOSS.

This is the most WE will pay during each policy period. It does not apply to expenses to test for, monitor or assess the existence, concentration or effects of POLLUTANTS, except for testing performed in the process of extracting POLLUTANTS as covered in this extension.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B. If this coverage part insures CONTENTS or STOCK, WE will also pay for such insured property of others for which YOU are legally liable:

1. all costs and expenses in defending an INSURED, and interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any suit WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.
2. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligation, in a suit WE defend, but only for bonds within OUR limit. WE do not have to furnish or secure these bonds.
3. up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.
4. other reasonable expenses incurred at OUR request.

## *How We Will Pay*

A. Loss to Scheduled Property

At OUR option, WE will pay for, repair, or replace the damaged or destroyed property. WE will advise YOU of OUR option within 30 days after WE receive YOUR sworn proof of LOSS. Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US. Once the amount of LOSS payment is determined, WE will pay either YOU or the owner of the property within 60 days of OUR receipt of YOUR sworn proof of LOSS.

B. Business Income Continuation and Extra Expense

WE will pay the actual LOSS of GROSS PROFIT YOU sustained or EXTRA EXPENSE YOU incurred.

C. Mortgage Clause

1. Covered LOSS will be paid to YOU and the holder of a Security Interest if shown in the declarations as applicable to BUILDING, as interests may appear. The holder's right to LOSS payment will not be affected by:

   a. YOUR actions or inactions, or those of the BUILDING owner.
   b. foreclosure or similar proceedings.
   c. changes in ownership of the insured property.
   d. Exclusion K. of the Exclusions – Property provision.

2. In order for the holder to preserve its rights to LOSS payment, it must:

   a. pay any premiums due at OUR request when YOU have failed to do so;
   b. submit a signed sworn statement of LOSS within 60 days of OUR notice to them of YOUR failure to do so; and
   c. promptly notify US of any change in ownership, occupancy or a substantial change in risk when it becomes known to them.

   All terms of this coverage part will then apply directly to the holder.

3. Should payment be made to the holder, that would not have been made to YOU, their rights to recover from YOU will become OUR rights. This will not impair their rights to recover any debt from YOU over and above the LOSS payment. WE have the right to pay off the mortgage debt. When WE do, the holder must assign the mortgage over to US, and YOU must then repay US.
4. If WE cancel or non-renew this coverage part, WE will give the holder written notice of at least:

   a. 10 days, if WE cancel for YOUR non-payment of premium.
   b. 30 days, if WE cancel for any other reason.
   c. 10 days, if WE elect to non-renew this policy.

D. Loss Payable Provisions

1. WE will pay any covered LOSS both to YOU and the Security Interest if shown in the declarations as applicable to CONTENTS, as interests may appear. Their interest is protected, to the extent that this insurance applies, unless LOSS results from YOUR wrongful conversion, embezzlement or secretion.
2. WE may cancel the policy as allowed in the CANCELLATION provisions. Cancellation ends this agreement as to the interest of the Security Interest.
3. If WE make any such payment to the Security Interest, WE obtain their rights against any other party.

## Deductibles

A. When "earthquake" is shown in the declarations as covered, and LOSS is caused by earthquake:

After the amount of LOSS has been determined under The Most We Will Pay, WE will subtract the applicable deductible shown in the declarations. This deductible will be applied separately to each BUILDING, LOCATION and item of coverage involved in the loss.

B. When "flood" or "windstorm-hail" is shown in the declarations as covered, and LOSS is caused by one of these perils:

After the amount of LOSS has been determined under The Most We Will Pay, WE will subtract the deductible shown in the declarations. If YOU have a LOSS that involves more than one BUILDING, LOCATION or item of property, WE will apply one deductible to the LOSS. That deductible will be the largest one applicable to the LOSS.

## Debris Removal and Demolition Costs

A. Debris Removal

WE will pay the cost incurred of removing debris at the LOCATION following a LOSS insured by this coverage part, subject to the following:

1. the expense will be paid only if reported to US in writing within 180 days of the LOSS.
2. WE will not pay for the expenses to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water.

B. Demolition Costs

WE will pay for the cost of demolishing any undamaged portion of the BUILDING at the LOCATION, including clearing the site, following a LOSS insured by this coverage part. This condition applies only if the cost is the result of the enforcement of any ordinance or law regulating the demolition of BUILDINGS which are in effect at the time of the LOSS.

Part 1. of Exclusion X. in the Exclusions – Perils condition does not apply to extensions A. or B. above.

C. The Most We Will Pay for Debris Removal and Demolition Costs

The most WE will pay for debris removal and demolition cost expenses is the larger of $50,000 per LOCATION or 25% of the LOSS before the application of any deductible. WE will not, however, pay more than $50,000 in excess of the applicable limit (as stated in the declarations), for the entire LOSS including the debris removal and demolition cost expenses.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## *Conditions*

**A. Compliance with Conditions**

WE have no duty to provide coverage under this coverage part unless YOU or any other INSURED has fully complied with all conditions applicable to this coverage part.

However, any act or neglect of any person other than YOU beyond YOUR direction or control will not affect the insurance afforded by this coverage part.

The breach of any condition of this coverage part at any one or more LOCATIONS will not affect coverage at any LOCATION where, at the time of LOSS, the breach of condition does not exist.

**B. Your Duties After Loss**

YOU must:

1. protect the property whether or not this insurance applies. WE will pay all reasonable expenses YOU incur for such protection. However, WE will pay only for subsequent covered LOSS.

2. notify US as soon as possible. Promptly send US all documents if YOU are sued or claim is made against YOU.

3. as often as may be reasonably required, permit US to inspect the damaged property prior to its repair or replacement and to examine YOUR books and records. Also permit US to take samples of damaged and undamaged property for inspection, testing and analysis, and to make copies from YOUR books and records.

4. give US complete inventories of damaged and undamaged property, including quantities, costs, values and the amount of LOSS claimed.

5. submit to US a sworn proof of LOSS within 60 days. WE may examine any INSURED under oath, while not in the presence of any other INSURED and at such times as may be reasonably required, about any matter relating to this insurance or the LOSS, including an INSURED'S books and records. In the event of an examination, an INSURED'S answers must be signed.

6. cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS.

   YOU may not, except at YOUR expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted by this coverage part.

7. YOU must do all YOU can to reduce BUSINESS INCOME CONTINUATION LOSS, by:

   a. restoring the damaged, destroyed, or stolen property as soon as possible.
   b. resuming operations at the LOCATION(S), whether damaged or not, or at other premises available to YOU, even if the operations are only partial.
   c. using CONTENTS at other LOCATIONS or elsewhere.

**C. Subrogation**

YOU and each INSURED must do all in their power to preserve their rights to recover from others. Once WE have made a payment under this policy, whether or not YOU or an INSURED are fully compensated, YOUR or an INSURED'S rights to recover from others become OUR rights.

**D. No Benefit to Bailee**

This insurance will not benefit, directly or indirectly, any carrier or bailee.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:11-cv-00864-RES Document 20-2  Filed 09/09/13  Page 106 of 267

E. Other Insurance

WE will pay only the amount of the covered LOSS in excess of the amount due from any other insurance, whether it is collectible or not.

When "flood" is shown in the declarations as covered, WE will pay only the amount of the covered LOSS in excess of the maximum amount available under the National Flood Insurance Program (NFIP), even if:

1. YOU have reduced such insurance or failed to keep it in effect, or
2. coverage has been denied or reduced due to the INSURED's failure to comply with the policy conditions.

F. Policy Territory

This policy covers anywhere in the United States of America, its territories or possessions, or Canada.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

# PROPERTY
## COVERAGE PART 330

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, security interest, and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A.  Scheduled Property

1.  WE will pay for LOSS to the property scheduled at the LOCATIONS from any cause, except as excluded or as stated otherwise in the declarations.

    WE have the right and duty to defend any suit against YOU with respect to LOSS to STOCK or EQUIPMENT of others for which YOU are legally liable. WE may investigate and settle any claim or suit WE consider appropriate. OUR payment of the limit, shown in the declarations as applicable to such property, ends OUR duty to defend.

    WE have no right or duty to defend suits for LOSS not covered by this coverage part.

2.  WE will pay for LOSS to BUILDING, CONTENTS, EQUIPMENT, STOCK or EMPLOYEE TOOLS at a LOCATION shown in the declarations, caused by the COLLAPSE of

    a.  the BUILDING or any portion of the BUILDING, or
    b.  CONTENTS, EQUIPMENT, STOCK or EMPLOYEE TOOLS within a BUILDING,

    if the COLLAPSE is caused by:

    (1) a peril covered by this coverage part;
    (2) decay, insect or vermin damage that is hidden from view, unless the presence of such damage is known to an INSURED prior to COLLAPSE;
    (3) weight of people or CONTENTS;
    (4) weight of rain that collects on a roof; or
    (5) use of defective material or methods in construction, remodeling or renovation if the COLLAPSE occurs during the course of the construction, remodeling or renovation. However, if the COLLAPSE occurs after construction, remodeling or renovation is complete and is caused in part by a peril listed in (1) through (4) above, WE will pay for the LOSS even if use of defective material or methods, in construction, remodeling or renovation, contributes to the COLLAPSE.

B.  Business Income Continuation

WE will pay BUSINESS INCOME CONTINUATION when YOU must suspend YOUR business because of LOSS from any cause (except as excluded or as stated otherwise in the declarations) to:

1.  the BUILDING or CONTENTS at LOCATIONS shown in the declarations as applicable to BUSINESS INCOME CONTINUATION.
2.  EMPLOYEE TOOLS at LOCATIONS shown in the declarations as applicable to BUSINESS INCOME CONTINUATION, when LOSS to EMPLOYEE TOOLS exceeds:

    a.  10% of the EMPLOYEE TOOLS limit shown in the declarations for LOCATION(S) involved in the LOSS, if each EMPLOYEE TOOLS limit shown applies to only one LOCATION; or

Case 4:11-cv-00868-FJG Document 202 Filed 04/09/13 Page 108 of 267

b. 10% of the EMPLOYEE TOOLS values shown in the schedule for the LOCATION(S) involved in the LOSS, if the EMPLOYEE TOOLS limit shown on the declarations applies to more than one LOCATION.

The period of suspension insured under parts B.1. and B.2. is from the date of LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING or CONTENTS, and to resume operations with the same quality of service which existed immediately before the LOSS, regardless of the expiration date of this coverage part.

However, if LOSS is caused by ELECTRONIC VANDALISM or ELECTRONIC DATA OVERLOAD, the period of suspension begins 72 hours after the time of LOSS for BUSINESS INCOME CONTINUATION coverage.

In no event will WE pay for more consecutive months than shown in the declarations as applicable to this coverage.

3. property, other than that at the LOCATION, that directly results in civil authorities preventing YOU from entering YOUR BUILDING.

The period of suspension insured under part 3. begins 72 hours after the time of LOSS and ends the earlier of:

a. three consecutive weeks after coverage begins; or
b. the time you are allowed to enter your BUILDING.

## Definitions

When used in this coverage part:

A. "ACCOUNTS RECEIVABLE" means:

1. any amount due YOU from YOUR customers that YOU cannot collect because of LOSS.
2. the interest on any loan YOU must secure to offset uncollectible accounts until LOSS is paid.
3. reasonable collection charges over and above YOUR normal collections costs made necessary by LOSS.
4. any other expense YOU reasonably incur to re-establish YOUR records after LOSS.

ACCOUNTS RECEIVABLE does not mean LOSS:

1. due to any bookkeeping, accounting, or billing errors or omissions.
2. that can only be proved to exist by an audit of YOUR records or the taking of inventory. YOU can, however, use an audit or inventory to support a claim for LOSS which YOU have proved by other evidence.
3. due to alteration, falsification, concealment or destruction of records done to conceal the wrongful giving, taking, or withholding of money, securities or other property. This does not apply to LOSS in excess of the amount of wrongful giving, taking or withholding.

B. "ACTUAL CASH VALUE" means, with respect to:

1. BUILDING, EQUIPMENT (except DATA, IMPROVEMENTS AND BETTERMENTS, MEDIA and Property of Others), or ADDITIONAL PROPERTY, its replacement cost less actual (not tax) depreciation.
2. STOCK, its replacement cost; for STOCK installed in YOUR customer's personal property it includes the cost of labor, less overhead and profit.
3. Property of Others, the amount YOU are legally liable.
4. DATA, the actual cost incurred to reproduce it.
5. MEDIA, the cost of replacing or reproducing it.
6. Building glass, the cost of replacement with safety glazing material if required by law.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

7. IMPROVEMENTS AND BETTERMENTS, the actual cost of the repairs or replacement, if YOU repair or replace the damaged property at YOUR own expense within a reasonable time after the LOSS. If YOU do not repair or replace within a reasonable time, ACTUAL CASH VALUE will be determined by multiplying the original cost of the improvement or betterment by the unused portion of YOUR lease. The unused portion is the percentage relationship between the amount of time left on YOUR lease at the time of LOSS and the amount of time left on YOUR lease when YOU made the improvement.
8. EMPLOYEE TOOLS, their replacement cost.

C. "ADDITIONAL PROPERTY" means, if not insured by this or any other insurance:

1. a BUILDING owned by, or rented or leased to YOU for use in YOUR business which is set apart and not attached or connected (other than by a fence, utility line or similar connection) to a BUILDING insured in the declarations.
2. CONTENTS, EQUIPMENT and STOCK in a BUILDING described in C.1. above.
3. fences, light posts and signs used in YOUR business not at a LOCATION.
4. EQUIPMENT or STOCK while at trade shows or exhibitions.

ADDITIONAL PROPERTY does not mean BUILDINGS under construction.

D. "AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor, or implement, and equipment permanently attached to it. AUTO does not mean MOBILE EQUIPMENT.

E. "AUTOMATIC SPRINKLER SYSTEM" means:

1. any automatic fire protective or extinguishing system, including connected:

   a. sprinklers and discharge nozzles;
   b. ducts, pipes, valves and fittings;
   c. tanks, their component parts and supports; and,
   d. pumps and private fire protection mains.

2. non-automatic fire protective systems, hydrants, standpipes and outlets when supplied from an automatic fire protective system.

F. "BREAKDOWN" means a sudden and accidental breakdown of mechanical or electrical EQUIPMENT, or its part, which is in use or connected and ready for use. At the time the breakdown occurs, it must manifest itself by physical damage to the EQUIPMENT that requires repair or replacement. EQUIPMENT, as used in this definition, includes:

1. boilers or fired vessels.
2. unfired vessels subject to vacuum or internal pressure other than weight of contents.
3. all vessels, coils and piping that contain refrigerant or other medium for cooling, humidifying or space heating.
4. piping and accessory equipment.
5. all gears, gear sets, fans, blowers and shafts forming part of the EQUIPMENT, together with any coupling, clutch, wheel or bearing on that shaft.
6. equipment included in Parts 1. and 2. of the BUILDING definition.

G. "BUILDING" means the structure at the LOCATIONS shown in the declarations. It includes:

1. machinery, fixtures and equipment permanently made a part of the structure.
2. machinery, equipment, materials and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or the premises on which it is located.
3. fences, signs and light posts, owned by YOU and within 1,000 feet of the structure. Signs are not covered for LOSS caused by rain, snow, or sleet.
4. foundations, whether above or below ground, including the costs of excavation, grading, backfilling or filling.

Case 4:11-cv-00068-BES Document 30-2   Filed 04/09/13   Page 110 of 267

5. architect's fees.
6. completed additions and, if not covered by other insurance:

   a. additions under construction, alterations and other repairs to the structure;
   b. materials, machinery, tools, equipment, supplies and temporary structures, owned by YOU or for which YOU are legally liable, used for making additions, alterations or repairs to the structure.

   Part b. does not apply to LOSS to machinery, tools and equipment when away from the LOCATION.

H. "BUSINESS INCOME CONTINUATION" means the amount of GROSS PROFIT YOU have selected to be paid to YOU in the event of the total suspension of YOUR business. The amount is also shown as the limit per month in the declarations.

I. "COLLAPSE" means:

1. with respect to a BUILDING, an abrupt falling down or caving in of the BUILDING or any portion of that BUILDING with the result that the BUILDING or a portion of the BUILDING cannot be occupied for its intended purpose.

   However, a BUILDING or any portion of a BUILDING is not considered to be in a state of COLLAPSE if the BUILDING remains standing, regardless of whether:

   a. the BUILDING or any portion of that BUILDING is in danger of falling down or caving in;
   b. a portion of the BUILDING has separated from another part of the BUILDING; or
   c. a BUILDING shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. with respect to CONTENTS, an abrupt falling down or caving in of CONTENTS inside a BUILDING that does not result from the COLLAPSE of the BUILDING.

   Collapse of CONTENTS does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

J. "COMPUTER PROGRAMS" means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send ELECTRONIC DATA.

K. "CONTENTS" means STOCK and EQUIPMENT.

L. "DATA" means a representation of facts, concepts or instructions in a formalized manner on MEDIA. DATA includes ELECTRONIC DATA.

M. "ELECTRONIC DATA" means information, facts or COMPUTER PROGRAMS stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

N. "ELECTRONIC DATA OVERLOAD" means a malicious attack upon electronic EQUIPMENT that utilizes shared resources to such extent that YOU are unable to access DATA stored at YOUR LOCATION that is necessary for the conduct of YOUR business.

O. "ELECTRONIC VANDALISM" means the unauthorized introduction of any computer code, program or virus into YOUR EQUIPMENT which causes damage, destruction, deletion, corruption or malfunction of EQUIPMENT, MEDIA or DATA.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

P. "EMPLOYEE TOOLS" means tools, equipment, materials and supplies owned by YOUR employees, and used in YOUR business when in YOUR BUILDING. It also means such property while being used to service or repair customer's personal property as part of YOUR business away from YOUR BUILDING.

Q. "EQUIPMENT" means furniture, fixtures, machinery, equipment, DATA, MEDIA, fences, light posts, signs, materials, and supplies used in the conduct of YOUR business, either owned by YOU or for which YOU are legally liable. EQUIPMENT includes "MOBILE EQUIPMENT", if not otherwise insured by this or any other insurance.

If YOU do not own the BUILDING in which the EQUIPMENT is contained, EQUIPMENT also includes:

1. IMPROVEMENTS and BETTERMENTS.
2. machinery, equipment, materials and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or the premises on which it is located.
3. glass portions of the BUILDING.

Except as described under parts 1., 2., and 3. above, EQUIPMENT does not include property as defined in AUTO, BUILDING, EMPLOYEE TOOLS, or STOCK.

R. "EXTENDED THEFT" means:

1. YOUR voluntarily parting with evidence of ownership or possession of STOCK or EQUIPMENT when induced by:

    a. a forged or counterfeit instrument used in payment.
    b. a check or other instrument written on a closed account.
    c. any document related to a purchase, rental or lease transaction on which the name, social security number or signature of the purchaser, rentee or lessee is false or forged.
    d. any other criminal scheme, criminal trick or criminal device which induces YOU, at that time, to part with evidence of ownership or possession of STOCK or EQUIPMENT.

2. YOUR having acquired STOCK or EQUIPMENT from a seller who did not have legal ownership.
3. the unauthorized possession (without intent to return) of STOCK or EQUIPMENT by YOUR customer while:

    a. the STOCK or EQUIPMENT temporarily replaces customer's STOCK or EQUIPMENT in for repair;
    b. awaiting delivery of STOCK purchased from YOU;
    c. on demonstration or loan to YOUR customer.

S. "EXTRA EXPENSE" means the necessary expenses YOU incur during the period of suspension to return YOUR operations to as near to normal as possible after a LOSS, such expense being over and above the total cost that would have been incurred to conduct YOUR operations had no LOSS occurred. EXTRA EXPENSE does not mean loss of income or normal cost of repairing or replacing property, books of accounts, abstracts, drawings, card index systems or other records of any kind. Any salvage value of property obtained for temporary use during the period of suspension will be deducted from the LOSS.

T. "FUNGUS" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

U. "GOVERNMENT CONFISCATION" means seizure of covered property owned or acquired by YOU, by a duly constituted governmental or civil authority, for an alleged violation of laws governing the use, sale or distribution of controlled substances, including those laws governing the reporting of monies from such activities.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

V. "GROSS PROFIT" means the total income from the service and repair of AUTOS and the sale of STOCK less the cost of STOCK (not including labor) sold.

W. "IMPROVEMENTS AND BETTERMENTS" means, when not legally removable by YOU:

1. YOUR use interest in changes (other than maintenance) YOU made in a BUILDING not owned by YOU which enhances its value.
2. YOUR use interest in changes YOU acquired in a BUILDING not owned by YOU which enhances its value.
3. YOUR use interest in a BUILDING YOU have not otherwise insured that is situated on land YOU lease.

X. "LOCATION" means the location scheduled in the declarations, including any insured STOCK or EQUIPMENT in the open within 1,000 feet.

Y. "LOSS" means direct physical loss or damage occurring during the coverage part period.

With respect to:

1. EXTENDED THEFT, all transactions with any one person, organization, group of individuals or ring will be deemed to be one LOSS.
2. GOVERNMENT CONFISCATION, all actions by any one person, organization, group of individuals or ring which result in seizure will be deemed one LOSS.
3. VOLCANIC ACTION, all eruptions within 168 hours will be deemed one LOSS.
4. BUSINESS INCOME CONTINUATION, LOSS includes ELECTRONIC DATA OVERLOAD.

Z. "MEDIA" means the material on which YOU record DATA. It includes COMPUTER PROGRAMS, records, books, films, tapes, drawings, deeds, maps, mortgages, manuscripts, and other documents.

AA. "MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction or repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

BB. "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes (but is not limited to) materials to be recycled, reconditioned or reclaimed.

CC. "SINKHOLE COLLAPSE" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not mean the cost of filling sinkholes or the sinking or collapse of land into man-made underground cavities.

DD. "SPECIFIED PERILS" means LOSS caused by:

1. fire; lightning; smoke; explosion; windstorm; hail; weight of snow, ice or sleet; vandalism; malicious mischief; riot; civil commotion; SINKHOLE COLLAPSE; VOLCANIC ACTION; ELECTRONIC DATA OVERLOAD; ELECTRONIC VANDALISM.
2. leakage from, or accidental discharge of, an AUTOMATIC SPRINKLER SYSTEM or fire extinguishing equipment; accidental discharge or leakage of water or steam as a direct result of the breaking or cracking of any part of a system or appliance containing water or steam.
3. aircraft or its falling parts; actual physical contact of an AUTO with the insured property.
4. removal of covered property from LOCATIONS endangered by an insured peril.

EE. "STOCK" means goods or products YOU sell or service which are owned by YOU or similar property of others for which YOU are legally liable. It also means parts and materials, including the cost of labor, YOU install or others install for YOU, in YOUR customer's personal property, but only when LOSS (except by EXTENDED THEFT) occurs before YOU relinquish possession of the personal property to the customer. STOCK does not include property as defined in AUTOS, EMPLOYEE TOOLS or EQUIPMENT.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FF. "UNNAMED PERILS" means all causes of LOSS not defined in SPECIFIED PERILS and BREAKDOWN, or excluded. As shown in the declarations, UNNAMED PERILS does not include theft or burglary.

GG. "V&MM", as shown in the declarations, means vandalism and malicious mischief.

HH. "VOLCANIC ACTION" means lava flow, airborne volcanic blast or airborne shock waves, ash, dust and particulate matter following eruption of a volcano.

## Who Is An Insured

With respect to LOSS under this coverage part, only YOU.

## Exclusions – Perils

WE will not pay for LOSS caused directly or indirectly by any of the following; such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

A. Voluntary Parting with Insured Property

   theft or larceny caused by YOUR voluntarily parting with evidence of ownership or possession of the insured property, except by EXTENDED THEFT.

B. Dishonest, Fraudulent, Criminal or Intentional Acts

   any dishonest, fraudulent, criminal or intentional act committed by:

   1. any person or organization to whom YOU entrust the property; or
   2. YOU or any of YOUR partners, executive officers, employees, stockholders, agents other party in interest, acting alone or in collusion with others.

   This exclusion does not apply:

   a. to acts of destruction (other than by theft or EXTENDED THEFT) by YOUR employees when they are acting without the knowledge of YOU, YOUR partners or executive officers. Such acts of destruction by YOUR employees include ELECTRONIC DATA OVERLOAD and ELECTRONIC VANDALISM.
   b. under Part 1. of this exclusion, to EXTENDED THEFT or GOVERNMENT CONFISCATION.
   c. to GOVERNMENT CONFISCATION caused by an employee acting without the knowledge of YOUR partners or executive officers.

C. Confiscation

   confiscation by any duly constituted governmental or civil authority except when caused by GOVERNMENT CONFISCATION, or due to any legal or equitable proceedings.

D. Radioactivity, Nuclear and War Hazards

   radioactive contamination, nuclear radiation, nuclear reaction or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

E. Maintenance

   wear or tear, shrinkage, evaporation, gradual deterioration, rust, corrosion, change of weight, leakage of contents, inherent vice, latent or hidden defect. This exclusion does not apply to ensuing LOSS not otherwise excluded.

Case 4:13-cv-00068-HES-MCR Document 30-2 Filed 04/09/13 Page 114 of 267

F.  Mechanical Breakdown

mechanical breakdown or derangement. This exclusion does not apply to:

1.  ensuing LOSS not otherwise excluded; or
2.  mechanical breakdown when coverage for BREAKDOWN is shown in the declarations;

G.  Business Interruption

interruption of business, except when coverage for BUSINESS INCOME CONTINUATION is shown in the declarations.

H.  Market Delay or Reduction

delay or reduction of market or use.

I.  Changes in Atmosphere or Temperature

dampness or dryness of atmosphere; extremes or changes in temperature. This exclusion does not apply to ensuing loss by a SPECIFIED PERIL.

J.  Utility Services

interruption or failure of power supply or other utility services. This exclusion does not apply to interruption of power or other utility services for ensuing LOSS by SPECIFIED PERILS, UNNAMED PERILS or BREAKDOWN.

K.  Heating, Refrigeration or Cooling

interruption of heating, refrigeration or cooling. This exclusion does not apply to ensuing loss by SPECIFIED PERILS, UNNAMED PERILS or BREAKDOWN.

L.  Surface Damage

marring or scratching of property, exposure to light, contamination, change in color, flavor, texture or finish. This exclusion does not apply to LOSS caused by a SPECIFIED PERIL or BREAKDOWN.

M.  Structural Decay

decay, settling, cracking, shrinkage, bulging or expansion of foundations, walls, floors, roofs, or ceilings. This exclusion does not apply to any ensuing LOSS:

1.  caused by SPECIFIED PERILS or BREAKDOWN.
2.  to roofs caused by the weight of rain, ice, snow, or sleet that collects on a roof.

N.  Animals

nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals. This exclusion does not apply to:

1.  any ensuing LOSS caused by SPECIFIED PERILS or BREAKDOWN; or
2.  glass, if caused by animals or birds.

O.  Smog, Smoke, Vapor or Gas

smog, smoke, vapor or gas from agricultural or industrial operations. This exclusion does not apply to any ensuing LOSS caused by fire or BREAKDOWN.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

P.  Faulty Planning, Design, Materials, Workmanship

faulty, inadequate, or defective:

1.  planning, zoning, development, surveying, siting.
2.  design, specifications, construction, grading, compaction.
3.  materials used in construction.
4.  workmanship or materials involved in repairs, alterations, remodeling, renovation or installation.

This exclusion does not apply to ensuing LOSS not otherwise excluded, except to errors or omissions in the programming of, or instructions to, EQUIPMENT.

Q.  Government Action or Inaction

acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. This exclusion does not apply to ensuing LOSS not otherwise excluded.

R.  Earth Movement

earth movement, including but not limited to earthquake, volcanic eruption, explosion or effusion, landslide, mudflow or mudslide, tsunami, earth sinking, rising, or shifting. If fire or explosion follows, WE will pay only for the LOSS by fire or explosion. This exclusion does not apply to VOLCANIC ACTION, SINKHOLE COLLAPSE, or LOSS to property in transit.

S.  Consequential Loss

consequential loss of any nature, any unexplained or mysterious disappearance, shortage disclosed by the taking of inventory or from the calculation of profit or loss.

T.  Electrical Disturbance

electrical injury, disturbance, or arcing to electrical appliances, devices, fixtures, or wiring caused by artificially generated electrical currents. If fire or explosion follows, WE will pay only for the LOSS by fire or explosion, or leakage from fire extinguishing equipment.

This exclusion does not apply to LOSS by BREAKDOWN when the electrical injury, disturbance or arcing originates within 500 feet of YOUR premises.

U.  Water

flood, surface water, waves, tidal wave or water, storm surge, tsunami, overflow of streams or other bodies of water, or their spray, all whether or not driven by wind; underground water that exerts pressure on, flows, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows or any opening in any of them. If fire, explosion, or leakage from fire extinguishing equipment follows, WE will pay only for the LOSS by fire, explosion, or leakage from fire extinguishing equipment.

V.  Property in the Open

rain, snow, ice or sleet to property in the open. This exclusion does not apply to BUILDINGS, a radio or television antenna or tower, or YOUR property in the custody of a carrier for hire.

W.  Breakdown

BREAKDOWN:

1.  due and confined to:

a.  leakage of any valve, fitting, shaft seal, gland packing, joint or connection.

Case 4:11-cv-00868-FB-ES Document 30-2   Filed 04/09/13   Page 116 of 267

b. breakdown of any structure or foundation supporting the EQUIPMENT or any of its parts.
c. the functioning of any safety or protective device.

2. to any of the following:

a. sewer piping, underground gas piping, or piping forming a part of fire extinguishing equipment.
b. ovens or stoves.
c. furnaces, except those designed solely for heating the BUILDING.
d. boiler settings.
e. insulating or refractory material;
f. EQUIPMENT undergoing a hydrostatic, pneumatic, or gas pressure test.
g. EQUIPMENT used for processing or manufacturing.
h. MOBILE EQUIPMENT.

X. Ordinance or Law

enforcement of any ordinance or law regulating:

1. any cost of demolition or clearing the site of undamaged portion of the BUILDING.
2. any greater cost of repair, construction, or reconstruction.

Y. Collapse

COLLAPSE. This exclusion does not apply to:

1. ensuing LOSS caused by SPECIFIED PERILS, UNNAMED PERILS or BREAKDOWN.
2. Insuring Agreement A.2.

Z. Weather Conditions

weather conditions, if they contribute in any way to a LOSS as excluded in Exclusions – Perils D., R., T., or X. This exclusion does not apply to ensuing LOSS not otherwise excluded.

AA. Explosion of Pipes, Drains or Flues

explosion, rupture or bursting of any pipes (below ground level), drains or flues. This does not apply to such pipes, drains or flues within the BUILDING.

BB. Water or Steam Seepage or Leakage

continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, wet rot, dry rot or bacteria. This exclusion does not apply to coverage provided under part 2. of the definition of SPECIFIED PERILS.

CC. Fungus, Wet Rot, Dry Rot, Bacteria

FUNGUS, wet rot, dry rot and bacteria. Presence, growth, proliferation, spread or any activity of FUNGUS, wet rot, dry rot or bacteria.

However, if FUNGUS, wet rot, dry rot or bacteria results in an ensuing LOSS from items 1. through 3. of the definition of SPECIFIED PERILS, WE will pay for the LOSS or damage caused by that SPECIFIED PERILS LOSS.

This exclusion does not apply:

1. when FUNGUS, wet rot, dry rot or bacteria results from fire or lightning; or
2. to the extent that coverage is provided by item A.9. of SUPPLEMENTAL LIMITS for LOSS or damage from other than fire or lightning;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:13-cv-00068-HES Document 20-2 Filed 04/09/13 Page 117 of 267

DD. Failure to Preserve Property after Loss

neglect of any INSURED to use all reasonable means to save and preserve property from further damage at and after the time of LOSS.

EE. Extended Theft

EXTENDED THEFT:

1. due solely to an undisclosed lien.
2. due solely to an insufficient funds check.
3. due to incorrect information on any document related to a purchase, rental or lease transaction, except as covered under Part 1.c.of the definition of EXTENDED THEFT.
4. under Part 1.d.of the definition of EXTENDED THEFT, due solely to nonpayment, for any reason, of any credit YOU extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks.

The following additional exclusions apply only to BUSINESS INCOME CONTINUATION:

WE will not pay for BUSINESS INCOME CONTINUATION because of LOSS caused directly or indirectly by any of the following; such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

FF. Lease, License, Contract or Order

suspension, lapse, or cancellation of a lease, license, contract, or order.

GG. Strike

interference by strikers, or others, at the LOCATION.

HH. Freezing

freezing.

## *Exclusions – Property*

WE will not pay for LOSS to:

A. Land and Water, Pavement, Autos, Aircraft, Animals, Crops

land, water, bridges, roadways, walks, patios, paved surfaces, AUTOS, aircraft, animals, crops.

B. Plants, Lawns, Trees, Shrubs

plants, lawns, trees and shrubs, other than those used to decorate the interior of a BUILDING.

C. Property with Monetary Value, Stamps, Passports, Tickets

coins, currency, notes, bonds, securities, stamps, accounts, bills, evidences of debt, letters of credit, passports, tickets.

D. Watercraft

watercraft.

Case 4:11-cv-00868-FJG Document 20-2 Filed 04/09/13 Page 118 of 267

E. Precious Metals, Furs, Jewelry, Artwork

gold, silver, platinum, bullion, and other precious metals and alloys (or any objects made of or containing any of them); furs, jewels, jewelry, watches, pearls, precious or semi-precious stones; paintings, etchings, watercolors or similar artistic renderings.

Except with respect to paintings, etchings, watercolors and similar artistic renderings, this exclusion applies only to LOSS by theft or EXTENDED THEFT.

F. Breakage of Fragile Property

glassware, statuary, bric-a-brac, marble, porcelain, ceramics, any other fragile or brittle property from LOSS due to breakage. This exclusion does not apply to:

1. glass that is a part of the BUILDING.
2. containers of STOCK.
3. LOSS caused by SPECIFIED PERILS or BREAKDOWN.

G. Antennas and Towers

radio or television antenna or tower over 25 feet in height from the ground or surface where it is anchored.

H. Outdoor Property

swimming pools and related equipment, retaining walls which are not part of the BUILDING, bulkheads, piers, pilings, wharves, or docks, if LOSS is caused by freezing or thawing, impact of watercraft, or by pressure or weight of ice or water, even if driven by wind.

I. Property Rented or Leased to Others

property other than BUILDINGS, YOU rent or lease to others, once they have custody of the property.

J. Building Interiors

CONTENTS, EMPLOYEE TOOLS, or the interior of a BUILDING if LOSS is caused by rain, snow, ice, sleet, sand, or dust, even if wind driven. This exclusion does not apply:

1. if it comes through an opening caused by

    a. a SPECIFIED PERIL;
    b. BREAKDOWN;
    c. theft or attempted theft; or
    d. the weight of rain that collects on a roof.

2. to LOSS caused by or resulting from thawing of snow, sleet or ice on the BUILDING.

K. Vacancy

BUILDING, CONTENTS, EQUIPMENT, EMPLOYEE TOOLS, IMPROVEMENTS AND BETTERMENTS, or STOCK if the BUILDING has been vacant over 60 consecutive days and YOU failed to notify US in writing within that time.

This exclusion does not apply if the BUILDING is described in Item 2 of the declarations as "vacant", except to LOSS to plumbing, heating, air-conditioning or fire protective systems or similar equipment or appliances (or for leakage or overflow from any of them) caused by freezing when:

1. YOU do not do everything YOU can to keep the BUILDING heated.
2. YOU do not drain the water bearing systems and shut off the water supply when the heat is not maintained.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:12-cv-00068-FRS Document 30-2 Filed 04/09/13 Page 119 of 267

When this policy is issued to a tenant, and with respect to that tenant's interest in covered property, BUILDING means the unit or suite rented or leased to the tenant. For such tenants, "vacant" means a BUILDING that does not contain enough CONTENTS, EQUIPMENT, or STOCK to conduct customary operations.

When this policy is issued to the owner or general lessee of a BUILDING, BUILDING means the entire building. For such BUILDING owner, "vacant" means a BUILDING that does not have at least 31% of its total square footage either (1) rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations, or (2) used by the BUILDING owner to conduct customary operations.

A BUILDING under construction or renovation is not a "vacant" BUILDING.

L.  Data or Media

DATA or MEDIA that cannot be replaced with others of the same kind or quality.

The following additional exclusions apply to BUSINESS INCOME CONTINUATION:

WE will not pay for BUSINESS INCOME CONTINUATION because of LOSS to:

M.  Buildings Under Construction

BUILDINGS in the process of construction, including materials or supplies for use therewith.

N.  Supplemental Limits Coverage

BUILDING, CONTENTS, EQUIPMENT, STOCK or EMPLOYEE TOOLS, if the only applicable coverage for LOSS to such property is provided by the Supplemental Limits condition.

## *You Must Report*

YOU must report the full required values of all property (indicated in the declarations as "RPTD") as of the last business day of that month. WE must receive the report within 15 days after the end of each calendar month. YOU may not correct inaccurate reports after LOSS.

## *The Most We Will Pay*

A.  Loss to Scheduled Property

1.  LOSS payment will not reduce the amount of insurance under this coverage part. The most WE will pay for any one LOSS to the property at the LOCATIONS is the least of the following:

    a.  the ACTUAL CASH VALUE of repairs to the property with like kind and quality.
    b.  the ACTUAL CASH VALUE of replacement for the property with like kind and quality.
    c.  if the property is to be reported, the percentage the last report (received by US prior to the LOSS) bears to the ACTUAL CASH VALUE of such property that should have been reported.
    d.  if, at the time of LOSS, YOU have failed to file all required reports of values, WE will pay no more than the amounts shown on the last report received by US prior to the LOSS. If the delinquent report is the first one due, WE will pay no more than 75% of the limit stated in the declarations.
    e.  if the property is subject to a coinsurance percentage, shown in the declarations, LOSS will be determined by the coinsurance condition of this coverage part.
    f.  up to $50,000 per LOSS for EXTENDED THEFT.
    g.  up to $100,000 per LOSS for GOVERNMENT CONFISCATION.
    h.  the limit stated in the declarations for the LOCATION.

Case 4:11-cv-00868-FJES Document 20-2    Filed 04/09/13    Page 120 of 267

2. However, if at the time of the LOSS:

   a. YOU have reported as required under You Must Report;
   b. YOU reported the full required values of all property on each report; and
   c. the last report due before the LOSS is not delinquent;

   part A.1.h. of The Most We Will Pay is changed for property required to be reported to read "125% of the limit stated in the declarations."

B. Business Income Continuation

The most WE will pay for BUSINESS INCOME CONTINUATION is determined as follows:

1. if YOU must totally suspend YOUR business at any LOCATION shown in the declarations as applicable to this coverage for 5 consecutive days or less, WE will pay YOU 1/30 of the monthly amount shown in the declarations for each day of total suspension;

2. if YOU must totally suspend YOUR business at the LOCATIONS shown in the declarations as applicable to this coverage for more than 5 consecutive days or must partially suspend YOUR business, WE will pay YOU the larger of the following amounts for each day during the period of suspension:

   a. 1/30 of the monthly limit shown in the declarations, less the average daily GROSS PROFIT YOU actually earn following the LOSS;
   b. the average daily GROSS PROFIT for the four calendar months immediately preceding the month of the LOSS, less the average daily GROSS PROFIT YOU actually earn following the LOSS.

3. Regarding B.1. and B.2. above, if the limit applies to more than one LOCATION, WE will multiply the amount indicated above by the pro rata percentage of GROSS PROFIT earned at the LOCATION at which business has been suspended. WE will calculate this percentage by dividing the GROSS PROFIT for the LOCATION at which business has been suspended by the GROSS PROFIT for all LOCATIONS, based on the financial statement for the four months prior to the LOSS.

## *We Will Also Pay*

If this coverage part insures CONTENTS, STOCK, or EQUIPMENT, WE will also pay:

A. all ordinary and necessary expense incurred at OUR request, to return such property to YOU for LOSS caused by theft or EXTENDED THEFT when coverage for UNNAMED PERILS is declared. Such expenses will be part of and not in addition to the limits.

B. for such insured property of others for which YOU are legally liable:

1. all costs and expenses in defending an INSURED, and interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.
2. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligation, in a suit WE defend, but only for bonds within OUR limit. WE do not have to furnish or secure these bonds.
3. up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.
4. other reasonable expenses incurred at OUR request.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc, with its permission.
Case 4:13-cv-00068-HESS Document 30-2 Filed 09/09/13 Page 121 of 267

## Coinsurance

WE will not pay the full amount of any LOSS if the ACTUAL CASH VALUE of the insured property at the time of LOSS multiplied by the coinsurance percentage (shown in the declarations for the property) is greater than the limit stated in the declarations for the property at that LOCATION.

WE will determine the ACTUAL CASH VALUE of the insured property at the time of LOSS, and multiply it by the coinsurance percentage (shown in the declarations for the property) to obtain the "proper amount" of insurance YOU should have purchased. WE will divide the limit for the property by the "proper amount" to obtain the "recovery ratio". If the recovery ratio is less than 1.00, WE will multiply the amount of the LOSS (before applying any deductible) by the "recovery ratio" to determine the "amount payable". The amount of OUR payment will be the lesser of the "amount payable" or the limit stated in the declarations for the LOCATION.

If the LOSS is less than 2% of the total amount of insurance YOU have on the damaged property, WE will not require an inventory of the undamaged property to establish the ACTUAL CASH VALUE of the insured property. This will not waive the application of this condition.

The Coinsurance condition does not apply to BUSINESS INCOME CONTINUATION.

## How We Will Pay

A.  At OUR option, WE will pay for, repair, or replace the damaged or destroyed property. WE will advise YOU of OUR option within 30 days after WE receive YOUR sworn proof of LOSS. Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US. Once the amount of LOSS payment is determined, WE will pay either YOU or the owner of the property within 60 days of OUR receipt of YOUR sworn proof of LOSS.

B.  Mortgage Clause

1.  Covered LOSS will be paid to YOU and the holder of a Security Interest shown in the declarations as applicable to BUILDING or COMPLETED VALUE BUILDER'S RISK, as interests may appear. The holder's right to LOSS payment will not be affected by:

    a.  YOUR actions or inactions, or those of the BUILDING owner.
    b.  foreclosure or similar proceedings.
    c.  changes in ownership of the insured property.
    d.  Exclusion K. of the Exclusions-Property provision.

2.  In order for the holder to preserve its rights to LOSS payment, it must:

    a.  pay any premiums due at OUR request when YOU have failed to do so;
    b.  submit a signed sworn statement of LOSS within 60 days of OUR notice to them of YOUR failure to do so; and
    c.  promptly notify US of any change in ownership, occupancy or a substantial change in risk when it becomes known to them.

    All terms of this coverage part will then apply directly to the holder.

3.  Should payment be made to the holder, that would not have been made to YOU, their rights to recover from YOU will become OUR rights. This will not impair their rights to recover any debt from YOU over and above the LOSS payment. WE have the right to pay off the mortgage debt. When WE do, the holder must assign the mortgage over to US, and YOU must then repay US.

4.  If WE cancel or non-renew this coverage part, WE will give the holder written notice of at least:

    a.  10 days, if WE cancel for YOUR non-payment of premium.
    b.  30 days, if WE cancel for any other reason.
    c.  10 days, if WE elect to non-renew this policy.

Case 4:11-cv-00868-FES Document 20-2   Filed 04/09/13   Page 122 of 267

C. Loss Payable Provisions

1.   WE will pay any covered LOSS both to YOU and the Security Interest shown in the declarations as applicable to CONTENTS, EQUIPMENT, STOCK, or WATERCRAFT, as interests may appear. Their interest is protected, to the extent that this insurance applies, unless LOSS results from YOUR wrongful conversion, embezzlement or secretion.
2.   WE may cancel the policy as allowed in the CANCELLATION provisions. Cancellation ends this agreement as to the interest of the Security Interest.
3.   If WE make any such payment to the Security Interest, WE obtain their rights against any other party.

# Deductibles

After the amount of LOSS has been determined under The Most We Will Pay and the Coinsurance condition applied, WE will subtract the deductible shown in the declarations. If YOU have a LOSS that involves more than one peril insured, BUILDING, LOCATION, or item of property, WE will apply one deductible to the LOSS. That deductible will be the largest one applicable to the LOSS. The most WE will deduct from a LOSS to glass is $250.

The Deductibles condition does not apply to BUSINESS INCOME CONTINUATION.

# Debris Removal and Demolition Costs

A. Debris Removal

WE will pay the cost incurred of removing debris of the covered property at the LOCATION following a LOSS insured by this coverage part, subject to the following:

1.   the expenses will be paid only if reported to US in writing within 180 days of the date of LOSS.
2.   WE will not pay for the expenses to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water.

B. Demolition Costs

WE will pay for the cost of demolishing any undamaged portion of the BUILDING at the LOCATION, including clearing the site, following a LOSS insured by this coverage part. This condition applies only if the cost is the result of the enforcement of any ordinance or law regulating the demolition of BUILDINGS which are in effect at the time of the LOSS.

Part 1. of Exclusion X. in the Exclusions – Perils condition does not apply to extensions A. or B. above.

C. The Most We Will Pay for Debris Removal and Demolition Costs

The most WE will pay for debris removal and demolition cost expenses is the larger of $50,000 per LOCATION or 25% of the LOSS before the application of any deductible. WE will not, however, pay more than $50,000 in excess of the applicable limit (as stated in the declarations, the Supplemental Limits or the Newly Acquired Organizations Extension) for the entire LOSS including the debris removal and demolition cost expenses;

# Supplemental Limits

The following Supplemental Limits apply in addition to the limits shown in the declarations, when LOSS is caused by a peril covered by this coverage part.

The most WE will pay under Supplemental Limits is the ACTUAL CASH VALUE (as defined for similar property insured by this coverage part) of repairs or replacement of the property with like kind and quality,

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

or the amount stated in the extension, whichever is less. After the amount of LOSS has been determined, WE will subtract the deductible shown in the declarations for similar property insured by this coverage part.

Except as specified below, the terms and conditions of this coverage part apply to the Supplemental Limits.

The Coinsurance condition of this coverage part does not apply to the extensions provided under Supplemental Limits.

YOU can use:

A.  If BUILDING, CONTENTS, EQUIPMENT or STOCK are insured:

   1.  up to $500,000 to apply in any combination to:

      a.  each BUILDING and its CONTENTS acquired, rented, or leased by YOU for use in YOUR business; if YOU are not required to insure the rented or leased BUILDING, this extension provides coverage for BUILDING only as afforded by Endorsement No. 020 (FIRE LIABILITY.)

         Part A.1.a. of this extension ends the earlier of (1) 180 days from the first day of acquisition, rental or lease, (2) the date YOU report the BUILDING to US, or (3) the expiration date of this policy. $500,000 is the most WE will pay for LOSS to BUILDING and its CONTENTS under this extension if LOSS occurs prior to the time YOU have notified US of the acquisition of that premises.

      b.  Each BUILDING while being constructed for use in YOUR business.

         Part A.1.b. of this extension ends the earlier of (1) 180 days from the start of the construction, (2) the date YOU report the construction to US, or (3) the expiration date of this policy.

      c.  With respect to insurance provided by the Supplemental Limits condition, items A.1.a. and A.1.b., the first sentence of the definition of BUILDING is changed to read as follows:

         "'BUILDING' means the structure at each premises acquired, rented, or leased by YOU. "

   2.  Up to $25,000 to apply, in any combination, to property described under ADDITIONAL PROPERTY for any one LOSS. A $1,000 deductible per LOSS applies to extension A.2.

   3.  up to $100,000 to pay for the expense to extract POLLUTANTS from the land or water at a LOCATION if the pollution results from a LOSS to property insured by this coverage part. The expenses will be paid only if they are reported to US within 180 days of the date of LOSS.

      Extension A.3. applies to each LOCATION separately and is the most WE will pay during each Policy Period. It does not apply to expenses to test for, monitor or assess the existence, concentration or effects of POLLUTANTS, except for testing performed in the process of extracting POLLUTANTS as covered in this extension.

   4.  up to $25,000 to apply in any combination to:

      a.  fire department service charges assumed under a contract or agreement or required by local ordinance. This extension applies only to the service charge, not to any liability for injury to any person or property from any cause.
      b.  expenses actually incurred to recharge any pressurized automatic extinguishing system due to discharge. No deductible applies to this extension.
      c.  arson rewards.

      No deductible applies to extension A.4.

Case 4:13-cv-00068-HLM   Document 20-2   Filed 07/19/13   Page 124 of 267

5. up to $25,000 to apply to damage to the BUILDING at the LOCATION caused by thieves. This extension applies only if YOU do not own the BUILDING and are legally liable for such LOSS.

6. up to $25,000 for any one LOSS to apply to EXTRA EXPENSE.

7. up to $10,000 for each painting, etching, watercolor, or similar artistic rendering owned by YOU and used to decorate the interior of a BUILDING, but not for more than $50,000 for any one LOSS. Exclusions – Property E. does not apply to extension A.7.;

8. up to $5,000 for trees, shrubs, lawns, or plants (including the cost to remove debris) used for outside decoration at each LOCATION insured. This extension is limited to $750 per tree, shrub, or growing plant. Exclusions – Property B. does not apply to extension A.8. No deductible applies to extension A.8.

9. up to $5,000 for premises key and lock replacement if keys are stolen or premises lock repair or replacement is made necessary by theft or attempted theft. No deductible applies to extension A.9.

10. up to $10,000 in one policy period for reasonable expenses incurred with our prior approval, for collecting and preparing LOSS data required by US. This includes the cost of an inventory that WE request to determine the extent of a LOSS.

11. Limited Coverage for FUNGUS, Wet Rot, Dry Rot and Bacteria

   a. The coverage described A.11.b. and A.11.e. below applies only when the FUNGUS, wet rot, dry rot or bacteria is the result of a LOSS from SPECIFIED PERILS other than fire or lightning that occurs during the policy period, and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that LOSS.
   b. WE will pay for LOSS or damage caused by FUNGUS, wet rot, dry rot or bacteria. As used in this supplemental coverage, the term LOSS or damage means:

      (1) direct physical LOSS or damage to covered property caused by FUNGUS, wet rot, dry rot or bacteria, including the cost of removal of the FUNGUS, wet rot, dry rot or bacteria;
      (2) the cost to tear out and replace any part of the BUILDING or other property as needed to gain access to the FUNGUS, wet rot, dry rot or bacteria; and
      (3) the cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that FUNGUS, wet rot, dry rot or bacteria are present.

   c. The coverage described under A.11.b. of this limited coverage is limited to $15,000. Regardless of the number of claims, this limit is the most WE will pay for the total of all LOSS or damage arising out of all occurrences of SPECIFIED PERILS (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of LOSS which results in FUNGUS, wet rot, dry rot or bacteria, WE will not pay more than a total of $15,000 even if the FUNGUS, wet rot, dry rot or bacteria continues to be present or active, or recurs, in a later policy period.
   d. Notwithstanding any provision of this policy to the contrary, the coverage provided under this limited coverage shall not increase the applicable limit of insurance on any covered property under The Most We Will Pay. If a particular occurrence results in LOSS or damage by FUNGUS, wet rot, dry rot or bacteria, and other LOSS or damage, WE will not pay more, for the total of all LOSS or damage, than the applicable limit of insurance on the affected covered property.

      If there is a covered LOSS or damage to covered property, not caused by FUNGUS, wet rot, dry rot or bacteria, OUR LOSS payment will not be limited by the terms of this limited coverage, except to the extent that FUNGUS, wet rot, dry rot or bacteria causes an increase in the LOSS. Subject to the paragraph above, any such increase in the LOSS will be subject to the terms of this limited coverage.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

e. When BUSINESS INCOME CONTINUATION is shown in the declarations as applicable to the LOCATION, the following additional conditions apply:

(1) if the LOSS which resulted in FUNGUS, wet rot, dry rot or bacteria does not in itself necessitate a suspension of YOUR business, but such suspension is necessary due to LOSS or damage to property caused by FUNGUS, wet rot, dry rot or bacteria, then we will pay you 1/30 of the monthly BUSINESS INCOME CONTINUATION limit shown in the declarations, less the average daily GROSS PROFIT YOU actually earn following the LOSS. The recovery period is for no more than 30 days, which need not be consecutive. The period of suspension begins 72 hours after the time of LOSS to such property;

(2) if a covered suspension of YOUR business was caused by LOSS or damage other than FUNGUS, wet rot, dry rot or bacteria but remediation of FUNGUS, wet rot, dry rot or bacteria prolongs the period of suspension, WE will pay for BUSINESS INCOME CONTINUATION sustained during the delay (regardless of when such a delay occurs during the period of suspension), but such coverage is limited to 30 days, which need not be consecutive.

The EXTENDED RECOVERY PERIOD does not apply to items A.11.e.(1) or A.11.e.(2) above.

B. If CONTENTS are insured:

1. up to $100,000 for LOSS caused by fire or explosion, if YOU are not required to insure the rented or leased BUILDING. This extension provides coverage as afforded by Endorsement No. 020 (FIRE LIABILITY).
2. up to $500,000 for LOSS to YOUR records of ACCOUNTS RECEIVABLE while those records are inside of a BUILDING. The most WE will pay under this extension is LOSS as determined by the formula shown below.

Formula - WE will:

a. determine the average amount of the monthly accounts receivable for the twelve months immediately preceding the LOSS;
b. increase or decrease the amount determined in B.2.a. for normal fluctuations in the amount of outstanding accounts receivable during the month of LOSS; and
c. from the amount determined above, WE will deduct the amount of:

(1) uncollected accounts on which YOUR records were not lost or damaged;
(2) accounts YOU have re-established or collected from other records;
(3) probable bad debts that normally would have been uncollectible; and
(4) unearned interest or service charges on deferred payment accounts.

With respect to Supplemental Limits, item B.2., the Exclusions – Perils and Exclusions – Property conditions are replaced by:

Exclusions – WE will not pay for LOSS:

a. due to any dishonest, fraudulent, criminal, or intentional act committed by YOU or any of YOUR partners, executive officers, directors, or trustees or by any person or organization to whom YOU entrust the property.
b. due to interruption of electrical power supply, power surge, or brown out, if the occurrence originates away from the LOCATION. This exclusion does not apply to LOSS caused by lightning.
c. due to radioactive contamination, nuclear radiation, nuclear reaction, or the explosion or malfunction or a nuclear weapon, device or facility, or their consequences.
d. due to WAR.

Case 4:19-cv-00689-HFS Document 20-2 Filed 09/19/13 Page 126 of 267

The Deductibles condition does not apply to extension B.2.

The How We Will Pay condition does not apply to extension B.2. WE will pay YOU within 30 days after YOU have proven YOUR LOSS and the final amount payable has been determined.

The following conditions are added:

Protection of Records - If YOU must transfer the records to another safe place to avoid imminent danger of LOSS, WE will cover them while temporarily there or in transit to or from there.

Recoveries - YOU must tell US if YOU collect any receivables that WE paid YOU. Any such collections belong to US. Once WE have been paid in full, the remainder is YOURS.

3.  up to $50,000 to apply to all duplicate and backup DATA and MEDIA stored at premises other than a LOCATION. Such storage must be more than 100 feet from any LOCATION.

4.  up to $25,000 to apply to EQUIPMENT rented by YOU to others. Exclusions – Property I. does not apply to extension B.4.

5.  up to $25,000 to apply to EMPLOYEE TOOLS. This extension is subject to the following:

    a.  this extension does not apply if EMPLOYEE TOOLS is an item of property specifically insured at any LOCATION.
    b.  only the SPECIFIED PERILS apply.
    c.  coverage is limited to $1,000 per employee per LOSS.

6.  up to $10,000 on any personal property, other than EMPLOYEES TOOLS, owned by YOUR partners, officers or employees, subject to a maximum payment of $1,000 per person for LOSS by theft. Exclusions – Property E. does not apply to extension B.6.

7.  up to $5,000 on gold, silver, platinum, bullion and other precious metals (or objects made of any of them), jewels, jewelry, watches, pearls, precious or semi-precious stones, and furs owned by YOU for LOSS due to theft. Exclusions – Property E. does not apply to extension B.7.

8.  up to $25,000 to apply to LOSS to a trailer that YOU do not own, if:

    a.  the trailer is temporarily used in YOUR business for the purpose of storage of CONTENTS;
    b.  the trailer is in YOUR care, custody or control at a LOCATION described in the declarations; and
    c.  YOU are legally liable for the LOSS to the trailer.

    Exclusions – Property A. does not apply to a trailer that meets the conditions described in 8.a., b. and c. above.

    WE will not pay for LOSS to such trailer:

    a.  while the trailer is attached to any AUTO, regardless of whether the AUTO or trailer is in motion at the time of the LOSS.
    b.  that occurs during the hitching or unhitching the trailer to any AUTO.
    c.  that results because the trailer accidentally becomes unhitched from any AUTO.

9.  Other Insured Property

    up to the amount shown in the declarations for "Other Insured Property" for such property while in transit or temporarily at premises not owned, rented, leased, operated or controlled by YOU. This condition also applies to property described under parts 1. and 2. of the definition of BUILDING, and to part 2. of the definition of EQUIPMENT, when insured by this coverage part.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The limit for "Other Insured Property" shall apply in addition to the limits stated in the declarations for such CONTENTS, STOCK, or EQUIPMENT. A $1,000 deductible per LOSS applies to extension B.9.

Extension B.9. does not apply to CONTENTS, EQUIPMENT or STOCK while at a trade show or exhibition.

C. If EMPLOYEE TOOLS are insured:

up to $50,000 to apply to EMPLOYEE TOOLS in each BUILDING YOU acquire, rent or lease for use in YOUR business.

Extension C. ends the earlier of (1) 180 days from the first day of acquisition, rental or lease, (2) the date YOU report the BUILDING to US, or (3) the expiration date of this policy.

D. If BUSINESS INCOME CONTINUATION is insured:

1. up to the total limit for BUSINESS INCOME CONTINUATION shown in the declarations, to apply to EXTRA EXPENSE incurred by YOU at the LOCATION or any building YOU own, rent or lease for use in YOUR business. Payments for EXTRA EXPENSE shall not reduce the limits available for BUSINESS INCOME CONTINUATION.

   This extension applies only for the number of months stated in the declarations for BUSINESS INCOME CONTINUATION at the LOCATION.

   However, if Insuring Agreement B. – Business Income Continuation, part 3 applies, EXTRA EXPENSE coverage begins immediately after the time civil authorities prevent YOU from entering YOUR BUILDING, and ends the earlier of:

   a. three consecutive weeks after BUSINESS INCOME CONTINUATION coverage begins; or
   b. the time you are allowed to enter your BUILDING.

2. up to $25,000 to apply to BUSINESS INCOME CONTINUATION at any BUILDING YOU acquire, rent, or lease for use in YOUR business. This is the most WE will pay under this extension for each month of suspension. The number of consecutive months insured under this extension will be the shortest period applying to any LOCATION insured for BUSINESS INCOME CONTINUATION.

   Part D.2. of this extension ends the earlier of 180 days from the first day of acquisition, rental or lease, or (2) the date YOU report the BUILDING to US.

## *Newly Acquired Organizations Extension*

A. The insurance afforded by this coverage part is extended to include any organization acquired or formed by YOU and in which YOU have majority ownership. WE will pay up to $500,000 to apply to BUILDING and CONTENTS if either is shown in the declarations. YOU may also use the additional limits provided in the Supplemental Limits condition.

B. This extension ends the earlier of:

1. 180 days from the date of acquisition or formation, or
2. the date this coverage part expires. YOU must pay any additional premiums due.

C. The coinsurance condition of this coverage part does not apply to this extension.

D. The most WE will pay under this extension is the ACTUAL CASH VALUE (as defined for similar property insured) of repairs or replacement of the property with like kind and quality or $500,000, whichever is less.

Case 4:19-cv-00869-HSG   Document 20-2   Filed 09/19/13   Page 128 of 267

E. This extension does not apply to an operation that:

   1. is a joint venture;
   2. is an insured under any other policy;
   3.. has exhausted its limit of insurance under any other policy; or
   4. is in a different business than YOU.

## *Business Income Continuation Additional Condition*

Extended Recovery Period

If YOU must suspend the insured operations for 30 days or more and YOU resume operations within a reasonable time, WE will extend the recovery period up to 30 days from the date YOU resume operations. This Extended Recovery Period ends the earlier of 30 days from the date YOU resume operations or the end of the total consecutive months (shown in the declarations) from the date of LOSS.

## *Additional Conditions*

A.  Suspension

   When EQUIPMENT has been found to be in, or exposed to, a dangerous condition, WE may immediately suspend BREAKDOWN coverage with respect to that EQUIPMENT. WE will do this by delivering or mailing a written notice of suspension to YOUR address as shown in the declarations or to the address of the location of the EQUIPMENT.

   Such suspension will apply to all parties at interest, including but not limited to YOU, any Additional Insured, Loss Payee, Mortgagee, or owner of any property in YOUR care, custody or control.

   Once suspended, reinstatement will only be made by US in writing to YOU. Any return premium due YOU will be mailed to YOU, but suspension will be effective even if WE have not yet mailed or offered a return premium.

B.  Automatic Sprinkler Systems

   If WE gave YOU a rate credit on insured items of property protected by an AUTOMATIC SPRINKLER SYSTEM, the following additional conditions apply:

   1. If the sprinkler system or water supply is under YOUR control, YOU must maintain the system and its water supply in complete working order at all times. If any changes are made in either, YOU must immediately tell US.
   2. YOU may, however, temporarily shut off the water supply from any portion of the system, as is necessary, if there is a break, leakage, or an opening of the sprinkler heads. When YOU do, YOU must immediately tell US.
   3. If additional rate credit was given YOU for having an approved central station sprinkler supervisory service, YOU must tell US of any change in that service.

   YOUR failure to comply will result in YOUR losing the rate credit.

C.  Compliance with Conditions

   WE have no duty to provide coverage under this coverage part unless YOU or any other INSURED has fully complied with all conditions applicable to this coverage part.

   However, any act or neglect of any person other than YOU beyond YOUR direction or control will not affect the insurance afforded by this coverage part.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The breach of any condition of this coverage part at any one or more LOCATIONS will not affect coverage at any LOCATION where, at the time of LOSS, the breach of condition does not exist.

D.  Your Duties After Loss

YOU must:

1.  protect the property whether or not this insurance applies. WE will pay all reasonable expenses YOU incur for such protection. However, WE will pay only for subsequent covered LOSS.

2.  notify US as soon as possible. Promptly send US all documents if YOU are sued or claim is made against YOU. YOU must notify the police if a law may have been broken. If LOSS is caused by EXTENDED THEFT, YOU must notify the police and file a complaint with the proper authorities (empowered to issue warrants) against the person causing the LOSS.

3.  as often as may be reasonably required, permit US to inspect the damaged property prior to its repair or replacement and to examine YOUR books and records. Also permit US to take samples of damaged and undamaged property for inspection, testing, and analysis, and to make copies from YOUR books and records.

4.  give US complete inventories of damaged and undamaged property, including quantities, costs, values and the amount of LOSS claimed.

5.  submit to US a sworn proof of LOSS within 60 days. WE may examine any INSURED under oath, while not in the presence of any other INSURED and at such times as may be reasonably required, about any matter relating to this insurance or the LOSS, including an INSURED'S books and records. In the event of an examination, an INSURED'S answers must be signed.

6.  cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS.

    YOU may not, except at YOUR expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted by this coverage part.

7.  YOU must do all YOU can to reduce BUSINESS INCOME CONTINUATION LOSS, by:
    a.  restoring the damaged, destroyed, or stolen property as soon as possible.
    b.  resuming operations at the LOCATION(S), whether damaged or not, or at other premises available to YOU, even if the operations are only partial.
    c.  using CONTENTS at other LOCATIONS or elsewhere.

E.  Waiver of Subrogation

YOU must protect YOUR right of recovery against others, but YOU may:

1.  give others written release from any responsibility for LOSS to the property if the release is given prior to the LOSS.
2.  accept the usual documents from a shipper, even if they limit the carrier's liability for LOSS.

F.  No Benefit to Bailee

This insurance will not benefit, directly or indirectly, any carrier or bailee.

G.  Other Insurance

1.  If YOU have other insurance that provides coverage on the same basis as this insurance, WE will pay only OUR share of the covered LOSS. OUR share is the proportion that OUR applicable limit bears to the total applicable limits of insurance of all insurance that provides coverage on the same basis.

2. Except for other insurance described in paragraph G.1. above, WE will pay only the amount of covered LOSS in excess of the amount due from any other insurance, whether it is collectible or not. In no event will we pay more than the applicable limit of insurance shown in the declarations.

H. Other Agreements

This insurance will pay only that amount of a covered LOSS in excess of the amount due from any maintenance, service or similar agreement for any property insured by this coverage part.

I. Policy Territory

This policy covers anywhere in the United States of America, its territories or possessions, or Canada.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

# CRIME
## COVERAGE PART 380

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A. Employee Dishonesty

1. Employee Theft or Forgery

   WE will pay for LOSS of MONEY, SECURITIES and OTHER PROPERTY resulting from THEFT or FORGERY committed by an EMPLOYEE, whether identified or not, acting alone or in collusion with other persons.

2. Vicarious Liability

   WE will pay for LOSS of MONEY, SECURITIES and OTHER PROPERTY sustained by a third party and resulting directly from THEFT or FORGERY by YOUR EMPLOYEE, for which LOSS YOU are held legally liable.

   YOU may not assume any obligation, make any offer or payment, or incur any expenses without OUR consent, except at YOUR own cost.

   Coverage for vicarious liability as described above shall be part of, and not in addition to, the Employee Dishonesty limit displayed in the policy declarations. Payment under vicarious liability shall reduce the applicable limit for Employee Dishonesty.

   WE will reimburse reasonable defense costs incurred by YOU to defend any legal proceeding alleging such vicarious liability on YOUR part for acts of YOUR EMPLOYEE as described in part A.2. of this Insuring Agreement. Such defense coverage shall be part of, and not in addition to, the Employee Dishonesty limit displayed in the policy declarations. Payment of such defense costs shall reduce the applicable limit of insurance.

3. Unauthorized Reproduction of Software

   WE will pay for fines and penalties that YOU incur because of an EMPLOYEE'S unauthorized reproduction of computer software in violation of a licensing agreement with a third party vendor, provided the unauthorized reproduction is done:

   1. without YOUR knowledge;
   2. without the knowledge of YOUR partner, executive officer or director;
   3. without the knowledge of any other person having responsibility for compliance with the terms of the software licensing agreement;

   and you are legally liable for the LOSS.

   This coverage shall be part of, and not in addition to, the Employee Dishonesty limit displayed in the declarations. This insuring agreement does not apply to the theft of confidential information.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B. Loss From Within The Building

WE will pay for LOSS:

1. of MONEY and SECURITIES by the actual destruction, disappearance, or wrongful removal from the BUILDING or any BANK, (except for COMPUTER FRAUD AND FUNDS TRANSFER FRAUD);
2. of OTHER PROPERTY by SAFE BURGLARY or ROBBERY from the BUILDING or attempt thereat;
3. to a locked cash drawer, cash box or cash register by illegal entry into such container within the BUILDING, wrongful removal of such container from the BUILDING or an attempt thereat of either;
4. for damage to the BUILDING caused by part B.1., 2. or 3. above, if YOU are the owner or are liable for damage;
5. from COMPUTER FRAUD AND FUNDS TRANSFER FRAUD.

C. Loss Outside The Building

WE will pay for LOSS of the following:

1. MONEY and SECURITIES resulting directly from the actual destruction, disappearance or wrongful taking, while outside the BUILDING in the care and custody of a MESSENGER or an armored motor vehicle company;
2. OTHER PROPERTY resulting directly from an actual or attempted ROBBERY, while outside the BUILDING in the care and custody of a MESSENGER or an armored motor vehicle company.

D. Money Orders and Counterfeit Paper Currency

WE will pay for LOSS:

1. If YOU accept, in good faith, any money order in exchange for merchandise, MONEY, or services, if such money order is not paid when presented;
2. due to YOUR acceptance, in good faith, in the regular course of business, counterfeit United States or Canadian currency.

E. Depositor's Forgery

WE will pay for LOSS from YOUR BANK accounts which YOU sustain due to FORGERY or alteration of a negotiable instrument:

1. made or drawn upon YOU, or by YOU or anyone acting as YOUR agent;
2. purported to have been made or drawn as stated in part E.1. above.

If YOU are sued by another to enforce payment of such an instrument, believed by YOU to be forged or altered, WE will at OUR option, pay for reasonable attorney's fees, court costs, or similar legal expenses incurred and paid by YOU. These expenses will be in addition to the limit shown in the declarations.

F. Extortion

WE will pay for LOSS, away from the BUILDING, due to the surrender of MONEY, SECURITIES, or OTHER PROPERTY as a result of a threat communicated to YOU to do bodily harm to YOU, or any of YOUR directors, trustees, executive officers, partners, EMPLOYEES or a relative or invitee of any of them who is or allegedly is being held captive.

Before such property is surrendered, the person receiving the threat must make a reasonable effort to report the extortionist's demands to an associate, the Federal Bureau of Investigation, or local law enforcement authorities.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Definitions

When used in this Coverage Part:

A. "BANK" means the interior of any building occupied by a banking institution for conducting its business, or any similar recognized place of safe deposit.

B. "BUILDING" means the interior of any structure shown in the declarations as applicable to this Coverage Part.

C. "COMPUTER FRAUD AND FUNDS TRANSFER FRAUD" means:

1. LOSS of or damage to MONEY, SECURITIES and OTHER PROPERTY resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the BUILDING or BANK to a person other than a MESSENGER or to a place outside the BUILDING or BANK;
2. fraudulent electronic, telegraphic, cable, teletype, facsimile or telephone instructions issued to a FINANCIAL INSTITUTION directing such institution to debit a TRANSFER ACCOUNT and to transfer, pay or deliver MONEY and SECURITIES from such TRANSFER ACCOUNT which instructions purport to have been transmitted by YOU but were in fact fraudulently transmitted by someone other than YOU without YOUR knowledge or consent;
3. fraudulent written instructions issued to a FINANCIAL INSTITUTION directing such institution to debit a TRANSFER ACCOUNT and to transfer, pay or deliver MONEY or SECURITIES from such TRANSFER ACCOUNT by use of an electronic funds transfer system at specified intervals or under specified conditions which instructions purport to have been issued by YOU but were in fact fraudulently issued, forged or altered by someone other than YOU without your knowledge or consent.

D. "CUSTODIAN" means any person in YOUR regular service authorized to have care and custody of YOUR property within the BUILDING.

E. "EMPLOYEE" means a natural person while in YOUR service (and under Employee Dishonesty and Depositor's Forgery, 60 days thereafter) during the Coverage Part period whom YOU pay a salary, wage, or commission. It also means a natural person while in YOUR service (and under Employee Dishonesty and Depositor's Forgery, 60 days thereafter) during the Coverage Part period who is employed by an employment contractor. EMPLOYEE does not mean anyone:

1. YOU do not have the right to control or direct as to details and means by which the result is accomplished;
2. who is corporate director or trustee except while performing acts within the scope of the usual duties of an EMPLOYEE;
3. who is an agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character;
4. outside the policy territory, except to those EMPLOYEES temporarily outside the policy territory for a period of not more than 90 days.

F. "FINANCIAL INSTITUTION" means:

1. a banking, savings or thrift institution, or
2. a stock broker, mutual fund, liquid assets fund or similar investment institution at which YOU maintain a TRANSFER ACCOUNT.

G. "FORGERY" means the signing of the name of another person or organization with intent to deceive. It does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

H. "LOSS" means loss of or damage to the property described in the Insuring Agreement during the coverage part period from the causes described in the Insuring Agreement. All LOSS caused by, or involving, one or more EMPLOYEES, or act or series of acts involving one or more persons will be

deemed to be one LOSS. With respect to Loss From Within The Building and Loss Outside The Building, all LOSS from any event or series of events will also be deemed one LOSS. Where LOSS involves a series of acts, coverage is provided for only those acts in the series that occur during the coverage part period, except as provided under the Loss Under Prior Bond Or Insurance condition.

I. "MESSENGER" means any person who is duly authorized by YOU to have care and custody of YOUR property outside the BUILDING.

J. "MONEY" means currency, coins, bank notes, bullion, travelers checks, registered checks and money orders held for sale to the public.

K. "OTHER PROPERTY" means tangible property that has intrinsic value. It does not mean MONEY or SECURITIES.

L. "ROBBERY" means the felonious taking of property (other than MONEY or SECURITIES) from a MESSENGER or CUSTODIAN or from their presence without their consent by actual or constructive force or from them if they are killed or rendered unconscious.

M. "SAFE BURGLARY" means the felonious taking of (1) a safe from the BUILDING, or (2) property (other than MONEY or SECURITIES) from within a vault or safe that is in the BUILDING and (a) equipped with a combination lock, (b) all doors are locked and all combinations locked, and (c) there is evidence of forcible entry into the safe or vault.

N. "SECURITIES" means instruments or contracts representing monetary value to others who are not a party to the instrument or contract, and includes revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use, but not MONEY.

O. "THEFT" means the unlawful taking of MONEY, SECURITIES or OTHER PROPERTY to the deprivation of the INSURED. For part A.2. of Employee Dishonesty, "THEFT" means an EMPLOYEE unlawfully taking MONEY, SECURITIES or OTHER PROPERTY to the deprivation of someone other than YOU.

P. "TRANSFER ACCOUNT" means an account maintained by YOU at a FINANCIAL INSTITUTION from which YOU can initiate the transfer, payment or delivery of MONEY or SECURITIES:

1. by means of electronic, telegraphic, cable, teletype, facsimile or telephone instructions communicated directly or through an electronic funds transfer system; or
2. by means of written instructions establishing the conditions under which such transfers are to be initiated by such FINANCIAL INSTITUTION through an electronic funds transfer system.

## *Who Is An Insured*

With respect to LOSS insured under this Coverage Part, only YOU.

## *Joint Insured*

If YOU consist of more than one named person or organization, the first named will represent all of them for the purposes of this Coverage Part. Knowledge possessed or discovery made by any of them, or a director, partner or officer, will constitute knowledge possessed or discovery made by all of them.

If insurance is cancelled as to any EMPLOYEE, the cancellation applies to all named persons or organizations. If this Coverage Part or any Insuring Agreement is cancelled or terminated as to any person or organization included in YOU, LOSS will be covered for them only if discovered not later than one year from the date of the cancellation or termination.

OUR payment of LOSS to the first named person or organization constitutes payment to all named persons or organizations included in YOU. If the first named person or organization is no longer covered, the next named insured will become the first named insured.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

# *Exclusions*

WE will not pay for LOSS:

A. under Employee Dishonesty or Depositor's Forgery, due to any fraudulent, dishonest, or criminal act committed by or involving any sole proprietor, partner, or anyone who owns the majority of stock or an amount equal to the largest amount owned by any other stockholder.

B. under Loss From Within The Building and Loss Outside The Building, due to any fraudulent, dishonest, or criminal act committed by or involving an owner, officer, partner, director, trustee, EMPLOYEE, or authorized representative whether working or not. This exclusion does not apply to SAFE BURGLARY or ROBBERY or attempts thereat by other than YOU or YOUR partner.

C. of MONEY contained in any money-operated device unless the amount of MONEY within is recorded by a continuous recording instrument in the device.

D. due to (1) the giving or surrendering of MONEY or SECURITIES in any exchange or purchase, or (2) accounting or arithmetical errors or omissions.

E. by fire. This exclusion does not apply to MONEY or SECURITIES.

F. due to radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, or their consequences.

G. due to WAR.

H. of manuscripts, books of accounts, or records.

I. under Employee Dishonesty, to that part of any LOSS when proof of its existence is dependent upon an inventory computation or a profit and loss computation. However, if YOU establish wholly apart from such computations that YOU have sustained such a LOSS, then YOU may offer YOUR inventory records and actual physical count of inventory in support of the amount of LOSS claimed.

J. due to the surrender of MONEY, SECURITIES or other property away from the BUILDING as a result of a threat to do (1) bodily harm to any person or (2) damage to the BUILDING or property owned by YOU or in YOUR care, custody, or control.

This exclusion does not apply under Loss Outside The Building while being conveyed by a MESSENGER when there was no knowledge by YOU of such a threat at the time such MONEY, SECURITIES, or other property was surrendered to the MESSENGER, or EXTORTION, with respect to bodily harm to any person.

K. except for vicarious liability and claims expense, that is an indirect result of any act or LOSS, including but not limited to:

1. business interruption or loss of use of the MONEY, SECURITIES, or OTHER PROPERTY;
2. costs, fees or other expenses incurred by YOU, unless authorized by US.

L. except with respect to Depositor's Forgery, due to legal expenses related to any legal action.

M. resulting from confiscation or destruction by order of governmental authority.

N. under Loss From Within The Building and Loss Outside The Building, to or of any motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

O. that is the result of any contract or agreement, including but not limited to, recourse agreements, in which YOU agree to be liable.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## The Most We Will Pay

A. LOSS payment will not reduce OUR liability for other LOSSES.

1. Except with respect to Loss From Within The Building, the most WE will pay for any one LOSS is the least of the following:

   a. the amount of the LOSS determined under the Valuation - How We Will Pay condition;
   b. the limit shown in the declarations for the coverage applicable to the LOSS.

2. With respect to Loss From Within The Building (other than COMPUTER FRAUD AND FUNDS TRANSFER FRAUD), the most WE will pay for any one LOSS is the least of the following:

   a. the amount of the LOSS determined under the Valuation - How We Will Pay condition;
   b. $500 while the BUILDING is closed for business and MONEY or SECURITIES are not locked in the receptacle shown in the declarations or there is no receptacle shown in the declarations. This limitation is increased to the limit stated in the declarations or $5,000 (whichever is less) when there is evidence of forced entry to the BUILDING;
   c. the limit shown in the declarations for Loss From Within The Building at the applicable location.

3. With respect to COMPUTER FRAUD AND FUNDS TRANSFER FRAUD, the most WE will pay for any one LOSS is the least of the following:

   a. the amount of the LOSS determined under the Valuation - How We Will Pay condition;
   b. the highest limit shown in the declarations for Loss From Within The Building.

B. Regardless of the number of years this coverage part continues in force, the limit stated in the declarations is not cumulative from one period to another, or from one year to another.

C. Overlapping Insurance

   If a LOSS occurs partly during this coverage part period and partly under previous insurance WE issued to YOU (or YOUR predecessor in interest) that is no longer in effect, the most WE will pay is the largest amount recoverable under this or such previous insurance.

## Valuation - How We Will Pay

A. Subject to the MOST WE WILL PAY:

1. SECURITIES will be valued (except for EXTORTION) at their actual cash value at the close of the last business day before the LOSS was discovered. With respect to EXTORTION, they will be valued for no more than the actual cash value on the day they were surrendered.

2. With respect to other property held by YOU as a pledge or collateral on an advance or loan, the value will be the actual cash value of the property as determined by YOU at the time the advance or loan was made. If the value was not a part of YOUR records, then WE will pay the unpaid part of the advance or loan, plus accrued interest at legal rates. WE may settle any LOSS with the owner of the property. Any property for which WE have made indemnification will become OURS. at OUR option, WE may pay for, repair, or replace the property.

3. WE may, at OUR option:

   a. pay the value of such SECURITIES or replace them in kind, in which event YOU must assign to US all YOUR rights, title and interest in and to those SECURITIES;
   b. pay any Lost Securities Bond required in connection with issuing duplicates of the SECURITIES. However, WE will not pay more than the cost of such a bond with a penalty of the value of the SECURITIES or the limit of insurance, whichever is less.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B.  MONEY will be valued at its face value.

C.  OTHER PROPERTY will be valued at the least of the following:

1.  this actual cash value at the time of LOSS (for EXTORTION, this is the actual cash value at the time it was surrendered);
2.  the actual cost to repair with like kind and quality;
3.  the actual cost to replace with like kind and quality;
4.  WE may, at OUR option, pay the actual cash value of the property or repair or replace it either with YOU or the owner of the property. Any property replaced or paid for will become OUR property.

## Deductibles

WE will not pay for LOSS unless it exceeds the deductible stated in the declarations. Otherwise, WE will pay the amount of the LOSS in excess of the deductible, up to the limit stated in the declarations. If more than one deductible could apply to a LOSS, WE will apply only the highest deductible.

## We Will Also Pay

If Employee Dishonesty is insured, WE will pay for reasonable expenses incurred by YOU in order to determine the amount of covered Employee Dishonesty LOSS payable under this policy. WE will only reimburse YOU for such expenses provided the covered LOSS exceeds the applicable deductible independent of such expenses.

WE will not pay for a routine review of YOUR books and records. Reimbursement for such expenses will occur at the time of LOSS payment.

The most WE will pay under this condition is 20% of the Employee Dishonesty limit shown in the declarations, subject to a maximum of $10,000. This amount applies in addition to the Employee Dishonesty limit. This is the most WE will pay for any one LOSS under all policies issued by US.

## Newly Acquired or Formed Organizations

A.  If YOU acquire or form another organization whose business is the same as YOURS, the coverages shown in the Declarations will apply to that organization as of the date of the acquisition or forming. YOU must pay any additional premiums due. This extension will end the earliest of:

1.  90 days from the date of acquisition or formation;
2.  the date YOU report the acquisition or forming to US;
3.  the expiration of this Coverage Part.

B.  This extension does not apply to an operation:

1.  that is a joint venture;
2.  that is an insured under any other policy;
3.  that has exhausted its limit of insurance under any other policy.

## Conditions

A.  Ownership - Interests Covered

The insured property may be owned by YOU, held by YOU (whether or not YOU are legally liable for LOSS) or may be property for which YOU are legally liable for LOSS. However, this insurance is for YOUR benefit only and provides no rights or benefit to any other person or organization.

B. Discovery

LOSS is covered only if discovered not later than one year from the end of the coverage part period. With respect to Extortion, the threat to do bodily harm must be initially communicated to YOU during the coverage part period.

C. Loss Under Prior Bond or Insurance

If YOU (or YOUR predecessor in interest) had continuous similar insurance that is no longer in effect, LOSS (to the extent it is not insured by the prior insurance solely because the discovery period of that insurance had lapsed) will be deemed to have occurred on the first day of this coverage part period. Provided, however:

1. this insurance became effective at the time of cancellation or termination of the prior insurance or bond;
2. the LOSS would have been covered had this insurance been in effect when the acts or events causing the LOSS took place;
3. there is no lapse in coverage between the time when the acts or events causing the LOSS took place and the date of discovery;
4. this extension is part of and not in addition to the limit stated in the declarations. LOSS recovery is limited to the lesser of the amounts recoverable under:

   a. this insurance had it been in force at the time the acts or events took place;
   b. the prior bond or insurance had it continued in force until the discovery of the LOSS.

D. Other Insurance

This insurance does not apply to LOSS recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the LOSS, this insurance will apply to that part of the LOSS, other than that falling within any deductible amount, not recovered or recoverable under the other insurance or indemnity.

E. Recoveries

If YOU sustain a LOSS which exceeds the limit, YOU are entitled to all recoveries until YOU are fully reimbursed, less the expense of collecting them. Any remainder is OURS. Recoveries do not include those from suretyship, insurance, reinsurance, security or indemnification taken by or for OUR benefit or from recoveries of original SECURITIES after duplicates of them have been issued. YOU must notify US promptly of any recovery YOU make.

F. Prior Fraud, Dishonesty or Cancellation

Employee Dishonesty insurance does not apply to any EMPLOYEE:

1. from the moment YOU or any of YOUR partners or officers (not in collusion with such EMPLOYEE) possesses knowledge of any fraudulent or dishonest act committed by the EMPLOYEE, whether or not in YOUR service at the time of the act;
2. who has been canceled, excluded, or deleted from any prior fidelity insurance and was not reinstated in such insurance before this insurance become effective;
3. shown in the declarations as excluded.

G. Cancellation as to Any Employee

Coverage under Employee Dishonesty is cancelled as to any EMPLOYEE:

1. immediately upon discovery by YOU, or any partner, director or officer (not in collusion with the EMPLOYEE) of any fraudulent or dishonest act by such EMPLOYEE;
2. as specified in any written notice of such cancellation WE send YOU in compliance with the General Conditions of this policy.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

H. Loss Caused by Unidentified Employee

Coverage under employee dishonesty will apply (subject to Exclusion I.) even if YOU cannot prove a specific EMPLOYEE(S) caused the LOSS. The evidence YOU submit, however, must reasonably prove the LOSS was caused by a fraudulent or dishonest act committed by an EMPLOYEE.

I. Your Duties After Loss

When YOU learn of or discover a LOSS, or what YOU believe to be a LOSS, YOU must:

1. notify US as soon as possible;
2. submit a detailed sworn proof of LOSS to US, fully documenting YOUR claim, within four months of the discovery of the LOSS. Because a claim under this Coverage Part necessarily involved YOUR accusation of wrongdoing by another, WE cannot assist YOU in proving the LOSS. Under Depositor's Forgery, YOUR sworn proof of LOSS must include all instruments on which YOU base the claim. If YOU cannot produce them, WE will expect an affidavit from YOU, or the BANK where deposited, stating the amount and cause of LOSS;
3. submit to examination under oath at OUR request, while not in the presence of any other INSURED and at such times as may be reasonably required about any matter relating to this insurance or the LOSS, including YOUR books and records. In the event of an examination, an INSURED'S answers must be signed;
4. permit US to inspect all pertinent records whenever and wherever WE require and furnish a complete inventory of all property not stolen or damaged;
5. notify police, except under employee dishonesty and Depositor's Forgery, if YOU have reason to believe the LOSS involves a violation of law;
6. cooperate and assist US in the investigation and settlement of any claim or LOSS.

J. Policy Territory

This insurance covers only those acts committed or events occurring within the continental United States, Virgin Islands, Puerto Rico, or Canada. With respect to Extortion, the actual or alleged captivity must take place within this territory. With respect to DEPOSITOR'S FORGERY and part 1. of the definition of COMPUTER FRAUD AND FUNDS TRANSFER FRAUD, this insurance applies anywhere in the world.

# GARAGE
## COVERAGE PART 500

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

When "All" is shown in the Locations column of the declarations, coverage will apply only to locations at which YOU conduct YOUR GARAGE OPERATIONS.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A.  Injury and Covered Pollution Damages

1.  Injury

    WE will pay those sums the INSURED legally must pay as DAMAGES because of INJURY to which this insurance applies (including ELECTRONIC ACTIVITIES), caused by an OCCURRENCE arising out of YOUR GARAGE OPERATIONS or AUTO HAZARD.

2.  Covered Pollution Damages

    WE will pay those sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES to which this insurance applies, caused by an OCCURRENCE arising out of YOUR GARAGE OPERATIONS or AUTO HAZARD.

3.  Defense Obligations and Rights

    a.  WE have the right and duty to defend any SUIT asking for DAMAGES or COVERED POLLUTION DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.
    b.  WE will not pay DAMAGES, COVERED POLLUTION DAMAGES or defense costs for any OCCURRENCE, claim or SUIT that is not covered by or declared for this coverage part.
    c.  If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses and costs paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

4.  This insurance applies only if:

    a.  with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2:

        (1)  such COVERED POLLUTION DAMAGES or INJURY is caused by an OCCURRENCE that takes place within the Policy Territory;
        (2)  such COVERED POLLUTION DAMAGES or INJURY occurs during the coverage part period; and
        (3)  prior to the effective date of this coverage part, no INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, and no employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, knew that such COVERED POLLUTION DAMAGES or INJURY had occurred, in whole or in part.

            If an INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or authorized employee knew, prior to the effective date of this coverage part, that the COVERED POLLUTION DAMAGES or INJURY had occurred, then any continuation,

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

change or resumption of such COVERED POLLUTION DAMAGES or INJURY during or after this coverage part period will be deemed to have been known prior to this coverage part period.

    b.   with respect to INJURY Groups 3, 4, 5 and 6, the act or offense which results in such INJURY was committed within the Policy Territory during the coverage part period.

        However, with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, this insurance applies only if the last injurious act or offense was committed within the Policy Territory during this coverage part period.

5.   COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2, which occurs during this coverage period and was not, prior to the effective date of this coverage part, known to have occurred by any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or by any employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, includes any continuation, change or resumption of such COVERED POLLUTION DAMAGES or INJURY after the end of this coverage part period.

6.   COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2 will be deemed to have been known to have occurred at the earliest time when any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or any employee authorized by YOU to give or receive notice of an OCCURRENCE, claim or SUIT:

    a.   reports all or any part of such COVERED POLLUTION DAMAGES or INJURY to US or to any other insurer;
    b.   receives a written or verbal demand or claim for DAMAGES because of such COVERED POLLUTION DAMAGES or INJURY; or
    c.   becomes aware by any other means that such COVERED POLLUTION DAMAGES or INJURY has occurred or has begun to occur.

B.  Errors and Omissions

1.   WE will pay those sums the INSURED legally must pay as DAMAGES because of STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, and AGENT'S E&O, when such insurance is shown in the declarations.

2.   Defense Obligations and Rights

    a.   WE have the right and duty to defend any SUIT asking for DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.
    b.   WE will not pay DAMAGES or defense costs for any OCCURRENCE, claim or SUIT that is not covered by or declared for this coverage part.
    c.   If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

3.   This insurance applies only if:

    a.   with respect to AGENT'S E&O, a negligent act, error or omission is alleged to have occurred within the Policy Territory during the coverage part period.
    b.   with respect to STATUTE AND TITLE E&O:

        (1)   a violation of a statute as defined under Parts 1.a. through 1.e. of STATUTE AND TITLE E&O; or
        (2)   failure of YOUR employee to properly specify the name of the security interest or "legal owner" on auto or watercraft title papers;

        is alleged to have occurred within the Policy Territory during the coverage part period.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    c.  with respect to TRUTH IN LENDING/TRUTH IN LEASING E&O, a violation of a state or federal truth in lending or truth in leasing statute is alleged to have occurred within the Policy Territory during the coverage part period.

C. Defense Reimbursement Costs

    1.  WE will reimburse reasonable defense costs incurred by YOU because of CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, or DESIGNATED STATUTE DEFENSE, when such insurance is shown in the declarations.
    2.  This insurance applies only if a SUIT is filed against an INSURED within the Policy Territory during the coverage part period, arising out of CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, or DESIGNATED STATUTE DEFENSE.
    3.  WE have the right but not the duty to settle any SUIT. If WE settle a SUIT the settlement will be at OUR expense except for the applicable deductible. Otherwise, all court costs, settlements and DAMAGES assessed against YOU will be at YOUR expense. WE will not reimburse defense costs for any SUIT that is not covered or declared for this coverage part.
    4.  If WE reimburse defense costs under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

## *Definitions*

When used in this coverage part:

A.  "ADMINISTRATION" means:

    1.  interpreting for or giving counsel to employees;
    2.  handling records; and
    3.  effecting enrollment, termination or cancellation of employees;

    all under YOUR employee benefits programs when such acts are authorized by YOU.

    ADMINISTRATION does not mean YOUR selection of an employee benefits program.

B.  "AGENT'S E&O" means a negligent act, error or omission that:

    1.  results in a claim or SUIT; and
    2.  arises out of the conduct of YOUR business as an INSURANCE AGENT, but only for the types of insurance shown in the declarations for AGENT'S E&O.

    AGENT'S E&O does not mean any claim or SUIT:

    1.  filed against an INSURED as a direct result of an OCCURRENCE;
    2.  as defined in CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, DESIGNATED STATUTE DEFENSE, STATUTE AND TITLE E&O or TRUTH IN LENDING/TRUTH IN LEASING E&O.

C.  "AUTO" means a land motor vehicle, trailer or semi-trailer, other land equipment capable of moving under its own power, equipment for use with it, and animal drawn equipment.

D.  "AUTO HAZARD" means the ownership, maintenance or use of any AUTO YOU own or which is in YOUR care, custody, or control and is:

    1.  used for the purpose of YOUR garage business;
    2.  used principally in YOUR garage business with occasional use for other business or non-business purposes;
    3.  furnished for the use of any person or organization.

Case 4:13-cv-00068-HTS Document 20-2 Filed 09/09/13 Page 144 of 267

E.  "CONTRACT DRIVER" means any person or organization using an AUTO covered by this coverage part within the scope of YOUR permission while under contract to YOU to drive that AUTO to a location YOU specify.

F.  "COVERED POLLUTION DAMAGES":

1.  means any cost or expense not otherwise excluded arising out of:

a.  any request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
b.  any claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS; and

2.  occur away from premises owned, rented, leased or operated by YOU, arising from:

a.  YOUR PRODUCT or WORK;
b.  POLLUTANTS while being transported on a covered AUTO by YOU;
c.  fuels or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or resulting from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape, seep, migrate, or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS;
d.  POLLUTANTS, not in or upon a covered AUTO, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO and the discharge, dispersal, seepage, migration, release or escape of the POLLUTANTS is the direct result of such upset, overturn or damage.

G.  "CUSTOMER COMPLAINT DEFENSE" means any SUIT filed against YOU by or on behalf of a wholesale or retail customer arising out of:

1.  YOUR sale, lease, rental, service or repair of YOUR PRODUCT;
2.  the promotion of YOUR PRODUCTS or WORK;
3.  YOUR failure to properly secure customer records resulting in IDENTITY THEFT.

CUSTOMER COMPLAINT DEFENSE does not mean any SUIT:

1.  filed against an INSURED as a result of an OCCURRENCE;
2.  as defined in STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, AGENT'S E&O or DESIGNATED STATUTE DEFENSE.

H.  "CUSTOMER'S AUTO" means an AUTO not owned by YOU but in YOUR care, custody or control for safekeeping, storage, service or repair.

I.  "DAMAGES" means:

1.  amounts awardable by a court of law (including punitive damages where insurable by law);

2.  with respect to INJURY Group 6, DAMAGES also means amounts awardable by administrative agencies, back pay awards, front pay awards, and compensatory damages;

3.  with respect to liability assumed in an INSURED CONTRACT, DAMAGES also means reasonable attorney fees and necessary litigation expense incurred by or for a party other than the INSURED. WE will pay such DAMAGES, provided that:

a.  the following has been assumed in the same INSURED CONTRACT:

(1)  liability to such party for that party's defense; or
(2)  liability for the cost of that party's defense; and

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

      b.   such attorney fees and litigation expenses are for the defense of that party against a civil or alternative dispute resolution proceeding in which DAMAGES to which this insurance applies are alleged.

   4.   DAMAGES does not mean:

      a.   civil penalties, fines, or assessments;
      b.   other statutory awards in excess of compensation, except where insurable by law;
      c.   equitable remedies, except those equitable remedies listed under Part I.2. above;
      d.   with respect to INJURY Group 6:

          (1)   severance pay or DAMAGES under an express or implied contract of employment; or
          (2)   an express or implied obligation to make payments in the event of the termination of employment.

J.   "DESIGNATED STATUTE DEFENSE" means any SUIT filed against YOU, arising out of or related to the alleged violation of the following statutes, acts or laws:

   1.   statutes governed, enforced or regulated by the Office of Foreign Assets Control;
   2.   Controlling the Assault of Non-Solicited Pornography and Marketing Act;
   3.   Telephone Consumer Protection Act;
   4.   Gramm-Leach-Bliley Act;
   5.   Fair Credit Reporting Act;
   6.   Equal Credit Opportunity Act;
   7.   Federal Patent Infringement Law (Title 35 U.S.C. § 271);
   8.   Drivers Privacy Protection Act (18 U.S.C. § 2721 - 2725);
   9.   any other federal, state or local statute, act or law named in the declarations as applicable to DESIGNATED STATUTE DEFENSE.

   DESIGNATED STATUTE DEFENSE does not mean any SUIT:

   1.   filed against an INSURED as a result of an OCCURRENCE;
   2.   as defined in CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, or AGENT'S E&O.

K.   "DISCRIMINATION" means violation of a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic of a protected class established by any statute, law, rule or regulation. This includes reverse DISCRIMINATION and HARASSMENT. As used in this definition, "person" includes YOUR employees, customers, clients, independent contractors, volunteers and any other persons with whom YOU have a business relationship. DISCRIMINATION also includes mental anguish, mental injury, fright, shock or humiliation resulting from such violation.

L.   "ELECTRONIC ACTIVITIES" means the use of a computer, computer network, internet, intranet, electronic mail, telephone, facsimile machine, or any other electronic communication or transmission device in conducting YOUR GARAGE OPERATIONS.

M.   "ELECTRONIC DATA" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

N.   "GARAGE OPERATIONS" means the ownership, maintenance or use of that portion of any premises where YOU conduct YOUR garage business. GARAGE OPERATIONS includes all other operations necessary or incidental to YOUR garage business.

   GARAGE OPERATIONS does not include the AUTO HAZARD.

O. "HARASSMENT" means any unwelcome remarks, behaviors or communications that are of a sexual nature or that are based on race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic. This includes actions that cause offense or humiliation to any person or group of persons and are made a condition of employment or any other business relationship.

P. "HAULAWAY" means a conveyance designed solely for use in transporting four or more four-wheeled motor vehicles.

Q. "IDENTITY THEFT" means the misappropriation by a person other than by YOUR employee, of a person or entity's identifying information, such as their name, address, credit card or social security number.

R. "INCIDENTAL MEDICAL MALPRACTICE" means:

1. providing or failing to provide any medical or related professional health care services;
2. furnishing food or drink connected with any medical or other professional health care services; or
3. furnishing or dispensing drugs or medical, dental or surgical supplies or appliances;

when these services are performed by an INSURED who is not in the business or occupation of providing any of these services.

S. "INJURY" means, with respect to:

1. Group 1

   a. bodily injury, sickness, disease or disability (including death resulting from any of these). This includes INJURY resulting from INCIDENTAL MEDICAL MALPRACTICE;
   b. damage to, or loss of use of, tangible property. For purposes of this insurance, ELECTRONIC DATA is not tangible property.

2. Group 2

   mental anguish, mental injury, fright, shock, or humiliation except when arising from DISCRIMINATION.

3. Group 3

   a. false arrest or imprisonment;
   b. malicious prosecution;
   c. abuse of process;
   d. wrongful detention;
   e. wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
   f. wrongful repossession of an AUTO;
   g. disparagement of goods or services;
   h. libel or slander;
   i. defamation of character;
   j. private nuisance (except pollution);
   k. common law claims for invasion of the right of privacy.

4. Group 4

   a. plagiarism, misappropriation of advertising ideas or style;
   b. infringement of copyright, title, slogan, trademark, service mark or trade dress in YOUR advertising.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. Group 5

   any error or omission in the ADMINISTRATION of YOUR profit sharing, pension or employee stock subscription plan, YOUR group life, group hospitalization or major medical plan, group accident and health, workers compensation, unemployment, Social Security, disability benefits insurance, dental plan, thrift plan, 401K or any other similar savings plan, vision plan, benefits due an employee prescribed by the Consolidated Omnibus Budget Reconciliation Act (COBRA), or other similar employee benefit plans.

6. Group 6

   a. DISCRIMINATION;
   b. WRONGFUL EMPLOYMENT PRACTICES.

T. "INSURANCE AGENT" means a person or organization duly licensed (as required by law) as an insurance agent by the regulatory authority in the states in which the INSURED engages in the automobile physical damage, credit life or credit accident and health business. INSURANCE AGENT does not mean an insurance broker, solicitor, or consultant.

   Automobile physical damage insurance does not include guaranteed asset protection coverage (GAP).

U. "INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

1. a lease of premises, elevator maintenance agreement or railroad sidetrack agreement. However, this does not include that part of any contract or agreement that indemnifies any person or organization for damage by fire to premises leased, rented or loaned to YOU;

2. a license agreement in connection with vehicle or pedestrian private crossings at grade or any easement agreement, except in connection with construction or demolition operations within 50 feet of a railroad;

3. an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

4. that part of any contract or agreement by YOU, YOUR partners, executive officers, stockholders, directors or employees pertaining to the rental or lease of AUTOS to them for use in YOUR GARAGE OPERATIONS. This does not apply to damage to such AUTO;

5. any written contract or agreement in which YOU agree to indemnify or hold harmless any manufacturer, distributor or importer of AUTOS or watercraft with respect to YOUR use, repair or servicing of AUTOS or watercraft;

6. that part of any other contract or agreement pertaining to the AUTO HAZARD or YOUR GARAGE OPERATIONS (including indemnification of a municipality in connection with work performed for a municipality) under which YOU assume the tort liability of another. However, this does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for INJURY arising out of:

   a. preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;
   b. giving directions or instructions or failing to give them, if that is the primary cause of the INJURY.

V. "LABOR RELATED DEFENSE" means any SUIT, not otherwise covered by INJURY Group 6, filed against YOU by or on behalf of an employee arising out of YOUR employment practices. This includes defense costs arising from:

1. the alleged violation of any of the following:

   a. Worker Adjustment and Retraining Notification Act;
   b. Federal Labor Standards Act;
   c. National Labor Relations Act.

2. errors or omissions in the selection of an employee benefit program.
3. YOUR failure to properly secure employee records resulting in IDENTITY THEFT.

LABOR RELATED DEFENSE does not mean a SUIT:

1. filed against an INSURED as a result of an OCCURRENCE;
2. as defined in DESIGNATED STATUTE DEFENSE;
3. as would be covered by a workers compensation policy or an employer's liability policy.

W. "OCCURRENCE" means:

1. with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2, an accident, including continuous or repeated exposure to conditions which result in such INJURY or COVERED POLLUTION DAMAGES neither intended nor expected from the standpoint of a reasonably prudent person;
2. with respect to INJURY Groups 3, 4, 5 and 6, acts or offenses of the INSURED which result in such INJURY;
3. with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, the last injurious act or offense committed in the last coverage part period insured by US.

All INJURY or COVERED POLLUTION DAMAGES arising out of substantially the same general conditions or cause will be considered as arising out of one OCCURRENCE.

OCCURRENCE does not mean any claim or SUIT otherwise covered under AGENT'S E&O, CUSTOMER COMPLAINT DEFENSE, DESIGNATED STATUTE DEFENSE, LABOR RELATED DEFENSE, STATUTE AND TITLE E&O or TRUTH IN LENDING/TRUTH IN LEASING E&O.

X. "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

Y. "PRODUCT" means the goods or products YOU make, sell, service, or repair in GARAGE OPERATIONS, and includes YOUR providing of or failure to provide warnings or instructions.

Z. "RETALIATION" means adverse employment actions against employees for exercising or attempting to exercise their rights under law, where RETALIATION is insurable by law.

AA. "SILICA" means:

1. any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or
2. synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica flour.

BB. "STATUTE AND TITLE E&O" means any claim or SUIT filed against YOU by or on behalf of:

1. a customer arising out of GARAGE OPERATIONS, because of an alleged violation of any federal, state or local:

   a. odometer statute;
   b. new or used auto damage or prior use disclosure statute;
   c. competitive auto parts statute;
   d. used car "Buyers Guide," including Federal Regulation 455;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

     e.   statute requiring the display of automobile window stickers listing the manufacturer's suggested retail price for the vehicle and any of its accessories, including the Monroney Act.

  2.  any person or organization who has suffered a financial loss due to the failure of YOUR employee to properly specify the name of the security interest or legal owner on auto or watercraft title papers.

     Part 2. does not apply unless such AUTO or watercraft has been sold or its title has been transferred.

STATUTE AND TITLE E&O does not mean any claim or SUIT:

  1.  filed against an INSURED as a result of an OCCURRENCE;
  2.  as defined in TRUTH IN LENDING/TRUTH IN LEASING E&O, CUSTOMER COMPLAINT DEFENSE or DESIGNATED STATUTE DEFENSE.

CC. "SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean an attorney general action. Except for INJURY Group 6, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE, SUIT does not mean administrative actions or equitable actions.

DD. "TRUTH IN LENDING/TRUTH IN LEASING E&O" means any claim or SUIT filed against YOU by or on behalf of a customer arising out of an alleged violation of a state or federal truth in lending or truth in leasing statute requiring that the precise and meaningful cost of credit information be provided to a credit customer.

TRUTH IN LENDING/TRUTH IN LEASING E&O does not mean any claim or SUIT:

  1.  filed against an INSURED as a result of an OCCURRENCE;
  2.  as defined in STATUTE AND TITLE E&O, CUSTOMER COMPLAINT DEFENSE or DESIGNATED STATUTE DEFENSE.

EE. "WORK" means work or operations YOU perform or work someone else performs for YOU, and includes materials, parts or equipment furnished with such work or operations. It also includes YOUR providing or failure to provide warnings or instructions.

FF. "WRONGFUL EMPLOYMENT PRACTICES" means any of the following occurring in the course of, or arising out of, a claimant's employment or application for employment with YOU:

  1.  the actual or alleged failure or refusal to employ or promote;
  2.  deprivation of a career opportunity;
  3.  negligent evaluation;
  4.  wrongful discipline;
  5.  reassignment or demotion;
  6.  wrongful denial of seniority;
  7.  WRONGFUL TERMINATION;
  8.  RETALIATION;
  9.  mental anguish, mental injury, fright, shock or humiliation resulting from Parts 1. through 8. above.

GG. "WRONGFUL TERMINATION" means the termination of any employment relationship in a manner which is against the law. This includes constructive termination. WRONGFUL TERMINATION does not include DAMAGES legally owed under an express or implied contract of employment or an express or implied obligation to make payments in the event of termination of employment.

## Who Is An Insured

A.  With respect to INJURY or COVERED POLLUTION DAMAGES arising out of YOUR GARAGE OPERATIONS (other than the AUTO HAZARD):

Case 4:13-cv-00068-HLM Document 20-2 Filed 01/09/13 Page 150 of 267

1. YOU;

    a.  if YOU are a sole proprietor, YOU and YOUR spouse;
    b.  if YOU are a partnership, YOUR partners and their spouses;
    c.  if YOU are a joint venture, YOUR members;
    d.  if YOU are a limited liability company, YOUR members.

2. YOUR directors, executive officers or stockholders.
3. YOUR employees while in the course and scope of their employment.
4. if YOU are a trust, YOUR trustees while acting within the scope of their duties as trustees, but only if such trustees are shown in the declarations as applicable to this coverage part.
5. the owner of tangible property that is leased or rented to YOU, subject to the terms and conditions of this coverage part, but only if:

    a.  there is no written lease or rental agreement and the owner of such property is:

        (1)  YOUR partner, director, executive officer, or stockholder;
        (2)  YOUR spouse, if YOU are a sole proprietor, or YOUR partner's spouse, if YOU are a partnership;
        (3)  the spouse of a director or executive officer, if YOU are a corporation;
        (4)  YOUR subsidiary or YOUR affiliate, provided YOU have a majority ownership interest in such subsidiary or affiliate; or
        (5)  an entity of which YOU are a subsidiary or affiliate, provided that entity has a majority ownership interest in YOU;

        and YOU have agreed to include the owner as an INSURED prior to any OCCURRENCE;

    b.  an OCCURRENCE arises out of the use of that part of such tangible property leased or rented to YOU; and
    c.  no other valid and collectible insurance applies.
    d.  In addition to other exclusions found in this coverage part, insurance afforded by this provision does not apply:

        (1)  to any structural alterations, demolition or new construction performed by or for the owner of premises or land that is leased or rented to YOU;
        (2)  when YOU cease to be a tenant of premises or land that is leased or rented to YOU; or
        (3)  when YOU cease to be a lessee of tangible personal property.

6. any person or organization with whom YOU have agreed in a written contract, written agreement or written permit that such person or organization be added to YOUR policy as an additional insured is an INSURED subject to the terms and conditions of this coverage part.

    a.  Such INSUREDS include, but are not limited to, a:

        (1)  lessor of equipment;
        (2)  lessor of land or premises;
        (3)  lessor of personal property; or
        (4)  municipality.

    b.  In addition to other exclusions found in this coverage part, insurance afforded by this provision does not apply:

        (1)  unless such contract or agreement has been executed, or such permit has been issued, prior to an OCCURRENCE;
        (2)  to an OCCURRENCE that takes place after such contract, agreement or permit expires;
        (3)  with respect to YOUR vendors;
        (4)  to any structural alterations, demolition or new construction performed by or for the owner or lessor of premises or land leased or rented to YOU; or
        (5)  to any additional insured granted coverage by an endorsement issued by US.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00689-ALM Document 20-2 Filed 09/09/19 Page 151 of 267

B. With respect to INJURY or COVERED POLLUTION DAMAGES arising out of the AUTO HAZARD:

1. YOU.
2. YOUR partners, employees, directors, stockholders, executive officers, members of their households or members of YOUR household, while using an AUTO covered by this coverage part, or when legally responsible for its use. The actual use of the AUTO must be within the scope of YOUR permission.
3. any CONTRACT DRIVER.
4. any other person or organization required by law to be an INSURED while using an AUTO covered by this coverage part within the scope of YOUR permission.

C. With respect to STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, CUSTOMER COMPLAINT DEFENSE, DESIGNATED STATUTE DEFENSE or LABOR RELATED DEFENSE:

1. YOU;

   a. if YOU are a sole proprietor, YOU and YOUR spouse;
   b. if YOU are a partnership, YOUR partners and their spouses;
   c. if YOU are a limited liability company, YOUR members.

2. YOUR directors, executive officers and stockholders, while acting within the scope of their duties as such.

D. With respect to AGENT'S E&O:

1. YOU.
2. YOUR partners, directors, executive officers and stockholders, while acting within the scope of their duties as such.
3. YOUR employees while in the course and scope of their employment.
4. if YOU are a joint venture or limited liability company, YOUR members, but only with respect to their liability as such.

## Who Is Not An Insured

A. Any partnership or joint venture unless the partnership or joint venture is shown in the declarations as a Named Insured. Part A. does not apply to any joint venture, of which YOU are a part, with respect to any coverage afforded YOU under AGENT'S E&O or INJURY Group 4.

B. With respect to the AUTO HAZARD, any INSURED (except YOU) with respect to an AUTO owned by them.

## Exclusions

This insurance does not apply to:

A. Dishonest Acts

an OCCURRENCE, SUIT or claim arising out of any dishonest, fraudulent or criminal acts committed by any INSURED.

However, with respect to INJURY Group 6., this exclusion does not apply to YOU if such act was committed by YOUR employee (other than a partner, director, or executive officer) without YOUR direction or YOUR knowledge.

Case 4:19-cv-00668-HFS   Document 20-2   Filed 04/19/13   Page 152 of 267

B. Intent to Cause Harm

any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property.

C. Employer's Liability

1. INJURY as defined in Groups 1, 2 and 3, to any:

   a. current employee of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED;
   b. former employee of the INSURED arising out of their previous employment by or on behalf of the INSURED;

   for which:

   (1) the INSURED may be held liable as an employer or in any other capacity;
   (2) the INSURED may have an obligation to indemnify or contribute with another because of such INJURY;
   (3) INJURY is sustained by any relative of the employee as a consequence of the INJURY to such employee.

2. This exclusion does not apply:

   a. under Part (1), to "domestic employees" of the INSURED not entitled to workers compensation benefits. For the purposes of this coverage part, "domestic employee" means a person engaged in household or domestic work performed principally in connection with a residence premises;
   b. under Part (2) of this exclusion, to any contract excepted in Exclusion E.;
   c. to damage to or loss of use of tangible property owned by such employee;
   d. to INJURY as defined in Group 1, Part a., to any of YOUR employees, with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU.

D. Workers Compensation and Similar Laws

any obligation for which the INSURED or the INSURED'S insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

E. Contractual

any obligation assumed under a contract or agreement. This exclusion does not apply to an INSURED CONTRACT under:

1. INJURY Groups 1, 2 and 3;
2. INJURY Groups, 4, 5 and 6 with respect to YOUR negligent acts;

but in any event for no more coverage than is afforded YOU by this coverage part.

No person or organization demanding performance of an INSURED CONTRACT has rights under this policy.

F. Warranties

an OCCURRENCE, SUIT or claim arising out of any manufacturer's warranty, extended warranty, extended service agreement or mechanical breakdown agreement.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HFS Document 30-2 Filed 04/09/18 Page 153 of 267

G. Aircraft

an OCCURRENCE, SUIT or claim arising out of:

1. the ownership, operation, maintenance, repair, use (including loading or unloading) or entrustment to others of any aircraft, or
2. the manufacture, storage, sale, handling or distribution of aircraft, aircraft engines or aircraft parts.

This exclusion applies even if:

1. the OCCURRENCE, SUIT or claim involves the entrustment to others of any aircraft that is owned by, operated by, rented to, or loaned to an INSURED; and
2. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

H. Pollution

1. INJURY arising out of the actual, alleged or threatened discharge, dispersal, release, migration, seepage or escape of POLLUTANTS:

   a. that are, or that are contained in any property that is:

      (1) being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO;
      (2) being moved from the covered AUTO to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;
      (3) being transported or towed by the covered AUTO;
      (4) otherwise in the course of transit;
      (5) being stored, disposed of, treated or processed in or upon the covered AUTO.

      Parts H.1.a.(1), (2) and (3) apply only to POLLUTANTS or POLLUTANTS contained in property being transported, towed by, handled for movement into, onto or from an AUTO by others for YOU.

   b. at or from premises, site or location owned, rented or occupied by an INSURED.

      Part H.1.b. does not apply to:

      (1) airborne paint overspray;
      (2) INJURY, as defined in Group 1, Part a., if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building or equipment that is used to heat water for personal use by the building's occupants or their guests.

   c. at or from any premises, site or location used by or for any INSURED or others for the handling, storage, disposal, processing or treatment of waste.
   d. at or from any premises, site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on an INSURED'S behalf are performing operations:

      (1) to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the POLLUTANTS; or
      (2) if the POLLUTANTS are brought on or to the premises, site or location in connection with such operations.

Case 4:19-cv-00668-HFS   Document 20-2   Filed 09/09/18   Page 154 of 267

Part H.1.d.(2) does not apply to INJURY as defined in Group 1, Part a., when such INJURY is sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by YOU or on YOUR behalf by a contractor or subcontractor.

    e.    which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any INSURED or any person or organization for whom the INSURED may be legally responsible.

2.    any loss, cost or expense arising out of any:

    a.    request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or

    b.    claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS.

Part H.2. does not apply to COVERED POLLUTION DAMAGES, or to liability for DAMAGES because of INJURY as defined in Group 1, part b., that the INSURED would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or SUIT by or on behalf of a governmental authority.

Parts H.1.a.(5), H.1.b. through H.1.e., and H.2. do not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Parts H.1.a.(1) and (2), H.1.b. through H.1.e., and H.2. do not apply to POLLUTANTS away from the premises not in or upon the covered AUTO if:

1.    the POLLUTANTS, or any property in which the POLLUTANTS are contained, are upset, overturned or damaged as a result of the maintenance or use of the covered AUTO;
2.    the discharge, dispersal, release or escape of the POLLUTANTS is caused directly by such upset, overturn or damage; and
3.    the INJURY is not otherwise excluded under Part H.1.a. of this exclusion.

Exclusion H. does not apply to INJURY as defined in Groups 1 and 2 caused by heat, smoke or fumes from a "hostile fire." A "hostile fire" means a fire that becomes uncontrollable or breaks out from where it was intended to be.

I.    Liquor Liability

an OCCURRENCE, SUIT or claim arising out of YOUR business of serving, manufacturing, distributing or selling alcoholic beverages.

J.    Certain Autos and Watercraft

INJURY or COVERED POLLUTION DAMAGES arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any:

1.    AUTO:

    a.    that is a HAULAWAY;
    b.    while operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   c.  while leased or rented by YOU to others, except to:

     (1)  YOUR partners, employees, directors, stockholders, or executive officers for use principally in YOUR garage business; or
     (2)  YOUR customers for a term of 90 days or less when it temporarily replaces the CUSTOMER'S AUTO, or when the customer is awaiting delivery of any AUTO purchased from YOU;

   d.  while being used as a taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier or for carrying property for a charge;
   e.  while being used to transport explosives, gasoline, liquefied petroleum gas or other volatile petroleum products.

Exclusions J.1.d. and J.1.e. do not apply when the excluded class or operation constitutes a minor and incidental part of GARAGE OPERATIONS.

2.  Watercraft

   a.  over 35 feet in length;
   b.  when used for non-business purposes by any INSURED, regardless of length;
   c.  when rented, leased or loaned by YOU to others;
   d.  while afloat over 50 nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia, or Canada;
   e.  while operated in, or in practice or preparation for any prearranged or organized race, rally, speed, or competitive contest or stunting activity.

Parts J.1.b. and J.2.e. do not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

3.  This exclusion applies even if:

   a.  the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any AUTO or watercraft described in Exclusion J. that is owned by, operated by, rented to, or loaned to an INSURED; and
   b.  the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

K.  Care, Custody or Control

INJURY or COVERED POLLUTION DAMAGE to:

1.  personal property, including AUTOS, owned by, rented or leased to, used by, transported by, or otherwise in the care, custody, or control of the INSURED. This does not apply, with respect to INJURY, to liability assumed by YOU under a written railroad sidetrack agreement with respect to property used by YOU or in YOUR care, custody or control.
2.  real property owned by, rented or leased to, used by, or in the care, custody or control of the INSURED, except with respect to INJURY:

   a.  to real property not owned by YOU caused by an AUTO operated by an INSURED;
   b.  to liability assumed by YOU under a written sidetrack agreement, with respect to property used by YOU or in YOUR care, custody, or control.

L.  Loss of Use of Property Not Physically Damaged

loss of use of property not physically damaged, if caused by:

1.  YOUR delay or failure in performing any agreement or contract;
2.  the failure of YOUR PRODUCT or YOUR WORK to meet the quality warranted or the level of performance represented.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

M. Product Recall

an OCCURRENCE, SUIT or claim arising out of the recall of YOUR PRODUCTS, YOUR WORK, or other property of which they form a part, due to a known or suspected defect or deficiency they contain.

N. Personal and Advertising Injury

INJURY, as defined in Groups 3 and 4:

1. if the first injurious offense was committed, or alleged to have been committed, prior to the coverage part period.
2. arising out of the infringement of patent, trade secret or other intellectual property rights, except as covered under INJURY Group 4.
3. arising out of an electronic chatroom or bulletin board YOU host, own, or over which YOU exercise control.
4. arising out of the unauthorized use of another's name or product in YOUR e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

O. Employee Benefits Liability

1. INJURY as defined in Group 5, if caused by:

   a. failure of performance by any insurer or self insurer;
   b. an INSURED'S failure to comply with any workers compensation, unemployment insurance, Social Security, disability benefits law or similar laws;
   c. failure of investments or assets to perform as represented by an INSURED;
   d. advice given by an INSURED to an employee to participate or not to participate in stock subscription plans;
   e. failure of any employee benefits program, for any reason;
   f. the investment or non-investment of funds;
   g. violation of the duties, obligations or responsibilities imposed by the Employee Retirement Income Security Act of 1974 (ERISA), its amendments, or any similar local, state or federal law.

2. remedies under the Consolidated Omnibus Budget Reconciliation Act (COBRA) except to benefits due an employee prescribed by the act.

P. Agent's Errors and Omissions

AGENT'S E&O that arises from:

1. any claim or SUIT in connection with insurance other than automobile physical damage, credit life, or credit accident and health insurance.
2. an intentional act committed by any INSURED. This exclusion does not apply to YOU, if such act or omission is committed by YOUR employee (other than a partner, executive officer, director or stockholder) and such act or omission was not committed at YOUR direction or with YOUR knowledge.
3. investment advice or professional services such as an attorney, accountant, notary, tax preparer, consultant, financial planner or real estate broker.
4. violation of the Employee Retirement Income Security Act of 1974 (ERISA), or Racketeer Influenced and Corrupt Organizations Act (RICO), including any similar federal, state or local laws.
5. any act or omission committed by or at the direction of any INSURED which is a willful violation of the terms of any contract between the INSURED and an insurance company or regulatory authority.
6. liability for fees, premiums, taxes, commissions, loss payments, escrow or brokerage fees.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/13   Page 157 of 267

Q. Radioactivity, Nuclear and War Hazards

an OCCURRENCE, SUIT or claim arising out of radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

R. Asbestos

an OCCURRENCE, SUIT or claim arising out of, or in any way related to:

1. the actual or alleged presence, dispersal or threatened dispersal of asbestos, asbestos fibers or products, or compounds containing asbestos, or any hazardous properties of asbestos.
2. any demand, requirement, order, direction, determination or request that YOU or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos.

This includes, but is not limited to:

a. any supervision, instruction, recommendation, warning or advice given, or which should have been given, in connection with the above;
b. DAMAGES, or legal obligations to reimburse another party for DAMAGES, resulting from any OCCURRENCE, SUIT or claim.

S. Violation of Communication or Information Law

INJURY arising directly or indirectly out of an actual or alleged violation of:

1. the Telephone Consumer Protection Act including any amendment of or addition to such law;
2. Controlling the Assault of Non-Solicited Pornography and Marketing Act including any amendment of or addition to such law; or
3. any other federal, state or local statute, regulation or ordinance other than Part S.1. or S.2. that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

T. Discrimination

INJURY as defined in Group 6, based upon, arising out of, or related to:

1. corporate reorganizations, lay-offs, closings or downsizing actions;
2. a lockout, strike, picket line, replacement or other similar action resulting from labor disputes or labor negotiations.

U Public Policy

an OCCURRENCE, SUIT or claim for harm to plaintiff for which the courts or legislature have determined, for public policy reasons, that an INSURED cannot be indemnified.

V. Silica

1. INJURY or COVERED POLLUTION DAMAGES arising from the actual, alleged or threatened inhalation, ingestion, absorption, existence or presence of SILICA or SILICA mixed dust, regardless of whether INJURY or COVERED POLLUTION DAMAGES are caused directly or indirectly by any of the above;
2. DAMAGES, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any manner responding to or assessing the effects of, SILICA by an INSURED or by any other person or entity.

Case 4:19-cv-00668-HSG   Document 20-2   Filed 01/19/18   Page 158 of 267

W. Identity Theft

   INJURY arising out of IDENTITY THEFT.

## *The Most We Will Pay*

Regardless of the number of INSUREDS or AUTOS insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is:

A.  Injury and Covered Pollution Damages

   1.  with respect to GARAGE OPERATIONS and AUTO HAZARD, the limit shown in the declarations for any one OCCURRENCE.

      However, with respect to the AUTO HAZARD, Parts B.3. and B.4. of the Who Is An Insured condition for:

      a.  any CONTRACT DRIVER; or
      b.  any other person or organization required by law to be an INSURED while using an AUTO covered by this coverage part within the scope of YOUR permission;

      the most WE will pay is that portion of such limits required to comply with the minimum limits provision law in the jurisdiction where the OCCURRENCE took place. When there is other insurance applicable, WE will pay only the amount required to comply with such minimum limits after such other insurance has been exhausted.

   2.  with respect to an obligation assumed under an INSURED CONTRACT or under Part A.6. of the Who Is An Insured condition, the most WE will pay is the lesser of:

      a.  YOUR obligation under such contract; or
      b.  the limit shown in the declarations.

B.  Errors and Omissions

   1.  with respect to STATUTE AND TITLE E&O, the limit per claim or SUIT shown in the declarations for the sum of all DAMAGES, settlements and defense costs. The annual aggregate limit shown in the declarations for STATUTE AND TITLE E&O is the most WE will pay for the sum of all DAMAGES, settlements and defense costs during the coverage part period.
   2.  with respect to TRUTH IN LENDING/TRUTH IN LEASING E&O, the limit per claim or SUIT shown in the declarations for the sum of all DAMAGES, settlements and defense costs. The annual aggregate limit shown in the declarations for TRUTH IN LENDING/TRUTH IN LEASING E&O is the most WE will pay for the sum of all DAMAGES, settlements and defense costs during the coverage part period.
   3.  with respect to AGENT'S E&O, the limit shown in the declarations with respect to all DAMAGES incurred on account of any negligent act, error or omission covered by this insurance.

C.  Defense Reimbursement

   1.  with respect to CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE, the limit per SUIT shown in the declarations for each coverage. The annual aggregate limit shown in the declarations for each coverage is the most WE will pay for all such defense costs during the coverage part period.
   2.  any settlement made by US under CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE or DESIGNATED STATUTE DEFENSE will be included in the limit per SUIT and the annual aggregate limit shown in the declarations.
   3.  OUR obligation to pay under CUSTOMER COMPLAINT DEFENSE will cease when the manufacturer assumes defense of such SUIT or claim made against an INSURED.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

D. Plaintiff's Costs

with respect to a plaintiff's litigation costs, fees and expenses that are awarded as part of a judgment or arbitration ruling made against OUR INSURED for a covered claim, the amount of the limit remaining after DAMAGES have been paid.

## Deductibles

A. Injury Other than Group 6

From the amounts payable for INJURY, other than Group 6, WE will deduct the amount shown in the declarations from each OCCURRENCE.

1. As shown in the declarations:

   a. Work-Products Deductible

      (1) the "Work" deductible applies to INJURY, as defined in Group 1, Part b., to AUTOS arising out of YOUR WORK.
      (2) the "Products" deductible applies to INJURY, as defined in Group 1, Part b., to YOUR PRODUCT if caused by a defect existing in YOUR PRODUCT at the time possession was relinquished to the purchaser.

   b. Injury Groups 1–4 Deductible

      when this deductible is shown in the declarations, WE will deduct that amount from all DAMAGES, including defense costs, arising from INJURY Groups 1–4.

2. Recovery amounts, including salvage, subrogation and other insurance will accrue to OUR benefit where permitted by law. WE will pay YOU any recovery amounts in excess of the amount WE have paid after application of YOUR deductible, less recovery expenses.
3. If both deductibles A.1.a. and A.1.b. are shown in the declarations, the deductibles shall apply separately.

B. Injury Group 6

From the amounts payable for DAMAGES, settlements and defense costs for INJURY Group 6, WE will deduct the percentage shown in the declarations for each SUIT or claim filed against YOU. The most WE will deduct for all DAMAGES, settlements and defense costs for each claim or SUIT is that percentage times the limit shown in the declarations.

C. Statute and Title E&O and Truth in Lending/Truth in Leasing E&O

From the amounts payable for DAMAGES, settlements and defense costs for STATUTE AND TITLE E&O or TRUTH IN LENDING/TRUTH IN LEASING E&O, WE will deduct the amount shown in the declarations for each SUIT or claim filed against YOU.

D. Agent's E&O

From the amounts payable for DAMAGES for AGENT'S E & O, WE will deduct the amount shown in the declarations from each claim.

E. Defense Reimbursement

From the amounts payable for settlements and defense costs incurred for CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE or DESIGNATED STATUTE DEFENSE, WE will deduct the amount shown in the declarations for each SUIT filed against YOU.

If, after the application of the deductible, the amounts payable exceed the limit of insurance, WE will pay you the limit shown in the declarations.

With respect to Parts A. through E. above, WE may use any part of YOUR deductible amount to effect a settlement or pay defense costs (when applicable) for any claim or SUIT. If WE use YOUR deductible amount or any part thereof to effect a settlement or pay defense costs, YOU must promptly reimburse or pay US the deductible amount when due.

## We Will Also Pay

A.  In addition to OUR limits for INJURY, COVERED POLLUTION DAMAGES and AGENT'S E&O, WE will also pay all costs and expenses in defending an INSURED.

B.  In addition to OUR limits for INJURY, COVERED POLLUTION DAMAGES, STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O and AGENT'S E&O, WE will also pay:

1.  interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.
2.  premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend, but only for bond amounts within OUR limits. Also, up to $2,000 for the cost of bail bonds required because of an OCCURRENCE, including related traffic law violations. WE do not have to furnish or secure these bonds.
3.  expenses YOU incur for first aid to anyone injured in an OCCURRENCE covered by this coverage part.
4.  up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.
5.  other reasonable expenses incurred at OUR request.

## Insured's Duties After Injury, Covered Pollution Damages, Occurrence, Claim or Suit

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. If there is an OCCURRENCE, the INSURED is sued, or a claim is made against an INSURED:

A.  YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved, injured and any witnesses;

B.  each INSURED must promptly send US all documents if they are sued or if claim is made against them. If a dispute arises as to whether an INSURED mailed, or WE received, notice of a claim or SUIT, only a certified mailing receipt will be proof of mailing;

C.  each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expense unless otherwise permitted in this coverage part;

D.  each INSURED has an obligation to notify any person or organization, including any other insurance company, which may also be liable to the INSURED for an OCCURRENCE, SUIT or claim; and

E.  YOU must not incur any expense, including pre-notice or pre-tender expense, unless permitted by US.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-HFS Document 20-2 Filed 04/19/18 Page 161 of 267

## Separation of Insureds

Except with respect to the limit of liability, and any rights or duties specifically assigned in this policy to Named Insured 01, this insurance applies:

A.  as if each INSURED were the only INSURED; and

B.  separately to each INSURED against whom claim is made or SUIT is brought.

## Limited Worldwide Liability Extension

With respect to INJURY, the Policy Territory is extended to anywhere in the world when caused by an INSURED who permanently lives in the United States of America, its possessions, or Canada, but only if:

A.  such INSURED is temporarily outside these places; or

B.  such INSURED is conducting ELECTRONIC ACTIVITIES outside these places; and

the SUIT is brought in the United States of America, its territories or possessions, or Canada.

This extension does not apply to watercraft.

## Newly Acquired Garage Operations Extension

A.  The insurance afforded by this coverage part is extended to include as a Named Insured any GARAGE OPERATION acquired or formed by YOU and in which YOU maintain ownership of or in which the majority interest is the same as YOU.

B.  This extension ends the earlier of 180 days from:

1.  the date of acquisition or formation; or
2.  the date YOU report the newly acquired or formed GARAGE OPERATION to US.

YOU must pay any additional premiums due.

C.  This extension does not apply to a GARAGE OPERATION:

1.  that is a joint venture;
2.  that is an insured under any other liability or indemnity policy;
3.  that has exhausted its limit of insurance under any other liability policy.

## Out of State Extension

While an AUTO or watercraft insured by this coverage part is away from the state where YOU conduct YOUR GARAGE OPERATIONS, WE will:

A.  increase this coverage part limit to meet those specified by any compulsory or financial responsibility law in the jurisdiction where the AUTO or watercraft is being used;

B.  provide the minimum amounts and types of other coverages, such as "No Fault," required of out-of-state AUTOS or watercraft by the jurisdiction where the AUTO or watercraft is being used.

WE will not pay anyone more than once for the same elements of INJURY because of these extensions.

Case 4:19-cv-00689-HFS   Document 20-2   Filed 01/09/13   Page 162 of 267

## *Other Insurance*

A.  The insurance afforded by this coverage part is primary, except it is excess:

    1.  for COVERED POLLUTION DAMAGES. STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE.

    2.  for AGENT'S E&O, but only for the amount OUR limit exceeds the limit stated in such other insurance.

    3.  for any person or organization under Parts B.3. and B.4 of Who Is An Insured with respect to the AUTO HAZARD.

    4.  under the AUTO HAZARD for any AUTO that is more specifically insured and:

        a.  owned by a manufacturer; or
        b.  owned by YOU and used in connection with any leasing or rental operation for an AUTO manufacturer, its subsidiaries or affiliated companies.

    5.  under the Limited Worldwide Liability Extension.

    6.  when YOU are included as an additional insured under other primary insurance providing the same coverage.

B.  When coverage provided by this coverage part and any other coverage form or policy issued by a company other than US, covers on the same basis, WE will pay only OUR share. Our share is the proportion that OUR limit of insurance bears to the total of the limits of all coverage forms and policies covering on the same basis.

C.  WE have no duty to defend any INJURY, COVERED POLLUTION DAMAGES, OCCURRENCE, SUIT, or claim that any other insurer has a duty to defend.

However, when the other insurer's duty to defend applies on the same basis as OUR duty to defend, WE shall not be liable for more than OUR equal share of the total defense cost.

If the other insurer fails to uphold its duty to defend, WE will undertake to do so, but WE will be entitled to the INSURED'S rights against the other insurer.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# GENERAL LIABILITY
## COVERAGE PART 660

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

When "All" is shown in the Locations column of the declarations, coverage will apply only to those locations at which YOU conduct business operations that are the same as those described in the declarations for this coverage part.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A.  Injury and Covered Pollution Damages

    1.  Injury

        WE will pay those sums the INSURED legally must pay as DAMAGES because of INJURY to which this insurance applies (including ELECTRONIC ACTIVITIES), caused by an OCCURRENCE arising out of the following hazards when shown in the declarations:

        a.  PREMISES HAZARD;
        b.  PRODUCTS-COMPLETED OPERATIONS HAZARD;
        c.  CONTRACTOR'S HAZARD; or
        d.  WATERCRAFT HAZARD.

    2.  Covered Pollution Damages

        WE will pay those sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES to which this insurance applies, caused by an OCCURRENCE arising out of:

        a.  the PRODUCTS-COMPLETED OPERATIONS HAZARD, when such hazard is shown in the declarations; or
        b.  the operation of covered AUTOS or MOBILE EQUIPMENT.

    3.  Defense Obligations and Rights

        a.  WE have the right and duty to defend any SUIT asking for DAMAGES or COVERED POLLUTION DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.
        b.  WE will not pay DAMAGES, COVERED POLLUTION DAMAGES or defense costs for any OCCURRENCE, claim or SUIT that is not covered by or declared for this coverage part.
        c.  If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses and costs paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

    4.  This insurance applies only if:

        a.  with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2:

            (1)  such COVERED POLLUTION DAMAGES or INJURY is caused by an OCCURRENCE that takes place within the Policy Territory;
            (2)  such COVERED POLLUTION DAMAGES or INJURY occurs during the coverage part period; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(3) prior to the effective date of this coverage Part, no INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, and no employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, knew that such COVERED POLLUTION DAMAGES or INJURY had occurred, in whole or in part.

If an INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or authorized employee knew, prior to the effective date of this coverage part, that the COVERED POLLUTION DAMAGES or INJURY had occurred, then any continuation, change or resumption of such COVERED POLLUTION DAMAGES or INJURY during or after this coverage part period will be deemed to have been known prior to this coverage part period.

b. with respect to INJURY Groups 3, 4, 5 and 6, the act or offense which results in such INJURY was committed within the Policy Territory during the coverage part period.

However, with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, this insurance applies only if the last injurious act or offense was committed within the Policy Territory during this coverage part period.

5. COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2, which occurs during this coverage period and was not, prior to the effective date of this coverage part, known to have occurred by any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or by any employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, includes any continuation, change or resumption of such COVERED POLLUTION DAMAGES or INJURY after the end of this coverage part period.

6. COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2 will be deemed to have been known to have occurred at the earliest time when any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or any employee authorized by YOU to give or receive notice of an OCCURRENCE, claim or SUIT:

a. reports all or any part of such COVERED POLLUTION DAMAGES or INJURY to US or to any other insurer;
b. receives a written or verbal demand or claim for DAMAGES because of such COVERED POLLUTION DAMAGES or INJURY; or
c. becomes aware by any other means that such COVERED POLLUTION DAMAGES or INJURY has occurred or has begun to occur.

B. Defense Reimbursement

1. WE will reimburse reasonable defense costs incurred by YOU because of CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, OR DESIGNATED STATUTE DEFENSE, when such insurance is shown in the declarations.
2. This insurance applies only if a SUIT is filed against an INSURED within the Policy Territory during the coverage part period, arising out of CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, or DESIGNATED STATUTE DEFENSE.
3. WE have the right but not the duty to settle any SUIT. If WE settle a SUIT the settlement will be at OUR expense except for the applicable deductible. Otherwise, all court costs, settlements and DAMAGES assessed against YOU will be at YOUR expense. WE will not reimburse defense costs for any SUIT that is not covered or declared for this coverage part.
4. If WE reimburse defense costs under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

## *Definitions*

When used in this coverage part:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

A. "ADMINISTRATION" means:

   1. interpreting for or giving counsel to employees;
   2. handling records; and
   3. effecting enrollment, termination or cancellation of employees;

   all under YOUR employee benefits programs when such acts are authorized by YOU.

   ADMINISTRATION does not mean YOUR selection of an employee benefits program.

B. "AUTO" means:

   1. a land motor vehicle, trailer or semi-trailer, designed for travel on public roads and includes its permanently attached equipment;
   2. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   AUTO does not include MOBILE EQUIPMENT.

C. "CONTRACTOR'S HAZARD" means construction operations performed for YOU by any contractor at YOUR premises. It also means YOUR acts or omissions in the general supervision of those operations.

D. "COVERED POLLUTION DAMAGES":

   1. means any cost or expense not otherwise excluded arising out of:

      a. any request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
      b. any claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS; and

   2. occur away from premises owned, rented, leased or operated by YOU, arising from:

      a. YOUR PRODUCT or WORK;
      b. POLLUTANTS while being transported on a covered AUTO or MOBILE EQUIPMENT by YOU;
      c. fuels or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or resulting from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or MOBILE EQUIPMENT or its parts, if the POLLUTANTS escape, seep, migrate, or are discharged, dispersed or released directly from an AUTO or MOBILE EQUIPMENT part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS;
      d. POLLUTANTS, not in or upon a covered AUTO or MOBILE EQUIPMENT, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO or MOBILE EQUIPMENT and the discharge, dispersal, seepage, migration, release or escape of the POLLUTANTS is the direct result of such upset, overturn or damage.

E. "CUSTOMER COMPLAINT DEFENSE" means any SUIT filed against YOU by or on behalf of a wholesale or retail customer arising out of:

   1. YOUR sale, lease, rental, service or repair of YOUR PRODUCT;
   2. the promotion of YOUR PRODUCTS or WORK;
   3. YOUR failure to properly secure customer records resulting in IDENTITY THEFT.

   CUSTOMER COMPLAINT DEFENSE does not mean any SUIT:

   1. filed against an INSURED as a result of an OCCURRENCE;
   2. as defined in DESIGNATED STATUTE DEFENSE.

F. "DAMAGES" means:

1. amounts awardable by a court of law (including punitive damages where insurable by law);
2. with respect to INJURY Group 6, DAMAGES also means amounts awardable by administrative agencies, back pay awards, front pay awards, and compensatory damages;
3. with respect to liability assumed in an INSURED CONTRACT, DAMAGES also means reasonable attorney fees and necessary litigation expense incurred by or for a party other than the INSURED. WE will pay such DAMAGES, provided that:

   a. the following has been assumed in the same INSURED CONTRACT:

      (1) liability to such party for that party's defense; or
      (2) liability for the cost of that party's defense; and

   b. such attorney fees and litigation expenses are for the defense of that party against a civil or alternative dispute resolution proceeding in which DAMAGES to which this insurance applies are alleged.

4. DAMAGES does not mean:

   a. civil penalties, fines, or assessments;
   b. other statutory awards in excess of compensation, except where insurable by law;
   c. equitable remedies, except those equitable remedies listed under Part F.2. above;
   d. with respect to INJURY Group 6:

      (1) severance pay or DAMAGES under an express or implied contract of employment; or
      (2) an express or implied obligation to make payments in the event of the termination of employment.

G. "DESIGNATED STATUTE DEFENSE" means any SUIT filed against YOU arising out of or related to the alleged violation of the following statutes, acts or laws:

1. statutes governed, enforced or regulated by the Office of Foreign Assets Control;
2. Controlling the Assault of Non-Solicited Pornography and Marketing Act;
3. Telephone Consumer Protection Act;
4. Gramm-Leach-Bliley Act;
5. Fair Credit Reporting Act;
6. Equal Credit Opportunity Act;
7. Federal Patent Infringement Law (Title 35 U.S.C. § 271);
8. Drivers Privacy Protection Act (18 U.S.C. § 2721 - 2725);
9. any other federal, state or local statute, act or law named in the declarations as applicable to DESIGNATED STATUTE DEFENSE.

DESIGNATED STATUTE DEFENSE does not mean any SUIT:

1. filed against an INSURED as a result of an OCCURRENCE;
2. as defined in CUSTOMER COMPLAINT DEFENSE or LABOR RELATED DEFENSE.

H. "DISCRIMINATION" means violation of a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic of a protected class established by any statute, law, rule or regulation. This includes reverse DISCRIMINATION and HARASSMENT. As used in this definition, "person" includes YOUR employees, customers, clients, independent contractors, volunteers and any other persons with whom YOU have a business relationship. DISCRIMINATION also includes mental anguish, mental injury, fright, shock or humiliation resulting from such violation.

I. "ELECTRONIC ACTIVITIES" means the use of a computer, computer network, internet, intranet, electronic mail, telephone, facsimile machine, or any other electronic communication or transmission device in conducting YOUR business operations.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

J.  "ELECTRONIC DATA" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

K.  "HARASSMENT" means any unwelcome remarks, behaviors or communications that are of a sexual nature or that are based on race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic. This includes actions that cause offense or humiliation to any person or group of persons and are made a condition of employment or any other business relationship.

L.  "IDENTITY THEFT" means the misappropriation by a person other than by YOUR employee, of a person or entity's identifying information, such as their name, address, credit card or social security number.

M.  "INCIDENTAL MEDICAL MALPRACTICE" means:

1.  providing or failing to provide any medical or related professional health care services;
2.  furnishing food or drink connected with any medical or other professional health care services; or
3.  furnishing or dispensing drugs or medical, dental or surgical supplies or appliances;

when these services are performed by an INSURED who is not in the business or occupation of providing any of these services.

N.  "INJURY" means, with respect to:

1.  Group 1

    a.  bodily injury, sickness, disease or disability (including death resulting from any of these). This includes INJURY resulting from INCIDENTAL MEDICAL MALPRACTICE;
    b.  damage to, or loss of use of, tangible property. For purposes of this insurance, ELECTRONIC DATA is not tangible property.

2.  Group 2

    mental anguish, mental injury, fright, shock, or humiliation except when arising from DISCRIMINATION.

3.  Group 3

    a.  false arrest or imprisonment;
    b.  malicious prosecution;
    c.  abuse of process;
    d.  wrongful detention;
    e.  wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
    f.  wrongful repossession of an AUTO;
    g.  disparagement of goods or services;
    h.  libel or slander;
    i.  defamation of character;
    j.  private nuisance (except pollution);
    k.  common law claims for invasion of the right of privacy.

4.  Group 4

    a.  plagiarism, misappropriation of advertising ideas or style;
    b.  infringement of copyright, title, slogan, trademark, service mark or trade dress in YOUR advertising.

5. Group 5

   any error or omission in the ADMINISTRATION of YOUR profit sharing, pension or employee stock subscription plan, YOUR group life, group hospitalization or major medical plan, group accident and health, workers compensation, unemployment, Social Security, disability benefits insurance, dental plan, thrift plan, 401K or any other similar savings plan, vision plan, benefits due an employee prescribed by the Consolidated Omnibus Budget Reconciliation Act (COBRA), or other similar employee benefit plans.

6. Group 6

   a. DISCRIMINATION;
   b. WRONGFUL EMPLOYMENT PRACTICES.

O. "INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

   1. a lease of premises, elevator maintenance agreement or railroad sidetrack agreement. However, this does not include that part of any contract or agreement that indemnifies any person or organization for damage by fire to premises leased, rented or loaned to YOU;
   2. a license agreement in connection with vehicle or pedestrian private crossings at grade or any easement agreement, except in connection with construction or demolition operations within 50 feet of a railroad;
   3. an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
   4. that part of any other contract or agreement pertaining to YOUR business (including indemnification of a municipality in connection with work performed for a municipality) under which YOU assume the tort liability of another. However, this does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for INJURY arising out of:

      a. preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;
      b. giving directions or instructions or failing to give them, if that is the primary cause of the INJURY.

P. "LABOR RELATED DEFENSE" means any SUIT, not otherwise covered by INJURY Group 6, filed against YOU by or on behalf of an employee arising out of YOUR employment practices. This includes defense costs arising from:

   1. the alleged violation of any of the following:

      a. Worker Adjustment and Retraining Notification Act;
      b. Federal Labor Standards Act; ;
      c. National Labor Relations Act.

   2. errors or omissions in the selection of an employee benefit program.
   3. YOUR failure to properly secure employee records resulting in IDENTITY THEFT.

   LABOR RELATED DEFENSE does not mean a SUIT:

   1. filed against an INSURED as a result of an OCCURRENCE;
   2. as defined in DESIGNATED STATUTE DEFENSE;
   3. as would be covered by a workers compensation policy or an employer's liability policy.

Q. "MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction or repair

Case 4:19-cv-00668-HFS Document 20-2 Filed 01/09/13 Page 169 of 267

equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers or vehicles used to provide mobility for any of these when permanently attached to the equipment.

However, MOBILE EQUIPMENT does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered AUTOS.

R.  "OCCURRENCE" means:

1.  with respect to COVERED POLLUTION DAMAGES, and INJURY Groups 1 and 2, an accident, including continuous or repeated exposure to conditions which result in such INJURY or COVERED POLLUTION DAMAGES neither intended nor expected from the standpoint of a reasonably prudent person;
2.  with respect to INJURY Groups 3, 4, 5 and 6, acts or offenses of the INSURED which result in such INJURY;
3.  with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, the last injurious act or offense committed in the last coverage part period insured by US.

All INJURY or COVERED POLLUTION DAMAGES arising out of substantially the same general conditions or cause will be considered as arising out of one OCCURRENCE.

OCCURRENCE does not mean any claim or SUIT otherwise covered under CUSTOMER COMPLAINT DEFENSE, DESIGNATED STATUTE DEFENSE or LABOR RELATED DEFENSE.

S.  "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

T.  "PREMISES HAZARD" means the ownership, maintenance or use of the premises scheduled in the declarations and all operations necessary or incidental thereto, except the PRODUCTS-COMPLETED OPERATIONS HAZARD.

U.  "PRODUCT" means the goods or products, other than real property, YOU make, sell, service or repair, or those goods or products made or sold by others trading under YOUR name. It includes any container (other than a vehicle) for the goods or products, but does not include a vending machine or any property (other than a container) rented or located for the use of others but not sold.

V.  "PRODUCTS-COMPLETED OPERATIONS HAZARD" means INJURY as defined in Groups 1 and 2, occurring away from the premises YOU own or rent and resulting from YOUR WORK or YOUR PRODUCT. It includes representations or warranties made with respect to fitness, durability, performance or use of YOUR WORK or YOUR PRODUCT, and the providing or failure to provide warnings or instructions for YOUR WORK or YOUR PRODUCT. This does not apply if:

1.  the PRODUCT is still in YOUR physical possession;
2.  the WORK has not been completed or abandoned.

YOUR WORK will be deemed completed at the earliest of the following:

1.  when YOU have completely fulfilled a contract specifying the WORK;
2.  when all WORK to be performed by YOU at a specific site has been completed;
3.  when the portion of the WORK out of which the INJURY arises has been put to its intended use by any one other than a contractor or subcontractor working on the same project.

WORK requiring service, maintenance, or corrective work, repair or replacement because of a defect, but which is otherwise completed is deemed completed.

COMPLETED OPERATIONS does not include INJURY caused by:

1. the transportation of property, unless caused by the loading or unloading of a vehicle;
2. the existence of tools, uninstalled equipment or abandoned or unused materials.

W. "RETALIATION" means adverse employment actions against employees for exercising or attempting to exercise their rights under law, where RETALIATION is insurable by law.

X. "SILICA" means:

1. any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or
2. synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica flour.

Y. "SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean an attorney general action. Except for INJURY Group 6, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE, SUIT does not mean administrative actions or equitable actions.

Z. "WATERCRAFT HAZARD" means the ownership, maintenance or use of the watercraft scheduled in the declarations, or its replacement, if reported to US during the coverage part period.

AA. "WORK" means work or operations YOU perform or work someone else performs for YOU, and includes materials, parts or equipment furnished with such work or operations.

BB. "WRONGFUL EMPLOYMENT PRACTICES" means any of the following occurring in the course of, or arising out of, a claimant's employment or application for employment with YOU:

1. the actual or alleged failure or refusal to employ or promote;
2. deprivation of a career opportunity;
3. negligent evaluation;
4. wrongful discipline;
5. reassignment or demotion;
6. wrongful denial of seniority;
7. WRONGFUL TERMINATION;
8. RETALIATION;
9. mental anguish, mental injury, fright, shock or humiliation resulting from Parts 1. through 8. above.

CC. "WRONGFUL TERMINATION" means the termination of any employment relationship in a manner which is against the law. This includes constructive termination. WRONGFUL TERMINATION does not include DAMAGES legally owed under an express or implied contract of employment or an express or implied obligation to make payments in the event of termination of employment.

## Who Is An Insured

A. With respect to INJURY or COVERED POLLUTION DAMAGES arising out of YOUR business operations:

1. YOU;

   a. if YOU are a sole proprietor, YOU and YOUR spouse;
   b. if YOU are a partnership, YOUR partners and their spouses;
   c. if YOU are a joint venture, YOUR members;
   d. if YOU are a limited liability company, YOUR members.

2. YOUR directors, executive officers or stockholders.

3.  YOUR employees while in the course and scope of their employment.

4.  if YOU are a trust, YOUR trustees while acting within the scope of their duties as trustees, but only if such trustees are shown in the declarations as applicable to this coverage part.

5.  with respect to watercraft, any person or organization legally responsible for the use of the described watercraft within the scope of YOUR permission.

6.  with respect to MOBILE EQUIPMENT, any person (including any person or organization responsible for their conduct) while driving it on a public road with YOUR permission.

7.  the owner of tangible property that is leased or rented to YOU, subject to the terms and conditions of this coverage part, but only if:

    a.  there is no written lease or rental agreement and the owner of such property is:

        (1) YOUR partner, director, executive officer, or stockholder;
        (2) YOUR spouse, if YOU are a sole proprietor, or YOUR partner's spouse, if YOU are a partnership;
        (3) the spouse of a director or executive officer, if YOU are a corporation;
        (4) YOUR subsidiary or YOUR affiliate, provided YOU have a majority ownership interest in such subsidiary or affiliate; or
        (5) an entity of which YOU are a subsidiary or affiliate, provided that entity has a majority ownership interest in YOU;

        and YOU have agreed to include the owner as an INSURED prior to any OCCURRENCE;

    b.  an OCCURRENCE arises out of the use of that part of such tangible property leased or rented to YOU; and
    c.  no other valid and collectible insurance applies.
    d.  In addition to other exclusions found in this coverage part, insurance afforded by this provision does not apply:

        (1) to any structural alterations, demolition or new construction performed by or for the owner of premises or land that is leased or rented to YOU;
        (2) when YOU cease to be a tenant of premises or land that is leased or rented to YOU; or
        (3) when YOU cease to be a lessee of tangible personal property.

8.  any person or organization with whom YOU have agreed in a written contract, written agreement or written permit that such person or organization be added to YOUR policy as an additional insured is an INSURED subject to the terms and conditions of this coverage part.

    a.  Such INSUREDS include, but are not limited to, a:

        (1) lessor of equipment;
        (2) lessor of land or premises;
        (3) lessor of personal property; or
        (4) municipality.

    b.  In addition to other exclusions found in this coverage part, insurance afforded by this provision does not apply:

        (1) unless such contract or agreement has been executed, or such permit has been issued, prior to an OCCURRENCE;
        (2) to an OCCURRENCE that takes place after such contract, agreement or permit expires;
        (3) with respect to YOUR vendors;
        (4) to any structural alterations, demolition or new construction performed by or for the owner or lessor of premises or land leased or rented to YOU; or
        (5) to any additional insured granted coverage by an endorsement issued by US.

Case 4:13-cv-00068-HLM   Document 20-2   Filed 04/09/13   Page 172 of 267

B. With respect to CUSTOMER COMPLAINT DEFENSE, DESIGNATED STATUTE DEFENSE or LABOR RELATED DEFENSE:

    1. YOU;

        a. if YOU are a sole proprietor, YOU and YOUR spouse;
        b. if YOU are a partnership, YOUR partners and their spouses;
        c. if YOU are a limited liability company, YOUR members.

    2. YOUR directors, executive officers or stockholders, while acting within the scope of their duties as such.

## Who Is Not An Insured

Any partnership or joint venture, unless the partnership or joint venture is shown in the declarations as a Named Insured. This does not apply to any joint venture, of which YOU are a part, with respect to any coverage afforded to YOU under Group 4 of the definition of INJURY.

## Exclusions

This insurance does not apply to:

A. Dishonest Acts

    an OCCURRENCE, SUIT or claim arising out of any dishonest, fraudulent or criminal acts committed by any INSURED.

    However, with respect to INJURY Group 6., this exclusion does not apply to YOU if such act was committed by YOUR employee (other than a partner, director, or executive officer) without YOUR direction or YOUR knowledge.

B. Intent to Cause Harm

    any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property.

C. Employer's Liability

    1. INJURY as defined in Groups 1, 2 and 3, to any:

        a. current employee of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED;
        b. former employee of the INSURED arising out of their previous employment by or on behalf of the INSURED;

    for which:

        (1) the INSURED may be held liable as an employer or in any other capacity;
        (2) the INSURED may have an obligation to indemnify or contribute with another because of such INJURY;
        (3) INJURY is sustained by any relative of the employee as a consequence of the INJURY to such employee.

    2. This exclusion does not apply:

        a. under Part (1), to "domestic employees" of the INSURED not entitled to workers compensation benefits. For the purposes of this coverage part, "domestic employee" means

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

a person engaged in household or domestic work performed principally in connection with a residence premises;

   b.  under Part (2) of this exclusion, to any contract excepted in Exclusion E.;
   c.  to damage to or loss of use of tangible property owned by such employee;
   d.  to INJURY as defined in Group 1, Part a., to any of YOUR employees, with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU.

D.  Workers Compensation and Similar Laws

any obligation for which the INSURED or the INSURED'S insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

E.  Contractual

any obligation assumed under a contract or agreement. This exclusion does not apply to an INSURED CONTRACT under:

   1.  INJURY Groups 1, 2 and 3;
   2.  INJURY Groups, 4, 5 and 6 with respect to YOUR negligent acts;

but in any event for no more coverage than is afforded to YOU by this coverage part.

No person or organization demanding performance of an INSURED CONTRACT has rights under this policy.

F.  Warranties

an OCCURRENCE, SUIT or claim arising out of any manufacturer's warranty, extended warranty, extended service agreement or mechanical breakdown agreement.

G.  Aircraft

an OCCURRENCE, SUIT or claim arising out of:

   1.  the ownership, operation, maintenance, repair, use (including loading or unloading) or entrustment to others of any aircraft; or
   2.  the manufacture, storage, sale, handling or distribution of aircraft, aircraft engines or aircraft parts.

This exclusion applies even if:

   1.  the OCCURRENCE, SUIT or claim involves the entrustment to others of any aircraft that is owned by, operated by, rented to, or loaned to an INSURED; and
   2.  the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

H.  Pollution

   1.  INJURY arising out of the actual, alleged or threatened discharge, dispersal, release, migration, seepage or escape of POLLUTANTS:

      a.  that are, or that are contained in any property that is:

         (1)  being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO or MOBILE EQUIPMENT;
         (2)  being moved from the covered AUTO or MOBILE EQUIPMENT to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(3) being transported or towed by the covered AUTO or MOBILE EQUIPMENT;
(4) otherwise in the course of transit;
(5) being stored, disposed of, treated or processed in or upon the covered AUTO or MOBILE EQUIPMENT.

Parts H.1.a.(1), (2) and (3) do not apply to POLLUTANTS or POLLUTANTS contained in property being transported, towed by, handled for movement into, onto or from an AUTO or MOBILE EQUIPMENT by YOU.

b.   at or from premises, site or location owned, rented or occupied by an INSURED.

Part H.1.b. does not apply to:

(1) airborne paint overspray;
(2) INJURY, as defined in Group 1, Part a., if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building or equipment that is used to heat water for personal use by the building's occupants or their guests.

c.   at or from any premises, site or location used by or for any INSURED or others for the handling, storage, disposal, processing or treatment of waste.
d.   at or from any premises, site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on an INSURED'S behalf are performing operations:

(1) to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the POLLUTANTS; or
(2) if the POLLUTANTS are brought on or to the premises, site or location in connection with such operations.

Part H.1.d.(2) does not apply to INJURY as defined in Group 1, Part a., when such INJURY is sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by YOU or on YOUR behalf by a contractor or subcontractor.

e.   which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any INSURED or any person or organization for whom the INSURED may be legally responsible.

2.   any loss, cost or expense arising out of any:

a.   request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
b.   claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS.

Part H.2. does not apply to COVERED POLLUTION DAMAGES, or to liability for DAMAGES because of INJURY as defined in Group 1, part b., that the INSURED would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or SUIT by or on behalf of a governmental authority.

Parts H.1.a.(5), H.1.b. through H.1.e., and H.2. do not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for, or result from, the normal electrical, hydraulic or mechanical functioning of the covered AUTO or MOBILE EQUIPMENT or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO or MOBILE EQUIPMENT part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-JFS Document 20-2 Filed 09/09/19 Page 175 of 267

Parts H.1.a.(1) and (2), H.1.b. through H.1.e., and H.2. do not apply to POLLUTANTS away from the premises not in or upon the covered AUTO or MOBILE EQUIPMENT if:

1. the POLLUTANTS. or any property in which the POLLUTANTS are contained, are upset, overturned or damaged as a result of the maintenance or use of the covered AUTO or MOBILE EQUIPMENT;
2. the discharge, dispersal, release or escape of the POLLUTANTS is caused directly by such upset, overturn or damage; and
3. the INJURY is not otherwise excluded under Part H.1.a. of this exclusion.

Exclusion H. does not apply to INJURY as defined in Groups 1 and 2 caused by heat, smoke or fumes from a "hostile fire." A "hostile fire" means a fire that becomes uncontrollable or breaks out from where it was intended to be.

I.  Liquor Liability

an OCCURRENCE, SUIT or claim arising out of YOUR business of serving, manufacturing, distributing or selling alcoholic beverages.

J.  Certain Autos, Mobile Equipment and Watercraft

INJURY or COVERED POLLUTION DAMAGES arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any:

1.  AUTO;

    This exclusion does not apply to YOUR parking of an AUTO not owned, rented, leased or loaned to any INSURED, on, or on the ways next to, the premises scheduled in the declarations.

2.  MOBILE EQUIPMENT, while:

    a.  rented, leased or loaned by YOU to others;
    b.  being operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity; or to any snowmobile or trailer designed for use with it.

3.  watercraft, while:

    a.  rented, leased or loaned to others by YOU;
    b.  carrying any passenger for a consideration;
    c.  afloat over 50 nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia or Canada;
    d.  operated in, or in preparation for, any prearranged or organized race, rally, speed or competitive contest or stunting activity.

Part J.3. does not apply to any watercraft while ashore on any premises insured under the PREMISES HAZARD.

Parts J.2.b. and J.3.d. do not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

4.  This exclusion applies even if:

    a.  the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any MOBILE EQUIPMENT, AUTO or watercraft described in Exclusion J. that is owned by, operated by, rented to, or loaned to an INSURED; and
    b.  the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

K. Care, Custody or Control

INJURY or COVERED POLLUTION DAMAGE to personal property owned by, rented or leased to, used by, transported by, or otherwise in the care, custody or control of the INSURED.

This exclusion does not apply to liability assumed by YOU under a written sidetrack agreement with respect to property used by YOU or in YOUR care, custody, or control.

L. Loss Of Use Of Property Not Physically Damaged

loss of use of property not physically damaged, if caused by:

1. YOUR delay or failure in performing any agreement or contract;
2. the failure of YOUR PRODUCT or YOUR WORK to meet the quality warranted or the level of performance represented.

M. Product Recall

any OCCURRENCE, SUIT or claim arising out of the recall of YOUR PRODUCTS, YOUR WORK, or other property of which they form a part, due to a known or suspected defect or deficiency they contain.

N. Personal and Advertising Injury

INJURY, as defined in Groups 3 and 4:

1. if the first injurious offense was committed, or alleged to have been committed, prior to the coverage part period.
2. arising out of the infringement of patent, trade secret or other intellectual property rights, except as covered under INJURY Group 4.
3. arising out of an electronic chatroom or bulletin board YOU host, own, or over which YOU exercise control.
4. arising out of the unauthorized use of another's name or product in YOUR e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

O. Employee Benefits Liability

1. INJURY as defined in Group 5, if caused by:

   a. failure of performance by any insurer or self insurer;
   b. an INSURED'S failure to comply with any workers compensation, unemployment insurance, Social Security, disability benefits law or similar laws;
   c. failure of investments or assets to perform as represented by an INSURED;
   d. advice given by an INSURED to an employee to participate or not to participate in stock subscription plans;
   e. failure of any employee benefits program, for any reason;
   f. the investment or non-investment of funds;
   g. violation of the duties, obligations or responsibilities imposed by the Employee Retirement Income Security Act of 1974 (ERISA), its amendments, or any similar local, state or federal law.

2. remedies under the Consolidated Omnibus Budget Reconciliation Act (COBRA) except to benefits due an employee prescribed by the act.

P. Insurance Agent, Broker or Consultant Activities

an OCCURRENCE, SUIT or claim arising out of an INSURED'S activities as an insurance agent, broker or consultant.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-HFS Document 20-2 Filed 01/09/13 Page 177 of 267

Q. Radioactivity, Nuclear and War Hazards

an OCCURRENCE, SUIT or claim arising out of radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

R. Asbestos

an OCCURRENCE, SUIT or claim arising out of, or in any way related to:

1. the actual or alleged presence, dispersal or threatened dispersal of asbestos, asbestos fibers or products, or compounds containing asbestos, or any hazardous properties of asbestos;
2. any demand, requirement, order, direction, determination or request that YOU or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos.

This includes, but is not limited to:

   a. any supervision, instruction, recommendation, warning or advice given, or which should have been given, in connection with the above;
   b. DAMAGES, or legal obligations to reimburse another party for DAMAGES, resulting from any OCCURRENCE, SUIT or claim.

S. Violation of Communication or Information Law

INJURY arising directly or indirectly out of an actual or alleged violation of:

1. the Telephone Consumer Protection Act including any amendment of or addition to such law;
2. Controlling the Assault of Non-Solicited Pornography and Marketing Act including any amendment of or addition to such law; or
3. any other federal, state or local statute, regulation or ordinance other than Part S.1. or S.2. that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

T. Discrimination

INJURY as defined in Group 6, based upon, arising out of, or related to:

1. corporate reorganizations, lay-offs, closings or downsizing actions;
2. a lockout, strike, picket line, replacement or other similar action resulting from labor disputes or labor negotiations.

U. Public Policy

an OCCURRENCE, SUIT or claim for harm to plaintiff for which the courts or legislature have determined, for public policy reasons, that an INSURED cannot be indemnified.

V. Silica

1. INJURY or COVERED POLLUTION DAMAGES arising from the actual, alleged or threatened inhalation, ingestion, absorption, existence or presence of SILICA or SILICA mixed dust, regardless of whether INJURY or COVERED POLLUTION DAMAGES are caused directly or indirectly by any of the above;
2. DAMAGES, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any manner responding to or assessing the effects of, SILICA by an INSURED or by any other person or entity.

Case 4:13-cv-00068-HTS   Document 20-2   Filed 04/19/13   Page 178 of 267

W. Transfer of Ownership or Possession

INJURY or COVERED POLLUTION DAMAGES to premises after YOU transfer ownership or possession to another, if INJURY or COVERED POLLUTION DAMAGE is caused prior to the transfer.

X. Transportation of Mobile Equipment

an OCCURRENCE, SUIT or claim arising out of the transportation of MOBILE EQUIPMENT by an AUTO owned, operated, rented, leased or borrowed by YOU.

Y. Identity Theft

INJURY arising out of IDENTITY THEFT.

## *The Most We Will Pay*

Regardless of the number of INSUREDS insured by this coverage part, premiums charged, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is:

A. Injury and Covered Pollution Damages

    1. the limit shown in the declarations for any one OCCURRENCE.
    2. with respect to an obligation assumed under an INSURED CONTRACT or under Part A.8. of the Who Is An Insured condition, the most WE will pay is the lesser of:

        a. YOUR obligation under such contract; or
        b. the limit shown in the declarations.

B. Defense Reimbursement

    1. with respect to CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE, the limit per SUIT shown in the declarations for each coverage. The annual aggregate limit shown in the declarations for each coverage is the most WE will pay for all such defense costs during the coverage part period.
    2. any settlement made by US under CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE or DESIGNATED STATUTE DEFENSE will be included in the limit per SUIT and the annual aggregate limit shown in the declarations.
    3. OUR obligation to pay under CUSTOMER COMPLAINT DEFENSE will cease when the manufacturer assumes defense of such SUIT or claim made against an INSURED.

C. Plaintiff's Costs

with respect to a plaintiff's litigation costs, fees and expenses that are awarded as part of a judgment or arbitration ruling made against OUR INSURED for a covered claim, the amount of the limit remaining after DAMAGES have been paid.

## *Deductibles*

A. Injury Other than Group 6

From the amounts payable for INJURY, other than Group 6, WE will deduct the amount shown in the declarations from each OCCURRENCE.

    1. As shown in the declarations:

        a. Work-Products Deductible

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00695-JFH Document 20-2 Filed 04/09/21 Page 179 of 267

(1) the "Work" deductible applies to INJURY, as defined in Group 1, Part b., to property arising out of YOUR WORK.

(2) the "Products" deductible applies to INJURY, as defined in Group 1, Part b., to YOUR PRODUCT if caused by a defect existing in YOUR PRODUCT at the time possession was relinquished to the purchaser.

b. Injury Groups 1–4 Deductible

when this deductible is shown in the declarations, WE will deduct that amount from all DAMAGES, including defense costs, arising from INJURY Groups 1–4.

2. Recovery amounts, including salvage, subrogation and other insurance will accrue to OUR benefit where permitted by law. WE will pay YOU any recovery amounts in excess of the amount WE have paid after application of YOUR deductible, less recovery expenses.

3. If both deductibles A.1.a. and A.1.b. are shown in the declarations, the deductibles shall apply separately.

B. Injury Group 6

From the amounts payable for DAMAGES, settlements and defense costs for INJURY Group 6, WE will deduct the percentage shown in the declarations for each SUIT or claim filed against YOU. The most WE will deduct for all DAMAGES, settlements and defense costs for each claim or SUIT is that percentage times the limit shown in the declarations.

C. Defense Reimbursement

From the amounts payable for settlements and defense costs incurred for CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE, WE will deduct the amount shown in the declarations for each SUIT filed against YOU.

If, after the application of the deductible, the amounts payable exceed the limit of insurance, WE will pay you the limit shown in the declarations.

With respect to Parts A. through C. above, WE may use any part of YOUR deductible amount to effect a settlement or pay defense costs (when applicable) for any claim or SUIT. If WE use YOUR deductible amount or any part thereof to effect a settlement or pay defense costs, YOU must promptly reimburse or pay US the deductible amount when due.

## *We Will Also Pay*

In addition to OUR limits for INJURY and COVERED POLLUTION DAMAGES, WE will also pay:

A. all costs and expenses in defending an INSURED.

B. interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.

C. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend, but only for bond amounts within OUR limits. Also, up to $2,000 for the cost of bail bonds required because of an OCCURRENCE, including related traffic law violations. WE do not have to furnish or secure these bonds.

D. expenses YOU incur for first aid to anyone injured in an OCCURRENCE covered by this coverage part.

E. up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.

F. other reasonable expenses incurred at OUR request.

Case 4:13-cv-00069-HLM Document 20-2 Filed 04/04/13 Page 180 of 267

## Insured's Duties After Injury, Covered Pollution Damages, Occurrence, Claim or Suit

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. If there is an OCCURRENCE, the INSURED is sued, or a claim is made against an INSURED:

A.  YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved, injured and any witnesses;

B.  each INSURED must promptly send US all documents if they are sued or if claim is made against them. If a dispute arises as to whether an INSURED mailed, or WE received, notice of a claim or SUIT, only a certified mailing receipt will be proof of mailing;

C.  each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expense unless otherwise permitted in this coverage part;

D.  each INSURED has an obligation to notify any person or organization, including any other insurance company, which may also be liable to the INSURED for an OCCURRENCE, SUIT or claim; and

E.  YOU must not incur any expense, including pre-notice or pre-tender expense, unless permitted by US.

## Separation of Insureds

Except with respect to the limit of liability, and any rights or duties specifically assigned in this policy to Named Insured 01, this insurance applies:

A.  as if each INSURED were the only INSURED; and

B.  separately to each INSURED against whom claim is made or SUIT is brought.

## Limited Worldwide Liability Extension

With respect to INJURY, the Policy Territory is extended to anywhere in the world when caused by an INSURED who permanently lives in the United States of America, its possessions, or Canada, but only if:

A.  such INSURED is temporarily outside these places; or

B.  such INSURED is conducting ELECTRONIC ACTIVITIES outside these places; and

the SUIT is brought in the United States of America, its territories or possessions, or Canada.

This extension does not apply to watercraft.

## Newly Acquired Organizations Extension

A.  The insurance afforded by this coverage part is extended to include as a Named Insured any organization acquired or formed by YOU and in which YOU maintain ownership of or in which the majority interest is the same as YOU.

B.  This extension ends the earlier of 180 days from:

   1.  the date of acquisition or formation; or

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HSG   Document 30-2   Filed 01/04/23   Page 181 of 267

2. the date YOU report the newly acquired or formed organization to US.

YOU must pay any additional premiums due.

C. This extension does not apply to any organization:

1. that is a joint venture;
2. that is an insured under any other liability or indemnity policy;
3. that has exhausted its limit of insurance under any other liability policy;
4. which is in a different business than YOU.

## *Out of State Extension*

While a watercraft insured by this coverage part is away from the state where YOU conduct YOUR business operations, WE will:

A. increase this coverage part limit to meet those specified by any compulsory or financial responsibility law in the jurisdiction where the watercraft is being used;

B. provide the minimum amounts and types of other coverages, required of out-of-state watercraft by the jurisdiction where watercraft is being used.

WE will not pay anyone more than once for the same elements of INJURY because of these extensions.

## *Other Insurance*

A. The insurance afforded by this coverage part is primary, except it is excess:

1. for COVERED POLLUTION DAMAGES, CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE and DESIGNATED STATUTE DEFENSE.
2. under the Limited Worldwide Liability Extension.
3. when YOU are included as an additional insured under other primary insurance providing the same coverage.

B. When coverage provided by this coverage part and any other coverage form or policy issued by a company other than US, covers on the same basis, WE will pay only OUR share. Our share is the proportion that OUR limit of insurance bears to the total of the limits of all coverage forms and policies covering on the same basis.

C. WE will have no duty to defend any INJURY, COVERED POLLUTION DAMAGES, OCCURRENCE, SUIT, or claim that any other insurer has a duty to defend.

However, when the other insurer's duty to defend applies on the same basis as OUR duty to defend, WE shall not be liable for more than OUR equal share of the total defense cost.

If the other insurer fails to uphold its duty to defend, WE will undertake to do so, but WE will be entitled to the INSURED'S rights against the other insurer.

# BASIC AUTO
## COVERAGE PART 830

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured and security interest is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured or security interest unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A.  Injury and Covered Pollution Damages

    1.  Injury

        WE will pay those sums the INSURED legally must pay as DAMAGES because of INJURY, to which this insurance applies, caused by an OCCURRENCE arising out of the ownership, maintenance, use, loading or unloading of an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO.

    2.  Covered Pollution Damages

        WE will pay those sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES, to which this insurance applies, caused by an OCCURRENCE arising out of the ownership, maintenance, use, loading or unloading of an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO.

    3.  Defense Obligations and Rights

        a.  WE have the right and duty to defend any SUIT asking for DAMAGES or COVERED POLLUTION DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.

        b.  WE will not pay DAMAGES, COVERED POLLUTION DAMAGES or defense costs for any OCCURRENCE, claim or SUIT that is not covered or declared for this coverage part.

        c.  If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses and costs paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

B.  Medical Payments

    WE will pay all reasonable and necessary medical, dental, and funeral expenses (incurred within three years after the OCCURRENCE) to or for each person:

    1.  who sustains INJURY caused by an OCCURRENCE while OCCUPYING an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO being used by an INSURED;

    2.  scheduled in the declarations pages (and residents of their household) who sustains INJURY caused by an OCCURRENCE while OCCUPYING or if struck by an AUTO other than a vehicle:

        a.  operated on rails or crawler-treads;

        b.  while located for use as a residence or premises;

        c.  which is a farm tractor or other equipment while off public roads.

C.  Physical Damage

    WE will pay for LOSS to an OWNED AUTO from any cause, except as excluded or as stated otherwise in the declarations.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Definitions

When used in this coverage part:

A. "AUTO" means:

  1. a land motor vehicle, trailer or semi-trailer, designed for travel on public roads and includes its permanently attached equipment;
  2. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

  "AUTO" does not include MOBILE EQUIPMENT, unless described in the declarations.

B. "COLLISION" means:

  1. impact of the OWNED AUTO with another object (other than a bird or animal) or with a vehicle to which it is attached, or
  2. upset of the OWNED AUTO.

C. "COMPREHENSIVE" means any cause of LOSS other than COLLISION.

D. "CONTRACT DRIVER" means any person or organization using an AUTO covered by this coverage part within the scope of YOUR permission while under contract to YOU to drive that AUTO to a location YOU specify.

E. "COVERED POLLUTION DAMAGES":

  1. means any cost or expense not otherwise excluded arising out of:

    a. any request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
    b. any claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS; and

  2. occur away from premises owned, rented, leased or operated by YOU, arising from:

    a. POLLUTANTS while being transported on an AUTO by YOU;
    b. fuel or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or resulting from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape, seep, migrate, are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS;
    c. POLLUTANTS, not in or upon a covered AUTO, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO and the discharge, dispersal, seepage, migration, release or escape of the POLLUTANTS is the direct result of such upset, overturn or damage.

F. "DAMAGES" means:

  1. amounts awardable by a court of law (including punitive damages where insurable by law);
  2. with respect to liability assumed in an INSURED CONTRACT, DAMAGES also means reasonable attorney fees and necessary litigation expense incurred by or for a party other than the INSURED. WE will pay such DAMAGES, provided that:

    a. the following has been assumed in the same INSURED CONTRACT:

      (1) liability to such party for that party's defense; or
      (2) liability for the cost of that party's defense; and

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HSG   Document 20-2   Filed 01/29/18   Page 185 of 267

      b.   such attorney fees and litigation expenses are for the defense of that party against a civil or alternative dispute resolution proceeding in which DAMAGES to which this insurance applies are alleged.

   3.   DAMAGES does not mean:

      a.   civil penalties, fines or assessments;
      b.   other statutory awards in excess of compensation, except where insurable by law;
      c.   equitable remedies.

G.   "GOVERNMENT CONFISCATION" means seizure of an AUTO owned or acquired by YOU, by a duly constituted governmental or civil authority, for an alleged violation of laws governing the use, sale or distribution of controlled substances, including those laws governing the reporting of monies from such activities.

H.   "HAULAWAY" means a conveyance designed solely for use in transporting four or more four-wheeled motor vehicles.

I.   "INJURY" means:

   1.   bodily injury, sickness, disease, or disability (including death resulting from any of these);
   2.   damage to or loss of use of tangible property.

J.   "INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

   1.   a lease of premises, elevator maintenance agreement or railroad sidetrack agreement;
   2.   a license agreement in connection with vehicle or pedestrian private crossings at grade, or any easement agreement except in connection with construction or demolition operations within 50 feet of a railroad;
   3.   an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
   4.   that part of any contract or agreement by YOU, YOUR partners, executive officers, stockholders, directors, or employees pertaining to the LEASE or rental of AUTOS to them for use in YOUR business. This does not apply to damage to such AUTO;
   5.   that part of any other contract or agreement pertaining to YOUR business (including indemnification of a municipality in connection with work performed for a municipality) under which YOU assume the tort liability of another.

K.   "LEASE" means a written agreement for a term of 180 days or more wherein YOU are named as the lessee.

L.   "LOSS" means direct and accidental physical loss or damage, occurring during the coverage part period.

M.   "MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

However, MOBILE EQUIPMENT does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered AUTOS.

N.   "OCCUPYING" means being in, on, entering into, getting out of or off of.

Case 4:19-cv-00008-HFS   Document 30-2   Filed 04/19/13   Page 186 of 267

O. "OCCURRENCE" means an accident, including continuous or repeated exposure to conditions, which results in INJURY or COVERED POLLUTION DAMAGES during the coverage part period neither intended nor expected by a reasonably prudent person.

All INJURY or COVERED POLLUTION DAMAGES arising out of substantially the same general conditions or cause will be considered as arising out of one OCCURRENCE.

P. "OWNED AUTO" means an AUTO YOU own or LEASE and is scheduled in the declarations, and any AUTO YOU purchase or LEASE as its replacement during the Coverage Part period. It also means any trailer designed for use with the type of AUTOS scheduled in the declarations. If WE insure all AUTOS YOU own or LEASE, additional AUTOS will be covered the day YOU purchase or LEASE them, if YOU notify US within the next 60 days.

If coverage for "HIRED AND NONOWNED AUTOS" is shown in the declarations, OWNED AUTO also means an AUTO not owned by YOU, YOUR partner, executive officer, agent or employee when used in YOUR business. AUTOS owned by YOUR partners, executive officers, agents or employees are OWNED AUTOS while used in YOUR business on an occasional or incidental basis within the scope of YOUR permission. OWNED AUTO does not mean an AUTO owned by YOUR partners, executive officers, agents or employees that is used on a regular or daily basis to conduct YOUR business.

Q. "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned, or reclaimed.

R. "SILICA" means:

1. any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or
2. synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica flour.

S. "SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean administrative actions or equitable actions.

T. "TEMPORARY SUBSTITUTE AUTO" means an AUTO not owned or LEASED by YOU, YOUR partners, officers or employees, or a member of YOUR or their household, when it is used temporarily with the owner's permission to replace an OWNED AUTO which is out of service due to its repair, servicing, loss or destruction.

## Who Is An Insured

A. With respect to INJURY and COVERED POLLUTION DAMAGES:

1. YOU, including YOUR spouse if a resident of the same household.
2. YOUR partners and their spouses, executive officers or employees. If they are using a TEMPORARY SUBSTITUTE AUTO, it must be used in YOUR business.
3. any CONTRACT DRIVER.
4. any other person or organization required by law to be an INSURED while using an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO within the scope of YOUR permission, unless it is being loaded or unloaded. Only YOUR employee, a borrower, or a borrower's employee is an INSURED for loading and unloading.
5. anyone else, but only as a result of their liability because of what an INSURED in Parts A.1. through A.4. above does or fails to do.

B. With respect to Medical Payments:

1. YOU, including YOUR spouse if a resident of the same household.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. YOUR partners and their spouses, executive officers or employees. If they are using a TEMPORARY SUBSTITUTE AUTO, it must be used in YOUR business.
3. any CONTRACT DRIVER.
4. any other person or organization required by law to be an INSURED while using an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO within the scope of YOUR permission, unless it is being loaded or unloaded. Only YOUR employee, a borrower, or a borrower's employee is an INSURED for loading and unloading.

C. With respect to Physical Damage, only YOU.

## Who Is Not An Insured

None of the following is an INSURED:

A. The owner, lessor or rentor of an AUTO not owned by YOU. This does not apply if they are named in the declarations as applicable to this coverage part.

B. Any person engaged in the business of selling, repairing, servicing, storing or parking of AUTOS (including road testing and delivery) unless the person is YOU, a resident of YOUR household, or YOUR partner, executive officer, agent, or employee or a resident of the household of any of them.

## Exclusions

This insurance does not apply to:

A. Dishonest Acts

an OCCURRENCE, SUIT or claim arising out of any dishonest, fraudulent or criminal acts committed by any INSURED.

B. Intent to Cause Harm

any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property.

C. Injury to Employees

1. INJURY to any:

a. current employee of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED;
b. former employee of the INSURED arising out of their previous employment by or on behalf of the INSURED;

for which:

(1) the INSURED may be held liable as an employer or in any other capacity;
(2) the INSURED may have an obligation to indemnify or contribute with another because of such INJURY;
(3) INJURY is sustained by any relative of the employee as a consequence of the INJURY to such employee.

2. This exclusion does not apply:

a. under Part (1), to "domestic employees" not entitled to workers compensation benefits. For the purposes of this coverage part, "domestic employee" means a person engaged in household or domestic work performed principally in connection with a residence premises;

b. to any of YOUR employees with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU;
c. to an INSURED CONTRACT.

D. Workers Compensation and Similar Laws

any obligation for which the INSURED or the INSURED'S insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

E. Contractual Liability

any obligation assumed by any INSURED under a contract or agreement. This does not apply to an INSURED CONTRACT (to the same extent the INSURED has coverage).

No person or organization demanding performance of an INSURED CONTRACT has rights under this policy.

F. Pollution

INJURY arising out of the actual, alleged, or threatened discharge, dispersal, release, migration, seepage, or escape of POLLUTANTS that are or that are contained in any property that is:

1. being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO;
2. being moved from the covered AUTO to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;
3. being transported or towed by the covered AUTO;
4. otherwise in the course of transit;
5. being stored, disposed of, treated or processed in or upon the covered AUTO.

Parts F.1., 2., and 3. apply only to POLLUTANTS or POLLUTANTS contained in property being transported, towed by, handled for movement into, onto or from an AUTO by others for YOU.

Part F.5. does not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Exclusion F. does not apply to INJURY caused by heat, smoke or fumes from a hostile fire. A "hostile fire" means a fire that becomes uncontrollable or breaks out from where it was intended to be.

G. Certain Autos

INJURY, COVERED POLLUTION DAMAGES or LOSS arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any AUTO:

1. that is a HAULAWAY;
2. while operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;
3. while leased or rented by YOU to others;
4. while being used as a taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier, or for carrying property for a charge;
5. while being used to transport explosives, gasoline, liquefied petroleum gas, or other volatile petroleum products.

Part G.2. of this exclusion does not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/14/13   Page 189 of 267

This exclusion applies even if:

    a. the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any AUTO described in Exclusion G. that is owned by, operated by, rented to, or loaned to an INSURED; and

    b. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

H. Care, Custody or Control

INJURY or COVERED POLLUTION DAMAGES to:

1. personal property, including AUTOS, owned by, rented or leased to, used by, transported by, or otherwise in the care, custody, or control of the INSURED. This does not apply, with respect to INJURY, to liability assumed by YOU under a written railroad sidetrack agreement, with respect to property used by YOU or in YOUR care, custody, or control;

2. real property owned by, rented or leased to, used by or in the care, custody, or control of the INSURED, except, with respect to INJURY:

    a. to real property not owned by YOU caused by an AUTO operated by an INSURED;

    b. to liability assumed by YOU under a written sidetrack agreement, with respect to property used by YOU or in YOUR care, custody, or control.

I. Medical Payments - Autos Not Insured by This Coverage Part

under Medical Payments, INJURY sustained while OCCUPYING or if struck by any AUTO

1. YOU own or is furnished or available for YOUR regular use. Part I.1. does not apply to an OWNED AUTO or a TEMPORARY SUBSTITUTE AUTO;

2. owned by or furnished or available for use of any INSURED. Part I.2. does not apply to YOU.

J. Maintenance, Freezing, Breakdown or Failure

LOSS due and confined to wear, tear, freezing, mechanical or electrical breakdown or failure.

K. Equipment Not Permanently Installed

To any two-way mobile radio or telephone, citizen's band radio, radar detector, scanning monitor or device for recording or reproducing sound or pictures, all including its accessories and antennas. This does not apply to:

1. tape decks, compact disk players, video cassette recorders, digital video disk players, video cameras, other sound reproducing equipment, or a device for viewing visual images, when any of the above are permanently installed in, and antennas permanently attached to, the COVERED AUTO;

2. two-way mobile radio or telephone, citizen's band radio or scanning monitor permanently installed in the opening or place normally used by the manufacturer for the installation of such equipment.

L. Confiscation

LOSS due to confiscation by duly constituted governmental or civil authority. This exclusion does not apply to GOVERNMENT CONFISCATION.

M. Unscheduled Camper Bodies

LOSS to a camper body designed to be mounted upon an AUTO and equipped as sleeping or living quarters. This exclusion does not apply if it is scheduled in the declarations.

Case 1:19-cv-00689-HYJ ECF No. 20-2 filed 01/09/20 PageID.367 Page 190 of 267

N. Radioactivity, Nuclear and War Hazards

an OCCURRENCE, SUIT, claim or LOSS arising out of radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

O. Depreciation or Diminished Value

under COMPREHENSIVE or COLLISION, LOSS resulting from depreciation or diminished value.

P. Asbestos

an OCCURRENCE, SUIT or claim arising out of, or in any way related to:

1. the actual or alleged presence, dispersal or threatened dispersal of asbestos, asbestos fibers or products, or compounds containing asbestos, or any hazardous properties of asbestos;
2. any demand, requirement, order, direction, determination or request that YOU or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos.

This includes, but is not limited to:

a. any supervision, instructions recommendation, warning or advice given, or which should have been given, in connection with the above;
b. DAMAGES, or legal obligations to reimburse another party for DAMAGES, resulting from any OCCURRENCE, SUIT or claim.

Q. Silica

1. INJURY or COVERED POLLUTION DAMAGES arising from the actual, alleged or threatened inhalation, ingestion, absorption, existence or presence of silica or silica mixed dust, regardless of whether INJURY or COVERED POLLUTION DAMAGES are caused directly or indirectly by any of the above;
2. DAMAGES, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any manner responding to or assessing the effects of, silica by an insured or by any other person or entity.

## *The Most We Will Pay*

A. Injury and Covered Pollution Damages

1. Regardless of the number of INSUREDS or AUTOS insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is the applicable limit shown in the declarations for any one OCCURRENCE.

   However, with respect to parts A.3. and A.4. of the Who Is An Insured condition for:

   a. any CONTRACT DRIVER; or
   b. any other person or organization required by law to be an INSURED while using an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO within the scope of YOUR permission,

   the most WE will pay is that portion of such limits required to comply with the minimum limits provision law in the jurisdiction where the OCCURRENCE took place. When there is other insurance applicable, WE will pay only the amount required to comply with such minimum limits after such other insurance has been exhausted.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007
Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/18   Page 191 of 267

2. With respect to an obligation assumed under an INSURED CONTRACT, the most WE will pay is the lesser of:

   a. YOUR obligation under such contract; or
   b. the limit shown in the declarations.

3. With respect to a plaintiff's litigation costs, fees and expenses that are awarded as part of a judgment or arbitration ruling made against OUR INSURED for a covered claim, the most WE will pay for such costs, fees and expenses is the amount of the limit remaining after DAMAGES have been paid.

B. Medical Payments

The most WE will pay is the applicable limit shown in the declarations. Any payment made under this agreement will be reduced by the amount paid or payable for the same expenses under any other insurance afforded by this policy.

No payment will be made under this agreement unless the injured person (or their legal representatives) agrees in writing that any payment made will be applied toward any settlement or judgment that person receives for the same expenses under any other AUTO Liability or Uninsured Motorists Coverage provided by this policy.

C. Physical Damage

The most WE will pay for any one LOSS to an OWNED AUTO is the least of the following, all after deduction for reasonable depreciation:

1. the actual cash value of the OWNED AUTO;
2. the amount necessary to replace the OWNED AUTO with like kind and quality;
3. the actual cost for parts, materials and labor necessary to repair the OWNED AUTO;
4. the amount stated in the declarations for this coverage part.

Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US.

## *Deductibles*

A. Injury and Covered Pollution Damages.

1. With respect to INJURY and COVERED POLLUTION DAMAGES, OUR obligation to pay for DAMAGES caused in any one OCCURRENCE is limited to those amounts in excess of the INJURY deductible shown in the declarations. The limit shown in the declarations for each OCCURRENCE will apply in excess of the INJURY deductible.
2. This deductible does not apply to Broad Form Drive Other Autos coverage as provided by Endorsement 056.
3. To settle any claim or SUIT, WE will pay all of the applicable INJURY deductible. After we have settled the claim or SUIT, YOU must promptly reimburse US for the INJURY deductible WE paid.
4. Recovery amounts, including salvage, subrogation and other insurance will accrue to OUR benefit where permitted by law. WE will pay YOU any recovery amounts in excess of the amount WE have paid after application of YOUR deductible, less recovery expenses.

B. Physical Damage

1. From the amount of LOSS, as determined under Part C. The Most We Will Pay, WE will subtract a reasonable amount for depreciation as well as the applicable deductible shown in the declarations. One deductible applies to each LOSS event unless stated otherwise in this coverage part or in the declarations.

Case 4:19-cv-00668-HSG   Document 30-2   Filed 01/09/18   Page 192 of 267

2. WE will apply only one deductible when two or more of YOUR OWNED AUTOS insured by this coverage part are involved in the same LOSS due to COLLISION. That will be the highest deductible shown in the declarations.

## *We Will Also Pay*

A. In addition to OUR limits for INJURY and COVERED POLLUTION DAMAGES, WE will also pay:

   1. all costs and expenses in defending an INSURED.
   2. interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.
   3. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend, but only for bond amounts within OUR limit. Also, up to $2,000 for the cost of bail bonds required because of an OCCURRENCE, including related traffic law violations. WE do not have to furnish or secure these bonds.
   4. expenses YOU incur for first aid to anyone injured in an OCCURRENCE covered by this coverage part.
   5. up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.
   6. other reasonable expenses incurred at OUR request.

B. Under COMPREHENSIVE or COLLISION, in addition to payment in THE MOST WE WILL PAY provision, WE will also pay:

   1. up to $20 a day, but not for more than $600, unless stated otherwise in the declarations, for incurred loss of use of an OWNED AUTO.

      This extension applies only if the OWNED AUTO is covered for the peril that caused the LOSS.

   2. all ordinary and necessary expenses to return a stolen OWNED AUTO to YOU.

## *How We Will Pay*

At OUR option:

A. Under Medical Payments, WE may pay the injured person or the person or organization rendering the service. Such payment does not mean WE admit any liability on any INSURED'S part.

B. Under Physical Damage:

   1. WE will pay for, repair, or replace the damaged or stolen OWNED AUTO.
   2. If this policy provides COMPREHENSIVE coverage for the damaged OWNED AUTO, WE will pay for glass breakage under COMPREHENSIVE coverage. However, when glass breakage is caused by COLLISION, YOU may elect payment for the glass breakage LOSS to be made under COLLISION Coverage.

C. Loss Payable Provisions

   1. WE will pay any covered LOSS both to YOU and the Security Interest shown in the declarations as interests may appear. Their interest is protected, to the extent that this insurance applies, unless LOSS results from YOUR wrongful conversion, embezzlement or secretion.
   2. WE may cancel the policy as allowed in the CANCELLATION provisions. Cancellation ends this agreement as to the interest of the Security Interest.
   3. If WE make any such payment to the Security Interest, WE obtain their rights against any other party.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

## Separation of Insureds

Except with respect to the limit of liability, and any rights or duties specifically assigned in this policy to Named Insured 01, this insurance applies:

A.  as if each INSURED were the only INSURED; and

B.  separately to each INSURED against whom claim is made or SUIT is brought.

## Conditions

A.  Insured's Duties After Injury, Covered Pollution Damages, Occurrence, Loss, Claim or Suit

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. If there is an OCCURRENCE, an INSURED is sued or a claim is made against them, or YOU sustain a LOSS:

1.  YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved, injured, and any witnesses;
2.  under INJURY and COVERED POLLUTION DAMAGES, each INSURED must promptly send US all documents if they are sued or a claim is made against them. If a dispute arises as to whether the INSURED mailed or WE received, a claim or SUIT, only a certified mailing receipt will be proof of mailing;
3.  under Medical Payments, any injured person must submit a written proof of claim (under oath and signed if WE require) and execute any documents to have medical reports and records released to US;
4.  under Physical Damage, YOU must:

    a.  protect the OWNED AUTO, whether or not this insurance applies. Any further LOSS due to YOUR failure to do so will not be covered by this policy. WE will pay all reasonable expenses YOU incur for such protection;
    b.  if the OWNED AUTO is stolen, notify the police;
    c.  permit US to inspect the damaged OWNED AUTO prior to its repair or replacement, and submit a sworn proof of LOSS within 60 days; and
    d.  agree to examination under oath at OUR request, while not in the presence of any other INSURED and at such times as may be reasonably required about any matter relating to this insurance or the LOSS;

5.  each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification. The INSURED may not, except at their expense, make any offer or payment, assume any obligation or incur any expense unless otherwise permitted in this coverage part;
6.  each INSURED has an obligation to notify any person or organization, including any other insurance company, which may also be liable to the INSURED for an OCCURRENCE, SUIT or claim; and
7.  YOU must not incur any expense, including pre-notice or pre-tender expense, unless permitted by US.

B.  Damaged Owned Auto

When an OWNED AUTO is damaged, whether or not such damage is covered by this Coverage Part, OUR liability is reduced by the amount of such damage until repairs have been completed.

C.  No Benefit to Bailee

This insurance will not benefit, directly or indirectly, any carrier or bailee.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/18   Page 194 of 267

D. Out of State Extension

While an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO insured by this coverage part is away from the state where it is licensed and registered, WE will:

1. increase this coverage part limits to meet those specified by any compulsory or financial responsibility law in the jurisdiction where the AUTO is being used;
2. provide the minimum amounts and types of other coverages, such as "No Fault", required of out-of-state AUTOS by the jurisdiction where the AUTO is being used.

WE will not pay anyone more than once for the same elements of INJURY because of these extensions.

E. Other Insurance

1. The insurance afforded by this coverage part is primary, except it is excess:

    a. for INJURY, COVERED POLLUTION DAMAGES, COMPREHENSIVE and COLLISION, while the OWNED AUTO is in the care, custody, or control of any person or organization other than YOU, YOUR partner, executive officer, employee or a member of their or YOUR household.
    b. for INJURY, COVERED POLLUTION DAMAGES, Medical Payments, COMPREHENSIVE and COLLISION over any collectible AUTO insurance provided on a TEMPORARY SUBSTITUTE AUTO.
    c. for INJURY, COVERED POLLUTION DAMAGES and Medical Payments, when YOU are included as an additional insured under other primary insurance providing the same coverage.

2. When the coverage provided by this coverage part and any other policy covers on the same basis, either excess or primary, WE will pay only OUR share. OUR share is the proportion that the applicable limit shown in the declarations for this coverage part bears to the total of the limits of all the policies covering on the same basis.
3. WE have no duty to defend any INJURY, COVERED POLLUTION DAMAGES, OCCURRENCE, SUIT, or claim that any other insurer has a duty to defend.

    However, when the other insurer's duty to defend applies on the same basis as OUR duty to defend, WE shall not be liable for more than OUR equal share of the total defense cost.

    If the other insurer fails to uphold its duty to defend, WE will undertake to do so, but WE will be entitled to the INSURED'S rights against the other insurer.

F. Policy Territory

This coverage part covers:

1. anywhere in the United States of America, its territories, or possessions, or Canada.
2. under INJURY, COVERED POLLUTION DAMAGES and Medical Payments, in international waters or air space, if the LOSS or INJURY occurs in the course of travel or transportation between countries, states, or nations included in F.1. above.
3. under COMPREHENSIVE and COLLISION, while being transported between ports of F.1. above.

G. Subrogation

The SUBROGATION condition in the GENERAL CONDITIONS does not apply to Medical Payments.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

# PERSONAL UMBRELLA
## COVERAGE PART 970

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured, security interest and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured, security interest or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A.  Injury

WE will pay those sums the INSURED legally must pay as DAMAGES because of INJURY to which this insurance applies, caused by an OCCURRENCE.

B.  Covered Pollution Damages

WE will pay those sums the INSURED must pay as COVERED POLLUTION DAMAGES to which this insurance applies, caused by an OCCURRENCE.

C.  This insurance is subject to the terms and conditions of this coverage part, in excess of:

1.  coverage provided in any UNDERLYING INSURANCE;

With respect to coverage provided in excess of UNDERLYING INSURANCE, the terms and conditions of UNDERLYING INSURANCE are made a part of this coverage part, except for:

a.  any contrary provision contained in this coverage part; or
b.  any provision in this coverage part for which a similar provision is not contained in UNDERLYING INSURANCE.

With respect to the exceptions stated above, the provisions of this coverage part will apply.

2.  amounts payable by all OTHER INSURANCE provided to an INSURED; or
3.  the RETENTION amount shown in the declarations, when Parts C.1. and C.2. are not applicable.

D.  The amount we will pay for DAMAGES is limited as described in The Most We Will Pay and We Will Also Pay conditions.

E.  Defense Obligations and Rights

1.  WE have the right and duty to defend any SUIT asking for DAMAGES or COVERED POLLUTION DAMAGES not covered by UNDERLYING INSURANCE or OTHER INSURANCE. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.
2.  WE also have the right to defend any SUIT for DAMAGES or COVERED POLLUTION DAMAGES covered by OTHER INSURANCE.
3.  WE will not pay DAMAGES, COVERED POLLUTION DAMAGES or defense costs for any claim or SUIT that is not covered by this coverage part.
4.  If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses and costs paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.
5.  If there is UNDERLYING INSURANCE or OTHER INSURANCE available to the INSURED, WE will not assume charge of defense or settlement of any claims made or SUITS brought against

Case 4:13-cv-00068-HRS   Document 20-2   Filed 04/19/13   Page 196 of 267

the INSURED. After the UNDERLYING INSURANCE or OTHER INSURANCE has been exhausted, by payment (or written agreement to pay) and all duties to defend have been extinguished, WE will assume charge of further defense or settlement.

6.  WE have the right to associate with the INSURED in defense and control of any claim or SUIT likely to include US.

F.  This insurance applies only if:

1.  with respect to COVERED POLLUTION DAMAGES, and INJURY Groups 1 and 2:

   a.  such COVERED POLLUTION DAMAGES or INJURY is caused by an OCCURRENCE that takes place within the Policy Territory; and
   b.  such COVERED POLLUTION DAMAGES or INJURY occurs during the coverage part period.

2.  with respect to INJURY Groups 3 and 4, the act or offense which results in such INJURY was committed within the Policy Territory during the coverage part period.

   However, with respect to INJURY Group 4, when INJURY arises out of a series of related and continuous acts or offenses, this insurance applies only if the last injurious act or offense was committed within the Policy Territory during this coverage part period.

## Definitions

When used in the coverage part:

A.  "AUTO" means a land motor vehicle, trailer or semi-trailer, including farm tractors and farm implements.

B.  "COVERED POLLUTION DAMAGES":

1.  means any cost or expense not otherwise excluded arising out of:

   a.  any request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
   b.  any claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS; and

2.  occur away from premises owned, rented, leased or operated by YOU, arising from:

   a.  fuel or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or resulting from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape, seep, migrate, or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS;
   b.  POLLUTANTS, not in or upon a covered AUTO, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO and the discharge, dispersal, seepage, migration, release or escape of the POLLUTANTS is the direct result of such upset, overturn or damage.

C.  "DAMAGES" means:

1.  amounts awardable by a court of law (including punitive damages where insurable by law, but only if covered by the UNDERLYING INSURANCE));
2.  with respect to INJURY Group 4, DAMAGES also means amounts awardable by administrative agencies, back pay awards, front pay awards and compensatory damages.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HFS Document 20-2 Filed 09/09/19 Page 197 of 267

3. DAMAGES does not mean:

    a. civil penalties, fines or assessments;
    b. other statutory awards in excess of compensation, except where insurable by law;
    c. equitable remedies, except those equitable remedies listed under Part C.2. above;
    d. with respect to INJURY Group 4:

        (1) severance pay or DAMAGES under an express or implied contract of employment; or
        (2) an express or implied obligation to make payments in the event of the termination of employment.

D. "DISCRIMINATION" means violation of a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic of a protected class established by any statute, law, rule or regulation. This includes reverse DISCRIMINATION and HARASSMENT. As used in this definition, "person" includes YOUR employees, customers, clients, independent contractors, volunteers and any other persons with whom YOU have a business relationship. DISCRIMINATION also includes mental anguish, mental injury, fright, shock or humiliation resulting from such violation.

E. "HARASSMENT" means any unwelcome remarks, behaviors or communications that are of a sexual nature or that are based on race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic. This includes actions that cause offense or humiliation to any person or group of persons and are made a condition of employment or any other business relationship.

F. "INJURY" means, with respect to:

1. Group 1

    a. bodily injury, sickness, disease, or disability (including death resulting from any of these);
    b. damage to or loss of use of tangible property;

2. Group 2

mental anguish, mental injury, fright, shock, or humiliation, except when arising from DISCRIMINATION;

3. Group 3

    a. false arrest or imprisonment;
    b. malicious prosecution;
    c. abuse of process;
    d. wrongful detention;
    e. wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
    f. disparagement of goods or services;
    g. libel or slander;
    h. defamation of character;
    i. private nuisance (except pollution);
    j. common law claims for invasion of the right of privacy.

3. Group 4

    a. DISCRIMINATION;
    b. WRONGFUL EMPLOYMENT PRACTICES.

Case 4:19-cv-00680-HFS Document 20-2 Filed 01/19/18 Page 198 of 267

G. "OCCURRENCE" means:

1. with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2, an accident, including continuous or repeated exposure to conditions, which results in such INJURY or COVERED POLLUTION DAMAGES neither intended nor expected from the standpoint of a reasonably prudent person.
2. with respect to INJURY Groups 3 and 4, acts or offenses of the INSURED which result in such INJURY.
3. with respect INJURY Group 4, when INJURY arises out of a series of related and continuous acts or offenses, the last injurious act or offense committed in the last coverage part period insured by US.

All INJURY or COVERED POLLUTION DAMAGES arising out of substantially the same general conditions or cause will be considered as arising out of one OCCURRENCE.

H. "OTHER INSURANCE" means a policy of insurance providing coverage that this coverage part also provides.

OTHER INSURANCE does not include UNDERLYING INSURANCE or a policy of insurance specifically purchased to be excess of this coverage part providing coverage that this coverage part also provides.

I. "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned, or reclaimed.

J. "RETALIATION" means adverse employment actions against employees for exercising or attempting to exercise their rights under law, where RETALIATION is insurable by law.

K. "RETENTION" means the amount specified in the declarations that YOU must pay for damages arising out of any one OCCURRENCE covered by this insurance but not covered by UNDERLYING INSURANCE or OTHER INSURANCE.

L. "SILICA" means:

1. any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or
2. synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica flour.

M. "SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean an attorney general action. Except for INJURY Group 4, SUIT does not mean administrative actions or equitable actions.

N. "UNDERLYING INSURANCE" means the coverage and limits of liability afforded to YOU by the underlying policies of insurance scheduled in the declarations for this coverage part.

O. "WRONGFUL EMPLOYMENT PRACTICES" means any of the following occurring in the course of, or arising out of, a claimant's employment or application for employment with YOU:

1. the actual or alleged failure or refusal to employ or promote;
2. deprivation of a career opportunity;
3. negligent evaluation;
4. wrongful discipline;
5. reassignment or demotion;
6. wrongful denial of seniority;
7. WRONGFUL TERMINATION;
8. RETALIATION;
9. mental anguish, mental injury, fright, shock or humiliation resulting from Parts 1. through 8. above.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

P.  "WRONGFUL TERMINATION" means the termination of any employment relationship in a manner which is against the law. This includes constructive termination. WRONGFUL TERMINATION does not include DAMAGES legally owed under an express or implied contract of employment or an express or implied obligation to make payments in the event of termination of employment.

## Who Is An Insured

With respect to this coverage part:

A.  YOU;

B.  If a resident of YOUR household:

1.  YOUR spouse;
2.  a relative or ward of YOURS;
3.  any other person under the age of 21 in the care of any of the foregoing.

## Exclusions

This insurance does not apply to:

A.  Dishonest Acts

an OCCURRENCE, SUIT or claim arising out of any dishonest, fraudulent or criminal act committed by any INSURED.

However, with respect to INJURY Group 4., this exclusion does not apply to YOU if such act was committed by YOUR employee (other than a partner, director, or executive officer) without YOUR direction or YOUR knowledge.

B.  Intent to Cause Harm

any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property.

C.  Employer's Liability

1.  INJURY as defined in Groups 1, 2 and 3, to any:

    a.  current employee of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED;
    b.  former employee of the INSURED arising out of their previous employment by or on behalf of the INSURED;

    for which:

    (1)  the INSURED may be held liable as an employer or in any other capacity;
    (2)  the INSURED may have an obligation to indemnify or contribute with another because of such INJURY;
    (3)  INJURY is sustained by any relative of the employee as a consequence of the INJURY to such employee.

2.  Part (1) does not apply to "domestic employees." For the purposes of this coverage part, "domestic employee" means a person engaged in household or domestic work performed principally in connection with a residence premises.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00068-HFS   Document 20-2   Filed 04/19/13   Page 200 of 267

D. Workers Compensation and Similar Laws

any obligation for which the INSURED or the INSURED'S insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

E. Contractual Liability

any obligation assumed by an INSURED under a contract for INJURY which is an extension of the liability imposed upon the INSURED by statutory or common law, or INJURY to property to the extent an INSURED is under contract to provide insurance.

F. Aircraft

an OCCURRENCE, SUIT or claim arising out of:

1. the ownership, operation, maintenance, repair, use (including loading or unloading) or entrustment to others of any aircraft or hovercraft; or
2. the storage, sale, or handling of aircraft, aircraft engines or aircraft parts.

This exclusion applies even if:

1. the OCCURRENCE, SUIT or claim involves the entrustment to others of any aircraft that is owned by, operated by, rented to, or loaned to an INSURED; and
2. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

G. Business Pursuits

any act of omission of the INSURED in any business, profession, or occupational pursuits, or as an officer or member of any board of directors of any corporation or other organization. This exclusion does not apply to:

1. farm properties;
2. the INSURED'S activities as an officer or member of any organization or corporation which is not formed for profit;
3. property YOU rent to others when there is UNDERLYING INSURANCE for such property.

Part 2. of this exception does not apply to:

a. any activity on behalf of the government of the United States, Canada, or their political subdivisions;
b. any activity by a not-for-profit organization or corporation made directly or indirectly on behalf of a parent or ancillary organization or corporation that is formed for profit;
c. any activity on behalf of an organization that provides, manages, directs or administrates health care or financial services;
d. any activity on behalf of an organization shown in the declarations as an "Excluded Organization".

H. Pollution

1. INJURY arising out of the actual, alleged, or threatened discharge, dispersal, release, migration, seepage, or escape of POLLUTANTS:

a. that are, or that are contained in any property that is:

(1) being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO;
(2) being moved from the covered AUTO to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(3) being transported or towed by the covered AUTO;
(4) otherwise in the course of transit;
(5) being stored, disposed of, treated or processed in or upon the covered AUTO.

b.  at or from premises, site or location owned, rented or occupied by an INSURED.

Part H.1.b. does not apply to Group 1. Part a. of the definition of INJURY, if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building or equipment that is used to heat water for personal use by the building's occupants or their guests.

c.  at or from any premises, site or location used by or for any INSURED or others for the handling, storage, disposal, processing or treatment of waste.
d.  at or from any premises, site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on an INSURED'S behalf are performing operations:

(1) to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the POLLUTANTS; or
(2) if the POLLUTANTS are brought on or to the premises, site or location in connection with such operations.

Part H.1.d.(2) above, does not apply to INJURY as defined in Group 1, Part a., when such INJURY is sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by YOU or on YOUR behalf by a contractor or subcontractor.

e.  which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any INSURED or any person or organization for whom the INSURED may be legally responsible.

2.  any loss, cost or expense arising out of any:

a.  request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
b.  claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS.

Part H.2. does not apply to COVERED POLLUTION DAMAGES, or to liability for DAMAGES because of INJURY as defined in Group 1, part b., that the INSURED would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or SUIT by or on behalf of a governmental authority.

Parts H.1.a.(5), H.1.b. through H.1.e., and H.2. do not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Parts H.1.a.(1) and (2), H.1.b. through H.1.e., and H.2. above do not apply to POLLUTANTS away from the premises not in or upon the covered AUTO if:

1.  the POLLUTANTS or any property in which the POLLUTANTS are contained are upset overturned or damaged as a result of the maintenance or use of the covered AUTO,
2.  the discharge, dispersal, release or escape of the POLLUTANTS is caused directly by such upset, overturn or damage, and
3.  the INJURY is not otherwise excluded under Part H.1.a. of this exclusion.

Case 4:19-cv-00008-HFS   Document 20-2   Filed 01/09/18   Page 202 of 267

Exclusion H. does not apply to INJURY as defined in Groups 1 and 2 caused by heat, smoke, or fumes from a "hostile fire". A "hostile fire" means a fire that becomes uncontrollable or breaks out from where it was intended to be.

I. Certain Autos and Watercraft

INJURY or COVERED POLLUTION DAMAGES arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any:

1. AUTO:

   a. while rented or leased to others by an INSURED;
   b. while operated in, or in preparation for any prearranged or organized race, rally, speed, demolition or competitive contest, or stunting activity, or obstacle course;
   c. while being used as a taxicab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier, or carrying property for a charge;
   d. while being used to transport explosives, gasoline, liquefied petroleum gas, or other volatile petroleum products;
   e. not covered by UNDERLYING INSURANCE.

2. watercraft:

   a. over 35 feet in length;
   b. while rented or leased to others by an INSURED;
   c. while operated in, or in preparation for any prearranged or organized race, rally, speed, demolition or competitive contest, or stunting activity, or obstacle course;
   d. while being used as a public livery vehicle, emergency ambulance, or carrying property for a charge;
   e. while being used to transport explosives, gasoline, liquefied petroleum gas, or other volatile petroleum products;
   f. not covered by UNDERLYING INSURANCE.

Parts I.1.b. and I.2.c. do not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

This exclusion applies even if:

1. the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any AUTO or watercraft described in Exclusion I. that is owned by, operated by, rented to, or loaned to an INSURED; and
2. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

J. Care, Custody or Control

INJURY or COVERED POLLUTION DAMAGES to:

1. property owned by an INSURED;
2. watercraft rented to, used by, or in the care, custody, or control of an INSURED.

K. Personal Injury

INJURY as defined in Group 3, if the first injurious offense was committed, or alleged to have been committed, prior to the coverage part period.

L. Radioactivity, Nuclear and War Hazards

an OCCURRENCE, SUIT or claim arising out of radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

M. Asbestos

an OCCURRENCE, SUIT or claim arising out of, or in any way related to:

1. the actual or alleged presence, dispersal or threatened dispersal of asbestos, asbestos fibers or products, or compounds containing asbestos, or any hazardous properties of asbestos;
2. any demand, requirement, order, direction, determination or request that YOU or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos.

This includes, but is not limited to:

a. any supervision, instruction, recommendation, warning or advice given, or which should have been given, in connection with the above;
b. DAMAGES, or legal obligations to reimburse another party for DAMAGES, resulting from any OCCURRENCE, SUIT or claim.

N. Violation of Communication or Information Law

INJURY arising directly or indirectly out of an actual or alleged violation of:

1. the Telephone Consumer Protection Act including any amendment of or addition to such law;
2. Controlling the Assault of Non-Solicited Pornography and Marketing Act including any amendment of or addition to such law; or
3. any other federal, state or local statute, regulation or ordinance other than Part N.1. or N.2. above that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

O. Discrimination

INJURY as defined in Group 4, based upon, arising out of, or related to:

1. corporate reorganizations, lay-offs, closings or downsizing actions;
2. a lockout, strike, picket line, replacement or other similar action resulting from labor disputes or labor negotiations.

P. Public Policy

an OCCURRENCE, SUIT or claim for harm to plaintiff for which the courts or legislature have determined, for public policy reasons, that an INSURED cannot be indemnified.

Q. Silica

1. INJURY or COVERED POLLUTION DAMAGES arising from the actual, alleged or threatened inhalation, ingestion, absorption, existence or presence of SILICA or SILICA mixed dust, regardless of whether INJURY or COVERED POLLUTION DAMAGES are caused directly or indirectly by any of the above;
2. DAMAGES, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any manner responding to or assessing the effects of, SILICA by an INSURED or by any other person or entity.

R. Uninsured/Underinsured Motorists and PIP

any INJURY recoverable under automobile no-fault or personal injury protection, uninsured motorists coverage or underinsured motorists coverage.

S. Injury to an Insured

INJURY to any INSURED, except as covered by UNDERLYING INSURANCE.

Case 4:13-cv-00068-HFS Document 20-2 Filed 07/19/13 Page 204 of 267

T.  Communicable Disease

INJURY arising from the transmission of a communicable disease by any INSURED.

## *The Most We Will Pay*

A.  Regardless of the number of INSUREDS, AUTOS, or watercraft insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is the least of the following:

1.  When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE or any OTHER INSURANCE, WE will pay the difference between OUR limit and the RETENTION which are both shown in the declarations;
2.  When coverage for an OCCURRENCE is available to the INSURED in the UNDERLYING INSURANCE only, WE will pay OUR limit shown in the declarations in excess of such UNDERLYING INSURANCE once the limits of such UNDERLYING INSURANCE are reduced or exhausted. In that event, OUR limit will apply as follows:

   a.  If the limits of UNDERLYING INSURANCE have been reduced solely by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will drop down to become immediately excess of the reduced limits of UNDERLYING INSURANCE; or
   b.  If the limits of UNDERLYING INSURANCE have been exhausted by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will continue in force as UNDERLYING INSURANCE;

3.  When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE but there is coverage available under OTHER INSURANCE , WE will pay OUR limit shown in the declarations in excess of the limits of such OTHER INSURANCE;
4.  When there is coverage for an OCCURRENCE available in both the UNDERLYING INSURANCE and any OTHER INSURANCE WE will pay OUR limit shown in the declarations but only after the UNDERLYING INSURANCE and such OTHER INSURANCE have been exhausted.

B.  Plaintiff's Costs

With respect to a plaintiff's litigation costs, fees and expenses that are awarded as part of a judgment or arbitration ruling made against OUR INSURED for a covered claim, the most WE will pay for such costs, fees and expenses is the amount of OUR limit remaining after DAMAGES have been paid.

C.  OUR limit per OCCURRENCE shown in the declarations is the most WE will pay for all DAMAGES arising out of any one OCCURRENCE, even if such DAMAGES are covered, in whole or in part, under one or more of Parts A., B., C.1., C.2. or C.3. of the Insuring Agreement.

## *Maintenance of Underlying Insurance*

A.  This insurance will apply as if the UNDERLYING INSURANCE is in effect, even if:

1.  YOU have reduced such insurance or failed to keep it in effect;
2.  coverage has been denied or reduced due to the INSURED'S failure to comply with the policy conditions; or
3.  the underlying insurer is bankrupt or insolvent.

B.  This condition does not apply to the exhaustion of an aggregate limit in the UNDERLYING INSURANCE.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## We Will Also Pay

A.  If there is no UNDERLYING INSURANCE or any OTHER INSURANCE available to an INSURED, and coverage is afforded by this coverage part (except for the INSURED'S RETENTION) WE will pay, in addition to OUR limit:

1.  all costs and expenses in defending an INSURED.
2.  interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.
3.  premiums on appeal bonds or bonds to release property used to secured YOUR legal obligations, in a SUIT WE defend, but only for bonds up to OUR limit. Also, up to $2,000 for the costs of bail bonds required because of an OCCURRENCE, including related traffic law violations. WE do not have to furnish or secure this bonds.
4.  other reasonable expenses incurred at OUR request.

B.  If any jurisdiction will not let US defend YOU, WE will pay any such expenses when WE agree, in advance, in writing.

## How We Will Pay

WE have no obligation to pay for an OCCURRENCE until:

A.  the UNDERLYING INSURANCE carriers have paid or agreed to pay their policy limits;

B.  any other insurer whose policy is available to the INSURED has paid or agreed to pay its policy limits; and

C.  the INSURED has paid or agreed to pay the RETENTION or any difference between the limits stated in this UNDERLYING INSURANCE and the actual limits (if less) as stated in such policies.

## Insured's Duties After Injury, Covered Pollution Damages, Occurrence, Claim or Suit

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. If there is an OCCURRENCE, the INSURED is sued or a claim is made against an INSURED:

A.  YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved, injured and any witnesses;

B.  each INSURED must promptly send US all documents, if they are sued or if claim is made against them. If a dispute arises as to whether an INSURED mailed, or WE received, notice of claim or SUIT, only a certified mailing receipt will be proof of mailing;

C.  each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted in this coverage part;

D.  each INSURED has an obligation to notify any person or organization, including any other insurance company, which may also be liable to the INSURED for an OCCURRENCE, SUIT or claim; and

E.  YOU must not incur any expense, including pre-notice or pre-tender expense, unless permitted by US.

Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/18   Page 206 of 267

## Separation of Insureds

Except with respect to the limit of liability, and any rights or duties specifically assigned in this policy to Named Insured 01, this insurance applies:

A.  as if each INSURED were the only INSURED; and

B.  separately to each INSURED against whom claim is made or SUIT is brought.

## Appeals

If the INSURED, the UNDERLYING INSURANCE carrier, or any other insurance carrier that has insurance available to the INSURED, chooses not to appeal a judgment in excess of their RETENTION or limits, WE may do so. WE will pay all expenses, and be liable for the costs and interests for the appeal. In no event, however, will OUR liability exceed the limit stated in the declarations.

## Other Insurance

Except as provided in The Most We Will Pay and Non-Stacking of Limits, the insurance afforded by this coverage part is excess over the amount due from any OTHER INSURANCE, whether collectible or not.

## Non-Stacking of Limits

When an INSURED has coverage for an OCCURRENCE under this coverage part and any other umbrella coverage part or policy issued by US, the most WE will pay is the highest limit applicable. The limit under that umbrella coverage part or policy will be inclusive of the lower limit in the other coverage parts or policies, not in addition to them.

## Policy Territory

Except with respect to watercraft, this coverage part applies anywhere in the world if the SUIT is brought in the United States of America, its territories or possessions, or Canada.

Watercraft are covered, while afloat, only within fifty nautical miles of the coastal shoreline of the 48 contiguous United States, the District of Columbia, or Canada.

PAGE 970-12      Copyright © 2007 Universal Underwriters Insurance Company      Unicover VI
Includes copyrighted material of Insurance Services Office, Inc. with its permission.      Edition 1-2007

# COMMERCIAL UMBRELLA
## COVERAGE PART 980

This coverage part and the specific coverages that comprise this coverage part apply only when they are shown in the declarations. In Item 2 of the declarations, each named insured, other insured and location is given a corresponding letter or number designation. Insurance provided by this coverage part will not apply to any named insured, other insured or location unless its corresponding letter or number appears next to a specific coverage in Item 3 of the declarations for this coverage part.

When "All" is shown in the Locations column of the declarations, coverage will apply to all locations at which YOU conduct YOUR business operations as covered by the UNDERLYING INSURANCE.

The General Conditions apply except as amended or replaced in this coverage part.

## *Insuring Agreement*

A. Injury

   WE will pay those sums the INSURED legally must pay as DAMAGES because of INJURY to which this insurance applies (including ELECTRONIC ACTIVITIES), caused by an OCCURRENCE arising out of YOUR business operations.

B. Covered Pollution Damages

   WE will pay those sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES to which this insurance applies, caused by an OCCURRENCE arising out of YOUR business operations.

C. This insurance is subject to the terms and conditions of this coverage part, in excess of:

   1. coverage provided in any UNDERLYING INSURANCE;

      With respect to coverage provided in excess of UNDERLYING INSURANCE, the terms and conditions of UNDERLYING INSURANCE are made a part of this coverage part, except for:

      a. any contrary provision contained in this coverage part; or
      b. any provision in this coverage part for which a similar provision is not contained in UNDERLYING INSURANCE.

      With respect to the exceptions stated above, the provisions of this coverage part will apply.

   2. amounts payable by all OTHER INSURANCE provided to an INSURED; or
   3. the RETENTION amount shown in the declarations, when Parts C.1. and C.2. are not applicable.

D. The amount we will pay for DAMAGES is limited as described in The Most We Will Pay and We Will Also Pay conditions.

E. Defense Obligations and Rights

   1. WE have the right and duty to defend any SUIT asking for DAMAGES or COVERED POLLUTION DAMAGES covered by this insurance but not covered by UNDERLYING INSURANCE or OTHER INSURANCE. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.
   2. WE also have the right to defend any SUIT for DAMAGES or COVERED POLLUTION DAMAGES covered by OTHER INSURANCE.
   3. WE will not pay DAMAGES, COVERED POLLUTION DAMAGES or defense costs for any OCCURRENCE, claim or SUIT that is not covered by this coverage part.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4. If WE defend an INSURED under a reservation of rights, and a court finds that no insurance applies under this coverage part, YOU must reimburse US for all legal expenses and costs paid on YOUR behalf, including OUR legal expenses incurred to determine coverage.

5. If there is UNDERLYING INSURANCE or OTHER INSURANCE available to the INSURED, WE will not assume charge of defense or settlement of any claims made or SUITS brought against the INSURED. After the UNDERLYING INSURANCE or OTHER INSURANCE has been exhausted by payment (or written agreement to pay) and all duties to defend have been extinguished, WE will assume charge of further defense or settlement.

6. WE have the right to associate with the INSURED in defense and control of any claim or SUIT likely to involve US.

F. This insurance applies only if:

1. with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2:

   a. such COVERED POLLUTION DAMAGES or INJURY is caused by an OCCURRENCE that takes place within the Policy Territory;

   b. such COVERED POLLUTION DAMAGES or INJURY occurs during the coverage part period; and

   c. prior to the effective date of this coverage part, no INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, and no employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, knew that such COVERED POLLUTION DAMAGES or INJURY had occurred, in whole or in part.

   If an INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or authorized employee knew, prior to the effective date of this coverage part, that the COVERED POLLUTION DAMAGES or INJURY had occurred, then any continuation, change or resumption of such COVERED POLLUTION DAMAGES or INJURY during or after this coverage part period will be deemed to have been known prior to this coverage part period.

2. with respect to INJURY Groups 3, 4, 5 and 6, the act or offense which results in such INJURY was committed within the Policy Territory during the coverage part period.

   However, with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, this insurance applies only if the last injurious act or offense was committed within the Policy Territory during this coverage part period.

G. COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2, which occurs during this coverage period and was not, prior to the effective date of this coverage part, known to have occurred by any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or by any employee authorized by YOU to give or receive notice of an OCCURRENCE, SUIT or claim, includes any continuation, change or resumption of such COVERED POLLUTION DAMAGES or INJURY after the end of this coverage part period.

H. COVERED POLLUTION DAMAGES or INJURY as defined in Groups 1 and 2 will be deemed to have been known to have occurred at the earliest time when any INSURED listed under Parts A.1., A.2. and A.4. of the Who Is An Insured condition, or any employee authorized by YOU to give or receive notice of an OCCURRENCE, claim or SUIT:

1. reports all or any part of such COVERED POLLUTION DAMAGES or INJURY to US or to any other insurer;

2. receives a written or verbal demand or claim for DAMAGES because of such COVERED POLLUTION DAMAGES or INJURY; or

3. becomes aware by any other means that such COVERED POLLUTION DAMAGES or INJURY has occurred or has begun to occur.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Definitions

When used in this coverage part:

A. "ADMINISTRATION" means:

   1. interpreting for or giving counsel to employees;
   2. handling records; and
   3. effecting enrollment, termination or cancellation of employees;

   all under YOUR employee benefits programs when such acts are authorized by YOU.

   ADMINISTRATION does not mean YOUR selection of an employee benefits program.

B. "AGENT'S E&O" means a negligent act, error or omission that:

   1. results in a claim or SUIT; and
   2. arises out of the conduct of YOUR business as an insurance agent.

   AGENT'S E&O does not mean any claim or SUIT:

   1. filed against an INSURED as a direct result of an OCCURRENCE;
   2. as defined in CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, DESIGNATED STATUTE DEFENSE, STATUTE AND TITLE E&O or TRUTH IN LENDING/TRUTH IN LEASING E&O.

C. "AUTO" means:

   1. a land motor vehicle, trailer or semi-trailer, designed for travel on public roads and includes its permanently attached equipment;
   2. any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   AUTO does not include MOBILE EQUIPMENT.

D. "CONTRACTOR'S HAZARD" means construction operations performed for YOU by any contractor at YOUR premises. It also means YOUR acts or omissions in the general supervision of those operations.

E. "COVERED POLLUTION DAMAGES":

   1. means any cost or expense not otherwise excluded arising out of:

      a. any request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or
      b. any claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS; and

   2. occur away from premises owned, rented, leased or operated by YOU, arising from:

      a. YOUR PRODUCT or WORK;
      b. POLLUTANTS while being transported on a covered AUTO or MOBILE EQUIPMENT by YOU;
      c. fuels or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or resulting from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or MOBILE EQUIPMENT or its parts, if the POLLUTANTS escape, seep, migrate, or are

discharged, dispersed or released directly from a vehicle part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS;

    d.  POLLUTANTS, not in or upon a covered AUTO or MOBILE EQUIPMENT, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO or MOBILE EQUIPMENT and the discharge, dispersal, seepage, migration, release or escape of the POLLUTANTS is the direct result of such upset, overturn or damage.

F.  "CUSTOMER COMPLAINT DEFENSE" means any SUIT filed against YOU by or on behalf of a wholesale or retail customer arising out of :

    1.  YOUR sale, lease, rental, service or repair of YOUR PRODUCT;
    2.  the promotion of YOUR PRODUCTS or WORK; or
    3.  YOUR failure to properly secure customer records resulting in IDENTITY THEFT.

    CUSTOMER COMPLAINT DEFENSE does not mean any SUIT:

    1.  filed against an INSURED as a result of an OCCURRENCE; or
    2.  as defined in STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E&O, AGENT'S E&O or DESIGNATED STATUTE DEFENSE.

G.  "CUSTOMER'S AUTO" means an AUTO or MOBILE EQUIPMENT not owned or acquired by YOU but in YOUR care, custody, or control for safekeeping, storage, service or repair.

H.  "DAMAGES" means:

    1.  amounts awardable by a court of law (including punitive damages where insurable by law, but only if covered by the UNDERLYING INSURANCE);
    2.  with respect to INJURY Group 6, DAMAGES also means amounts awardable by administrative agencies, back pay awards, front pay awards and compensatory damages;
    3.  with respect to liability assumed in an INSURED CONTRACT, DAMAGES also means reasonable attorney fees and necessary litigation expense incurred by or for a party other than the INSURED. WE will pay such DAMAGES, provided that:

        a.  the following has been assumed in the same INSURED CONTRACT:

            (1)  liability to such party for that party's defense; or
            (2)  liability for the cost of that party's defense; and

        b.  such attorney fees and litigation expenses are for the defense of that party against a civil or alternative dispute resolution proceeding in which DAMAGES to which this insurance applies are alleged.

    4.  DAMAGES does not mean:

        a.  civil penalties, fines or assessments;
        b.  other statutory awards in excess of compensation, except where insurable by law;
        c.  equitable remedies, except those equitable remedies listed under Part H.2. above;
        d.  with respect to INJURY Group 6:

            (1)  severance pay or DAMAGES under an express or implied contract of employment; or
            (2)  an express or implied obligation to make payments in the event of the termination of employment.

I.  "DESIGNATED STATUTE DEFENSE" means any SUIT filed against YOU arising out of or related to the alleged violation of the following statutes, acts or laws:

    1.  statutes governed, enforced or regulated by the Office of Foreign Assets Control;
    2.  Controlling the Assault of Non-Solicited Pornography and Marketing Act;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. Telephone Consumer Protection Act;
4. Gramm-Leach-Bliley Act;
5. Fair Credit Reporting Act;
6. Equal Credit Opportunity Act;
7. Federal Patent Infringement Law (Title 35 U.S.C. § 271);
8. Drivers Privacy Protection Act (18 U.S.C. § 2721 - 2725);
9. any other federal, state or local statute, act or law named in the declarations as applicable to DESIGNATED STATUTE DEFENSE.

DESIGNATED STATUTE DEFENSE does not mean any SUIT:

1. filed against an INSURED as a result of an OCCURRENCE;
2. as defined in CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, STATUTE AND TITLE E&O, TRUTH IN LENDING/TRUTH IN LEASING E & O, or AGENT'S E & O.

J. "DISCRIMINATION" means violation of a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic of a protected class established by any statute, law, rule or regulation. This includes reverse DISCRIMINATION and HARASSMENT. As used in this definition, "person" includes YOUR employees, customers, clients, independent contractors, volunteers and any other persons with whom YOU have a business relationship. DISCRIMINATION also includes mental anguish, mental injury, fright, shock or humiliation resulting from such violation.

K. "ELECTRONIC ACTIVITIES" means the use of a computer, computer network, internet, intranet, electronic mail, telephone, facsimile machine, or any other electronic communication or transmission device in conducting YOUR business operations.

L. "ELECTRONIC DATA" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

M. "GARAGE OPERATIONS" means the ownership, maintenance or use of that portion of any premises where YOU conduct YOUR garage business. GARAGE OPERATIONS includes all other operations necessary or incidental to YOUR garage business.

N. "HARASSMENT" means any unwelcome remarks, behaviors or communications that are of a sexual nature or that are based on race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or any other similar characteristic. This includes actions that cause offense or humiliation to any person or group of persons and are made a condition of employment or any other business relationship.

O. "HAULAWAY" means a conveyance designed solely for use in transporting four or more four-wheeled motor vehicles.

P. "IDENTITY THEFT" means the misappropriation by a person, other than YOUR employee, of a person or entity's identifying information, such as their name, address, credit card or social security number.

Q. "INCIDENTAL MEDICAL MALPRACTICE" means:

1. providing or failing to provide any medical or related professional health care services;
2. furnishing food or drink connected with any medical or other professional health care services; or
3. furnishing or dispensing drugs or medical, dental or surgical supplies or appliances;

when these services are performed by an INSURED who is not in the business or occupation of providing any of these services.

Case 4:19-cv-00069-HFS  Document 90-2  Filed 01/09/23  Page 212 of 267

R. "INJURY" means the following, when coverage is afforded in the UNDERLYING INSURANCE:

1. Group 1

   a. bodily injury, sickness, disease or disability (including death resulting from any of these). This includes INJURY resulting from INCIDENTAL MEDICAL MALPRACTICE;
   b. damage to, or loss of use of tangible property. For purposes of this insurance, ELECTRONIC DATA is not tangible property.

2. Group 2

   mental anguish, mental injury, fright, shock, or humiliation, except when arising from DISCRIMINATION.

3. Group 3

   a. false arrest or imprisonment;
   b. malicious prosecution;
   c. abuse of process;
   d. wrongful detention;
   e. wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
   f. wrongful repossession of an AUTO;
   g. disparagement of goods or services;
   h. libel or slander;
   i. defamation of character;
   j. private nuisance (except pollution);
   k. common law claims for invasion of the right of privacy.

4. Group 4

   a. plagiarism, misappropriation of advertising ideas or style;
   b. infringement of copyright, title, slogan, trademark, service mark or trade dress in YOUR advertising.

5. Group 5

   any error or omission in the ADMINISTRATION of YOUR profit sharing, pension or employee stock subscription plan, YOUR group life, group hospitalization or major medical plan, group accident and health, workers compensation, unemployment, Social Security, disability benefits insurance, dental plan, thrift plan, 401K or any other similar savings plan, vision plan, benefits due an employee prescribed by the Consolidated Omnibus Budget Reconciliation Act (COBRA), or other similar employee benefit plans.

6. Group 6

   a. DISCRIMINATION;
   b. WRONGFUL EMPLOYMENT PRACTICES.

S. "INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

1. a lease of premises, elevator maintenance agreement or railroad sidetrack agreement. However, this does not include that part of any contract or agreement that indemnifies any person or organization for damage by fire to premises leased, rented or loaned to YOU;
2. a license agreement in connection with vehicle or pedestrian private crossings at grade or any easement agreement except in connection with construction or demolition operations within 50 feet of a railroad;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
4. that part of any contract or agreement by YOU, YOUR partners, executive officers, stockholders, directors, or employees pertaining to the rental or lease of AUTOS to them for use in YOUR business. This does not apply to damage to such AUTO;
5. any written contract or agreement in which YOU agree to indemnify or hold harmless any manufacturer, distributor or importer of AUTOS, MOBILE EQUIPMENT or watercraft with respect to YOUR use, repair, or servicing of AUTOS, MOBILE EQUIPMENT or watercraft;
6. that part of any other contract or agreement pertaining to YOUR business (including indemnification of a municipality in connection with WORK performed for a municipality) under which YOU assume the tort liability of another. However, this does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for INJURY arising out of:

   a. preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;
   b. giving directions or instructions, or failing to give them, if that is the primary cause of the INJURY.

T. "LABOR RELATED DEFENSE" means any SUIT, not otherwise covered by INJURY Group 6, filed against YOU by or on behalf of an employee arising out of YOUR employment practices. This includes defense costs arising from:

1. the alleged violation of any of the following:

   a. Workers' Adjustment and Retraining Notification Act;
   b. Federal Labor Standards Act;
   c. National Labor Relations Act.

2. errors or omissions in the selection of an employee benefit program.
3. YOUR failure to properly secure employee records resulting in IDENTITY THEFT.

LABOR RELATED DEFENSE does not mean a SUIT:

1. filed against an INSURED as a result of an OCCURRENCE;
2. as defined in DESIGNATED STATUTE DEFENSE;
3. as would be covered by a workers compensation policy or an employer's liability policy.

U. "MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction or repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers or vehicles used to provide mobility for any of these when permanently attached to the equipment.

However, MOBILE EQUIPMENT does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered AUTOS.

V. "OCCURRENCE means:

1. with respect to COVERED POLLUTION DAMAGES and INJURY Groups 1 and 2, an accident, including continuous or repeated exposure to conditions which result in such INJURY or COVERED POLLUTION DAMAGES neither intended nor expected from the standpoint of a reasonably prudent person;
2. with respect to INJURY Groups 3, 4, 5 and 6, acts or offenses of the INSURED which result in such INJURY.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:13-cv-00068-HLM Document 20-2 Filed 01/19/18 Page 214 of 267

3. with respect to INJURY Group 6, when INJURY arises out of a series of related and continuous acts or offenses, the last injurious act or offense committed in the last coverage part period insured by US.

All INJURY or COVERED POLLUTION DAMAGES arising out of substantially the same general conditions or cause will be considered as arising out of one OCCURRENCE.

OCCURRENCE does not mean any claim or SUIT otherwise covered in the UNDERLYING INSURANCE under AGENT'S E&O, CUSTOMER COMPLAINT DEFENSE, DESIGNATED STATUTE DEFENSE, LABOR RELATED DEFENSE, STATUTE AND TITLE E&O or TRUTH IN LENDING/TRUTH IN LEASING E&O.

W. "OTHER INSURANCE" means a policy of insurance providing coverage that this coverage part also provides.

OTHER INSURANCE does not include UNDERLYING INSURANCE or a policy of insurance specifically purchased to be excess of this coverage part providing coverage that this coverage part also provides.

X. "POLLUTANTS" means any solid, liquid, gaseous or thermal irritant or contaminant including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

Y. "PREMISES HAZARD" means the ownership, maintenance, or use of any premises where YOU conduct YOUR business and all operations necessary or incidental thereto, except the PRODUCTS - COMPLETED OPERATIONS HAZARD.

Z. "PRODUCT" means the goods or products, other than real property, YOU make, sell, service or repair, or those goods or products made or sold by others trading under YOUR name. It includes any container (other than a vehicle) for the goods or products, but does not include a vending machine or any property (other than a container) rented or located for the use of others but not sold.

AA. "PRODUCTS-COMPLETED OPERATIONS HAZARD" means INJURY as defined in Groups 1 and 2, occurring away from the premises YOU own or rent and resulting from YOUR WORK or YOUR PRODUCT. It includes representations or warranties made with respect to fitness, durability, performance or use of YOUR WORK or YOUR PRODUCT, and the providing or failure to provide warnings or instructions for YOUR WORK or YOUR PRODUCT. This does not apply if:

1. the PRODUCT is still in YOUR physical possession;
2. the WORK has not been completed or abandoned.

YOUR WORK will be deemed completed at the earliest of the following:

1. when YOU have completely fulfilled a contract specifying the WORK;
2. when all WORK to be performed by YOU at a specific site has been completed;
3. when the portion of the WORK out of which the INJURY arises has been put to its intended use by any one other than a contractor or subcontractor working on the same project.

WORK requiring service, maintenance, or corrective work, repair or replacement because of a defect, but which is otherwise completed is deemed completed.

COMPLETED OPERATIONS does not include INJURY caused by:

1. the transportation of property, unless caused by the loading or unloading of a vehicle;
2. the existence of tools, uninstalled equipment or abandoned or unused materials.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BB. "RETALIATION" means adverse employment actions against employees for exercising or attempting to exercise their rights under law, where RETALIATION is insurable by law.

CC. "RETENTION" means the amount specified in the declarations that YOU must pay for damages arising out of any one OCCURRENCE covered by this insurance but not covered by UNDERLYING INSURANCE or OTHER INSURANCE.

DD. "SILICA" means:

1.  any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other material; or
2.  synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica flour.

EE. "STATUTE AND TITLE E&O" means any claim or SUIT filed against YOU, by or on behalf of:

1.  a customer arising out of GARAGE OPERATIONS, because of an alleged violation of any federal, state or local:

    a.  odometer statute;
    b   new or used auto damage or prior use disclosure statute;
    c.  competitive auto parts statute;
    d.  used car "Buyers Guide," including Federal Regulation 455;
    e.  statute requiring the display of automobile window stickers listing the manufacturer's suggested retail price for the vehicle and any of its accessories, including the Monroney Act.

2.  any person or organization who has suffered a financial loss due to the failure of YOUR employee to properly specify the name of the security interest or legal owner on auto or watercraft title papers.

    STATUTE AND TITLE E&O does not mean any claim or SUIT:

    1.  filed against an INSURED as a result of an OCCURRENCE;
    2.  as defined in TRUTH IN LENDING/TRUTH IN LEASING E&O CUSTOMER COMPLAINT DEFENSE or DESIGNATED STATUTE DEFENSE.

FF. "SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean an attorney general action. Except for INJURY Group 6, SUIT does not mean administrative actions or equitable actions.

GG. "TRUTH IN LENDING/TRUTH IN LEASING E&O" means any claim or SUIT filed against YOU by or on behalf of a customer arising out of an alleged violation of a state or federal truth in lending or truth in leasing statute requiring that the precise and meaningful cost of credit information be provided to a credit customer.

TRUTH IN LENDING/TRUTH IN LEASING E & O does not mean any claim or SUIT:

1.  filed against an INSURED as a result of an OCCURRENCE;
2.  as defined in STATUTE AND TITLE E & O, CUSTOMER COMPLAINT DEFENSE or DESIGNATED STATUTE DEFENSE.

HH. "UNDERLYING INSURANCE" means the coverage and limits of liability afforded to YOU by the underlying policies of insurance scheduled in the declarations for this coverage part. UNDERLYING INSURANCE does not include any insurance afforded by the Supplemental Limits portion of Coverage Part 330.

II. "WORK" means work or operations YOU perform or someone else performs for YOU, and includes materials, parts or equipment furnished with such work or operations.

JJ. "WRONGFUL EMPLOYMENT PRACTICES" means any of the following occurring in the course of, or arising out of, a claimant's employment or application for employment with YOU:

1. the actual or alleged failure or refusal to employ or promote;
2. deprivation of a career opportunity;
3. negligent evaluation;
4. wrongful discipline;
5. reassignment or demotion;
6. wrongful denial of seniority;
7. WRONGFUL TERMINATION;
8. RETALIATION;
9. mental anguish, mental injury, fright, shock or humiliation resulting from Parts 1. through 8. above.

KK. "WRONGFUL TERMINATION" means the termination of any employment relationship in a manner which is against the law. This includes constructive termination. WRONGFUL TERMINATION does not include DAMAGES legally owed under an express or implied contract of employment or an express or implied obligation to make payments in the event of termination of employment.

## Who Is An Insured

With respect to YOUR business operations as covered by UNDERLYING INSURANCE:

A. Except with respect to the ownership, maintenance, use, loading or unloading of any AUTO or watercraft:

1. YOU;

   a. if YOU are a sole proprietor, YOU and YOUR spouse;
   b. if YOU are a partnership, YOUR partners and their spouses;
   c. if YOU are a joint venture, YOUR members;
   d. if YOU are a limited liability company, YOUR members.

2. YOUR directors, executive officers or stockholders.

3. YOUR employees while in the course and scope of their employment.
4. if YOU are a trust, YOUR trustees while acting within the scope of their duties as trustees, but only if such trustees are shown in the declarations as applicable to this coverage part.
5. any other person or organization:

   a. named in the UNDERLYING INSURANCE (provided to the Named Insured of this coverage part);
   b. granted INSURED status under:

      (1) Parts A.5. or A.6. of the Who Is An Insured condition in Coverage Part 500 – Garage; or
      (2) Parts A.7. or A.8. of the Who Is An Insured condition in Coverage Part 660 – General Liability;

   but not for broader coverage than provided to such person or organization in the UNDERLYING INSURANCE.

B. With respect to any AUTO or watercraft, YOU.

C. With respect to:

1. any AUTO or watercraft used in YOUR business; or
2. personal use of any AUTO owned or hired by YOU;

any person or organization shown in the declarations for this coverage part as a Designated Person.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

D. With respect to coverage afforded in the UNDERLYING INSURANCE by Endorsement No. 034 – Drive Other Autos or Endorsement No. 056 – Broad Form Drive Other Autos, the person shown in the declarations for this coverage part as a Designated Person.

A "family member" is not an INSURED unless that "family member" is shown in the declarations as a Designated Person.

"Family member" means any person related to the Designated Person by marriage, blood or adoption, who is a resident of the Designated Person's household. "Family member" includes a ward or foster child.

## Who is Not an Insured

A. Any partnership or joint venture, unless the partnership or joint venture is shown in the declarations as a Named Insured. Part A. does not apply to any joint venture, of which YOU are a part, with respect to any coverage afforded to YOU under INJURY Group 4.

B. With respect to the ownership, maintenance, use, loading or unloading of any AUTO, any INSURED (except YOU) with respect to an AUTO owned by them.

## Exclusions

This insurance does not apply to:

A. Dishonest Acts

an OCCURRENCE, SUIT or claim arising out of any dishonest, fraudulent or criminal acts committed by any INSURED.

However, with respect to INJURY Group 6., this exclusion does not apply to YOU if such act was committed by YOUR employee (other than a partner, director, or executive officer) without YOUR direction or YOUR knowledge.

B. Intent to Cause Harm

any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property.

C. Employer's Liability

1. INJURY as defined in Groups 1, 2 and 3, to any:

   a. current employee of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED;
   b. former employee of the INSURED arising out of their previous employment by or on behalf of the INSURED;

   for which:

   (1) the INSURED may be held liable as an employer or in any other capacity;
   (2) the INSURED may have an obligation to indemnify or contribute with another because of such INJURY;
   (3) INJURY is sustained by any relative of the employee as a consequence of the INJURY to such employee.

2. This exclusion does not apply:

    a. under Part (1), to "domestic employees" of the INSURED not entitled to workers compensation benefits. For the purposes of this coverage part, "domestic employee" means a person engaged in household or domestic work performed principally in connection with a residence premises;

    b. under Part (2) of this exclusion, to any contract excepted in Exclusion E.;

    c. to damage to or loss of use of tangible property owned by such employee;

    d. to any Employers Liability coverage shown as UNDERLYING INSURANCE;

    e. to INJURY as defined in Group 1, Part a., to any of YOUR employees, with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU.

D. **Workers Compensation and Similar Laws**

any obligation for which the INSURED or the INSURED'S insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

E. **Contractual Liability**

any obligation assumed under a contract or agreement. This exclusion does not apply to an INSURED CONTRACT under:

1. INJURY Groups 1, 2 and 3;
2. INJURY Groups 4, 5 and 6 with respect to YOUR negligent acts;

but in any event for no more coverage than is afforded YOU by this coverage part.

No person or organization demanding performance of an INSURED CONTRACT has rights under this policy.

F. **Warranties**

any OCCURRENCE, SUIT or claim arising out of any manufacturer's warranty, extended warranty, extended service agreement or mechanical breakdown agreement.

G. **Aircraft**

an OCCURRENCE, SUIT or claim arising out of:

1. the ownership, operation, maintenance, repair, use (including loading or unloading) or entrustment to others of any aircraft; or
2. the manufacture, storage, sale, handling or distribution of aircraft, aircraft engines or aircraft parts.

This exclusion applies even if:

1. the OCCURRENCE, SUIT or claim involves the entrustment to others of any aircraft that is owned by, operated by, rented to, or loaned to an INSURED; and
2. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

This exclusion does not apply to any employer's liability coverage shown as UNDERLYING INSURANCE.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HSG Document 20-2 Filed 07/09/13 Page 219 of 267

H. Pollution

1. INJURY arising out of the actual, alleged or threatened discharge, dispersal, release, migration, seepage or escape of POLLUTANTS:

   a. that are, or that are contained in any property that is:

      (1) being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO or MOBILE EQUIPMENT;
      (2) being moved from the covered AUTO or MOBILE EQUIPMENT to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;
      (3) being transported or towed by the covered AUTO or MOBILE EQUIPMENT;
      (4) otherwise in the course of transit;
      (5) being stored, disposed of, treated or processed in or upon the covered AUTO or MOBILE EQUIPMENT.

      Parts H.1.a.(1), (2) and (3) apply only to POLLUTANTS or POLLUTANTS contained in property being transported, or towed by, handled for movement into, onto or from an AUTO or MOBILE EQUIPMENT by others for YOU.

   b. at or from premises, site or location owned, rented or occupied by an INSURED.

      Part H.1.b. does not apply to:

      (1) airborne paint overspray;
      (2) INJURY, as defined in Group 1, Part a., if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building or equipment that is used to heat water for personal use by the building's occupants or their guests.

   c. at or from any premises, site or location used by or for any INSURED or others for the handling, storage, disposal, processing or treatment of waste.

   d. at from any premises, site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on an INSURED'S behalf are performing operations:

      (1) to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the POLLUTANTS; or
      (2) if the POLLUTANTS are brought on or to the premises, site or location in connection with such operations.

      Part H.1.d.(2).does not apply to INJURY as defined in Group 1, Part a., when such INJURY is sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by YOU or on YOUR behalf by a contractor or subcontractor.

   e. which are at any time transported, handled, stored, treated, disposed of or processed as waste by or for any INSURED or any person or organization for whom the INSURED may be legally responsible.

2. any loss, cost or expense arising out of any:

   a. request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS; or

Case 4:13-cv-00068-HRS Document 20-2 Filed 07/19/13 Page 220 of 267

    b.   claim or SUIT by or on behalf of a governmental authority for DAMAGES because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of POLLUTANTS.

Part H.2. does not apply to COVERED POLLUTION DAMAGES, or to liability for DAMAGES because of INJURY as defined in Group 1, part b., that the INSURED would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or SUIT by or on behalf of a governmental authority.

Parts H.1.a.(5), H.1.b. through H.1.e., and H.2. do not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or MOBILE EQUIPMENT or their parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from a vehicle part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Parts H.1.a.(1) and (2), H.1.b. through H.1.e., and H.2. do not apply to POLLUTANTS away from the premises not in or upon the covered AUTO or MOBILE EQUIPMENT if:

1. the POLLUTANTS or any property in which the POLLUTANTS are contained are upset, overturned or damaged as a result of the maintenance or use of the covered AUTO or MOBILE EQUIPMENT,
2. the discharge, dispersal, release or escape of the POLLUTANTS is caused directly by such upset, overturn or damage, and
3. the INJURY is not otherwise excluded under Part H.1.a. of this exclusion.

Exclusion H. does not apply to INJURY as defined in Groups 1 and 2 caused by heat, smoke, or fumes from a "hostile fire". A "hostile fire" means a fire that becomes uncontrollable or breaks out from where it was intended to be.

I.   Liquor Liability

    an OCCURRENCE, SUIT or claim arising out of YOUR business of serving, manufacturing, distributing or selling alcoholic beverages.

J.   Certain Autos, Mobile Equipment and Watercraft

    INJURY or COVERED POLLUTION DAMAGES arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any:

1. AUTO:

    a.   that is a HAULAWAY.
    b.   while operated in, or in practice or preparation for any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;
    c.   while leased or rented by YOU to others;
    d.   while being used as a taxicab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier, or carrying property for a charge;
    e.   while being used to transport explosives, gasoline, liquefied petroleum gas, or other volatile petroleum products;
    f.   not covered by UNDERLYING INSURANCE.

    Exclusions J.1.d. and J.1.e. do not apply when the excluded class or operation constitutes a minor and incidental part of YOUR business operations;

2. MOBILE EQUIPMENT, while:

    a.   rented, leased or loaned by YOU to others;
    b.   being operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity; or to any snowmobile or trailer designed for use with it.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. watercraft:

    a.  over 35 feet in length;
    b.  when used for non-business purposes by any INSURED, regardless of length;
    c.  while rented, leased or loaned to others by YOU;
    d.  while afloat over 50 nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia or Canada;
    e.  while operated in, or in preparation for, any prearranged or organized race, rally, speed or competitive contest or stunting activity.

Parts J.1.b., J.2.b. and J.3.e. do not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

4. This exclusion applies even if:

    a.  the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any MOBILE EQUIPMENT, AUTO or watercraft described in Exclusion J. that is owned by, operated by, rented to, or loaned to an INSURED; and
    b.  the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

Exclusion J. does not apply to an INSURED with such coverage in the UNDERLYING INSURANCE.

K. Care, Custody or Control

INJURY or COVERED POLLUTION DAMAGE to property owned by, rented or leased to, used by, transported by, or otherwise in the care, custody or control of the INSURED.

This exclusion does not apply, when YOU have coverage in the UNDERLYING INSURANCE, to INJURY:

1. to real or personal property (other than AUTOS) not owned by YOU;
2. to CUSTOMER'S AUTOS;
3. for liability assumed by YOU under a written sidetrack agreement with respect to property used by YOU or in YOUR care, custody, or control.

L. Loss Of Use Of Property Not Physically Damaged

loss of use of property not physically damaged, if caused by:

1. YOUR delay or failure in performing any agreement or contract;
2. the failure of YOUR PRODUCT or YOUR WORK to meet the quality warranted or the level of performance represented.

M. Product Recall

any OCCURRENCE, SUIT or claim arising out of the recall of YOUR PRODUCTS, YOUR WORK, or other property of which they form a part, due to a known or suspected defect or deficiency they contain.

N. Personal and Advertising Injury

INJURY, as defined in Groups 3 and 4:

1. if the first injurious offense was committed, or alleged to have been committed, prior to the coverage part period.
2. arising out of the infringement of patent, trade secret or other intellectual property rights, except as covered under INJURY Group 4.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-HFS   Document 20-2   Filed 09/19/18   Page 222 of 267

3. arising out of an electronic chatroom or bulletin board YOU host, own, or over which YOU exercise control.
4. arising out of the unauthorized use of another's name or product in YOUR e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

O. Employee Benefits Liability

1. INJURY as defined in Group 5, if caused by:

    a. failure of performance by any insurer or self insurer;
    b. an INSURED'S failure to comply with any workers compensation, unemployment insurance, Social Security, disability benefits law or similar laws;
    c. failure of investments or assets to perform as represented by an INSURED;
    d. advice given by an INSURED to an employee to participate or not to participate in stock subscription plans;
    e. failure of any employee benefits program, for any reason;
    f. the investment or non-investment of funds;
    g. violation of the duties, obligations or responsibilities imposed by the Employee Retirement Income Security Act of 1974 (ERISA), its amendments, or any similar local, state or federal law.

2. remedies under the Consolidated Omnibus Budget Reconciliation Act (COBRA) except to benefits due an employee prescribed by the act.

P. Insurance Agent, Broker or Consultant Activities

an OCCURRENCE, SUIT or claim arising out of an INSURED'S activities as an insurance agent, broker or consultant.

Q. Radioactivity, Nuclear and War Hazards

an OCCURRENCE, SUIT or claim arising out of radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences.

R. Asbestos

an OCCURRENCE, SUIT or claim arising out of, or in any way related to:

1. the actual or alleged presence, dispersal or threatened dispersal of asbestos, asbestos fibers or products, or compounds containing asbestos, or any hazardous properties of asbestos;
2. any demand, requirement, order, direction, determination or request that YOU or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos.

This includes, but is not limited to:

    a. any supervision, instruction, recommendation, warning or advice given, or which should have been given, in connection with the above;
    b. DAMAGES, or legal obligations to reimburse another party for DAMAGES, resulting from any OCCURRENCE, SUIT or claim.

S. Violation of Communication or Information Law

INJURY arising directly or indirectly out of an actual or alleged violation of:

1. the Telephone Consumer Protection Act including any amendment of or addition to such law;
2. Controlling the Assault of Non-Solicited Pornography and Marketing Act including any amendment of or addition to such law; or

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. any other federal, state or local statute, regulation or ordinance other than Part S.1. or S.2. that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

T. Discrimination

INJURY as defined in Group 6, based upon, arising out of, or related to:

1. corporate reorganizations, lay-offs, closings or downsizing actions;
2. a lockout, strike, picket line, replacement or other similar action resulting from labor disputes or labor negotiations.

U. Public Policy

an OCCURRENCE, SUIT or claim for harm to plaintiff for which the courts or legislature have determined, for public policy reasons, that an INSURED cannot be indemnified.

V. Silica

1. INJURY or COVERED POLLUTION DAMAGES arising from the actual, alleged or threatened inhalation, ingestion, absorption, existence or presence of SILICA or SILICA mixed dust, regardless of whether INJURY or COVERED POLLUTION DAMAGES are caused directly or indirectly by any of the above;
2. DAMAGES, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any manner responding to or assessing the effects of, SILICA by an INSURED or by any other person or entity.

W. Identity Theft

INJURY arising out of IDENTITY THEFT.

X. Hazards Not Covered by Underlying Insurance

an OCCURRENCE, SUIT or claim arising out of the CONTRACTORS HAZARD, PREMISES HAZARD, or PRODUCTS-COMPLETED OPERATIONS HAZARD. This exclusion does not apply to an INSURED who has coverage for such hazard in the UNDERLYING INSURANCE or under the Newly Acquired Organizations Extension.

Y. Defense Reimbursement and E&O

AGENT'S E&O, CUSTOMER COMPLAINT DEFENSE, LABOR RELATED DEFENSE, DESIGNATED STATUTE DEFENSE, STATUTE AND TITLE E&O, or TRUTH IN LENDING/TRUTH IN LEASING E&O.

Z. Uninsured/Underinsured Motorists and PIP

any INJURY recoverable under automobile no-fault or personal injury protection, uninsured motorists coverage or underinsured motorists coverage.

AA. Personal Umbrella

an OCCURRENCE, SUIT or claim payable under a personal umbrella or personal excess policy.

## *The Most We Will Pay*

A. Regardless of the number of INSUREDS, AUTOS, MOBILE EQUIPMENT or watercraft insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is the least of the following:

1. When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE or any OTHER INSURANCE, WE will pay the difference between OUR limit and the RETENTION which are both shown in the declarations;

2. When coverage for an OCCURRENCE is available to the INSURED in the UNDERLYING INSURANCE only, WE will pay OUR limit shown in the declarations in excess of such UNDERLYING INSURANCE once the limits of such UNDERLYING INSURANCE are reduced or exhausted. In that event, OUR limit will apply as follows:

   a. If the limits of UNDERLYING INSURANCE have been reduced solely by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will drop down to become immediately excess of the reduced limits of UNDERLYING INSURANCE; or
   b. If the limits of UNDERLYING INSURANCE have been exhausted by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will continue in force as UNDERLYING INSURANCE;

3. When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE but there is coverage available under OTHER INSURANCE , WE will pay OUR limit shown in the declarations in excess of the limits of such OTHER INSURANCE;

4. When there is coverage for an OCCURRENCE available in both the UNDERLYING INSURANCE and any OTHER INSURANCE, WE will pay OUR limit shown in the declarations but only after the UNDERLYING INSURANCE and such OTHER INSURANCE have been exhausted;

5. With respect to an obligation assumed under an INSURED CONTRACT, the most WE will pay is the lesser of:

   a. YOUR obligation under such contract in excess of the UNDERLYING INSURANCE; or
   b. OUR limit shown in the declarations.

B. Plaintiff's Costs

   With respect to a plaintiff's litigation costs, fees and expenses that are awarded as part of a judgment or arbitration ruling made against OUR INSURED for a covered claim, the most WE will pay for such costs, fees and expenses is the amount of OUR limit remaining after DAMAGES have been paid.

C. OUR limit per OCCURRENCE shown in the declarations is the most WE will pay for all DAMAGES arising out of any one OCCURRENCE, even if such DAMAGES are covered, in whole or in part, under one or more of Parts A., B., C.1., C.2. or C.3. of the Insuring Agreement.

## Maintenance of Underlying Insurance

A. This insurance will apply as if the UNDERLYING INSURANCE is in effect, even if:

   1. YOU have reduced such insurance or failed to keep it in effect;
   2. coverage has been denied or reduced due to the INSURED'S failure to comply with the policy conditions; or
   3. the underlying insurer is bankrupt or insolvent.

B. This condition does not apply to exhaustion of an aggregate limit in the UNDERLYING INSURANCE.

## We Will Also Pay

A. If there is no UNDERLYING INSURANCE or any OTHER INSURANCE available to an INSURED, and coverage is afforded by this coverage part (except for the INSURED'S RETENTION) WE will pay, in addition to OUR limit:

   1. all costs and expenses in defending an INSURED.

2. interest on that part of the judgment covered by this coverage part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit.

3. premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend but only for bond amounts within OUR limits. Also, up to $2,000 for the cost of bail bonds required because of an OCCURRENCE, including related traffic law violations. WE do not have to furnish or secure these bonds.

4. other reasonable expenses incurred at OUR request.

B. If any jurisdiction will not let US defend YOU, WE will pay any such expenses when WE agree, in advance, in writing.

## How We Will Pay

WE have no obligation to pay for an OCCURRENCE until:

A. the UNDERLYING INSURANCE carriers have paid or agreed to pay their policy limits;

B. any other insurer whose policy is available to the INSURED has paid or agreed to pay its policy limits; and

C. the INSURED has paid or agreed to pay the RETENTION or any difference between the limits stated in the UNDERLYING INSURANCE and the actual limits (if less) as stated in such policies.

## Insured's Duties After Injury, Covered Pollution Damages, Occurrence, Claim or Suit

WE have no duty to provide coverage under this policy unless there has been full compliance with the following duties. If there is an OCCURRENCE, the INSURED is sued, or a claim is made against an INSURED:

A. YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved, injured and any witnesses;

B. each INSURED must promptly send US all documents, if they are sued or if claim is made against them. If a dispute arises as to whether an INSURED mailed, or WE received, notice of claim or SUIT, only a certified mailing receipt will be proof of mailing;

C. each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted in this coverage part;

D. each INSURED has an obligation to notify any person or organization, including any other insurance company, which may also be liable to the INSURED for an OCCURRENCE, SUIT or claim; and

E. YOU must not incur any expense, including pre-notice or pre-tender expense, unless permitted by US.

## Separation of Insureds

Except with respect to the limit of liability, and any rights or duties specifically assigned in this policy to Named Insured 01, this insurance applies:

A. as if each INSURED were the only INSURED; and
B. separately to each INSURED against whom claim is made or SUIT is brought.

## Appeals

If the INSURED, the UNDERLYING INSURANCE carrier, or any other insurance carrier that has insurance available to the INSURED, chooses not to appeal a judgment in excess of their limits, WE may do so. WE will pay all expenses, and be liable for the costs and interest for the appeal. In no event, however, will OUR liability exceed OUR limit as stated in the declarations.

## Newly-Acquired Organizations Extension

A.  The insurance afforded by this coverage part is extended to include as a Named Insured any organization acquired or formed by YOU and in which YOU maintain ownership or in which the majority interest is the same as YOU.

B.  This extension ends the earlier of 180 days from:

1.  the date of acquisition or formation; or
2.  the date YOU report the newly acquired or formed organization to US.

YOU must pay any additional premiums due.

C.  This extension does not apply to any organization:

1.  that is a joint venture;
2.  that is an insured under any other liability or indemnity policy;
3.  that has exhausted its limit of insurance under any other liability policy;
4.  which is in a different business than YOU.

## Limited Worldwide Liability Extension

With respect to INJURY, the Policy Territory is extended to anywhere in the world when caused by an INSURED who permanently lives in the United States of America, its possessions, or Canada but only if:

A.  such INSURED is temporarily outside these places; or

B.  such INSURED is conducting ELECTRONIC ACTIVITIES outside these places; and

the SUIT or claim is brought in the United States of America, its territories or possessions, or Canada.

This extension does not apply to watercraft.

## Other Insurance

Except as provided in The Most We Will Pay and Non-Stacking of Limits, the insurance afforded by this coverage part is excess over the amount due from any OTHER INSURANCE, whether collectible or not.

## Non-Stacking of Limits

When an INSURED has coverage for an OCCURRENCE under this coverage part and any other umbrella coverage part or policy issued by US, the most WE will pay is the highest limit applicable. The limit under that umbrella coverage part or policy will be inclusive of the lower limit in the other coverage parts or policies, not in addition to them.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00063-HTS  Document 90-2  Filed 01/19/18  Page 227 of 267

# ENDORSEMENTS APPLICABLE

In consideration of the premium for this policy, each of the following endorsements apply when the number of the endorsement is shown in the declarations. The endorsement applies to only the Coverage Part in which reference is made in the declarations. Unless stated otherwise in an endorsement each endorsement applies separately.

## ENDORSEMENT NO. 001

THIS ENDORSEMENT NO. 001 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 002

THIS ENDORSEMENT NO. 002 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 003

THIS ENDORSEMENT NO. 003 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 004

THIS ENDORSEMENT NO. 004 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 005
## LIMITED COLLISION COVERAGE
## COVERAGE PART 300

COVERED AUTOS are not insured for COLLISION while being driven or transported from point of purchase, sale, or distribution to point of destination if such points are more than 50 road miles apart.

## ENDORSEMENT NO. 006
## DRIVEAWAY COLLISION COVERAGE
## COVERAGE PART 300

When COVERED AUTOS are not insured for COLLISION, or when the LIMITED COLLISION COVERAGE endorsement applies, WE will provide COLLISION on any AUTO when YOU request the coverage (in writing) from US. The request must state the departure and destination locations, the factory price(s), date of departure, and any other information WE may require.
Coverage will:

A.  become effective as of the postmark on the request;
B.  apply separately to each AUTO, including the deductible(s) requested;
C.  apply only while the AUTO is en route by the shortest and most direct route; and
D.  continue until the AUTO reaches its destination or 10 consecutive days after the postmark on the request, whichever occurs first.

## ENDORSEMENT NO. 007

THIS ENDORSEMENT NO. 007 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

Case 4:13-cv-00068-HLM   Document 20-2   Filed 04/19/13   Page 228 of 267

## ENDORSEMENT NO. 008
## CUSTOMER'S AUTOS OR CUSTOMER'S WATERCRAFT - LEGAL LIABILITY
## COVERAGE PART 300

As it applies to CUSTOMER'S AUTOS, this Coverage Part is changed as follows:

Insuring Agreement

The first paragraph of the Insuring Agreement is changed to read:

WE will pay those sums YOU legally must pay as DAMAGES for LOSS to a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT, except as excluded or as stated otherwise in the declarations.

Exclusions

Exclusion Q. is replaced by the following:

Q.  resulting from YOUR accepting responsibility for LOSS under any agreement;

Exclusion U. is added:

U.  to tapes, records, compact discs, digital video discs, or other devices designed for use with sound or video reproducing equipment.


## ENDORSEMENT NO. 009
## CUSTOMER'S AUTOS OR CUSTOMER'S WATERCRAFT - EXCESS INSURANCE
## COVERAGE PART 300

If the owner or lessee of a CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT has no physical damage insurance policy applicable to the LOSS:

1.  the provisions of Endorsement 008 Customer's Autos or Customer's Watercraft - Legal Liability endorsement do not apply, and this insurance is primary; and
2.  exclusions Q. and U. do not apply.

If such a policy does exist, (whether valid or not) the provisions of Endorsement 008 Customer's Autos or Customer's Watercraft - Legal Liability will apply.


## ENDORSEMENT NO. 010
## BROADENED COVERAGE
## OTHER PROPERTY
## COVERAGE PART 300

The insurance afforded by this Coverage Part is changed as follows, but only with respect to property of others within the CUSTOMER'S AUTO or CUSTOMER'S WATERCRAFT.

Definitions

The definitions of CUSTOMER'S AUTO and CUSTOMER'S WATERCRAFT are changed to read:

"CUSTOMER'S AUTO" means a COVERED AUTO not owned by YOU but in YOUR care, custody, or control for safekeeping, storage, service or repair.  It also means the property of others within the CUSTOMER'S AUTO.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

"CUSTOMER'S WATERCRAFT" means a COVERED WATERCRAFT not owned or acquired by YOU, nor consigned to YOU, but in YOUR care, custody or control for safekeeping, storage, service or repair. It also means the property of others within the CUSTOMER'S WATERCRAFT.

The following conditions are added:

With respect to theft of property of others within the CUSTOMER'S AUTO, this insurance will apply only if:

1. there is evidence of forced entry into the CUSTOMER'S AUTO or YOUR building; or

2. the CUSTOMER'S AUTO has been stolen.


ENDORSEMENT NO. 011
DRIVE OTHER AUTOS
COVERAGE PART 300

With respect to the Other Insured named in the declarations and shown as insured by this endorsement, the following changes in this coverage part apply:

Definitions

The definition of "COVERED AUTO" is changed to read:

"COVERED AUTO" means an AUTO not owned by the individual or FAMILY MEMBER, and not used by any of them while working in the business of selling, servicing, repairing, or parking AUTOS.

The following definition is added:

"FAMILY MEMBER" means any person related to the individual named in the declarations as insured under this endorsement, by marriage, blood or adoption, who is a resident of his or her household. FAMILY MEMBER includes a ward or foster child.

Who Is An Insured

The Who Is An Insured condition is amended to read:

With respect to LOSS under this endorsement:

A. the individual shown in the declarations as an Other Insured; and
B. a FAMILY MEMBER.

Exclusions

Exclusion L. does not apply.

Part 3. is added to Exclusion P:

3. diminished value resulting from LOSS to a COVERED AUTO, but only if:

a. such diminished value results from LOSS that is covered by this endorsement; and
b. the Other INSURED becomes legally liable to pay for diminished value to an AUTO that is rented or hired without a driver under a written rental contract or agreement.

The following Exclusions are added:

U. any AUTO while used as a residence or place of business.

Case 4:13-cv-00068-HFS   Document 20-2   Filed 01/04/13   Page 230 of 267

V.  any AUTO furnished or available for the regular use of the individual or FAMILY MEMBER.

We Will Also Pay

The following is added to We Will Also Pay:

WE will pay expenses for which an Other INSURED becomes legally liable to pay for loss of use of an AUTO that is rented or hired without a driver under a written rental contract or agreement. WE will pay such expenses when they result from LOSS that is covered by this endorsement.


ENDORSEMENT NO. 012

THIS ENDORSEMENT NO. 012 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 013
AUTOMATIC INCREASE
COVERAGE PART 330

With respect to the BUILDING, shown in the declarations as subject to this endorsement, WE will increase the amount of insurance shown in the declarations.  At the end of each three- month period after the effective date of the Coverage Part, WE will increase the insured amount by the percentage shown in the declarations as applicable to this endorsement.  Each increase will be that percentage of the amount insured on the effective date of the Coverage Part.


ENDORSEMENT NO. 014

THIS ENDORSEMENT NO. 014 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 015
FLUCTUATING VALUE
COVERAGE PART 330

With respect to LOSS to the BUILDING shown in the declarations as subject to this endorsement, the following changes are made in this Coverage Part:

The Most We Will Pay

Parts A.1.e. and A.1.h. of The Most We Will Pay condition are replaced by:

e.  if LOSS exceeds the limit shown in the declarations, WE will increase that limit to an amount equal to the Full Replacement Value at the time of LOSS times the Coinsurance percentage applicable, but not for more than 110% of the limit.  The Coinsurance Condition does not apply.

The following conditions are added:

1.  On each renewal effective date, WE will compute a new Full Replacement Value and a new limit for the next twelve months.  WE will multiply the old Full Replacement Value times an adjustment factor furnished US by independent appraisal sources.  The new limit will be the Full Replacement Value times the coinsurance percentage applicable.

2.  This endorsement will no longer apply if YOU:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

a.  reject the new Full Replacement Value and limit, or
b.  do not tell use of any changes YOU made in the BUILDING since the last Full Replacement Value was computed, and the changes are valued at more than 10% of the limit.

ENDORSEMENT NO. 016
REPLACEMENT COST – BUILDING
COVERAGE PART 330

With respect to LOSS to the BUILDING shown in the declarations as subject to this endorsement, the following changes are made in this Coverage Part:

Definitions

Part 1. of the definition of ACTUAL CASH VALUE is changed to read:

1.  BUILDING, its replacement cost;

The following conditions are added:

1.  YOU may elect LOSS payment be made on a replacement cost less actual (not tax) depreciation basis rather than replacement cost.  Regardless of YOUR election, the coinsurance formula will be computed on the replacement cost value.  YOU have 180 days after LOSS to tell US, in writing, YOU wish to elect LOSS payment on a replacement cost basis.
2.  This endorsement will not apply until YOU have actually repaired or replaced the BUILDING for the same occupancy and use.  YOU must repair or replace the BUILDING within a reasonable time after LOSS.
3.  WE will not pay more than the amount actually spent to repair or replace the lost or damaged BUILDING.

ENDORSEMENT NO. 017
GLASS - LIMITED COVERAGE
COVERAGE PART 330

Exclusions – Property

With respect to LOSS to the BUILDING shown in the declarations as subject to this endorsement, the Exclusions – Property condition is changed to add:

WE will not pay for LOSS to glass.  This exclusion does not apply to:

1.  glass building blocks.
2.  LOSS caused by SPECIFIED PERILS, other than vandalism or malicious mischief.
3.  LOSS caused by thieves, when there is visible evidence that the glass was broken by the thief to gain entrance to or exit from the BUILDING.

ENDORSEMENT NO. 018

THIS ENDORSEMENT NO. 018 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 019
ADDITIONAL DEBRIS REMOVAL AND DEMOLITION COSTS
COVERAGE PART 330

With respect to the BUILDINGS shown in the declarations as subject to this endorsement, the following conditions are added:

A.  Debris Removal

WE will pay for the cost incurred of removing debris of the covered property at the LOCATION, following a LOSS insured by this Coverage Part, subject to the following:

1.  the expenses will be paid only if reported to US in writing within 180 days of the date of LOSS.
2.  WE will not pay for the expenses to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water.

B.  Demolition Costs

WE will pay for the cost of demolishing any undamaged portion of the BUILDING at the LOCATION, including clearing the site, following a LOSS insured by this coverage part.  This condition applies only if (1) LOSS is caused by an insured peril and (2) the cost is the result of the enforcement of any ordinance or law regulating the demolition of BUILDINGS which is in effect at the time of the LOSS.

Part 1. of Exclusions – Perils X. does not apply to this endorsement.

C.  The Most We Will Pay

The most WE will pay for additional debris removal and demolition costs is the limit shown in the declarations as applicable to this endorsement.  This limit applies in addition to any amounts payable under the Debris Removal and Demolition Costs condition in the Property coverage part.

The Debris Removal and Demolition Costs conditions do not apply to BUSINESS INCOME CONTINUATION.

ENDORSEMENT NO. 020
FIRE LIABILITY
COVERAGE PART 330

With respect to LOSS to a BUILDING shown in the declarations as subject to this endorsement, the following changes are made in this coverage part:

Insuring Agreement

The Insuring Agreement is changed to read:

WE will pay all sums YOU legally must pay for LOSS to the BUILDING (including loss of use) not owned by YOU but in YOUR care, custody, or control, if LOSS is caused by accidental fire or explosion due to YOUR negligence.

WE have the right and duty to defend any suit asking for these DAMAGES.  WE may investigate and settle any claim or suit WE consider appropriate.  OUR payment of the limit shown in the declarations for this BUILDING ends OUR duty to defend.

Exclusions – Perils

Exclusions – Perils F. and G. do not apply to this endorsement.

The following exclusion is added:

WE will not pay for LOSS caused directly or indirectly YOUR agreement to be responsible for LOSS.  Such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

The Most We Will Pay

The following condition is added to The Most We Will Pay, item A.1.h:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc, with its permission.

The limit shown in the declarations for Fire Liability is inclusive of any limits provided by the Supplemental Limits condition of this coverage part, not in addition to them.

We Will Also Pay

The We Will Also Pay condition is replaced by:

In addition to the limits stated in the declarations, WE will also pay:

1.  all costs and expenses in defending YOU, and interest on any judgment that does not exceed OUR limit.
2.  premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a suit WE defend, but only for bonds up to OUR limit. WE do not have to furnish or secure these bonds.
3.  up to $500 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request.
4.  other reasonable expenses incurred at OUR request.

How We Will Pay

The How We Will Pay condition is replaced by:

At OUR option, WE may pay YOU the amount of LOSS or OUR limit (whichever is less) after claim is made. Any such payment relieves US of any further obligation of this endorsement. Payment reduces OUR liability.

Deductibles

The Deductibles condition does not apply to this endorsement.

Additional Conditions

C.  Your Duties After Loss

Part 2. of Your Duties After Loss is changed to read:

2.  notify US as soon as possible. Promptly send US all documents, if YOU are sued or claim is made against YOU.

ENDORSEMENT NO. 021
COMPLETED VALUE BUILDER'S RISK
COVERAGE PART 330

With respect to LOSS to BUILDINGS shown in the declarations as subject to this endorsement, the following changes are made in this Coverage Part:

Definitions

The definition of BUILDING is changed to read:

"BUILDING" means the structure described in the declarations which is in the process of being constructed. It also means:

1.  temporary structures built or assembled on site (including, cribbing, scaffolding and construction forms), materials, equipment, and supplies used for the construction of the BUILDING, all while at the LOCATION.
2.  foundations, whether above or below ground, including the cost of excavation, grading, backfilling or filling.

Case 4:19-cv-00008-HFS   Document 20-2   Filed 01/09/13   Page 234 of 267

3. architect's fees.
4. builder's machinery or tools owned by YOU (or in YOUR care, custody, or control) while at the LOCATION, but only for the SPECIFIED PERILS.

The Most We Will Pay

Part A.1.b. of THE MOST WE WILL PAY condition is changed to read:

b. the percentage completed at the time of LOSS bears to the limit shown in the declarations, but never more than the limit.

Coinsurance

The Coinsurance condition does not apply to this endorsement.

The following condition is added:

Occupancy

The BUILDING may not be occupied, except:

1. to install and test BUILDING machinery, unless WE agree to it by endorsement.
2. if the structure being constructed is an addition onto and forms a part of a BUILDING insured by this Coverage Part.
3. within 60 days before completion.

Exclusions – Perils

Parts 3. and 4. of Exclusions – Perils P. are replaced by:

3. workmanship or materials used in construction.

Supplemental Limits

The Supplemental Limits condition is replaced by:

The following Supplemental Limits apply in addition to the limit shown in the declarations, when LOSS is caused by a peril covered by this coverage part. The terms and conditions of this coverage part apply to the Supplemental Limits. The Coinsurance condition of this coverage part does not apply to the extensions provided under Supplemental Limits.

YOU can use:

1. up to $1,000 for YOUR liability for fire department service charges assumed under a contract or agreement, or required by local ordinance. This extension applies only to the service charge, not to any liability for injury to any person or property from any cause. No deductible applies to this extension.
2. up to $25,000 to pay for the expense to extract POLLUTANTS from the land or water at a LOCATION if the pollution results from a LOSS to BUILDINGS insured by this endorsement. The expenses will be paid only if they are reported to US within 180 days of the date of LOSS.

   Extension 2. applies to each LOCATION separately and is the most WE will pay during each policy period. It does not apply to expenses to test for, monitor or assess the existence, concentration or effects of POLLUTANTS, except for testing performed in the process of extracting POLLUTANTS as covered in this extension.

Waiver of Subrogation

The Waiver of Subrogation condition is deleted.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007
Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/18   Page 235 of 267

ENDORSEMENT NO. 022
LIMIT PER EMPLOYEE
COVERAGE PART 330

**The Most We Will Pay**

With respect to LOSS to EMPLOYEE TOOLS, Part A.1.h. of The Most We Will Pay condition of this coverage part is changed to read:

h.  with respect to each employee, the amount shown in the declarations for "Employee Limit". The amount shown in "Our Limits" column of the declarations is the aggregate limit for that LOCATION.

**Coinsurance**

The Coinsurance condition does not apply to this endorsement.

The following condition is added:

YOU must insure at least the "Employee Limit" for each mechanic.  If YOU do not, LOSS will be reduced as follows:

1.  WE will multiply the "Employee Limit" times the number of mechanics employed by YOU at the time of LOSS.  This will determine the "proper amount" of insurance YOU should have purchased.
2.  WE will divide the Limit for EMPLOYEE TOOLS by the "proper amount" to obtain the "recovery ratio".
3.  WE will multiply the LOSS by the "recovery ratio" to determine the amount payable.

ENDORSEMENT NO. 023
ACCOUNTS RECEIVABLE
COVERAGE PART 330

This coverage part is extended to insure LOSS to YOUR records of accounts receivable, while those records are inside of a BUILDING shown in the declarations as subject to this endorsement.

**Insuring Agreement**

The Insuring Agreement is replaced by:

WE will pay:

A.  any amount due from YOUR customers that YOU cannot collect because of LOSS.

B.  the interest on any loan YOU must secure to offset uncollectible accounts until the LOSS is paid.

C.  reasonable collection charges over and above YOUR normal collection costs made necessary by LOSS.

D.  any other expense YOU reasonably incur to re-establish YOUR records after LOSS.

**Definitions**

The following Definition is added:

"MULTIPERIL", as shown on the declarations, means LOSS to the property scheduled at the LOCATIONS from any cause, except as excluded or as stated otherwise in the declarations.

Case 4:19-cv-00636-ALM   Document 20-2   Filed 04/24/23   Page 236 of 267

Exclusions

The Exclusions - Perils and Exclusions - Property conditions are replaced by:

WE will not pay for LOSS:

A.  due to any dishonest, fraudulent, criminal, or intentional act committed by YOU or any of YOUR partners, executive officers, directors, or trustees or by any person or organization to whom YOU entrust the property.

B.  due to any bookkeeping, accounting, or billing errors, or omissions.

C.  that can only be proved to exist by an audit of YOUR records or the taking of an inventory.  YOU can, however, use an audit or inventory to support a claim for LOSS which YOU have proved by other evidence.

D.  due to alteration, falsification, concealment or destruction of records done to conceal the wrongful giving, taking, or withholding of money, securities or other property. This exclusion does not apply to LOSS in excess of the amount of the wrongful giving, taking, or withholding.

E.  due to interruption of electrical power supply, power surge, or brown out, if the occurrence originates away from the LOCATION. This exclusion does not apply to LOSS caused by lightning.

F.  due to radioactive contamination, nuclear radiation, nuclear reaction, or the explosion or malfunction or a nuclear weapon, device or facility, or their consequences.

G.  due to WAR.

The Most We Will Pay

THE MOST WE WILL PAY condition is replaced by:

A.  The most WE will pay is LOSS as determined by the formula shown below, but never more than the limit shown in the declarations as applicable to this endorsement.  The limit shown in the declarations for ACCOUNTS RECEIVABLE is inclusive of any limits provided by the Supplemental Limits condition of this coverage part, not in addition to them.

B.  Formula - WE will:

1.  determine YOUR outstanding accounts receivable at the end of the same fiscal month for the year before the LOSS.
2.  compute the average amount of the monthly accounts receivable from the reports YOU submitted for the twelve months immediately preceding the LOSS.  If YOU have not submitted twelve, WE will use the ones YOU have.  If YOU have not submitted the first report, WE will use 75% of the limit.
3.  compare this average to the average amount of YOUR accounts receivable for the same period of the year before.
4.  increase or decrease the amount determined in 1. by the percentage calculated in 3..  This will be the agreed total of accounts receivable outstanding on the last day in the month the LOSS occurred.  WE will also give due consideration for normal fluctuations in the amount of outstanding accounts receivables during the month and to the experience of YOUR business since the last day of the last month for which YOU submitted the required report.
5.  From the amount determined above, WE will deduct the amount of:

a.  uncollected accounts on which YOUR records were not lost or damaged.
b.  accounts YOU have re-established or collected from other records.
c.  probable bad debts that normally would have been uncollectible.
d.  unearned interest or service charges on deferred payment accounts.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

C.  If YOU have not submitted any reports in the immediately preceding twelve months, the most WE will pay is 75% of the limit shown in the declarations as applicable to this endorsement.

Coinsurance

The Coinsurance condition does not apply to this endorsement.

How We Will Pay

The How We Will Pay condition does not apply to this endorsement.  WE will pay YOU within 30 days after YOU have proved YOUR LOSS and the final amount payable has been determined.

The following conditions are added:

Protection of Records

YOU must keep the records in the receptacle(s) scheduled in the declarations when YOU are not using them or when YOU are not open for business. If YOU do not, WE will not pay the LOSS. If YOU must transfer the records to another safe place, to avoid imminent danger of LOSS, WE will cover them while temporarily there or in transit to or from there. YOU must tell US within 10 days after the transfer.

Recoveries

YOU must tell US if you collect any receivables that WE paid YOU. Any such collections belong to US.  Once WE have been repaid in full, the remainder is yours.

ENDORSEMENT NO. 024

THIS ENDORSEMENT NO. 024 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 025
RENTS OR RENTAL VALUE
MONTHLY LIMITATION
COVERAGE PART 330

With respect to the LOCATIONS shown in the declarations as subject to this endorsement, the following changes are made in this coverage part:

Insuring Agreement

The Insuring Agreement is changed to read:

A.  WE will pay for the actual LOSS of RENTS or RENTAL VALUE directly resulting from necessary untenantability of a BUILDING, when caused by LOSS from any cause (except as excluded or as stated otherwise in the declarations) to:

1.  the BUILDING at the LOCATION shown in the declarations as subject to this endorsement.
2.  property, other than that at the LOCATION, that directly results in civil authorities preventing YOU from entering YOUR BUILDING. Part (b) covers for only two consecutive weeks after LOSS.

B.  WE will also pay for those necessary reasonable expenses YOU incurred to reduce LOSS (except those to extinguish a fire) but only up to an amount equal to the amount the LOSS was reduced.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

C. The period of coverage is from the date of the LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING, regardless of the expiration date of this Coverage Part. In no event, however, will WE pay more that the limit as shown in the declarations.

Definitions

The following definitions are added:

"RENTAL VALUE" means RENTS, plus (1) all charges which are the legal obligation of YOUR tenant(s) for which YOU become liable, and (2) the fair RENT of that portion of the BUILDING occupied by YOU.

"RENTS" means the total gross rental of that portion of the BUILDING damaged or destroyed by LOSS, as furnished and equipped by the owner of the BUILDING, less charges and expenses that do not necessarily continue during the period of untenantability.

Exclusions – Perils

Exclusions – Perils FF., GG. and HH. apply to this endorsement.

The Most We Will Pay

The Most We Will Pay condition is replaced by:

The most WE will pay for any one LOSS is the least of the following:

A. the RENTS or RENTAL VALUE YOU lost for the period of untenantability.

B. the percentage per month times the limit (both as shown in the declarations) for any one calendar month of untenantability.

C. the limit in the declarations for the period of untenantability.

Coinsurance, Deductibles, Debris Removal and Demolition Costs

The Coinsurance, Deductible, and Debris Removal and Demolition Costs conditions do not apply to this endorsement.

ENDORSEMENT NO. 026
WATERCRAFT COVERED
COVERAGE PART 330

The provisions of this endorsement only apply to WATERCRAFT specifically described in the declarations:

Insuring Agreement

WE will pay for LOSS to the WATERCRAFT from any cause, except as excluded.

Definitions

The following Definitions are added:

"LOSS" means direct and accidental physical loss or damage, including incurred loss of use, in excess of the deductible stated in the declarations, occurring during the Coverage Part period.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:19-cv-00668-HFS Document 20-2 Filed 01/04/18 Page 239 of 267

"MULTIPERIL", as shown on the declarations, means LOSS to the WATERCRAFT scheduled in the declarations from any cause, except as excluded or as stated otherwise in the declarations.

"WATERCRAFT" means a boat, its equipment and motor, and when specifically described in the declarations, it means a boat carrier. It includes similar replacement WATERCRAFT if YOU tell US within 30 days of its acquisition. WATERCRAFT does not include any boat designed to be airborne or submerged.

Exclusions

WE will not pay for LOSS caused by, resulting from, contributed to or aggravated by:

A.  wear, tear, gradual deterioration (including marine life), rust, corrosion, inherent vice, latent or hidden defect, freezing, overheating, or mechanical, electrical, or structural breakdown.

B.  due and confined to faulty workmanship or materials in making alterations, repairs, or installations.

C.  any dishonest, fraudulent, criminal, or intentional act committed by:  (1) YOU or any of YOUR partners, executive officers, employees, stockholders, agents, other party in interest; (2) any person or organization YOU entrust the WATERCRAFT to, except a carrier for hire.

D.  while the WATERCRAFT is:

1.  operated in or in practice or preparation for nay prearranged or organized race, rally, speed, demolition or competitive contest or in any stunting activity.
2.  being used as public or livery conveyance.
3.  rented to others by YOU. This exclusion does not apply if LOSS is caused by fire or lightning.

E.  WAR.

F.  radioactive contamination or the explosion of a nuclear weapon or device, or their consequences.

The Most We Will Pay

The most WE will pay for any one LOSS to WATERCRAFT is the least of the following:

A.  the cost to repair the WATERCRAFT with like kind and quality.

B.  the cost to replace the WATERCRAFT with like kind and quality.

C.  the amount stated in the declarations as applicable to the property.

Coinsurance

Payment of LOSS to equipment is limited to the proportion that the insured value bears to the actual cash value at the time of LOSS.

We Will Also Pay

In addition to the limit stated in the declarations, WE will also pay:

A.  if YOU are legally liable, up  to $500 for accidental collision with other property while the described WATERCRAFT is afloat.

B.  with OUR written consent, up to $500 for any defense or court costs arising out of a contested collision.

How We Will Pay

At OUR option, WE will pay for, repair, or replace the damaged or destroyed property. WE may pay either YOU or the owner of the property. Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US.

Your Duties After Loss

YOU must:

A.  protect the WATERCRAFT whether or not this insurance applies. Any further LOSS due to YOUR failure to do so will not be covered by this insurance. WE will pay all reasonable expenses YOU incur for such protection.

B.  notify US as soon as possible. If LOSS is caused by theft, also notify the police.

C.  permit US to inspect the damaged property prior to its repair or replacement, and submit a sworn proof of LOSS within 90 days.

D.  cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS. YOU may not, except at YOUR expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted by this endorsement.

No Benefit To Bailee

This insurance will not benefit, directly or indirectly, any carrier or bailee.

Policy Territory

LOSS is covered only while the WATERCRAFT is on land, inland waters, and within 50 nautical miles of the shoreline of the 48 contiguous United States, the District of Columbia, and Canada.

ENDORSEMENT NO. 027
BLANKET POSITION
COVERAGE PART 380

The Most We Will Pay

Part A.1.b. of The Most We Will Pay is replaced by the following:

b.  under EMPLOYEE DISHONESTY, the limit stated in the declarations as applicable to all LOSS caused by an EMPLOYEE or in which the EMPLOYEE is concerned or implicated.

ENDORSEMENT NO. 028
PERSONAL ACCOUNTS
COVERAGE PART 380

With respect to Depositor's Forgery only, "YOU" is changed to include any individual scheduled in the declarations under "Personal Accounts". The insurance afforded by Depositor's Forgery will apply to instruments handled by that person for his personal account.

The limit shown as applicable to that person is part of and not in addition to the limit for Depositor's Forgery.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

# ENDORSEMENT NO. 029
## BROAD FORM PRODUCTS EXCLUDED
### COVERAGE PART 500

Exclusions

The following exclusions are added:

This insurance does not apply to:

1. INJURY to any of YOUR PRODUCTS or any of its parts, if caused by a defect existing at the time it was sold or transferred to another.
2. labor costs caused by defective PRODUCTS to: (1) YOUR WORK; (2) other WORK performed at the same time if the defective PRODUCTS are on a necessary or customary part of the other WORK.


# ENDORSEMENT NO. 030

THIS ENDORSEMENT NO. 030 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


# ENDORSEMENT NO. 031
## ADDITIONAL INSURED-FURNISHED AUTO
### COVERAGE PART 500

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "B. With respect INJURY or COVERED POLLUTION DAMAGES arising out of to the AUTO HAZARD":

The person or organization named in the declarations as subject to this endorsement, but only with respect to an AUTO furnished by YOU to such person or organization.


# ENDORSEMENT NO. 032
## ADDITIONAL INSURED – MUNICIPALITIES
### COVERAGE PART 500

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "A. With respect to INJURY or COVERED POLLUTION DAMAGES arising out of YOUR GARAGE OPERATIONS (other than the AUTO HAZARD)":

The municipality or other subdivision named in the declarations as subject to this endorsement, but only with respect to the ownership, maintenance, or use of that portion of any premises where YOU conduct YOUR AUTO business.


# ENDORSEMENT NO. 033
## ADDITIONAL INSURED – PROPERTY
### COVERAGE PART 500

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "A. With respect to INJURY or COVERED POLLUTION DAMAGES arising out of YOUR GARAGE OPERATIONS (other than the AUTO HAZARD)":

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The person or organization named in the declarations as subject to this endorsement, but only with respect to tangible property while in YOUR possession under a written lease or rental agreement.

This endorsement does not insure any structural alterations, demolition, or new construction performed by or for such additional INSURED.

## ENDORSEMENT NO. 034
## DRIVE OTHER AUTOS
## COVERAGE PART 500

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "B. With respect INJURY or COVERED POLLUTION DAMAGES arising out of to the AUTO HAZARD":

The individual (and their FAMILY MEMBERS) named in the declarations as subject to this endorsement, but only with respect to any AUTO not owned by them or any member of their household.

Definitions

The definition of AUTO HAZARD is changed to read:

"AUTO HAZARD" means the use of any AUTO (1) not owned by the individual or FAMILY MEMBERS, and (2) not used by any of them while working in the business of selling, servicing, repairing or parking AUTOS.

The following definition is added:

"FAMILY MEMBERS" means any person related to the individual named in the declarations as insured under this endorsement, by marriage, blood or adoption, who is a resident of his or her household. FAMILY MEMBERS includes a ward or foster child.

Exclusions

These exclusions are added:

This insurance does not apply to:

1. any AUTO while used as a residence or place of business.
2. any AUTO furnished or available for the regular use of the individual or FAMILY MEMBERS.

Other Insurance

The insurance afforded by this endorsement is excess over any other insurance available to the INSURED.

## ENDORSEMENT NO. 035
## MEDICAL PAYMENTS
## COVERAGE PART 500

The insurance afforded by this coverage part is extended to include the following:

Insuring Agreement

WE will pay all reasonable and necessary medical, dental, and funeral expenses (incurred for services rendered within three years after the OCCURRENCE) to or for each person who sustains INJURY to which this endorsement applies, when caused by an OCCURRENCE and arising out of:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:19-cv-00668-HFS   Document 20-2   Filed 01/09/13   Page 243 of 267

1. GARAGE OPERATIONS, other than the AUTO HAZARD.
2. the AUTO HAZARD, to or for each person in, on, entering into, getting out of or off of an AUTO, if the person driving the AUTO is also an INSURED under the AUTO HAZARD.
3. the use of an AUTO by any person named in the declarations as subject to this endorsement.

**The Most We Will Pay**

Regardless of the number of INSUREDS or AUTOS insured by this Coverage Part, premium charged, persons who sustain INJURY, or claims made, the most WE will pay to or for any one person in any one OCCURRENCE is the limit shown in the declarations as applicable to this endorsement.

No payment will be made under this endorsement unless the injured person (or their legal representative) agrees in writing that any payment made will be applied toward any settlement or judgment that person receives for the same expenses under any other AUTO liability or Uninsured Motorists Coverage provided by this policy.

**How We Will Pay**

At OUR option, WE may pay the injured person or the person or organization rendering the service. Such payment does not mean WE admit any liability on any INSURED'S part.

**Examinations**

As soon as possible, the injured person (or someone on their behalf) must give US a written proof of claim, under oath and signed if WE require. They will also execute any documents to have medical reports and records released to US, and to submit to physical examinations by physicians chosen by US, as often as WE deem necessary.


ENDORSEMENT NO. 036
LIMITED MEDICAL PAYMENTS
COVERAGE PART 500

Endorsement No. 035 - Medical Payments is changed to remove Part 2. of the Insuring Agreement in that endorsement.


ENDORSEMENT NO. 037
INDIVIDUAL MEDICAL PAYMENTS
COVERAGE PART 500

Endorsement No. 035 - Medical Payments is changed to remove Parts 1. and 2. of the Insuring Agreement in that endorsement.


ENDORSEMENT NO. 038
AUTO LESSORS LIABILITY
COVERAGE PART 830

When "Auto Lessors Liability" is shown in the declarations, the insurance afforded by this coverage part is changed as follows, but only with respect to OWNED AUTOS as defined in this endorsement.

**Definitions**

These definitions are changed to read:

"AUTO" means any land motor vehicle designed for travel on public roads, and includes its permanently attached equipment. It also means a trailer or semi-trailer designed for use with a

Case 4:19-cv-00668-HFS   Document 20-2   Filed 04/09/13   Page 244 of 267

four wheel private passenger or station wagon type AUTO.  It does not include MOBILE EQUIPMENT.

"LEASE" means a written agreement for a term of 180 days or more wherein YOU are the lessor.

"OWNED AUTO" means an AUTO YOU own while under LEASE to others.

This definition is added:

"LESSEE" means the person or organization named in the LEASE as the lessee.

Exclusions

Exclusion G. is changed as follows:

Part 3. is changed to read:

3.   while rented to others by YOU.

Who Is An Insured

The Who Is An Insured condition is replaced by:

A.   With respect to this coverage part:

YOU.

B.   With respect to INJURY and COVERED POLLUTION DAMAGES:

anyone else required by law to be an INSURED while using an OWNED AUTO within scope of YOUR permission.

Who Is Not An Insured

The Who Is Not An Insured condition is replaced by:

None of the following is an INSURED:

Any INSURED covered by a policy purchased by or on behalf of the LESSEE covering the OWNED AUTO, unless the limits of that policy have been exhausted.

The Most We Will Pay

Part A.1. of The Most We Will Pay condition is replaced by:

1.   Regardless of the number of INSUREDS or AUTOS insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or suits brought, the most WE will pay for any one OCCURRENCE is the limit stated in the declarations subject to this endorsement.

The portion of the limit applicable to persons or organizations required by law to be an INSURED is only the amount (or amount in excess of any other insurance available to them) needed to comply with the minimum limits provision of such law in the jurisdiction where the OCCURRENCE takes place.

Out of State Extension

The Out of State Extension does not apply to this endorsement.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Case 4:13-cv-00068-HLM   Document 20-2   Filed 01/31/13   Page 245 of 267

Other Insurance

The Other Insurance condition in the General Conditions will apply to this endorsement.

ENDORSEMENT NO. 039
DAILY RENTAL AUTOS
COVERAGE PART 830

When "Daily Rental Autos" is shown in the declarations, the insurance afforded by this coverage part is changed as follows, but only with respect to OWNED AUTOS as defined in this endorsement.

Definitions

The definition of OWNED AUTO is changed to read:

"OWNED AUTO" means an AUTO YOU own while under a RENTAL AGREEMENT.

The following DEFINITIONS are added:

"RENTAL AGREEMENT" means a written agreement for a term of less than 180 days, specifically identifying an OWNED AUTO rented by YOU to a RENTEE in which YOU agree to provide AUTO liability insurance for the RENTEE.

"RENTEE" means the person or organization named in the RENTAL AGREEMENT as the rentee.

Who Is An Insured

The Who Is An Insured condition is replaced by:

A.  With respect to this coverage part:

YOU.

B.  With respect to INJURY and COVERED POLLUTION DAMAGES:

1.  a RENTEE;
2.  any other person using an OWNED AUTO within the scope of YOUR permission, unless it is being loaded or unloaded.  Only a RENTEE'S employee is an INSURED for loading and unloading;
3.  anyone else, but only as a result of their liability because of what an INSURED does or fails to do.

Who Is Not An Insured

Part A. of the WHO IS NOT AN INSURED condition is deleted.

Exclusions

Exclusion G. is changed as follows:

Part 3. is changed to read:

3.  while leased by YOU to others;

Case 4:19-cv-00668-HFS   Document 20-2   Filed 07/19/13   Page 246 of 267

Exclusion H. is changed to read:

> H. INJURY or COVERED POLLUTION DAMAGES to property owned by, rented or leased to, being transported by, or in the care, custody, or control of the INSURED. This exclusion does not apply to a residence or private garage or to any AUTO owned by YOU if struck by another AUTO YOU own which is being operated by a RENTEE.

Exclusion M. is changed to read:

> M. LOSS to a camper body designed to be mounted upon an AUTO and equipped as sleeping or living quarters. This exclusion does not apply if it is described in the RENTAL AGREEMENT.

These exclusions are added:

> R. LOSS due and confined to: (1) faulty work performed by YOU; (2) defective parts or material furnished by YOU.

> S. any AUTO while: (1) rented with a driver's services; (2) rented to YOUR salesman for use in YOUR business.

> T. LOSS due to conversion, embezzlement, or secretion by any person in possession of an OWNED AUTO under a RENTAL AGREEMENT.

> U. LOSS by theft, larceny, conversion, or secretion when YOU voluntarily part with evidence of title to or possession of an AUTO or TEMPORARY SUBSTITUTE AUTO.

We Will Also Pay

> Part B.1. of the We Will Also Pay condition is deleted.

How We Will Pay

> Part A. of the HOW WE WILL PAY condition is deleted.

> Part B. of the HOW WE WILL PAY condition is replaced by:

>> At OUR option, WE will pay for, repair, or replace the damaged or stolen OWNED AUTO or will require YOU to replace, repair, or sublet repairs to the OWNED AUTO. All repairs or replacements will be at YOUR actual cost exclusive of YOUR profit or overhead expenses.

The following condition is added:

> You Must Report

>> Within 15 days after the end of each calendar month, YOU must report the total amount of gross receipts YOU are entitled to for the rental of OWNED AUTOS for that month, whether YOU collected them or not.

ENDORSEMENT NO. 040
LOWER LIMITS FOR RENTEES
COVERAGE PART 830

When "Daily Rental Autos" is shown in the declarations as subject to this endorsement, Part A.1. of The Most We Will Pay condition is replaced by:

1. Regardless of the number of INSUREDS or AUTOS insured or premiums charged by this Coverage Part, persons or organizations who sustain INJURY or COVERED POLLUTION

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

DAMAGES, claims made or suits brought, the most WE will pay for any one OCCURRENCE is the limit stated in the declarations for "Daily Rental Autos".

The portion of the limit applicable to INSUREDS other than YOU, is the minimum limits of liability specified in the financial responsibility law of the jurisdiction where the OCCURRENCE takes place. When there is other insurance applicable, WE will pay only the amount required to comply with such minimum limits after such other insurance has been exhausted.

## ENDORSEMENT NO. 041
## ADDITIONAL INSURED - PREMISES
## COVERAGE PART 660

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "A. With respect to INJURY or COVERED POLLUTION DAMAGES arising out of YOUR business operations:"

With respect to PREMISES, the person or organization named in the declarations as subject to this endorsement, but only with respect to tangible property while in YOUR possession under a written lease or rental agreement.

This endorsement does not insure any structural alterations, demolition, or new construction performed by or for such additional INSURED.

## ENDORSEMENT NO. 042

THIS ENDORSEMENT NO. 042 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 043
## ADDITIONAL INSUREDS
## COVERAGE PART 980

Who Is An Insured

Part C. of the Who Is An Insured condition of this coverage part is replaced by:

C. With respect to (1) any AUTO or watercraft used in YOUR business or (2) personal use of any AUTO owned or hired by YOU:

1. any person or organization shown in the declarations for this coverage part as a Designated Person; and
2. any of YOUR partners, paid employees, directors, executive officers, or stockholders, and members of their households.

The actual use of the AUTO must be with YOUR permission and within the scope of such permission.

## ENDORSEMENT NO. 044

THIS ENDORSEMENT NO. 044 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

Case 4:19-cv-00068-HSG Document 30-2 Filed 01/01/18 Page 248 of 267

## ENDORSEMENT NO. 045

THIS ENDORSEMENT NO. 045 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 046

THIS ENDORSEMENT NO. 046 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 047

THIS ENDORSEMENT NO. 047 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 048

THIS ENDORSEMENT NO. 048 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

## ENDORSEMENT NO. 049
## ADDITIONAL INSUREDS
## USE OF OTHER AUTOS
## COVERAGE PART 980

Who Is An Insured

Part E is added to the Who Is An Insured condition of this coverage part as follows:

E.   Any person or organization insured by Endorsement No. 034 (Drive Other Autos) or Endorsement No. 056 (Broad Form Drive Other Autos) in the UNDERLYING INSURANCE, but not for more coverage than is provided to them in such endorsement.

However, a "family member" is not an INSURED unless that "family member" is shown in the declarations as a Designated Person.

"Family member" means any person related to the Designated Person by marriage, blood or adoption, who is a resident of the Designated Person's household. "Family member" includes a ward or foster child.

## ENDORSEMENT NO. 050
## CONTINGENT LIABILITY EXCLUDED
## COVERAGE PART 330

Exclusions – Perils

Exclusion X. of the Exclusions – Perils condition is changed to read:

X.   enforcement of any ordinance or law regulating the construction, repair or demolition of BUILDINGS;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

ENDORSEMENT NO. 051

THIS ENDORSEMENT NO. 051 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 052

THIS ENDORSEMENT NO. 052 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 053
BUILDING FOUNDATIONS EXCLUDED
COVERAGE PART 330

Exclusions – Property

With respect to BUILDINGS shown in the declarations as subject to this endorsement, the Exclusions – Property condition is changed to add:

WE will not pay for LOSS to foundations, whether above ground or underground, pipes, flues and drains which are underground; and the costs of excavations, grading, backfilling or filling. Part 4. of the definition of BUILDING is deleted.


ENDORSEMENT NO. 054
CUSTOMER RENTAL
COVERAGE EXCLUDED
COVERAGE PARTS 300 AND 500

Auto Inventory Coverage Part 300

Exclusions

Part 2. of Exclusion K. is deleted.

Garage Coverage Part 500

Exclusions

Part 1.c.(2) of Exclusion J. is deleted.


ENDORSEMENT NO. 055

THIS ENDORSEMENT NO. 055 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 056
BROAD FORM DRIVE OTHER AUTOS
COVERAGE PART 830

The insurance afforded for OWNED AUTOS under Parts A., B.1. or C. of the Insuring Agreement, if shown in the declarations as applicable to this endorsement, is extended to apply to a NON-OWNED AUTO, subject to the following:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Definitions

The following definition is added:

"NON-OWNED AUTO" means an AUTO not owned by, LEASED to, or furnished or available for the regular use of an INSURED, and not used by an INSURED while in the business of selling, servicing, repairing or parking AUTOS.

## Exclusions

With respect to this endorsement only, the following changes apply:

Exclusion G.4. is changed to delete "public livery vehicle" with respect to INJURY and COVERED POLLUTION DAMAGES.
Exclusion O. does not apply to diminished value resulting from LOSS to a NON-OWNED AUTO if:

    a. such diminished value results from LOSS that is covered by this endorsement; and
    b. the INSURED becomes legally liable to pay for diminished value to an AUTO that is rented or hired without a driver under a written rental contract or agreement.

The following exclusions are added:

This insurance does not apply to:

    1. any AUTO while used as a residence or place of business;
    2. any AUTO while used in the business or occupation of the INSURED unless being operated by the INSURED or the INSURED is OCCUPYING the AUTO;
    3. any INSURED while engaged in the business of their employer, with respect to INJURY to a fellow employee injured in the course of his employment.

## Who Is An Insured

The Who Is An Insured condition is replaced by:

    A. each person shown in the declarations as subject to this endorsement, their spouse and other members of their household;

    B. under INJURY and COVERED POLLUTION DAMAGES only, anyone else but only as a result of their liability because of what an INSURED in A. above does or fails to do.

## Who Is Not An Insured

The Who Is Not An Insured condition is replaced by:

None of the following is an INSURED:

    A. the owner or lessor of the AUTO;

    B. the employer of an INSURED;

    C. a partnership in which the INSURED is a partner.

## We Will Also Pay

The following is added to We Will Also Pay:

WE will pay expenses for which an Other INSURED becomes legally liable to pay for loss of use of an AUTO that rented or hired without a driver under a written rental contract or agreement. WE will pay such expenses when they result from LOSS that is covered by this endorsement.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

Case 4:19-cv-00069-HLFS Document 20-2 Filed 07/09/18 Page 251 of 267

Other Insurance

Part E.1. of the Other Insurance condition is replaced by:

This insurance is excess over any other valid and collectible insurance available to the INSURED, whether primary, excess or contingent.

ENDORSEMENT NO. 057
BUSINESS USE EXCLUDED
COVERAGE PART 830

Exclusions

With respect to OWNED AUTOS shown in the declarations as subject to this endorsement, the following exclusion is added to Endorsement No. 038 (Auto Lessors Liability):

This insurance does not apply to any OWNED AUTO used in the business or occupation of the LESSEE. This exclusion does not apply to:

1. a four-wheel private passenger, station wagon, ½ ton pickup, ½ ton van or a jeep type OWNED AUTO;
2. an OWNED AUTO temporarily in YOUR care, custody, or control for service or repair;
3. an OWNED AUTO shown in the declarations as an "Exception" under Auto Lessors Liability.

ENDORSEMENT NO. 058

THIS ENDORSEMENT NO. 058 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 059
RENTOR ONLY COVERAGE
COVERAGE PART 830

Who Is An Insured

The WHO IS AN INSURED condition applicable to Endorsement No. 039 (Daily Rental Autos) is replaced by:

With respect to this insurance, only YOU.

ENDORSEMENT NO. 060

THIS ENDORSEMENT NO. 060 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 061

THIS ENDORSEMENT NO. 061 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

Case 4:19-cv-00685-ALM   Document 20-2   Filed 01/09/23   Page 252 of 267

ENDORSEMENT NO. 062
PHYSICAL DAMAGE IN MEXICO
COVERAGE PART 830

The following condition is added:

Any AUTO physical damage coverage applicable to an OWNED AUTO under Basic Auto coverage part 830 also applies while such AUTO is being used in the Republic of Mexico.  However:

1.  The LOSS will be paid in the United States;
2.  The most WE will pay is the lesser of the following amounts:

   a.  the cost of repairing the AUTO or replacing its parts in Mexico, or
   b.  the cost of repair or replacement at the nearest point in the United States where repair or replacement could be made.

WARNING

This endorsement does NOT provide liability insurance when the AUTO is in Mexico.  To avoid penalties under Mexico's laws YOU should buy liability insurance on that AUTO from a company licensed in Mexico to sell it.


ENDORSEMENT NO. 063
STATED AMOUNT
COVERAGE PART 830

The Most We Will Pay

With respect to any OWNED AUTO shown in the declarations as subject to this endorsement, Part C. of The Most We Will Pay condition is replaced by:

C.  Physical Damage

The most WE will pay for any one LOSS to an OWNED AUTO is the least of the following:

1.  the actual cost for parts, materials and labor necessary to repair the OWNED AUTO;
2.  the amount necessary to replace the OWNED AUTO with like kind and quality;
3.  the amount stated in the declarations for the OWNED AUTO subject to this endorsement.

Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value.  There will be no abandonment to US.


ENDORSEMENT NO. 064
ANTIQUE AUTOS
COVERAGE PART 830

The following condition is added:

With respect to the AUTO(S) shown in the declarations as subject to this endorsement, the insurance provided by this coverage part applies provided the AUTO is maintained and used solely for exhibitions, club activities, parades or other functions of public interest and is only occasionally used for other purposes.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

ENDORSEMENT NO. 065

THIS ENDORSEMENT NO. 065 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 066
EMPLOYER'S LIABILITY COVERAGE
COVERAGE PART 980

With respect to the insurance afforded by this endorsement only, the following changes are made in this coverage part:

Insuring Agreement

The Insuring Agreement is replaced with the following:

WE will pay all sums YOU legally must pay as DAMAGES because of INJURY to YOUR employees caused by an OCCURRENCE arising out of and in the course of the injured employee's employment by YOU.

Definitions

The definition of INJURY is replaced by:

"INJURY" means bodily injury by accident or by disease.  Bodily injury includes resulting death.

The definition of OCCURRENCE is replaced by:

"OCCURRENCE" means INJURY by accident which occurs during the coverage part period.  INJURY by disease must be caused or aggravated by the conditions of YOUR employment. The employee's last day of exposure to the conditions causing or aggravating such INJURY by disease must occur during the Coverage Part period.

Exclusions

The Exclusions condition is replaced by the following:

This insurance does not apply to:

A.  liability assumed under a contract.  This exclusion does not apply to a warranty that YOUR WORK will be done in a workmanlike manner;

B.  punitive or exemplary DAMAGES because of INJURY to an employee employed in violation of the law;

C.  INJURY to an employee while employed in violation of law with YOUR actual knowledge or the actual knowledge of any of YOUR executive officers;

D.  any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

E.  INJURY intentionally caused or aggravated by YOU;

F.  INJURY occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

G. DAMAGES arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

H. INJURY to any person in work subject to the Longshore and Harbor Workers Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), and other federal workers or workers compensation law or other federal occupational disease law, or any amendments to these laws;

I. INJURY to any person in work subject to the Federal Employers Liability Act (45 USC Sections 51-60), and other federal laws obligating any employer to pay DAMAGES to an employee due to INJURY arising out of or in the course of employment, or any amendments to those laws;

J. INJURY to a master or member of the crew of any vessel;

K. Fines or penalties imposed for violation of federal or state law;

L. DAMAGES payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872), and under any other federal law awarding DAMAGES for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## Who Is An Insured

The Who Is An Insured condition is replaced by the following:

With respect to insurance afforded by this endorsement:

A. YOU;
B. if YOU are a partnership or joint venture, any partner or member thereof, but only with respect to their liability as such.

## The Most We Will Pay

The Most We Will Pay condition is replaced with the following:

Regardless of the number of INSUREDS or premiums charged by this coverage part, persons or organizations who sustain INJURY, claims made or SUITS brought, the most WE will pay in the limit shown in the declarations.

## How We Will Pay

The How We Will Pay condition is deleted.


ENDORSEMENT NO. 067

THIS ENDORSEMENT NO. 067 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 068
EXTRA EXPENSE
COVERAGE PART 330

With respect to the LOCATIONS shown in the declarations as subject to this endorsement, the following changes are made in this coverage part:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Unicover VI
Edition 1-2007

Case 4:19-cv-00668-HFS Document 30-2 Filed 04/04/13 Page 255 of 267

## Insuring Agreement

The Insuring Agreement is changed to read:

A.  WE will pay EXTRA EXPENSE because of LOSS from any cause (except as excluded or as stated otherwise in the declarations) to:

   1.  the BUILDING or CONTENTS at LOCATIONS shown in the declarations as applicable to this endorsement;
   2.  property, other than at the LOCATION, that directly results in civil authorities preventing YOU from entering YOUR BUILDING.

B.  The period insured is from the date of LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING or CONTENTS, and to resume operations with the same quality of service which existed immediately before the LOSS regardless of the expiration date of this Coverage Part.  Coverage provided under Part A.2. begins immediately after the time civil authorities prevent YOU from entering YOUR BUILDING, and ends the earlier of:

   1.  three consecutive weeks after coverage begins; or
   2.  the time you are allowed to enter your BUILDING.

## Exclusions – Perils

The Exclusions – Perils condition is changed as follows:

Exclusion G. is replaced by the following:

G.  interruption of business, except when coverage for EXTRA EXPENSE is shown in the declarations.

Exclusions – Perils FF., GG. and HH. apply to this endorsement.

## Exclusions – Property

The following exclusion is added to Exclusions – Property:

WE will not pay for LOSS to BUILDINGS in the process of construction, including materials or supplies for use therewith.

## Coinsurance, Deductibles, Debris Removal and Demolition Costs

The Coinsurance, Deductible, and Debris Removal and Demolition Costs conditions do not apply to this endorsement.

## Reduction of Loss

This condition is added:

YOU must do all YOU can to reduce LOSS, by:

A.  restoring the damaged, destroyed, or stolen property as soon as possible.

B.  resuming operations as the LOCATION(S), whether damaged or not, or at other premises available to YOU, even if the operations are only partial.

C.  using CONTENTS at other LOCATIONS or elsewhere.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Other Insurance

The Other Insurance condition is replaced by:

Except with respect to EXTRA EXPENSE afforded under Supplemental Limits of Property coverage part 330, this insurance is excess over all other similar insurance.

### ENDORSEMENT NO. 069

THIS ENDORSEMENT NO. 069 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

### ENDORSEMENT NO. 070

THIS ENDORSEMENT NO. 070 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

### ENDORSEMENT NO. 071
### COMPREHENSIVE EXCLUDED
### ON FLOOR PLAN INSURED AUTOS
### COVERAGE PART 300

The coverage afforded for COMPREHENSIVE does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.

### ENDORSEMENT NO. 072

THIS ENDORSEMENT NO. 072 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

### ENDORSEMENT NO. 073
### COLLISION EXCLUDED ON
### FLOOR PLAN INSURED AUTOS
### COVERAGE PART 300

The coverage afforded for COLLISION does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.

### ENDORSEMENT NO. 074
### EXTENDED THEFT EXCLUDED ON
### FLOOR PLAN INSURED AUTOS
### COVERAGE PART 300

The coverage afforded for EXTENDED THEFT does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.

### ENDORSEMENT NO. 075
### DEMONSTRATOR - COMPANY AUTO REDEFINED
### COVERAGE PART 300

The definition of "DEMONSTRATOR-COMPANY AUTO" is changed to read:

"DEMONSTRATOR-COMPANY AUTO" means a COVERED AUTO shown on YOUR records as a demonstrator and used in YOUR sales operation.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

ENDORSEMENT NO. 076
FLOOR PLAN EXCESS INSURANCE
COVERAGE PART 300

If a COVERED AUTO is insured by YOUR floor plan or finance source, and such other insurance is limited to the amount of the encumbrance, WE will pay the difference between such other insurance and the amount of the LOSS.

This insurance applies only when the cause of the LOSS is insured by this coverage part.

This insurance is excess over any other insurance and applies only after such other insurance has been paid.


ENDORSEMENT NO. 077
VALUE PROTECTION OTHER THAN EARTHQUAKE
COVERAGE PART 330

With respect to LOSS to the BUILDING shown in the declarations as subject to this endorsement, the following changes are made in this coverage part:


Guaranteed Replacement Cost

   The Coinsurance condition does not apply to this endorsement. The Guaranteed Replacement Cost condition of this endorsement does not apply to the Supplemental Limits condition.

Definitions

   If Earthquake is shown in the declarations as a covered peril, with respect to LOSS by earthquake, volcanic eruption, explosion or effusion, Part 1. of the definition of ACTUAL CASH VALUE is replaced by:

   1.  a.  BUILDING, its replacement cost;
       b.  EQUIPMENT (except DATA, IMPROVEMENTS AND BETTERMENTS, MEDIA and Property of Others), or ADDITIONAL PROPERTY, its replacement cost less actual (not tax) depreciation.

The Most We Will Pay

   1.  With respect to LOSS caused by perils other than earthquake, volcanic eruption, explosion or effusion:

       The Most We Will Pay condition is amended to delete Part A.1.h. and replace Parts A.1.a and A.1.b. with the following:

       a.  the actual cost of repairs to the property, with like kind and quality;
       b.  the replacement cost of the property with like kind and quality, regardless of the limit shown in the declarations, subject to the following:

           (1)  YOU have insured the BUILDING to 100% of its replacement cost as determined by OUR BUILDING appraisal;
           (2)  YOU have accepted each annual adjustment in the BUILDING amount;
           (3)  YOU have notified US within 90 days of any physical changes YOU have made in the BUILDING which exceed 10% of the limit, and paid any additional premium due. If YOU fail to notify US as required, WE will pay no more than 110% of the limit shown in the declarations;
           (4)  If YOU replace the BUILDING at a different premises:

Case 4:19-cv-00668-HSG   Document 20-2   Filed 09/09/19   Page 258 of 267

        (a)   WE will pay no more than it would have cost YOU to replace it at the original premises;

        (b)   WE will not pay for the cost of acquiring land at the new premises; and

        (c).   WE will not pay for any reduction in the value of land at the original premises.

    (5)  WE will not pay more than the amount actually spent to repair or replace the lost or damaged BUILDING.

    (6)  Part A.1.b. does not apply to LOSS to BUILDINGS for which the only applicable coverage is provided under the Supplemental Limits condition of this coverage part.

2.   With respect to LOSS caused by earthquake, volcanic eruption, explosion or effusion (if Earthquake is shown in the declarations as a covered peril):

The changes made to The Most We Will Pay in Part 1. above do not apply. Parts A.1.a. through A.1.h. of The Most We Will Pay in the Property coverage part apply to such LOSS.

The following conditions are added:

YOU may elect LOSS payment at replacement cost less depreciation. YOU have 180 days after the LOSS to tell US, in writing, how YOU elect LOSS payment.

The Guaranteed Replacement Cost portion of this endorsement will not apply until YOU have actually repaired or replaced the BUILDING for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS.

Debris Removal, Demolition Costs & Increased Cost of Construction

With respect to LOSS caused by perils other than earthquake, volcanic eruption, explosion or effusion, the following is added to the Supplemental Limits condition:

If a BUILDING is insured under this endorsement, up to a total of 25% of the limit for that BUILDING for any one LOSS, to apply in any combination of the following:

A.   Debris Removal

WE will pay the cost to remove debris subject to the following:

1.   the LOSS is caused by an insured peril;
2.   the expenses will be paid only if reported to US within 180 days of the earlier of (i) the date of LOSS or (ii) the end of the Coverage Part period;
3.   WE will not pay for the expense to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water;

B.   Demolition Costs

WE will pay the cost to demolish any undamaged portion of the BUILDING, including clearing the site subject to the following:

1.   the LOSS is caused by an insured peril;
2.   the cost is the result of the enforcement of any ordinance or law regulating the demolition of the BUILDINGS at the described premises which is in effect at the time of LOSS;

C.   Increased Cost of Construction

WE will pay for any increased cost of repair, construction or reconstruction of the BUILDING subject to the following:

1.   the LOSS is caused by an insured peril;

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. the cost is the result of the enforcement of any ordinance or law regulating the construction or repair of damaged BUILDINGS at the described premises which are in effect at the time of the LOSS;

3. the BUILDING must be repaired or replaced for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS.

Supplemental Limits A., B. and C. above apply in addition to any amounts payable under the Debris Removal and Demolition Costs condition in the Property coverage part.

Supplemental Limits A., B. and C. above do not apply if LOSS is caused by earth movement, including but not limited to earthquake, volcanic eruption, explosion or effusion, landslide, mudflow or mudslide, tsunami, earth sinking, rising or shifting.

Exclusions – Perils X. does not apply to the SUPPLEMENTAL LIMITS portion of this endorsement.

ENDORSEMENT NO. 078
REPLACEMENT COST EQUIPMENT
COVERAGE PART 330

With respect to LOSS to the EQUIPMENT shown in the declarations as subject to this endorsement, the following changes are made in this coverage part:

Definitions

Part 1. of the definition of ACTUAL CASH VALUE is changed to read:

1. EQUIPMENT (except ELECTRONIC DATA PROCESSING EQUIPMENT, MOBILE EQUIPMENT, DATA, IMPROVEMENT AND BETTERMENTS, MEDIA and Property of Others), its replacement cost;

Part 9. of the definition of ACTUAL CASH VALUE is added:

9. ELECTRONIC DATA PROCESSING EQUIPMENT,

a. if replacement is necessary, the cost of currently available ELECTRONIC DATA PROCESSING EQUIPMENT capable of performing at least the same functions;

b. if repair is necessary, the cost to restore damaged ELECTRONIC DATA PROCESSING EQUIPMENT to its condition immediately prior to the LOSS

c. if not replaced, its replacement cost less actual (not tax) depreciation;

Part 10. of the definition of ACTUAL CASH VALUE is added:

10. MOBILE EQUIPMENT, its replacement cost less actual (not tax) depreciation.

The following definition is added:

"ELECTRONIC DATA PROCESSING EQUIPMENT" means mainframe computers, network servers, network routers, personal computers and workstations, laptops or notebook personal computers, other portable computer devices and their accessories, telecommunications equipment and facsimile machines. ELECTRONIC DATA PROCESSING EQUIPMENT includes peripheral equipment such as printers, keyboards and other input devices, data transmission lines within YOUR BUILDING, monitors, modems and scanners. ELECTRONIC DATA PROCESSING EQUIPMENT does not include DATA or MEDIA.

Coinsurance

The Coinsurance condition does not apply to this endorsement.

The Most We Will Pay

Part A.1.h. of THE MOST WE WILL PAY is replaced by:

h. 110% of the limit shown in the declarations for the LOCATION. This endorsement will not apply until YOU have actually repaired or replaced the EQUIPMENT. YOU must repair or replace the EQUIPMENT within a reasonable time after LOSS.

ENDORSEMENT NO. 079
EARTHQUAKE
COVERAGE PART 330

Unless "NO COVER" is shown in the declarations for the earthquake peril, the insurance afforded for such property is extended to include LOSS caused by earthquake, volcanic eruption, explosion or effusion. This Coverage Part is changed as follows:

Definitions

The following is added to the definition of LOSS:

All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single earthquake or volcanic eruption. The expiration of this coverage part will not reduce the 168-hour period.

Exclusions – Perils

Exclusion R. of Exclusions – Perils is amended to read:

R. Earth Movement

1. landslide, mine subsidence, tidal wave, tsunami, flood, mudslide or mudflow even if attributable to an earthquake or volcanic eruption. If fire or explosion follows, WE will pay only for LOSS by fire or explosion. This exclusion does not apply to VOLCANIC ACTION, SINKHOLE COLLAPSE, or LOSS to property in transit.
2. any earthquake or volcanic eruption that begins before the inception of this insurance;

Deductibles

The Deductibles condition is replaced by:

Determination of the Earthquake Deductible

After the amount of LOSS has been determined under The Most We Will Pay and the Coinsurance condition applied, WE will subtract the applicable earthquake deductible shown in the declarations. The earthquake deductible will be applied separately to each BUILDING, LOCATION and item of coverage involved in the LOSS.

ENDORSEMENT NO. 080

THIS ENDORSEMENT NO. 080 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 4:13-cv-00068-HFS Document 30-2 Filed 09/09/13 Page 261 of 267

ENDORSEMENT NO. 081
WRAPAROUND COMPREHENSIVE
COVERAGE PART 300

The coverage afforded for COMPREHENSIVE does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.  This exclusion does not apply:

1. to the value of improvements YOU make to the COVERED AUTO (after it is required by YOU) which increases its value and exceeds the amount due from such other insurance.
2. to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.


ENDORSEMENT NO. 082

THIS ENDORSEMENT NO. 082 CURRENTLY NOT APPLICABLE.  NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 083
WRAPAROUND COLLISION
COVERAGE PART 300

The coverage afforded for COLLISION does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.  This exclusion does not apply:

1. to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its value and exceeds the amount due from such other insurance.
2. to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.


ENDORSEMENT NO. 084
WRAPAROUND EXTENDED THEFT
COVERAGE PART 300

The coverage afforded for EXTENDED THEFT does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source.  This exclusion does not apply:

1. to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its value and exceeds the amount due from such other insurance.
2. to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.
3. to the amount of LOSS that exceeds the limit of the floor plan or finance source.


ENDORSEMENT NO. 085
BREAKDOWN EXCLUDED
COVERAGE PART 330

With respect to the property shown in the declarations as subject to this endorsement, the following change is made:

Exclusions – Perils

Exclusions – Perils W. is replaced by:

W. explosion, rupture, or bursting or any of the following if they are owned by or leased to YOU or operated under YOUR control:

1. pressure relief devices, boilers or other equipment for heating water.
2. rotating or moving parts of machinery by centrifugal force or mechanical breakdown.
3. steam boilers, steam pipes, steam turbines, or steam engines.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

WE will pay for LOSS by any fire or explosion that follows.

Part 3. does not apply to the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fixed vessel, or in the flues or passages leading from it.

ENDORSEMENT NO. 086
INCREASED LIMITS
FOR WELFARE AND PENSION PLANS
COVERAGE PART 380

The following condition is added:

With respect to the Welfare and Pension Benefit Plan shown in the declarations as an INSURED, the limit for Employee Dishonesty is increased to the amount shown in the declarations as "Welfare And Pension Plan Limit".

ENDORSEMENT NO. 087

THIS ENDORSEMENT NO. 087 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.

ENDORSEMENT NO. 088
ADDITIONAL INSURED - FURNISHED AUTO
HOUSEHOLD MEMBERS
COVERAGE PART 500

Who Is An Insured

The Who Is An Insured condition of this coverage part is changed by adding the following to "B. With respect INJURY or COVERED POLLUTION DAMAGES arising out of to the AUTO HAZARD":

The person (including members of their household) or organization named in the declarations as subject to this endorsement, but only with respect to an AUTO furnished by YOU to such person or organization.

ENDORSEMENT NO. 089
UMBRELLA LIMITS INCLUSIVE
COVERAGE PART 980

Part A. of The Most We Will Pay condition is replaced by:

Regardless of the number of INSUREDS, AUTOS, MOBILE EQUIPMENT, or watercraft insured or premiums charged by this coverage part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is the least of the following:

1. When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE or any OTHER INSURANCE, WE will pay the difference between OUR limit and the RETENTION which are both shown in the declarations;
2. When coverage for an OCCURRENCE is available to the INSURED in the UNDERLYING INSURANCE only, WE will pay the difference between OUR limit and the limits of such UNDERLYING INSURANCE which are both shown in the declarations, once the limits of such UNDERLYING INSURANCE are reduced or exhausted. In that event, the difference between OUR limit and the limits of such underlying insurance will apply as follows:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

a. If the limits of UNDERLYING INSURANCE have been reduced solely by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will drop down to become immediately excess of the reduced limits of UNDERLYING INSURANCE.; or

b. If the limits of UNDERLYING INSURANCE have been exhausted by payment of claims or SUITS for which coverage is afforded by this coverage part, this coverage part will continue in force as UNDERLYING INSURANCE;

3. When there is no coverage for an OCCURRENCE available to the INSURED in the UNDERLYING INSURANCE but there is coverage available under OTHER INSURANCE, WE will pay the difference between OUR limit shown in the declarations and the limits of such OTHER INSURANCE;

4. when there is coverage for a LOSS available in both the UNDERLYING INSURANCE and any OTHER INSURANCE WE will pay the difference between the UNDERLYING INSURANCE and OUR limit (both as shown in the declarations) but only after the UNDERLYING INSURANCE and such OTHER INSURANCE have been exhausted;

5. With respect to an obligation assumed under an INSURED CONTRACT, the most WE will pay is the lesser of:

a. YOUR obligation under such contract in excess of the UNDERLYING INSURANCE; or

b. the difference between the UNDERLYING INSURANCE and OUR limit shown in the declarations.

ENDORSEMENT NO. 090
STANDARD FORM MCS-90

ENDORSEMENT FOR MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

ENDORSEMENT NO. 091
UNDERINSURED MOTORISTS
COVERAGE PARTS 500 AND 830

IF APPLICABLE, THE ENDORSEMENT FOR UNDERINSURED MOTORISTS COVERAGE WILL BE SHOWN IN THE DECLARATIONS AND ATTACHED SEPARATELY TO YOUR POLICY.

ENDORSEMENT NO. 092
DESIGNATED INDIVIDUALS
COVERAGE PARTS 500 AND 830

Who Is An Insured

The following is added:

With respect to uninsured and underinsured motorists coverage:

1. the individual (and any "family member") designated in the declarations as subject to this endorsement; and

2. any passengers in a COVERED AUTO driven by the Designated Individual under Part 1. above.

"Family member" means any person related to the individual designated in the declarations as subject to this endorsement, by marriage, blood or adoption, who is a resident of his or her household. "Family member" includes a ward or foster child.

The Most We Will Pay

The following is added:

1. With respect to persons insured by Part 1. of the Who Is An Insured condition above, regardless of the number of INSUREDS or AUTOS insured or premiums charged by this coverage part, claims made or vehicles involved in the ACCIDENT, the most WE will pay for all damages resulting from one ACCIDENT is the limit stated in the declarations for "Designated Individuals".

2. With respect to persons insured by Part 2. of the Who Is An Insured condition above, the most WE will pay is that portion of the limit needed to comply with the minimum limits provision of the financial responsibility or minimum liability law in the jurisdiction where the ACCIDENT took place. When there is other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted.

ENDORSEMENT NO. 093
OWNED AUTOS EXCLUDED
COVERAGE PART 980

The following condition is added:

No insurance is afforded under this coverage part with respect to any AUTO owned by or LEASED to YOU, nor to any TEMPORARY SUBSTITUTE AUTO.

Definitions

The following definitions are added:

"LEASED" means a written agreement for a term of 180 days or more wherein YOU are named as the lessee.

"TEMPORARY SUBSTITUTE AUTO" means an AUTO not owned by or LEASED to YOU, YOUR partners, officers, employees or a member of YOUR or their household, when it is used temporarily with the owner's permission to replace an owned or LEASED AUTO which is out of service due to its repair, servicing, LOSS or destruction.

ENDORSEMENT NO. 094
ALL OWNED AUTOS INSURED
COVERAGE PART 830

Definitions

The definition of OWNED AUTO is replaced by:

"OWNED AUTO" means any AUTO YOU own or LEASE during the Coverage Part period.  It also means a trailer attached to such AUTO.

ENDORSEMENT NO. 095
PREMISES MEDICAL PAYMENTS
COVERAGE PART 660

The insurance afforded by this coverage part is extended to include the following:

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Unicover VI
Edition 1-2007

Insuring Agreement

WE will pay all reasonable and necessary medical, dental, and funeral expenses (incurred for services rendered within three years after the OCCURRENCE) to or for each person who sustains INJURY to which this endorsement applies, when caused by an OCCURRENCE and arising out of the PREMISES HAZARD.

The Most We Will Pay

Regardless of the number of INSUREDS, premiums charged, persons who sustain INJURY, or claims made, the most WE will pay to or for any one person in any one OCCURRENCE is the limit shown in the declarations as applicable to this endorsement.

No payment will be made under this endorsement unless the injured person (or their legal representative) agrees in writing that any payment made will be applied toward any settlement or judgment that person receives for the same expenses under any other AUTO liability or Uninsured Motorists Coverage provided by this policy.

How We Will Pay

At OUR option, WE may pay the injured person or the person or organization rendering the service. Such payment does not mean WE admit any liability on any INSURED'S part.

Examinations

As soon as possible, the injured person (or someone on their behalf) must give US a written proof of claim, under oath and signed if WE require. They will also execute any documents to have medical reports and records released to US, and to submit to physical examinations by physicians chosen by US, as often as WE deem necessary.


ENDORSEMENT NO. 096

THIS ENDORSEMENT NO. 096 CURRENTLY NOT APPLICABLE. NUMBER RESERVED FOR FUTURE USE WITH APPROVED ENDORSEMENT.


ENDORSEMENT NO. 097
AUTO SERVICE FACILITY
COVERAGE PART 500

Definitions

The definition of AUTO is replaced by:

"AUTO" means a land motor vehicle, trailer or semi-trailer, designed for travel on public roads and includes its permanently attached equipment. "AUTO" does not include MOBILE EQUIPMENT.

The definition of MOBILE EQUIPMENT is added:

"MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, diggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

The definition of AUTO HAZARD is replaced by:

"AUTO HAZARD" means:

1. the maintenance or use of a CUSTOMER'S AUTO;
2. the ownership, maintenance or use of MOBILE EQUIPMENT YOU own or which is in YOUR care, custody, or control and used for the purpose of YOUR garage business.

Exclusions

Exclusion J. is replaced by:

INJURY or COVERED POLLUTION DAMAGES arising out of, or in connection with, the ownership, maintenance, use, operation, loading, unloading or entrustment to others of any:

1. AUTO:

   a. that is a HAULAWAY;
   b. owned by, leased or rented to any INSURED;
   c. while operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;
   d. while leased or rented by YOU to others;
   e. while being used as a taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier or for carrying property for a charge;
   f. while being used to transport explosives, gasoline, liquefied petroleum gas or other volatile petroleum products.

2. MOBILE EQUIPMENT, while:

   a. rented, leased or loaned by YOU to others;
   b. being operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity; or to any snowmobile or trailer designed for use with it.

3. Watercraft

   a. over 35 feet in length;
   b. when used for non-business purposes by any INSURED, regardless of length;
   c. when rented, leased or loaned by YOU to others;
   d. while afloat over 50 nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia, or Canada;
   e. while operated in, or in practice or preparation for any prearranged or organized race, rally, speed, or competitive contest or stunting activity.

Parts J.2.b. and J.2.e. do not apply to participation in a prearranged or organized rally, except when INJURY or COVERED POLLUTION DAMAGES arise from a competitive timed event at such rally.

4. This exclusion applies even if:

   a. the INJURY or COVERED POLLUTION DAMAGES involves the entrustment to others of any AUTO or watercraft described in Exclusion J. that is owned by, operated by, rented to, or loaned to an INSURED; and
   b. the SUIT or claim against the INSURED alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that INSURED.

Copyright © 2007 Universal Underwriters Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.